FILED: March 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2
(4:02-cr-00992-JFA-1)
(4:16-cv-02058-JFA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHADRICK E. FULKS

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Florence |
| Originating Case Number | 4:02-cr-00992-JFA-1 4:16-cv-02058-JFA |
| Date notice of appeal filed in originating court: | 03/07/2023 |
| Appellant | Chadrick E Fulks |
| Appellate Case Number | 23-2 |
| Case Manager | Emily Borneisen 804-916-2704 |