# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Case Nos. 23-2(L) and 23-3

**UNITED STATES OF AMERICA**,
Appellee
v.
**CHADRICK EVAN FULKS AND
BRANDON BASHAM**
Appellants.

On Appeal from Order of United States District Court,
District of South Carolina (Hon. Joseph F. Anderson, Jr.)
entered (January 10, 2023), in Criminal Action
No. 4:02-992 and Civil Action Nos. 4:16-cr-2058
and 4:15-cv-2027

## JOINT APPENDIX
## VOLUME I

Peter Williams
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of
Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
 (215) 928-0520

Leticia Marquez
Lindsey Layer
Assistant Federal Public Defenders
Federal Public Defender's Office
District of Arizona
407 W. Congress Street, Suite 501
Tucson, Arizona 85701
(520) 879-7622

*Counsel for Appellant, Chadrick Fulks*   *Counsel for Appellant, Brandon Basham*

Dated: July 21, 2023

***United States v. Fulks***, Case No. 23-2
***United States v. Basham***, Case No. 23-3

## Joint Appendix Table of Contents

JA0001     Docket Sheet, *U.S.A. v. Fulks*, et al., No. 4:02-CR-00992-JFA (D.S.C.)

JA0148     Superseding Indictment, Apr. 23, 2003, ECF No. 1666-1

JA0164     Reporter's Transcript of Proceedings (Fulks's plea), May 4 & 7, 2004

JA0361     Reporter's Transcript of Proceedings (Fulks's trial), June 1, 2004, at 21–22 (excerpts from opening remarks by trial court), 31, 85–86 (excerpts from opening statement by prosecution)

JA0367     Reporter's Transcript of Proceedings (Fulks's trial), June 29, 2004, at 27–94, 101–07, 250, 284–85 (excerpts from prosecutor's closing argument)

JA0446     Reporter's Transcript of Proceedings (Fulks's trial), June 30, 2004, at 2 (excerpt from jury instructions)

JA0448     (Fulks's) Special Verdict Form (Count 1 – Carjacking Resulting in Death), June 30, 2004, ECF No. 648

JA0459     (Fulks's) Special Verdict Form (Count 2 – Kidnaping Resulting in Death), June 30, 2004, ECF No. 649

JA0470     Reporter's Transcript of Proceedings (Basham's trial), Sept. 29, 2004, at 91–92, 100–02, 135–36, 199–200, 207–10, 221–23 (excerpts from jury instructions)

JA0487     (Basham's) Verdict (guilt), Sept. 30, 2004, ECF No. 766

JA0490     Reporter's Transcript of Proceedings (Basham's trial), Oct. 12, 2004, at 15–16, 33–34, 86 (excerpts from jury instructions)

JA0496     Reporter's Transcript of Proceedings (Basham's trial), Nov. 1, 2004, at 37–90, 164–70, 193–95, 201, 233 (excerpts from jury instructions)

1

JA0563    (Basham's) Special Verdict Form (Count 1 – Carjacking Resulting in Death), Nov. 2, 2004, ECF No. 805

JA0575    (Basham's) Special Verdict Form (Count 2 – Kidnaping Resulting in Death), Nov. 2, 2004, ECF No. 806

JA0587    Order (Fulks denying Motion to Vacate), Jan. 10, 2023, ECF No. 1739

JA0623    Judgment (Fulks), Jan. 10, 2023, ECF No. 1740

JA0624    Order (Basham denying Motion to Vacate), Jan. 10, 2023, ECF No. 1741

JA0660    Judgment (Basham), Jan. 10, 2023, ECF No. 1742

JA0661    Notice of Appeal (Fulks), Mar. 7, 2023, ECF No. 1743

JA0663    Notice of Appeal (Basham), Mar. 7, 2023, ECF No. 1746

6/8/23, 9:07 AM                                    CM/ECF - scd

APPEAL,CLOSED,DEATH,LC 1

# U.S. District Court
## District of South Carolina (Florence)
## CRIMINAL DOCKET FOR CASE #: 4:02-cr-00992-JFA All Defendants

Case title: USA v. Fulks et al                    Date Filed: 12/17/2002

Related Cases:  4:08-cv-70072-JFA                 Date Terminated: 02/16/2005
                4:11-cv-70079-JFA
                4:16-cv-02058-JFA
                4:16-cv-02027-JFA
Magistrate judge case number: 4:02-mj-00992

---

**In Re Estate of**

**Alice Donovan**                    represented by   **Geoffrey H Waggoner**
                                                      Geoffrey H Waggoner Law Office
                                                      PO Box 865
                                                      Mt Pleasant, SC 29465
                                                      843-972-0426
                                                      Fax: 843-972-0427
                                                      Email: ghwaggoner@waggonerfirm.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

---

Assigned to: Honorable Joseph F Anderson,
Jr

Appeals court case numbers: 04-33, 04-33-
BethWalton, 11-3 4CCA, 23-2 4CCA

**Defendant (1)**

**Chadrick E Fulks**                 represented by   **Chadrick E Fulks**
*TERMINATED: 12/20/2004*                             #16617-074
                                                     US Penitentiary
                                                     Federal Death Row
                                                     P.O. Box 33
                                                     Terre Haute, IN 47808
                                                     PRO SE

                                                     **Amy Jean Laurendeau**
                                                     O'Melveny and Myers
                                                     610 Newport Center Drive
                                                     Suite 1700
                                                     Newport Beach, CA 92660
                                                     949-760-9600

CM/ECF - scd

Email: alaurendeau@omm.com
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*Designation: Pro Bono*

**Beattie B Ashmore**
Beattie B Ashmore Law Office
650 E Washington Street
Greenville, SC 29601
864-467-1001
Email: Beattie@BeattieAshmore.com
*TERMINATED: 09/03/2010*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Claudia Van Wyk**
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Email: claudia_vanwyk@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danielle Nicole Oakley**
O'Melveny and Myers
610 Newport Center Drive
Suite 1700
Newport Beach, CA 92660
949-760-9600
Email: doakley@omm.com
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*Designation: Pro Bono*

**David P Dalke**
O'Melveny and Myers
610 Newport Center Drive
Suite 1700
Newport Beach, CA 92660
949-760-9600
Email: ddalke@omm.com
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*Designation: Pro Bono*

**John H Blume**
Blume Franklin Best and Young LLC

JA0002

900 Elmwood Avenue
Suite 200
Columbia, SC 29201
803-765-1044
Fax: 803-765-1143
Email: john@blumelaw.com
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Keir M Weyble**
John H Blume Law Office
PO Box 11744
Columbia, SC 29211
803-765-1044
Fax: 803-765-1044
Email: keir@blumelaw.com
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*
*Designation: Retained*

**Kirsten Elena Small**
Nexsen Pruet LLC (Gvl)
104 South Main Street
Suite 900
Greenville, SC 29601
864-370-2211
Email: ksmall@maynardnexsen.com
*TERMINATED: 07/20/2016*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Kymberleigh Damron-Hsiao**
O'Melveny and Myers
610 Newport Center Drive
Suite 1700
Newport Beach, CA 92660
949-760-9600
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*Designation: Pro Bono*

**Peter K Williams**
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
215-928-0520
Fax: 215-928-0826
Email: pete_williams@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CM/ECF - scd

**Stephanie L Noble**
O'Melveny and Myers
610 Newport Center Drive
Suite 1700
Newport Beach, CA 92660
949-760-9600
*TERMINATED: 04/28/2010*
*LEAD ATTORNEY*
*PRO HAC VICE*
*Designation: Pro Bono*

**William F Nettles , IV**
Federal Public Defender's Office
McMillan Federal Building
401 West Evans Street
Suite 105
Florence, SC 29503
843-662-1510
Fax: 843-667-1355
Email: bill_nettles@fd.org
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender Appointment*

**William J Watkins , Jr**
US Attorneys Office (Gville)
55 Beattie Place
Suite 700
Greenville, SC 29601
864-282-2100
Fax: 864-233-3158
Email: bill.watkins@usdoj.gov
*TERMINATED: 02/05/2009*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Amy Gershenfeld Donnella**
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
215-928-0520
Email: amy_donnella@fd.org
*TERMINATED: 07/20/2016*
*PRO HAC VICE*
*Designation: Public Defender or*
*Community Defender Appointment*

**Billy Nolas**
Federal Community Defender Office
Capital Habeas Unit

JA0004

Suite 545 West
Curtis Center
Philadelphia, PA 19106
215-926-0520
Email: billy_nolas@fd.org
*TERMINATED: 07/20/2016*
*PRO HAC VICE*
*Designation: Retained*

**Sheri Lynn Johnson**
Cornell Law School
Myron Taylor Hall
Ithaca, NY 14853
(607) 255-6478
*TERMINATED: 12/20/2004*
*Designation: Retained*

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                 **Disposition**

18:2119 MOTOR VEHICLE THEFT -
CARJACKING did with intent to cause
death and serious bodily harm by force take
from the person of another a motor vehicle
that had been transported in interstate and
foreign commerce and 18:2 Aid and Abet
(1)

18:1201 KIDNAPPING did wilfully and
unlawfully kidnap another and transport
Alice Donovan from Conway, South
Carolina to North Carolina and did hold her
for ransom and death resulted and 18:2 Aid
and Abet
(2)

18:2312 TRANSPORTATION OF STOLEN
VEHICLES did knowingly and unlawfully
transport in interstate commerce a stolen
vehicle, 1994 BMW 318i from Conway,
South Carolina to North Carolina knowing
same to be stolen and 18:2 Aid and Abet
(3)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                        **Disposition**

6/8/23, 9:07 AM                                           CM/ECF - scd

None

___

Assigned to: Honorable Joseph F Anderson, Jr

Appeals court case numbers: '05-5' '4cca', 12-2 4CCA, 13-9 4CCA, 23-3 4CCA

### Defendant (2)

**Brandon L Basham**
98940-071
Special Confinement Unit
Federal Correctional Complex
P O Box 33
Terre Haute, IN 47808-0033
*TERMINATED: 02/16/2005*

represented by **Cameron B Littlejohn , Jr**
Deceased 29003
803-799-1888
Fax: 803-799-5888
*TERMINATED: 04/18/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Gregory Poole Harris**
Harris and Gasser Law Firm
1529 Laurel Street
Columbia, SC 29201
803-779-7080
Fax: 803-746-0480
Email: greg@harrisgasserlaw.com
*TERMINATED: 02/16/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Jack Bruce Swerling**
Jack Swerling Law Office
1720 Main Street
Suite 301
Columbia, SC 29201
803-765-2626
Fax: 803-799-4059
Email: jackswerling@gmail.com
*TERMINATED: 02/16/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**John F Hardaway**
Deceased 29003
803-252-1776
Fax: 803-252-6730
*TERMINATED: 04/18/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Julia G Mimms**

JA0006

CM/ECF - scd

Julia G Mimms Law Office
1001 Elizabeth Ave
Suite 1A
Charlotte, NC 28204
704-333-1301
Fax: 704-333-1290
Email: jgmassistant@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Leticia Marquez**
Federal Public Defender's Office (AZ)
407 W Congress Street
Suite 501
Tucson, AZ 85701
520-879-7622
Fax: 520-622-6844
Email: leticia_marquez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert M Wilcox**
USC School of Law
Main and Greene Streets
Columbia, SC 29208
803-777-4155
*TERMINATED: 04/18/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**William H Monckton , VI**
Monckton Hembree and Humphries PA
1300 Professional Drive
Suite 102
Myrtle Beach, SC 29577
843-946-6556
Fax: 843-946-6996
Email:
fhumphries@myrtlebeachlawfirm.net
*TERMINATED: 04/18/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Lindsey Layer**
Federal Public Defender's Office (AZ)
46 W Broadway
Suite 110
Salt Lake City, UT 84105
801-524-6041
Fax: 801-320-9619
Email: lindsey_layer@fd.org

JA0007

*ATTORNEY TO BE NOTICED*

**Michael Llewellyn Burke**
Arizona Federal Public Defender
850 W Adams
#201
Phoenix, AZ 85007
602-382-2816
Email: michael_burke@fd.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Sarah Elizabeth Stone**
Arizona Federal Public Defender
850 W Adams
Suite 201
Phoenix, AZ 85007
602-382-2816
Email: sarah_stone@fd.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| | |
|---|---|
| **Pending Counts** | **Disposition** |
| None | |

**Highest Offense Level (Opening)**

None

| | |
|---|---|
| **Terminated Counts** | **Disposition** |

18:2119 MOTOR VEHICLE THEFT -
CARJACKING did with intent to cause
death and serious bodily harm by force take
from the person of another a motor vehicle
that had been transported in interstate and
foreign commerce and 18:2 Aid and Abet
(1)

18:1201 KIDNAPPING did wilfully and
unlawfully kidnap another and transport
Alice Donovan from Conway, South
Carolina to North Carolina and did hold her
for ransom and death resulted and 18:2 Aid
and Abet
(2)

18:2312 TRANSPORTATION OF STOLEN
VEHICLES did knowingly and unlawfully
transport in interstate commerce a stolen
vehicle, 1994 BMW 318i from Conway,

CM/ECF - scd

South Carolina to North Carolina knowing
same to be stolen and 18:2 Aid and Abet
(3)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Interested Party**

**William Monckton**                          represented by    **Lonnie Morgan Martin**
*TERMINATED: 11/16/2004*                                        L Morgan Martin Law Offices
                                                                1121 Third Avenue
                                                                Conway, SC 29526
                                                                843-248-3177
                                                                Email: lmoore@lmorganmartin.com
                                                                *TERMINATED: 04/18/2003*
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Retained*

---

**Interested Party**

**Cameron B Littlejohn, Jr**                  represented by    **John P Freeman**
*TERMINATED: 04/18/2003*                                        Deceased 29003
                                                                803-361-6934
                                                                Fax: 803-753-9870
                                                                *TERMINATED: 04/18/2003*
                                                                *LEAD ATTORNEY*
                                                                *Designation: Retained*

---

**Interested Party**

**Bill Fox**                                  represented by    **Jerry Jay Bender**
*Asst Managing Editor The Greenville News*                      Baker Ravenel and Bender
                                                                PO Box 8057
                                                                Columbia, SC 29202
                                                                803-799-9091
                                                                Fax: 803-779-3423
                                                                Email: jbender@brblegal.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Retained*

---

**Interested Party**

**Cynthia Wilson**                    represented by  **Joseph Preston Strom , Jr**
Strom Law Firm LLC
6923 N Trenholm Road
Suite 200
Columbia, SC 29206
803-252-4800
Fax: 803-252-4801
Email: petestrom@stromlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Interested Party**

**Walmart**                          represented by  **David Starr Cobb**
Turner Padget Graham and Laney
PO Box 22129
Charleston, SC 29413-2129
843-576-2803
Fax: 843-577-1629
Email: dcobb@turnerpadget.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Interested Party**

**Huntington Mall Company**          represented by  **Shannon Furr Bobertz**
Turner Padget Graham and Laney (Col)
PO Box 1473
1901 Main Street
17th Floor
Columbia, SC 29202
803-254-2200
Email: sbobertz@turnerpadget.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Interested Party**

**Cafaro Company**                   represented by  **Shannon Furr Bobertz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Interested Party**

**JC Penny Properties Inc**          represented by  **Shannon Furr Bobertz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**National Security Consultants Inc**       represented by   **Shannon Furr Bobertz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Plaintiff**

**USA**                                     represented by   **Andrew Robert de Holl**
US Attorneys Office (Chas)
151 Meeting Street
Suite 200
Charleston, SC 29401-2238
843-266-1604
Fax: 843-727-4443
Email: andrew.de.holl@usdoj.gov
*TERMINATED: 04/05/2022*
*LEAD ATTORNEY*
*Designation: Retained*

**C Todd Hagins**
Hagins Law Firm
701 Gervais Street
Suite 150-116
Columbia, SC 29201
803-200-1060
Fax: 888-959-3613
Email: todd@haginslaw.com
*TERMINATED: 07/22/2008*
*LEAD ATTORNEY*
*Designation: Retained*

**J Strom Thurmond , Jr**
Young and Thurmond LLC
PO Box 651
Aiken, SC 29802
803-649-0000
Fax: 803-649-7005
Email: strom@youngthurmondlaw.com
*TERMINATED: 09/12/2007*
*LEAD ATTORNEY*
*Designation: Retained*

**Jimmie Ewing**
US Attorneys Office (Cola)
1441 Main Street
Suite 500
Columbia, SC 29201
803-929-3000
Email: jimmie.ewing@usdoj.gov
*LEAD ATTORNEY*

JA0011

CM/ECF - scd

*Designation: Assistant US Attorney*

**John C Duane**
Motley Rice (Mt Pl)
28 Bridgeside Boulevard
Mt Pleasant, SC 29464
843-216-9000
Fax: 843-216-9450
Email: jduane@motleyrice.com
*TERMINATED: 09/12/2007*
*LEAD ATTORNEY*
*Designation: Retained*

**Jonathan S Gasser**
Harris and Gasser Law Firm
1529 Laurel Street
Columbia, SC 29201
803-779-7080
Fax: 803-746-0480
Email: johnny@harrisgasserlaw.com
*TERMINATED: 09/12/2007*
*LEAD ATTORNEY*
*Designation: Retained*

**Kathleen Michelle Stoughton**
US Attorneys Office (Cola)
1441 Main Street
Suite 500
Columbia, SC 29201
803-929-3114
Fax: 803-929-3135
Email: kathleen.stoughton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert F Daley , Jr**
US Attorneys Office
1441 Main Street
Suite 500
Columbia, SC 29201
803-929-3000
Fax: 803-252-2759
Email: bob.daley@usdoj.gov
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

**Scott N Schools**
Moore & Van Allen (Chas)
78 Wentworth Street
Charleston, SC 29401
843-579-7031
Fax: 843-579-8747
Email: scottschools@mvalaw.com
*TERMINATED: 09/12/2007*

*LEAD ATTORNEY*
*Designation: Retained*

**Jeffrey Mikell Johnson**
PO Box 484
Eutawville, SC 29048
803-542-4876
Fax: 803-492-9590
Email: jeffreymikelljohnson@gmail.com
*TERMINATED: 07/20/2016*
*Designation: Assistant US Attorney*

**Robert C Jendron , Jr**
US Attorneys Office
1441 Main Street
Suite 500
Columbia, SC 29201
803-929-3000
Fax: 803-254-2943
Email: bob.jendron@usdoj.gov
*TERMINATED: 07/20/2016*
*Designation: Assistant US Attorney*

**Rose Mary Parham**
Parham Law Office
PO Box 1514
Florence, SC 29503
843-407-7757
Email: parhamlaw@sc.twcbc.com
*TERMINATED: 07/02/2004*
*Designation: Retained*

**William Kenneth Witherspoon**
US Attorneys Office
1441 Main Street
Suite 500
Columbia, SC 29201
803-929-3000
Fax: 803-256-0233
Email: william.k.witherspoon@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2002 | | arrest WARRANT issued as to Chadrick E Fulks . [ 4:02-m -992 ] (sealed) (Entered: 11/21/2002) |
| 11/20/2002 | | arrest WARRANT issued as to Branden L Basham . [ 4:02-m -992 ] (sealed) Modified on 5/1/2006 (mflo, ). (Entered: 11/21/2002) |
| 11/21/2002 | | ARREST of Chadrick E Fulks in Northern District of Indiana [ 4:02-m -992 ] (tsin) (Entered: 12/02/2002) |

JA0013

| | | |
|---|---|---|
| 11/26/2002 | 5 | WRIT of Habeas Corpus ad Prosequendum issued as to Branden L Basham for 11/27/02 (signed by Magistrate Judge Thomas E. Rogers III ) [ 4:02-m -992 ] (tsin) (Entered: 11/26/2002) |
| 11/26/2002 | 6 | Initial Appearance as to Chadrick E Fulks held before Magistrate Judge Thomas E. Rogers III (Attorney William F Nettles IV, AFPD appointed) Court will appoint additional counsel; Location custody Court reporter: Anna Miles Tape 3-71-02 3469-4270 [ 4:02-m -992 ] (tsin) (Entered: 11/26/2002) |
| 11/26/2002 | 7 | CJA 23 FINANCIAL AFFIDAVIT by Chadrick E Fulks [ 4:02-m -992 ] (tsin) (Entered: 11/26/2002) |
| 11/26/2002 | 8 | ORDER Appointing Federal Public Defender for Chadrick E Fulks ( Signed by Magistrate Judge Thomas E. Rogers III ) [ 4:02-m -992 ] (tsin) (Entered: 11/26/2002) |
| 11/26/2002 | 9 | ORDER OF TEMPORARY DETENTION as to Chadrick E Fulks; Detention hearing to be scheduled at a later date; ( Signed by Magistrate Judge Thomas E. Rogers III ) [ 4:02-m -992 ] (tsin) (Entered: 11/26/2002) |
| 11/27/2002 | | ARREST of Branden L Basham [ 4:02-m -992 ] (tsin) Modified on 5/8/2006 (bshr, ). (Entered: 11/27/2002) |
| 11/27/2002 | 10 | Initial Appearance as to Branden L Basham held Preliminary Examination set for 10:30 12/5/02 for Branden L Basham; before Magistrate Judge Thomas E. Rogers III Financial affidavit taken (Attorneys Cameron B. Littlejohn, Jr. and Billy Monckton appointed CJA death penalty case and present in court) Location custody Court reporter: Andrea Miner Tape 3-72-02 2599-3120 [ 4:02-m -992 ] (tsin) (Entered: 11/27/2002) |
| 11/27/2002 | 11 | CJA 23 FINANCIAL AFFIDAVIT by Branden L Basham [ 4:02-m -992 ] (tsin) (Entered: 11/27/2002) |
| 11/27/2002 | 12 | ORDER OF DETENTION PENDING TRIAL as to Branden L Basham ( Signed by Magistrate Judge Thomas E. Rogers III ) [ 4:02-m -992 ] (tsin) (Entered: 11/27/2002) |
| 11/27/2002 | 13 | NOTICE of Hearing as to Chadrick E Fulks set status conference for 10:30 12/4/02 for Chadrick E Fulks before Magistrate Judge Thomas E. Rogers III [ 4:02-m -992 ] (tsin) (Entered: 11/27/2002) |
| 11/27/2002 | 14 | NOTICE of Hearing as to Branden L Basham set Preliminary Examination for 10:30 12/5/02 for Branden L Basham [ 4:02-m -992 ] (tsin) (Entered: 11/27/2002) |
| 11/27/2002 | 16 | arrest WARRANT Returned Executed as to Chadrick E Fulks on 11/22/02 [ 4:02-m -992 ] (amil) (Entered: 11/29/2002) |
| 11/29/2002 | 17 | Rule 40 Documents as to Chadrick E Fulks received from Northern District of Indiana to include the following: docket sheet; CJA 23 Financial Affidavit; Order of temporary detention; Commitment to another district [ 4:02-m -992 ] (tsin) (Entered: 12/02/2002) |
| 12/03/2002 | 18 | Waiver of Preliminary Examination or Hearing by Branden L Basham [ 4:02-m -992 ] (amil) (Entered: 12/03/2002) |
| 12/03/2002 | 19 | Waiver of Preliminary Examination or Hearing by Chadrick E Fulks [ 4:02-m -992 ] (amil) (Entered: 12/03/2002) |
| 12/10/2002 | 20 | CJA 20 as to Branden L Basham : Appointment of Attorney William H Monckton VI ( Signed by Magistrate Judge Thomas E. Rogers III ) eod 11/12/02 [ 4:02-m -992 ] (amin) (Entered: 12/11/2002) |
| 12/10/2002 | 21 | CJA 20 as to Branden L Basham : Appointment of Attorney Cameron B. Littlejohn Jr. ( Signed by Magistrate Judge Thomas E. Rogers III ) eod 12/11/02 [ 4:02-m -992 ] (amin) |

| | | Modified on 12/13/2002 (Entered: 12/11/2002) |
|---|---|---|
| 12/11/2002 | 22 | MOTION by Branden L Basham sealed [ 4:02-m -992 ] (amil) Modified on 01/13/2003 (Entered: 12/11/2002) |
| 12/17/2002 | 23 | INDICTMENT as to Chadrick E Fulks (1) count(s) 1, 2, 3, Branden L Basham (2) count(s) 1, 2, 3 (tsin) (Entered: 12/18/2002) |
| 12/18/2002 | 24 | ORDER OF DETENTION PENDING TRIAL as to Chadrick E Fulks ( Signed by Magistrate Judge Thomas E. Rogers III ) (tsin) (Entered: 12/19/2002) |
| 12/19/2002 | 25 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham set Arraignment for 10:00 1/7/03 for Chadrick E Fulks, for Branden L Basham before Magistrate Judge Thomas E. Rogers III (tsin) (Entered: 12/19/2002) |
| 12/19/2002 | 26 | Arrest WARRANT Returned Executed as to Branden L Basham on 11/27/02 (amil) Modified on 5/8/2006 (bshr, ). (Entered: 12/20/2002) |
| 12/20/2002 | | CASE assigned to Chief Judge Joseph F. Anderson Jr (cqui) Modified on 5/8/2006 (bshr, ). (Entered: 12/20/2002) |
| 12/26/2002 | 27 | MOTION by Branden L Basham for discovery and inspection (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/14/2003) |
| 12/31/2002 | 28 | MOTION by Branden L Basham for order limiting contact with federal prisoner (kbos) Modified on 01/14/2003 Modified on 5/8/2006 (bshr, ). (Entered: 12/31/2002) |
| 01/07/2003 | 29 | Arraignment as to Chadrick E Fulks held before Magistrate Judge Thomas E. Rogers III Chadrick E Fulks (1) count(s) 1, 2, 3 (Attorney Bill Nettles present) Defendant pleads not guilty Location custody Court reporter: Anna Miles Tape 3-3-03 2675-2775 (tsin) Modified on 01/14/2003 (Entered: 01/08/2003) |
| 01/07/2003 | 30 | PLEA entered by Chadrick E Fulks . Defendant enters plea of: not guilty. (tsin) Modified on 01/14/2003 (Entered: 01/08/2003) |
| 01/07/2003 | | ORAL ORDER as to Branden L Basham [28-1] motion for order limiting contact with federal prisoner referred to Magistrate Judge Thomas E. Rogers III as to Branden L Basham (2), [22-1] motion for determination of mental competency referred to Magistrate Judge Thomas E. Rogers III as to Branden L Basham (2) (Orally Entered by Chief Judge Joseph F. Anderson Jr ) (tsin) Modified on 01/14/2003 Modified on 5/8/2006 (bshr, ). (Entered: 01/08/2003) |
| 01/07/2003 | 31 | Arraignment as to Branden L Basham held before Magistrate Judge Thomas E. Rogers III Branden L Basham (2) count(s) 1, 2, 3 (Attorney Cam Littlejohn and Billy Monckton presnet) Defendant pleads not guilty; Defendants motion for evaluation heard; Counsel to prepare proposed order; Defendants motion to limit contact with federal prisoner heard; Counsel to prepare proposed order; Government has open file policy; All discovery should be given to counsel by middle of February; Location remains in custody Court reporter: Anna Miles Tape 3-3-03 5-1482 (tsin) Modified on 01/14/2003 Modified on 5/8/2006 (bshr, ). (Entered: 01/08/2003) |
| 01/07/2003 | 32 | PLEA entered by Branden L Basham . Defendant enters plea of: not guilty. (tsin) Modified on 01/14/2003 Modified on 5/8/2006 (bshr, ). (Entered: 01/08/2003) |
| 01/14/2003 | 35 | MEMORANDUM by USA as to Branden L Basham in opposition to [28-1] motion for order limiting contact with federal prisoner (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/14/2003) |
| 01/14/2003 | 36 | MOTION with Memorandum in Support by USA as to Branden L Basham for determination regarding disqualification of counsel (mflo) Modified on 5/8/2006 (bshr, |

| | | |
|---|---|---|
| | | ). (Entered: 01/14/2003) |
| 01/14/2003 | 37 | MOTION by Branden L Basham to seal, [36-1] motion and memorandum of the US for determiniation regarding disqualification of counsel (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/14/2003) |
| 01/14/2003 | 38 | CJA 20 as to Chadrick E Fulks : Appointment of Attorney John H. Blume (Signed by Magistrate Judge Thomas E. Rogers III) (tsin) (Entered: 01/15/2003) |
| 01/15/2003 | 39 | MEMORANDUM by USA as to Branden L Basham in opposition to [37-1] motion to seal, the [36-1] motion and memorandum of the US for determiniation regarding disqualification of counsel (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/15/2003) |
| 01/15/2003 | 40 | MOTION HEARING as to Chadrick E Fulks, Branden L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER denying [37-1] motion to seal, [36-1] motion and memorandum of the US for determiniation regarding disqualification of counsel as to Branden L Basham (2), [36-1] motion for determiniation regarding disqualification of counsel taken under advisement as to Branden L Basham (2), denying [28-1] motion for order limiting contact with federal prisoner as to Branden L Basham (2); trial expected to be 3 weeks; defendants agree to continuance of trial; proposed consent order to be submitted; Counsel to file response to motions within 15 days of filing; Court Reporter: Jack Clarke. (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/15/2003) |
| 01/17/2003 | | CJA 30 PAYMENT to Cameron B. Littlejohn Jr. for defendant Branden L Basham VOUCHER # 030117000021 (cqui) Modified on 5/8/2006 (bshr, ). (Entered: 01/17/2003) |
| 01/22/2003 | 41 | ORDER as to Branden L Basham for appointment of counsel for this defendant (John F. Hardaway and Robert Wilcox) for the purpose of the pending motion to disqualify counsel for the defendant (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/22/2003) |
| 01/24/2003 | 42 | MOTION by interested party William Monckton to extend time to file response on behalf of William Monckton on Government's motion to disqualify attorney Monckton representing defendant Basham (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/24/2003) |
| 01/27/2003 | | Minute entry as to Branden L Basham : [22-1] motion sealed . Motion Terminated. as to Branden L Basham (2), Sealed Order [34-1] takes care of this motion (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/27/2003) |
| 01/28/2003 | 43 | ORDER adding John P. Freeman to represent Cameron B. Littlejohn for the purpose of the hearing on Government's motion to disqualify attorneys; extending response time to Government's motion by 15 days (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/29/2003) |
| 01/29/2003 | 44 | ORDER/LETTER for attorneys to do exhaustive research on admissibility before filing briefs, hearing date will be set after all briefs are filed as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/29/2003) |
| 01/29/2003 | 45 | MOTION by Branden L Basham for Robert M. Wilcox to appear pro hac vice (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/30/2003) |
| 01/29/2003 | 46 | APPLICATION/AFFIDAVIT OF ROBERT WILCOX as to Branden L Basham Re: [45-1] motion for Robert M. Wilcox to appear pro hac vice (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 01/30/2003) |

| 02/03/2003 | 50 | MOTION by USA as to Chadrick E Fulks, Branden L Basham SEALED MOTION (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 02/04/2003) |
|---|---|---|
| 02/04/2003 | 47 | CJA 30 as to Branden L Basham : Appointment of Attorney Robert M. Wilcox for purpose of Governments' motion to disqualify attorneys ( Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 02/04/2003) |
| 02/04/2003 | 48 | CJA 30 as to Branden L Basham : Appointment of Attorney John F. Hardaway for the purpose of Governments' motion to disqualify attorneys ( Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 02/04/2003) |
| 02/04/2003 | 49 | ORDER as to Branden L Basham granting [45-1] motion for Robert M. Wilcox to appear pro hac vice (fee is waived) as to Branden L Basham (2) (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/8/2006 (bshr, ). (Entered: 02/04/2003) |
| 02/10/2003 | 53 | CJA 30 as to Chadrick E Fulks : Appointment of Attorney John H. Blume ( Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 02/11/2003) |
| 03/07/2003 | 64 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (tsin) (Entered: 03/07/2003) |
| 03/11/2003 | 65 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [64-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/11/2003) |
| 04/07/2003 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 030401000001 (cqui) (Entered: 04/07/2003) |
| 04/07/2003 | | CJA PAYMENT to John P. Freeman for defendant Chadrick E Fulks VOUCHER # 03040100002 (cqui) (Entered: 04/07/2003) |
| 04/18/2003 | 70 | ORDER for FBI to take custody of defendant for purpose of conducting interviews and debriefings on 4/21/03 and from time to time as needed as to Chadrick E Fulks (Signed by Magistrate Judge Joseph R. McCrorey ) (mflo) (Entered: 04/18/2003) |
| 04/24/2003 | 74 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/24/2003) |
| 05/01/2003 | 77 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [74-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/01/2003) |
| 05/20/2003 | 85 | Arraignment on Superseding Indictment as to Chadrick E Fulks held before Magistrate Judge Bristow Marchant Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s; Defendant pleads NOT GUILTY Location custody ESR Operator: Angie Snipes (ctrm #2 5/20/03 56-3324) (mdea) (Entered: 05/20/2003) |
| 05/20/2003 | 86 | PLEA entered by Chadrick E Fulks . Defendant enters plea of: not guilty. (mdea) (Entered: 05/20/2003) |
| 05/22/2003 | 89 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/22/2003) |
| 05/28/2003 | 90 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [89-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/28/2003) |
| 05/29/2003 | 91 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (tsin) (Entered: 05/30/2003) |
| 06/02/2003 | 92 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (suro) (Entered: 06/02/2003) |

6/8/23, 9:07 AM                                      CM/ECF - scd

| | | |
|---|---|---|
| 06/04/2003 | 93 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [92-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/04/2003) |
| 06/04/2003 | 94 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [91-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/04/2003) |
| 06/19/2003 | 101 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 06/19/2003) |
| 06/23/2003 | 102 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [101-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/23/2003) |
| 06/23/2003 | 103 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (suro) (Entered: 06/23/2003) |
| 06/24/2003 | 106 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 06/25/2003) |
| 06/24/2003 | 107 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [106-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/25/2003) |
| 07/01/2003 | 115 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 07/02/2003) |
| 07/02/2003 | 116 | ORDER as to Chadrick E Fulks, Branden L Basham granting [109-1] motion to compel the production of blood and hair samples as to Chadrick E Fulks (1), Branden L Basham (2) (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 07/02/2003) |
| 07/08/2003 | 117 | ORDER OF PROTECTION for Gregory P. Harris from court proceedings between 7/7/03 and 7/22/03 as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 07/08/2003) |
| 07/08/2003 | 118 | ORDER OF CONTINUANCE (Order No. 5) as to Chadrick E Fulks, Branden L Basham Continuing due to preparation for a possible death penalty trial , set Jury trial for 4/5/04 for Chadrick E Fulks, for Branden L Basham before Chief Judge Joseph F. Anderson Jr (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 Modified on 6/6/2006 (bshr, ). (Entered: 07/08/2003) |
| 07/09/2003 | 119 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [103-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 07/09/2003) |
| 07/23/2003 | | CJA 30 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 03071800002 (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 07/23/2003) |
| 07/23/2003 | | CJA 30 PAYMENT to Gregory Poole Harris for defendant Branden L Basham VOUCHER # 03071800003 (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 07/23/2003) |
| 07/24/2003 | | CJA 30 PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 0307180000010 (cqui) (Entered: 07/24/2003) |

JA0018

| 07/24/2003 | | CJA 30 PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 030718000012 (cqui) (Entered: 07/24/2003) |
|---|---|---|
| 07/29/2003 | 121 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 07/29/2003) |
| 07/31/2003 | 122 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [121-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 07/31/2003) |
| 08/04/2003 | 123 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (suro) (Entered: 08/05/2003) |
| 08/07/2003 | 124 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [123-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 08/07/2003) |
| 08/08/2003 | 125 | MOTION by Chadrick E Fulks for private contact visits with defendant at the Alvin S. Glenn Detention Center (mflo) (Entered: 08/11/2003) |
| 08/08/2003 | 126 | ORDER NO. 6 as to Chadrick E Fulks granting [125-1] motion for private contact visits with defendant at the Alvin S. Glenn Detention Center as to Chadrick E Fulks (1) (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 (Entered: 08/11/2003) |
| 08/14/2003 | 127 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 08/14/2003) |
| 08/18/2003 | 128 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [127-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 08/19/2003) |
| 08/20/2003 | 129 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (tsin) (Entered: 08/20/2003) |
| 08/21/2003 | 130 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing, for 4:00 8/28/03 as to: Chadrick Fulks, ; Branden Basham, (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 08/21/2003) |
| 08/21/2003 | 131 | ORDER NO. 7 for Drs. Watts and Morgan be allowed to evaluate defendant and that no testing or evaluations are to be performed on defendant by any employee and/or agent of Columbia Care Center while he is incarcerated at the facility. as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 Modified on 6/6/2006 (bshr, ). (Entered: 08/21/2003) |
| 08/22/2003 | 132 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [129-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 08/22/2003) |
| 08/27/2003 | 133 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 08/28/2003) |
| 08/27/2003 | 134 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) Modified on 08/28/2003 (Entered: 08/28/2003) |
| 08/28/2003 | 135 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 08/29/2003) |
| 08/28/2003 | 136 | MOTION HEARING as to Chadrick E Fulks, Branden L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER [135-1] ex parte motion taken under advisement, [115-1] ex parte motion taken under advisement, [114-1] ex parte motion |

| | | |
|---|---|---|
| | | taken under advisement, [113-1] ex parte motion taken under advisement, [112-1] ex parte motion taken under advisement, [111-1] ex parte motion taken under advisement, [108-1] ex parte motion taken under advisement; written order to be filed, Court Reporter: Debra Jernigan. (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 08/29/2003) |
| 08/29/2003 | 137 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [135-1] ex parte motion as to Branden L Basham (2), granting [114-1] ex parte motion as to Branden L Basham (2), granting [113-1] ex parte motion as to Branden L Basham (2), granting [112-1] ex parte motion as to Branden L Basham (2), granting [111-1] ex parte motion as to Branden L Basham (2), granting [108-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 08/29/2003) |
| 08/29/2003 | 138 | EX PARTE ORDER (Sealed) as to Branden L Basham denying [115-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 08/29/2003) |
| 09/02/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 03071800002 to Paige Tarr (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 09/02/2003) |
| 09/02/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 030723000001 to Paige Tarr (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 09/02/2003) |
| 09/02/2003 | | CJA 31 PAYMENT for defendant Chadrick E Fulks VOUCHER # 03072400001 for paralegal (Blume and Weyble) Jill Rider (cqui) (Entered: 09/02/2003) |
| 09/02/2003 | 139 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [133-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 09/02/2003) |
| 09/02/2003 | 140 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [134-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 09/02/2003) |
| 09/04/2003 | 141 | EX PARTE ORDER (Sealed) to correct order entered 8/29/03 as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 09/05/2003) |
| 09/08/2003 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 030820000017 (cqui) (Entered: 09/08/2003) |
| 09/08/2003 | | CJA PAYMENT to John H. Blume (Keir Weyble) for defendant Chadrick E Fulks VOUCHER # 030820000018 (cqui) (Entered: 09/08/2003) |
| 09/08/2003 | | CJA PAYMENT to Gregory Poole Harris for defendant Branden L Basham VOUCHER # 030902000001 (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 09/08/2003) |
| 09/08/2003 | | CJA PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 030820000019 (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 09/08/2003) |
| 09/08/2003 | 142 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 09/09/2003) |
| 09/08/2003 | 143 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [142-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the |

| | | |
|---|---|---|
| | | closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 09/09/2003) |
| 09/12/2003 | 144 | NOTICE of INTENT TO SEEK DEATH PENALTY by USA as to Branden L Basham (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 09/15/2003) |
| 09/12/2003 | 145 | NOTICE of INTENT TO SEEK DEATH PENALTY by USA as to Chadrick E Fulks (mflo) (Entered: 09/15/2003) |
| 09/23/2003 | | CJA 31 PAYMENT for defendant Chadrick E Fulks VOUCHER # 030820000008 paralegal services 7/1/03 to 7/31/03 (cqui) (Entered: 09/23/2003) |
| 09/23/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 03082000009 mitigation specialist 7/1/03- to 7/31/03 (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 09/23/2003) |
| 09/25/2003 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 0391500001 (cqui) (Entered: 09/25/2003) |
| 09/25/2003 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 03091500002 (cqui) (Entered: 09/25/2003) |
| 09/25/2003 | | CJA PAYMENT to Gregory Poole Harris for defendant Branden L Basham VOUCHER # 03091500003 (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 09/25/2003) |
| 09/25/2003 | | CJA PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 03091500004 (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 09/25/2003) |
| 09/25/2003 | 146 | MOTION by Branden L Basham to extend time for pretrial confinement at Columbia Care Center until 10/15/03 (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 09/26/2003) |
| 09/26/2003 | 147 | ORDER NO. 8 as to Branden L Basham granting [146-1] motion to extend time for pretrial confinement at Columbia Care Center until 10/15/03 as to Branden L Basham (2); Clerk is to forward copy of this order to David Cooper, General Manager of Columbia Care Center, Mr. Cooper shall provide the court with a written report stating when the defendant began receiving his medication and explain the reason for the delay (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 Modified on 6/6/2006 (bshr, ). (Entered: 09/26/2003) |
| 09/29/2003 | 148 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 09/30/2003) |
| 09/29/2003 | 149 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 09/30/2003) |
| 09/29/2003 | 150 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 09/30/2003) |
| 10/02/2003 | 151 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [150-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/02/2003) |
| 10/02/2003 | 152 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [148-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/02/2003) |
| 10/02/2003 | 153 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [149-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/02/2003) |

6/8/23, 9:07 AM                                        CM/ECF - scd

| 10/06/2003 | 154 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 10/06/2003) |
| 10/06/2003 | 155 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 10/06/2003) |
| 10/06/2003 | 156 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 10/06/2003) |
| 10/06/2003 | 157 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 10/06/2003) |
| 10/06/2003 | 158 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 10/06/2003) |
| 10/06/2003 | 159 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 10/06/2003) |
| 10/06/2003 | 160 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 10/06/2003) |
| 10/06/2003 | 161 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 10/06/2003) |
| 10/06/2003 | 162 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 10/06/2003) |
| 10/06/2003 | 163 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 10/06/2003) |
| 10/06/2003 | 164 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [163-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/07/2003) |
| 10/06/2003 | 165 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [162-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/07/2003) |
| 10/06/2003 | 166 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [161-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/07/2003) |
| 10/06/2003 | 167 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [160-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/07/2003) |
| 10/06/2003 | 168 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [159-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/07/2003) |
| 10/06/2003 | 169 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [158-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/07/2003) |
| 10/06/2003 | 170 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [157-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/07/2003) |
| 10/06/2003 | 171 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [156-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/07/2003) |

JA0022

6/8/23, 9:07 AM                                    CM/ECF - scd

| 10/06/2003 | 172 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [155-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/07/2003) |
| 10/06/2003 | 173 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [154-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 10/07/2003) |
| 10/09/2003 | 175 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 10/09/2003) |
| 10/09/2003 | 176 | MOTION by Chadrick E Fulks for Bill of Particulars , and Renewal Motion for Disclosure of intent to use evidence of other crimes, wrongs or acts under Rule 404(b) (mflo) (Entered: 10/09/2003) |
| 10/20/2003 | 177 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 10/21/2003) |
| 10/20/2003 | 178 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 10/21/2003) |
| 10/20/2003 | 179 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 10/21/2003) |
| 10/20/2003 | 180 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 10/21/2003) |
| 10/27/2003 |  | CJA31 PAYMENT for defendant Branden L Basham VOUCHER # 030915000001 Paige Tarr (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 10/27/2003) |
| 10/27/2003 |  | CJA 31 PAYMENT for defendant Chadrick E Fulks VOUCHER # 03091500004 Jill Ryder (cqui) (Entered: 10/27/2003) |
| 10/27/2003 | 181 | SEALED DOCUMENT (response to Order) as to Branden L Basham (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 10/27/2003) |
| 10/31/2003 | 182 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham set status conference for 9:00 11/5/03 for Chadrick E Fulks, for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 10/31/2003) |
| 11/03/2003 | 183 | MOTION by Chadrick E Fulks to sever (kbos) (Entered: 11/04/2003) |
| 11/04/2003 | 184 | RESPONSE by USA as to Chadrick E Fulks re [176-1] motion for Bill of Particulars (mflo) (Entered: 11/05/2003) |
| 11/05/2003 | 185 | STATUS CONFERENCE as to Chadrick E Fulks, Branden L Basham held before Chief Judge Joseph F. Anderson Jr, discussion of scheduling order deadlines, but not set. ORAL ORDER allowing Jack Swerling to exceed the $1,000 on travel during the week of 11/10/03; Court to file order on exparte motions pending as to defendant Basham; Court Reporter: Gary Smith. (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 11/06/2003) |
| 11/07/2003 | 186 | MOTION by USA as to Chadrick E Fulks for reciprocal discovery (mdea) (Entered: 11/10/2003) |
| 11/07/2003 | 187 | MOTION by USA as to Chadrick E Fulks, Branden L Basham for reciprocal discovery (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 11/10/2003) |

JA0023

6/8/23, 9:07 AM                                                CM/ECF - scd

| 11/10/2003 | 188 | DEMAND FOR NOTICE OF ALIBI by USA as to Chadrick E Fulks (mflo) (Entered: 11/12/2003) |
| --- | --- | --- |
| 11/10/2003 | 189 | DEMAND FOR NOTICE OF ALIBI by USA as to Branden L Basham (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 11/12/2003) |
| 11/13/2003 | | CJA PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 031014000013 (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 11/13/2003) |
| 11/13/2003 | | CJA PAYMENT to Gregory Poole Harris for defendant Branden L Basham VOUCHER # 031014000014 (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 11/13/2003) |
| 11/13/2003 | | CJA PAYMENT to Gregory Poole Harris for defendant Chadrick E Fulks VOUCHER # 031014000016 (cqui) (Entered: 11/13/2003) |
| 11/13/2003 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 03102400002 (cqui) (Entered: 11/13/2003) |
| 11/13/2003 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 031024000003 (cqui) (Entered: 11/13/2003) |
| 11/14/2003 | 194 | SCHEDULING ORDER (Order No. 9) as to Chadrick E Fulks, Branden L Basham setting Jury Selection for 4/5/04 for Chadrick E Fulks, for Branden L Basham ; Defendants shall file simultaneous briefs on legal issues; Motion Filing and defendants shall serve notice on the government if they intend to rely upon psychological testimony; deadline on 12/31/03 for Chadrick E Fulks, for Branden L Basham; 1/2/04 a hearing will be held if defendants intend to use psycholoical testimony ; Opposition memoranda to any motions filed on 12/31/03; 1/20/04 reply memoranda due; 2/9-10/04 oral argument on all pending motons; Jury Trial for 4/5/04 for Chadrick E Fulks, for Branden L Basham ; ( Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 Modified on 6/6/2006 (bshr, ). (Entered: 11/17/2003) |
| 11/18/2003 | | CJA PAYMENT for defendant Branden L Basham VOUCHER # 031118000001GTA Swerling and Tarr (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 11/18/2003) |
| 11/18/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031014000006 Donna Schwartz-Watts (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 11/18/2003) |
| 11/18/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031014000007 Charlisle Mc Nair (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 11/18/2003) |
| 11/18/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031014000008 Carlolyn Graham (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 11/18/2003) |
| 11/18/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031014000009 Paige Tarr (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 11/18/2003) |
| 11/18/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 03101400010 Lesa Watson (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 11/18/2003) |
| 11/18/2003 | | CJA31 PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 031024000002 Paralegal Service (cqui) (Entered: 11/18/2003) |
| 11/24/2003 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 031118000016 Keir Weyble (cqui) (Entered: 11/24/2003) |
| 11/24/2003 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 031118000015 (cqui) (Entered: 11/24/2003) |

JA0024

6/8/23, 9:07 AM                                                  CM/ECF - scd

| | | |
|---|---|---|
| 11/24/2003 | | CJA 30 PAYMENT to Gregory Poole Harris for defendant Branden L Basham VOUCHER # 0311180000002 (cqui) Modified on 11/24/2003 Modified on 6/6/2006 (bshr, ). (Entered: 11/24/2003) |
| 11/24/2003 | | CJA 30 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 03118000001 (cqui) Modified on 6/6/2006 (bshr, ). (Entered: 11/24/2003) |
| 11/24/2003 | 195 | REPLY by defendant Chadrick E Fulks to USA response to [176-1] motion for Bill of Particulars (mflo) (Entered: 11/24/2003) |
| 12/02/2003 | 196 | EX PARTE FORTHWITH ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 12/03/2003) |
| 12/02/2003 | 197 | EX PARTE FORTHWITH ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 12/03/2003) |
| 12/04/2003 | 198 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 12/05/2003) |
| 12/04/2003 | 199 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/6/2006 (bshr, ). (Entered: 12/05/2003) |
| 12/05/2003 | 200 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [199-1] ex parte motion ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 12/05/2003) |
| 12/08/2003 | 201 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [198-1] ex parte motion ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 12/08/2003) |
| 12/11/2003 | 202 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 12/11/2003) |
| 12/12/2003 | 203 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham set status conference for 10:00 1/6/04 for Chadrick E Fulks, for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 12/12/2003) |
| 12/12/2003 | 204 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing on all pending motion at 10:00 2/9/04 and 2/10/04 as to: Chadrick Fulks, To Sever (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 12/12/2003) |
| 12/15/2003 | 205 | MEMORANDUM by Branden L Basham of authority on Rule 12.2 examinations (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 12/16/2003) |
| 12/15/2003 | 206 | MOTION with Memorandum in Support by USA as to Chadrick E Fulks, Branden L Basham regarding mental health evidence (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 12/16/2003) |
| 12/16/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031117000009 Donald Morgan (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 12/16/2003) |
| 12/16/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 0311170000010 Doanld Morgan (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 12/16/2003) |

JA0025

| 12/16/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031117000011 Donald Morgan (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 12/16/2003) |
|---|---|---|
| 12/16/2003 | | CJA31 PAYMENT for defendant Branden L Basham VOUCHER # 031117000012 Donald Morgan (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 12/16/2003) |
| 12/16/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031118000003 Carlisle McNair (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 12/16/2003) |
| 12/16/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031118000004 Lesa Watson (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 12/16/2003) |
| 12/16/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031118000005 Carolyn Graham (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 12/16/2003) |
| 12/16/2003 | | CJA 31 PAYMENT for defendant Chadrick E Fulks VOUCHER # 031118000009ll Jill Rider (Blume and Weyble) (cqui) (Entered: 12/16/2003) |
| 12/16/2003 | | CJA31 PAYMENT for defendant Branden L Basham VOUCHER # 03112400007 Paaige Tarr (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 12/16/2003) |
| 12/16/2003 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031212000001 Donna Swartz-Watts (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 12/16/2003) |
| 12/16/2003 | [207](#) | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [202-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 12/16/2003) |
| 12/17/2003 | [208](#) | MEMORANDUM by Chadrick E Fulks in opposition to [206-1] motion regarding mental health evidence (jada) (Entered: 12/18/2003) |
| 12/30/2003 | [209](#) | MEMORANDUM by USA as to Chadrick E Fulks in opposition to [183-1] motion to sever (mflo) (Entered: 12/30/2003) |
| 12/30/2003 | [210](#) | REPLY by plaintiff USA to [208-1] opposition memorandum by Fulks in re mental examination, [205-1] support memorandum by Basham in re mental examination (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 12/30/2003) |
| 12/30/2003 | [211](#) | MOTION by USA as to Chadrick E Fulks, Branden L Basham in limine to exclude admission of polygraph evidence during trial (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 12/30/2003) |
| 12/31/2003 | [212](#) | MOTION with Memorandum in Support by Chadrick E Fulks for attorney conducted voir dire regarding the scope and nature of proper voir dire in a capital case (mflo) (Entered: 12/31/2003) |
| 12/31/2003 | [213](#) | MOTION by Chadrick E Fulks to quash the venire on the basis of underrepresentation of racial minorities (mflo) (Entered: 12/31/2003) |
| 12/31/2003 | [214](#) | MOTION by Chadrick E Fulks in limine to exclude evidence of unadjudicated offenses or in the alternative to establish procedure for pretrial determination of admissibility of such evidence and for specified burden of proof to be sustained by the Government with respect to unadjudicated offenses offered at the sentencing phase (mflo) (Entered: 12/31/2003) |
| 12/31/2003 | [215](#) | MOTION by Chadrick E Fulks to preclude the Government from seeking death by Lethal Injection (mflo) (Entered: 12/31/2003) |

| 12/31/2003 | 216 | MOTION by Chadrick E Fulks for Continuance due to more time for discovery and trial preparation (mflo) (Entered: 12/31/2003) |
|---|---|---|
| 12/31/2003 | 217 | MOTION by Chadrick E Fulks to Adopt Motion of Other Defendant, defendant does reserve the right to opt out of any or all motions (mflo) (Entered: 12/31/2003) |
| 12/31/2003 | 218 | MOTION by Chadrick E Fulks to strike and or limit aggravating factors in Governments notice of intent to seek the death penalty (mflo) (Entered: 12/31/2003) |
| 12/31/2003 | 219 | MOTION by Chadrick E Fulks to preclude or place substantive limitations on and establish procedural protections for the admissibility and consideration of victim impact evidence (mflo) (Entered: 12/31/2003) |
| 12/31/2003 | 220 | REPLY by defendant Chadrick E Fulks to [206-1] motion regarding mental health evidence by USA (mflo) (Entered: 01/02/2004) |
| 12/31/2003 | 221 | MOTION by Chadrick E Fulks for Hearing pursuant to Jackson vs. Denno, 378 US 368 (1964) (mflo) (Entered: 01/02/2004) |
| 12/31/2003 | 222 | MOTION by Chadrick E Fulks to prohibit "Death Qualification" during jury selection (mflo) (Entered: 01/02/2004) |
| 12/31/2003 | 223 | MOTION by Chadrick E Fulks to admit polygraph evidence demonstrating that defendant Fulks did not kill Alice Donovan and Samantha Burns (mflo) (Entered: 01/02/2004) |
| 12/31/2003 | 224 | MOTION by Chadrick E Fulks to preclude the Government from seeking the Death Penalty in a racially discrimination manner re: [145-1] notice by Government to seek the death penalty (mflo) (Entered: 01/02/2004) |
| 12/31/2003 | 225 | MOTION by Chadrick E Fulks to strike [145-1] notice to seek the death penalty (mflo) (Entered: 01/02/2004) |
| 12/31/2003 | 226 | MOTION by Branden L Basham for production of list of venire persons 30 days in advance (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 12/31/2003 | 227 | MEMORANDUM by Branden L Basham in support of [226-1] motion for production of list of venire persons 30 days in advance (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 12/31/2003 | 228 | MOTION by Branden L Basham for discovery pursuant to Rule 16 , for early prodution of the Government's witness list , for early production of Jenks , for pretrial production of statements of individuals not to be called as witnesses , for Disclosure of any and all contact between Government agents or prosecutors and informants incarcerated with defendant , for discovery and inspection concerning Government's use of informants, operatives and cooperating individuals and detailed notice to the Government of exculpatory information requested , for immediate production of evidence or information regarding other crimes or bad acts by the defendant , for Disclose of of co-conspirator hearsay , for notice of Government's intention to use residual hearsay exception under Rule 807 , for notice by the Government pursuant to Rule 12(b)(4) of its intention to use specific evidence arguably subject to suppression , for discovery regarding eyewitness identification and motion to disclose and suppress any attemped in court identification by any "eye-witness" , for discovery and inspection from co-defendant , for Disclosure to preserve rough notes memorana and or reports , for Bill of Particulars as to superseding indictment and the notice to seek the death penalty , for discovery and inspection of information and evidence in aggravation or mitigation of punishment , for specific discovery from Bureau of Prisons (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |

CM/ECF - scd

| 12/31/2003 | 229 | MEMORANDUM by Branden L Basham in support of [228-1] motion for discovery pursuant to Rule 16, [228-2] motion for early prodution of the Government's witness list, [228-3] motion for early production of Jenks, [228-4] motion for pretrial production of statements of individuals not to be called as witnesses, [228-5] motion for Disclosure of any and all contact between Government agents or prosecutors and informants incarcerated with defendant, [228-6] motion for discovery and inspection concerning Government's use of informants, operatives and cooperating individuals and detailed notice to the Government of exculpatory information requested, [228-7] motion for immediate production of evidence or information regarding other crimes or bad acts by the defendant, [228-8] motion for Disclosure of co-conspirator hearsay, [228-9] motion for notice of Government's intention to use residual hearsay exception under Rule 807, [228-10] motion for notice by the Government pursuant to Rule 12(b)(4) of its intention to use specific evidence arguably subject to suppression, [228-11] motion for discovery regarding eyewitness identification and motion to disclose and suppress any attemped in court identification by any "eye-witness", [228-12] motion for discovery and inspection from co-defendant, [228-13] motion for Disclosure to preserve rough notes memorana and or reports, [228-14] motion for Bill of Particulars as to superseding indictment and the notice to seek the death penalty, [228-15] motion for discovery and inspection of information and evidence in aggravation or mitigation of punishment, [228-16] motion for specific discovery from Bureau of Prisons (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 12/31/2003 | 230 | MOTION by Branden L Basham challenging the constitutionality of the Federal Death Penalty Statute (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 12/31/2003 | 231 | MEMORANDUM by Branden L Basham in support of [230-1] motion challenging the constitutionality of the Federal Death Penalty Statute (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 12/31/2003 | 232 | MOTION by Branden L Basham to suppress statements by the defendant , for leave to file additional grounds to suppress after court rules on pending motions and discovery has been completed (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 12/31/2003 | 233 | MOTION by Branden L Basham to Adopt Motion of Other Defendant [216-1] motion for Continuance due to more time for discovery and trial preparation, [214-1] motion in limine to exclude evidence of unadjudicated offenses or in the alternative to establish procedure for pretrial determination of admissibility of such evidence and for specified burden of proof to be sustained by the Government with respect to unadjudicated offenses offered at the sentencing phase, [213-1] motion to quash the venire on the basis of underrepresentation of racial minorities, [222-1] motion to prohibit "Death Qualification" during jury selection including, but not limited to the above listed motions (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 12/31/2003 | 234 | MOTION by Branden L Basham to strike [144-1] notice to seek the death penalty or in the alternative to strike or limit aggravating factors (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 12/31/2003 | 235 | MOTION by Branden L Basham to sever trial (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 12/31/2003 | 236 | MOTION by Branden L Basham to allow allocution without cross-examination during penalty phase (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 12/31/2003 | 237 | MOTION by Branden L Basham for appropriate punishment related voir dire, attorney questioning, use of a jury questionnaire and for individual, sequestered voir dire on certain topics (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |

JA0028

| | | |
|---|---|---|
| 12/31/2003 | 238 | MOTION by Branden L Basham to Adopt all trial objections of the co-defendant (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 01/02/2004 | | CJA PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 03121500002 (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 01/02/2004 | | CJA PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 031215000001 (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 01/02/2004 | | CJA PAYMENT to Gregory Poole Harris for defendant Branden L Basham VOUCHER # 031215000004 (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 01/02/2004 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 031215000005 (cqui) (Entered: 01/02/2004) |
| 01/02/2004 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 031215000006 (cqui) (Entered: 01/02/2004) |
| 01/02/2004 | | CJA PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 031215000003 (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 01/02/2004) |
| 01/05/2004 | 239 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 01/06/2004) |
| 01/06/2004 | 240 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [239-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 01/06/2004) |
| 01/06/2004 | 241 | MOTION HEARING as to Chadrick E Fulks, Branden L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER [206-1] motion regarding mental health evidence taken under advisement as to Chadrick E Fulks (1), Branden L Basham (2); written order to be filed Court Reporter: Ray Simmons. (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/06/2004) |
| 01/06/2004 | 242 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/06/2004) |
| 01/06/2004 | 243 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/06/2004) |
| 01/06/2004 | 244 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/06/2004) |
| 01/06/2004 | 245 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/14/2006 (bshr, ). (Entered: 01/06/2004) |
| 01/07/2004 | 246 | POST HEARING SUPPLEMENTAL MEMORANDUM by defendant Chadrick E Fulks regarding the scope of the Government's right to a rebuttal evaluation (mflo) (Entered: 01/07/2004) |
| 01/07/2004 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031215000003 o USC (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 01/07/2004) |
| 01/07/2004 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031215000004 to Paige Tarr (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 01/07/2004) |
| 01/07/2004 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 031215000005 Lesa Watson (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 01/07/2004) |
| 01/07/2004 | | CJA 31PAYMENT for defendant Branden L Basham VOUCHER # 031215000006 to |

| | | Carolyn Graham (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 01/07/2004) |
|---|---|---|
| 01/07/2004 | | CJA PAYMENT for defendant Branden L Basham VOUCHER # 03121500007 (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 01/07/2004) |
| 01/07/2004 | | CJA31 PAYMENT for defendant Chadrick E Fulks VOUCHER # 031215000008 Jill Ryder (cqui) (Entered: 01/07/2004) |
| 01/07/2004 | | CJA 31 PAYMENT for defendant Branden L Basham VOUCHER # 040107000007 Dr Morgan (cqui) Modified on 6/14/2006 (bshr, ). (Entered: 01/07/2004) |
| 01/07/2004 | 247 | ORDER NO. 10 as to Chadrick E Fulks, Branden L Basham for the duration of this case, each defendant will be deemed to have joined in any motion filed by the co-defendant, and each defendant will be deemed to have joined in any evidentiary objection at a hearing or at the trial of this case. Any defendant wishing not to join in a motion or objection must state after the motion or objection is made; mooting [217-1] motion to Adopt Motion of Other Defendant, defendant does reserve the right to opt out of any or all motions as to Chadrick E Fulks (1), mooting [233-1] motion to Adopt Motion of Other Defendant [216-1] motion for Continuance due to more time for discovery and trial preparation, [214-1] motion in limine to exclude evidence of unadjudicated offenses or in the alternative to establish procedure for pretrial determination of admissibility of such evidence and for specified burden of proof to be sustained by the Government with respect to unadjudicated offenses offered at the sentencing phase, [213-1] motion to quash the venire on the basis of underrepresentation of racial minorities, [222-1] motion to prohibit "Death Qualification" during jury selection including, but not limited to the above listed motions as to Branden L Basham (2), mooting [238-1] motion to Adopt all trial objections of the co-defendant as to Branden L Basham (2) (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 Modified on 6/14/2006 (bshr, ). (Entered: 01/08/2004) |
| 01/08/2004 | 248 | ORDER NO. 11 as to Chadrick E Fulks, Branden L Basham granting [206-1] motion regarding mental health evidence as to Chadrick E Fulks (1), Branden L Basham (2); The defendants are to be transported to FCI Butner where the examinations will be conducted strictly in accordance with the guidelines and conditions set forth in this order (see order); The defendants are to arrive no later than 1/19/04 and shall return no later than 2/16/04; motions for severance and for continuance shall be on 1/21/04 at 2:00 and the all other pending motions hearing shall be 2/24 and 2/25 at 10:00; a new trial date of 4/19/04 (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 Modified on 6/14/2006 (bshr, ). (Entered: 01/08/2004) |
| 01/08/2004 | 249 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing, for 2:00 1/21/04 as to: Chadrick Fulks, For Continuance (Speedy Trial), To Sever; Branden Basham, To Sever (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/08/2004) |
| 01/08/2004 | 250 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 2/24/04 and 2/25/04 as to all remaining pending motions: , set pretrial conference for 10:00 2/24/04 and 2/25/04 for Chadrick E Fulks, for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 01/08/2004 Modified on 6/14/2006 (mflo, ). (Entered: 01/08/2004) |
| 01/08/2004 | 251 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (tsin) (Entered: 01/09/2004) |
| 01/09/2004 | 252 | ORDER NO. 12 changing the motion hearing on severance and continuance to 1/20/04 and 1:00pm and the USM is to transport the defendant to FCI Butner as soon as possible after the conclusion of the hearing on 1/20/04 but no later than 1/21/04. This order supersedes the earlier order correcting the USM to have the defendants transported to |

| | | |
|---|---|---|
| | | Butner on or before 1/19/04. as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 Modified on 6/14/2006 (mflo, ). (Entered: 01/09/2004) |
| 01/09/2004 | 253 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing, for 1:00 1/20/04 as to: Chadrick Fulks, For Continuance (Speedy Trial), To Sever; Branden Basham, To Sever (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/09/2004) |
| 01/09/2004 | 254 | ORDER NO. 13 to facilitate the transfer of defendant to FCI Butner; the USM is authorized to transport defendant to Butner on 1/20/04; Under no circumstances is defendant to be transferred later than 1/21/04; the USM shall return defendant to this district no later than 2/20/04. as to Chadrick E Fulks (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 (Entered: 01/09/2004) |
| 01/09/2004 | 255 | ORDER NO. 14 to facilitate the transfer of defendant to FCI Butner; the USM is authorized to transport defendant to Butner on 1/20/04; Under no circumstances is defendant to be transferred later than 1/21/04; the USM shall return defendant to this district no later than 2/20/04. as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 Modified on 6/14/2006 (mflo, ). (Entered: 01/09/2004) |
| 01/09/2004 | 256 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/12/2004) |
| 01/09/2004 | 257 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/12/2004) |
| 01/12/2004 | 258 | ORDER NO. 15 a proposed death penalty questionnaire and the standard questionnaire are attached; counsel will need to be prepared to discuss this issue at the motion to sever and to continue hearing scheduled for 1/20/03 at 1:00pm as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 Modified on 6/14/2006 (mflo, ). (Entered: 01/12/2004) |
| 01/13/2004 | 259 | JOINT MOTION by Chadrick E Fulks, Branden L Basham for reconsideration of [248-1] order concerning the government's request to evaluate the defendants for purposes of rebutting sentencing phase mental health evidence (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/14/2004) |
| 01/13/2004 | 260 | TRANSCRIPT OF MOTION/STATUS as to Chadrick E Fulks, Branden L Basham for dates of 6/18/03 before Chief Judge Joseph F. Anderson Jr held in Columbia, Court Reporter: Debra Jernigan (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/14/2004) |
| 01/13/2004 | 261 | TRANSCRIPT OF SEALED HEARING as to Chadrick E Fulks, Branden L Basham for dates of 6/18/03 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/14/2004) |
| 01/14/2004 | 262 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [251-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 01/14/2004) |
| 01/14/2004 | 263 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/15/2004) |
| 01/15/2004 | 264 | ORDER NO. 16 - ORDER TENTATIVELY ESTABLISHING PROCEDURES FOR JURY SELECTION the court will hear motions challenging the method of jury qualification on procedural issues at the hearing on 1/20/04; attached is a proposal and |

6/8/23, 9:07 AM                                    CM/ECF - scd

| | | counsel should be prepared to discuss as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 Modified on 6/14/2006 (mflo, ). (Entered: 01/15/2004) |
|---|---|---|
| 01/15/2004 | 265 | PROPOSED JUROR QUESTIONNAIRE by Chadrick E Fulks as to Chadrick E Fulks (mflo) (Entered: 01/15/2004) |
| 01/15/2004 | 266 | MEMORANDUM by USA as to Chadrick E Fulks, Branden L Basham in opposition to [218-1] motion to strike and or limit aggravating factors in Governments notice of intent to seek the death penalty, [230-1] motion challenging the constitutionality of the Federal Death Penalty Statute (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 267 | MEMORANDUM by USA as to Branden L Basham in opposition to [236-1] motion to allow allocution without cross-examination during penalty phase (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 268 | MEMORANDUM by USA as to Chadrick E Fulks, Branden L Basham in opposition to [218-1] motion to strike and or limit aggravating factors in Governments notice of intent to seek the death penalty, [234-1] motion to strike [144-1] notice to seek the death penalty or in the alternative to strike or limit aggravating factors (jada) Modified on 5/8/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 269 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [224-1] motion to preclude the Government from seeking the Death Penalty in a racially discrimination manner re: [145-1] notice by Government to seek the death penalty (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 270 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [235-1] motion to sever trial (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 271 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [232-1] motion to suppress statements by the defendant, [232-2] motion for leave to file additional grounds to suppress after court rules on pending motions and discovery has been completed, [221-1] motion for Hearing pursuant to Jackson vs. Denno, 378 US 368 (1964) (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 272 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [219-1] motion to preclude or place substantive limitations on and establish procedural protections for the admissibility and consideration of victim impact evidence (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 273 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [237-1] motion for appropriate punishment related voir dire, attorney questioning, use of a jury questionnaire and for individual, sequestered voir dire on certain topics (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 274 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [216-1] motion for Continuance due to more time for discovery and trial preparation (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 275 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [215-1] motion to preclude the Government from seeking death by Lethal Injection (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 276 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [214-1] motion in limine to exclude evidence of unadjudicated offenses or in the alternative to establish procedure for pretrial determination of admissibility of such evidence and for specified burden of proof to be sustained by the Government with respect to unadjudicated |

JA0032

| | | offenses offered at the sentencing phase (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
|---|---|---|
| 01/15/2004 | 277 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [213-1] motion to quash the venire on the basis of underrepresentation of racial minorities (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 278 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [228-1] motion for discovery pursuant to Rule 16 (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 279 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [226-1] motion for production of list of venire persons 30 days in advance (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 280 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [223-1] motion to admit polygraph evidence demonstrating that defendant Fulks did not kill Alice Donovan and Samantha Burns (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/15/2004 | 281 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [222-1] motion to prohibit "Death Qualification" during jury selection (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/16/2004 | 282 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham before Chief Judge Joseph F. Anderson Jr reset Motion Hearing for 11:00 1/20/04 as to: Chadrick Fulks, For Continuance (Speedy Trial) (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/16/2004 | 283 | RESPONSE by USA as to Chadrick E Fulks, Branden L Basham re [259-1] joint motion for reconsideration of [248-1] order concerning the government's request to evaluate the defendants for purposes of rebutting sentencing phase mental health evidence (jada) Modified on 6/14/2006 (mflo, ). (Entered: 01/16/2004) |
| 01/20/2004 | 284 | MOTION and APPLICATION by Chadrick E Fulks for Sheri Lynn Johnson to appear pro hac vice FILING FEE AMOUNT 100.00 Receipt # 30001927 (mflo) (Entered: 01/21/2004) |
| 01/20/2004 | 285 | ORDER NO. 17 as to Chadrick E Fulks granting [284-1] motion for Sheri Lynn Johnson to appear pro hac vice FILING FEE AMOUNT 100.00 Receipt # 30001927 as to Chadrick E Fulks (1) (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/23/2004 (Entered: 01/21/2004) |
| 01/20/2004 | 286 | REPLY by defendant Chadrick E Fulks to [270-1] memorandum in opposition to [235-1] motion to sever by defendant Fulks (mflo) (Entered: 01/21/2004) |
| 01/20/2004 | 287 | JOINT MOTION and MEMORANDUM by Chadrick E Fulks, Branden L Basham regarding Government access to the defendants' 12.2 notices (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/21/2004) |
| 01/20/2004 | 288 | TRANSCRIPT OF STATUS CONFERENCE as to Chadrick E Fulks, Branden L Basham for dates of 11/5/03 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/21/2004) |
| 01/20/2004 | | MOTION in open court by Branden L Basham for statewide jury pool (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/21/2004) |

| | | |
|---|---|---|
| 01/20/2004 | | ORAL ORDER as to Branden L Basham granting [0-0] oral motion for statewide jury pool as to Branden L Basham (2) Per: Joseph F. Anderson, Jr. in open court; both counsel for defendants and government agree to statewide jury ( Entered by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/21/2004) |
| 01/20/2004 | 289 | MOTION HEARING as to Chadrick E Fulks, Branden L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER denying [259-1] joint motion for reconsideration of [248-1] order concerning the government's request to evaluate the defendants for purposes of rebutting sentencing phase mental health evidence as to Chadrick E Fulks (1), Branden L Basham (2), [216-1] motion for Continuance due to more time for discovery and trial preparation taken under advisement as to Chadrick E Fulks (1), [235-1] motion to sever trial taken under advisement as to Branden L Basham (2), [183-1] motion to sever taken under advisement as to Chadrick E Fulks (1); Government has until Friday, January 23, 2004 to decide if defendant statements will be used. Government is to notify defendants ASAP on forensic testing results. Government has until Tuesday, January 27th to file brief on evidence to be tested or not being tested, and defendants are to file reply brief within 5 days; Court will decide on motions after briefings have been filed; Government has until 2/15/04 to provide evidence information in the West Virginia case. Court will allow statewide jury pool. Jury Selection process will be decided at a later date. Court Reporter: Jack Clarke. (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/21/2004) |
| 01/21/2004 | 290 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/22/2004) |
| 01/23/2004 | 291 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/23/2004) |
| 01/24/2004 | 840 | EX PARTE ORDER (Sealed) as to Brandon L Basham granting [830-1] ex parte motion as to Brandon L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 11/29/2004) |
| 01/28/2004 | 292 | ORDER as to Chadrick E Fulks, Branden L Basham memoranda regarding the government's proposal for dual juries due on or before 2/6/04 for Chadrick E Fulks, for Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (ttil) Modified on 6/14/2006 (mflo, ). (Entered: 01/28/2004) |
| 01/29/2004 | 293 | ORDER NO. 19 attached is juror questionnaire that is to be sent out to 800 perspective jurors; this order list the reasons the jury clerk can excuse jurors all other request shall be referred to the court and the court will consult with counsel; a statewide jury venire will be empaneled; the jury clerk will make the list of potential jurors available to the attorneys as soon as the list is created as to Chadrick E Fulks, Branden L Basham mooting [226-1] motion for production of list of venire persons 30 days in advance as to Branden L Basham (2) (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 01/29/2004) |
| 01/29/2004 | 294 | ORDER NO.20 as to Chadrick E Fulks, Branden L Basham denying [287-1] joint motion regarding Government access to the defendants' 12.2 notices as to Chadrick E Fulks (1), Branden L Basham (2), [216-1] motion for Continuance due to more time for discovery and trial preparation taken under advisement as to Chadrick E Fulks (1), conditionally granting [235-1] motion to sever trial as to Branden L Basham (2), conditionally granting [183-1] motion to sever as to Chadrick E Fulks (1) (Signed by |

CM/ECF - scd

| | | |
|---|---|---|
| | | Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 01/30/2004 Modified on 6/14/2006 (mflo, ). (Entered: 01/29/2004) |
| 01/30/2004 | 295 | EXPARTE SUPPLEMENTAL MEMORANDUM by Branden L Basham in support of [257-1] ex parte motion, [245-1] ex parte motion, [244-1] ex parte motion, [242-1] ex parte motion (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/02/2004) |
| 01/30/2004 | 296 | EXPARTE MEMORANDUM as to Chadrick E Fulks (mflo) (Entered: 02/02/2004) |
| 02/02/2004 | | ORAL ORDER as to Branden L Basham granting [237-1] motion for appropriate punishment related voir dire, attorney questioning, use of a jury questionnaire and for individual, sequestered voir dire on certain topics as to Branden L Basham (2) Per: Order No. 19 1/29/04 ( Entered by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/02/2004) |
| 02/02/2004 | 297 | EXPARTE MEMORANDUM as to Branden L Basham (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/03/2004) |
| 02/03/2004 | 298 | ORDER NO. 21 for government to file a brief addressing the issue of government to produce tangible evidence to the defendants for inspection as soon as reasonably possible as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/03/2004) |
| 02/05/2004 | 299 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 02/05/2004) |
| 02/06/2004 | 300 | MEMORANDUM by Chadrick E Fulks in opposition to the Government's proposal that the defendants' trials be conducted before dual simultaneous juries (mflo) (Entered: 02/06/2004) |
| 02/06/2004 | 301 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks, Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/06/2004) |
| 02/06/2004 | 302 | JOINT MEMORANDUM by Chadrick E Fulks, Branden L Basham in opposition to Government's proposal that the defendant's trials be conducted before dual simultaneous juries (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/06/2004) |
| 02/06/2004 | 303 | ORDER NO. 22 ON DUPLICATE BRIEFS AND ATTORNEY TIME KEEPING REQUIREMENTS for attorneys submitting vouchers to indicate the specific nature of the research being performed by whoever does the research and for defendants not to file identical memos as previously filed by a co-defendant. as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 02/13/2004 Modified on 6/14/2006 (mflo, ). (Entered: 02/06/2004) |
| 02/09/2004 | 304 | RESPONSE by USA to the Court's Order of February 3, 2004 requesting that the Government brief the issue of the defendant's right to conduct testing of physical evidence as to Chadrick E Fulks, Branden L Basham (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/10/2004) |
| 02/11/2004 | 305 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [299-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 02/11/2004) |
| 02/12/2004 | 306 | FORTHWITH ORDER as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (ljon) Modified on 6/14/2006 (mflo, ). (Entered: 02/13/2004) |

6/8/23, 9:07 AM                                                    CM/ECF - scd

| 02/13/2004 | 307 | ORDER NO. 23 counsel of defendant Basham are to furnish records to medical personnel at Butner within 24 hours of receipt of this order and shall file a memorandum with this court explaining their failure to comply with the court's order of 1/8/04 and 1/29/04; Counsel for Basham shall also file a memoranda setting forth position as to whether the government physicians are entitled to interview family members on or before 2/18/04 as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/13/2004) |
|---|---|---|
| 02/13/2004 | 308 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [257-1] ex parte motion as to Branden L Basham (2), granting [256-1] ex parte motion as to Branden L Basham (2), granting [245-1] ex parte motion as to Branden L Basham (2), granting [244-1] ex parte motion as to Branden L Basham (2), granting [243-1] ex parte motion as to Branden L Basham (2), granting [242-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/13/2004) |
| 02/13/2004 | 309 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/13/2004) |
| 02/13/2004 | 310 | EX PARTE MOTION (UnSealed on 6/28/06 per Order doc #981) by Branden L Basham (mflo) Modified on 6/14/2006 (mflo, ). Additional attachment(s) added on 7/11/2006 (mflo, ). Additional attachment(s) added on 7/11/2006 (mflo, ). (Entered: 02/17/2004) |
| 02/17/2004 | 311 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 02/17/2004) |
| 02/18/2004 | 312 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/18/2004) |
| 02/19/2004 | 313 | NOTICE of Exparte Motion Hearing as to Branden L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 9:00 2/24/04 as to: Branden Basham, (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/19/2004) |
| 02/19/2004 | 314 | RESCHEDULED NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham reset pretrial conference and all pending motons for 9:30 2/24/04 for Chadrick E Fulks, for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/19/2004) |
| 02/19/2004 | 315 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/14/2006 (mflo, ). (Entered: 02/19/2004) |
| 02/20/2004 | | CJA PAYMENT to Gregory Poole Harris for defendant Branden L Basham VOUCHER # 040202000014 (cqui) Modified on 6/14/2006 (mflo, ). (Entered: 02/20/2004) |
| 02/20/2004 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 040202000015 (cqui) (Entered: 02/20/2004) |
| 02/20/2004 | | CJA PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 040202000016 (cqui) (Entered: 02/20/2004) |
| 02/20/2004 | | CJA PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040202000017 (cqui) Modified on 6/14/2006 (mflo, ). (Entered: 02/20/2004) |
| 02/20/2004 | | CJA PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040202000018 (cqui) Modified on 6/14/2006 (mflo, ). (Entered: 02/20/2004) |

JA0036

| 02/20/2004 | | CJA PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040202000019 (cqui) Modified on 6/6/2006 (mflo, ). (Entered: 02/20/2004) |
|---|---|---|
| 02/20/2004 | 316 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [311-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 02/20/2004) |
| 02/20/2004 | 317 | MEMORANDUM by plaintiff USA regarding the admissibility of statements made by or attributable to defendant Basham (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 02/20/2004) |
| 02/20/2004 | 318 | MEMORANDUM by plaintiff USA regarding the admissibility of statements made by defendant Fulks (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 02/20/2004) |
| 02/24/2004 | 319 | TRANSCRIPT OF EXCERPT MOTIONS HEARING RECORDS DISCLOSURE as to Chadrick E Fulks, Branden L Basham for dates of 1/20/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Jack Clarke (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 02/24/2004) |
| 02/24/2004 | 320 | SUPPLEMENTAL MEMORANDUM by Chadrick E Fulks in support of [216-1] motion for Continuance due to more time for discovery and trial preparation (mflo) (Entered: 02/24/2004) |
| 02/24/2004 | 321 | EVIDENTIARY HEARING as to Chadrick E Fulks, Branden L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER denying a number of motions to suppress statements made within the motion of [221-1] for hearing pursuant to Jackson v. Denno, 378 US 368 (1964) . Court adjourned to: 2/25/04 at 9:00 Court Reporter: Gary Smith. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 02/25/2004) |
| 02/25/2004 | 322 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 02/25/2004) |
| 02/25/2004 | | EVIDENTIARY HEARING CONTINUED as to Chadrick E Fulks, Branden L Basham held before Chief Judge Joseph F. Anderson Jr, witnesses and oral argument : Court adjourned to: 2/26/04 Court Reporter: Gary Smith. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 02/26/2004) |
| 02/25/2004 | 323 | ORDER informing Butner Correctional Institution that they may now review the medical records of defendant Basham and that the defense attorneys will transmit all medical records received in the future, Clerk of Court is to forward this order to the Warden at Butner Correctional Institution as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 02/26/2004) |
| 02/26/2004 | 324 | ORDER of exhibits during evidentiary hearing as to Chadrick E Fulks, Branden L Basham directing the Clerk of court to return all exhibits to the parties introducing them. It is further ordered that the parties are to maintain the exhibits intact as returned until the time of filing an Appeal has expired. (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 02/26/2004) |
| 02/26/2004 | | EVIDENTIARY HEARING CONTINUED as to Chadrick E Fulks, Branden L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER on various motions, order to be filed , Exhibits returned to counsel: , Witness list and exhibit list attached. Court Reporter: Gary Smith. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 02/26/2004) |

JA0037

CM/ECF - scd

| | | |
|---|---|---|
| 02/27/2004 | 325 | EX PARTE ORDER as to Branden L Basham; signed by Joseph F. Anderson Jr ) eod 2/27/04 (ljon) Modified on 03/01/2004 Modified on 6/6/2006 (mflo, ). (Entered: 02/27/2004) |
| 02/27/2004 | 326 | LETTER/MOTION by USA as to Chadrick E Fulks, Branden L Basham for dual juries (mdea) Modified on 6/6/2006 (mflo, ). (Entered: 03/01/2004) |
| 03/01/2004 | 327 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/01/2004) |
| 03/01/2004 | 328 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/01/2004) |
| 03/01/2004 | 329 | EX PARTE MOTION (UnSealed per Order doc #981) by Branden L Basham to reconsider order filed 2/25/04. (mflo) Modified on 6/6/2006 (mflo, ). Additional attachment(s) added on 7/11/2006 (mflo, ). (Entered: 03/02/2004) |
| 03/01/2004 | 330 | TRANSCRIPT OF EXCERPT OF MOTIONS HEARING TESTIMONY OF JEFFREY LONG, RONALD HEWETT, WILLIAM H. MONCKTON, CAMERON B. LITTLEJOHN, JR. AND ROSEMARY PARHAM as to Chadrick E Fulks, Branden L Basham for dates of 2/25/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/02/2004) |
| 03/02/2004 | 331 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 9:30 3/8/04 as to: Chadrick Fulks, Branden Basham, all remaining pending motions (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/02/2004) |
| 03/03/2004 | 332 | RESCHEDULED NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 2:30 3/8/04 as to: Chadrick Fulks, Miscellaneous Relief; Branden Basham, Miscellaneous Relief (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/03/2004) |
| 03/04/2004 | 333 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [328-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/04/2004) |
| 03/04/2004 | 334 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [327-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/04/2004) |
| 03/05/2004 | 335 | ORDER NO. 24 as to Chadrick E Fulks, Branden L Basham denying [219-1] motion to preclude or place substantive limitations on and establish procedural protections for the admissibility and consideration of victim impact evidence as to Chadrick E Fulks (1), denying [218-1] motion to strike and or limit aggravating factors in Governments notice of intent to seek the death penalty as to Chadrick E Fulks (1)denying [214-1] motion in limine to exclude evidence of unadjudicated offenses or in the alternative to establish procedure for pretrial determination of admissibility of such evidence and for specified burden of proof to be sustained by the Government with respect to unadjudicated offenses offered at the sentencing phase as to Chadrick E Fulks (1), mooting [213-1] motion to quash the venire on the basis of underrepresentation of racial minorities as to Chadrick E Fulks (1), granting [212-1] motion for attorney conducted voir dire regarding the scope and nature of proper voir dire in a capital case as to Chadrick E Fulks (1), denying [236-1] motion to allow allocution without cross-examination during penalty phase as to Branden L Basham (2), denying [234-1] motion to strike [144-1] notice to seek the death penalty or in the alternative to strike or limit aggravating factors as to Branden L Basham (2), granting [232-1] motion to suppress statements by the |

defendant as to Branden L Basham (2)denying [230-1] motion challenging the constitutionality of the Federal Death Penalty Statute as to Branden L Basham (2), [228-1] motion for discovery pursuant to Rule 16 taken under advisement as to Branden L Basham (2), mooting [228-2] motion for early prodution of the Government's witness list as to Branden L Basham (2), mooting [228-3] motion for early production of Jenks as to Branden L Basham (2), mooting [228-4] motion for pretrial production of statements of individuals not to be called as witnesses as to Branden L Basham (2)mooting [228-5] motion for Disclosure of any and all contact between Government agents or prosecutors and informants incarcerated with defendant as to Branden L Basham (2), mooting [228-6] motion for discovery and inspection concerning Government's use of informants, operatives and cooperating individuals and detailed notice to the Government of exculpatory information requested as to Branden L Basham (2), mooting [228-7] motion for immediate production of evidence or information regarding other crimes or bad acts by the defendant as to Branden L Basham (2), mooting [228-8] motion for Disclosure of of co-conspirator hearsay as to Branden L Basham (2), mooting [228-9] motion for notice of Government's intention to use residual hearsay exception under Rule 807 as to Branden L Basham (2), mooting [228-10] motion for notice by the Government pursuant to Rule 12(b)(4) of its intention to use specific evidence arguably subject to suppression as to Branden L Basham (2)mooting [228-11] motion for discovery regarding eyewitness identification and motion to disclose and suppress any attemped in court identification by any "eye-witness" as to Branden L Basham (2), mooting [228-12] motion for discovery and inspection from co-defendant as to Branden L Basham (2), mooting [228-13] motion for Disclosure to preserve rough notes memorana and or reports as to Branden L Basham (2), denying [228-14] motion for Bill of Particulars as to superseding indictment and the notice to seek the death penalty as to Branden L Basham (2), denying [228-15] motion for discovery and inspection of information and evidence in aggravation or mitigation of punishment as to Branden L Basham (2), mooting [228-16] motion for specific discovery from Bureau of Prisons as to Branden L Basham (2)denying [215-1] motion to preclude the Government from seeking death by Lethal Injection as to Chadrick E Fulks (1), denying [225-1] motion to strike [145-1] notice to seek the death penalty as to Chadrick E Fulks (1), denying [224-1] motion to preclude the Government from seeking the Death Penalty in a racially discrimination manner re: [145-1] notice by Government to seek the death penalty as to Chadrick E Fulks (1), denying [223-1] motion to admit polygraph evidence demonstrating that defendant Fulks did not kill Alice Donovan and Samantha Burns as to Chadrick E Fulks (1), denying [222-1] motion to prohibit "Death Qualification" during jury selection as to Chadrick E Fulks (1), granting [221-1] motion for Hearing pursuant to Jackson vs. Denno, 378 US 368 (1964) as to Chadrick E Fulks (1), granting [211-1] motion in limine to exclude admission of polygraph evidence during trial as to Chadrick E Fulks (1), Branden L Basham (2)mooting [187-1] motion for reciprocal discovery as to Chadrick E Fulks (1), Branden L Basham (2), granting [186-1] motion for reciprocal discovery as to Chadrick E Fulks (1), denying [176-1] motion for Bill of Particulars as to Chadrick E Fulks (1), granting [176-2] motion for Disclosure of intent to use evidence of other crimes, wrongs or acts under Rule 404(b) as to Chadrick E Fulks (1) (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/05/2004)

| | | |
|---|---|---|
| 03/05/2004 | 336 | MEMORANDUM ON PENALTY RELATED DISCOVERY by Branden L Basham in support of [228-1] motion for discovery pursuant to Rule 16 (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/08/2004) |
| 03/05/2004 | 337 | SUPPLEMENTAL AFFIDAVITS by Branden L Basham in support of motion to exclude the "Littlejohn Hypothetical"; W. Chad Jenkins, D. Ashley Pennington, I.S. Leevy Johnson, Reese I. Joye, Leland B. Greeley, A. Randolph Hough, James H. Babb, |

6/8/23, 9:07 AM                                      CM/ECF - scd

| | | William T. Toal, John Christopher Mills, Christopher A. Wellborn (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/08/2004) |
|---|---|---|
| 03/05/2004 | 338 | SUPPLEMENTAL MEMORANDUM by Chadrick E Fulks in support of [223-1] motion to admit polygraph evidence demonstrating that defendant Fulks did not kill Alice Donovan and Samantha Burns (mflo) (Entered: 03/08/2004) |
| 03/08/2004 | 339 | SECOND SUPPLEMENTAL MEMORANDUM by Chadrick E Fulks in support of [223-1] motion to admit polygraph evidence demonstrating that defendant Fulks did not kill Alice Donovan and Samantha Burns (mflo) (Entered: 03/08/2004) |
| 03/08/2004 | 340 | SEALED MEMORANDUM (exparte) as to Chadrick E Fulks (mflo) (Entered: 03/08/2004) |
| 03/08/2004 | 341 | MEMORANDUM by USA as to Chadrick E Fulks, Branden L Basham in support of [211-1] motion in limine to exclude admission of polygraph evidence during trial (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/08/2004) |
| 03/08/2004 | 342 | MEMORANDUM by USA as to Chadrick E Fulks, Branden L Basham regarding the defendants' request to conduct physical testing of certain physical evidence (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/08/2004) |
| 03/08/2004 | 343 | MOTION HEARING as to Chadrick E Fulks, Branden L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER denying [326-1] motion for dual juries as to Chadrick E Fulks (1), Branden L Basham (2), granting [216-1] motion for Continuance due to more time for discovery and trial preparation as to Chadrick E Fulks (1) until 5/10/04 granting defendant Basham [235-1] motion to sever trial, granting Fulks [183-1] motion to sever, Continuing to May 10, 2004 due to additional testing of evidence and to receive the results of these test Defendant Fulks will go to trial first, 2 weeks for jury selection, 2 weeks for guilt phase and 2 weeks for penalty phase, Court Reporter: Debra Jernigan. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/09/2004) |
| 03/08/2004 | | Ex Parte hearing as to Chadrick E Fulks held before Chief Judge Joseph F. Anderson Jr Court reporter: Debra Jernigan (mflo) (Entered: 03/09/2004) |
| 03/08/2004 | | Ex Parte hearing as to Branden L Basham held before Chief Judge Joseph F. Anderson Jr Court reporter: Debra Jernigan (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/09/2004) |
| 03/09/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040202000011 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/09/2004) |
| 03/09/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040202000010 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/09/2004) |
| 03/09/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040202000012 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/09/2004) |
| 03/09/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040202000013 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/09/2004) |
| 03/09/2004 | | CJ 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 0402020000014 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/09/2004) |

JA0040

6/8/23, 9:07 AM                                    CM/ECF - scd

| | | |
|---|---|---|
| 03/09/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040202000008 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/09/2004) |
| 03/09/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040202000009 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/09/2004) |
| 03/09/2004 | | CJA 31 PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 040202000015 (ydav) (Entered: 03/09/2004) |
| 03/10/2004 | 344 | ORDER NO. 25 as to Branden L Basham temporarily granting [228-1] motion for discovery pursuant to Rule 16 as to Branden L Basham (2),if the defendant offers mental health evidence during the penalty phase, then the report and medical records sent to Butner may be unsealed and reviewed by the Government, if the defendant reverses course and decides not to offer expert testimony regarding mental health but instead offers medical records in the penalty phase the defendant shall furnish the goverment all medical records the defendant intends to offer during the penalty phase. (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/10/2004) |
| 03/10/2004 | 345 | ORDER NO. 26 as to Branden L Basham denying [329-1] ex parte motion as to Branden L Basham (2); 1) all medical records received in response to subpoenas shall be furnished to physicians at Butner within 10 days from the date they are received by the defense counsel 2) Any document or information that is of a non-medical nature that the defendant believes may legitimately be withheld from Butner Physicians must be immediately furnished to this court for in camera review with an explanation why the item need not be disclosed. 3) all documents must be either produced to physicians at Butner or this court (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/10/2004) |
| 03/10/2004 | 346 | ORDER NO. 27 REQUESTING INPUT ON VIDEO TAPE INSTRUCTIONS TO JURORS counsel shall have until Monday, March 22, 2004 to object to any of the proposed instructions or suggest modifications or additions as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/10/2004) |
| 03/10/2004 | 347 | ORDER NO. 28 REQUIRING INPUT FROM COUNSEL REGARDING JURORS SEEKING TO BE EXCUSED the Government and 2 defendants are requested to confer on or before Tuesday, March 16, 2004 and submit to the court a list of jurors (by number) that the parties agree may be excused for the reasons state in their prospective letters, the court will make the determination as to the excuse on any jurors for whom agreement cannot be reached as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/10/2004) |
| 03/15/2004 | 348 | TRANSCRIPT OF EXCERPT OF MOTIONS HEARING TESTIMONY OF DAVID J. HACKER AND LEONARD SCOTT SMITH as to Chadrick E Fulks, Branden L Basham for dates of 2/24/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/16/2004) |
| 03/16/2004 | | CJA 30 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040219000012 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/16/2004) |

JA0041

| 03/16/2004 | | CJA 30 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040219000013 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/16/2004) |
|---|---|---|
| 03/16/2004 | | CJA 30 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040220000022 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/16/2004) |
| 03/16/2004 | | CJA 30 PAYMENT to Gregory Poole Harris for defendant Branden L Basham VOUCHER # 040220000019 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/16/2004) |
| 03/16/2004 | | CJA 30 PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 040219000017 (ydav) (Entered: 03/16/2004) |
| 03/16/2004 | | CJA 30 PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 040219000018 (ydav) (Entered: 03/16/2004) |
| 03/16/2004 | 349 | ORDER NO. 29 EXCLUDING JURORS WHO HAVE PERSONAL HARDSHIPS for the jury clerk to immediately excuse all jurors to whom consent has been obtained from the attorneys, and all jurors whose numbers are circled on the attached memeorandum. Any party disagreeing with the court's determination that additional jurors should be excused should file objections in writing within a reasonable time. as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/17/2004) |
| 03/17/2004 | 350 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/17/2004) |
| 03/17/2004 | 351 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/17/2004) |
| 03/17/2004 | 352 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/17/2004) |
| 03/17/2004 | 353 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/17/2004) |
| 03/17/2004 | 354 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/17/2004) |
| 03/17/2004 | 355 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/17/2004) |
| 03/17/2004 | 356 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/17/2004) |
| 03/17/2004 | 357 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/17/2004) |
| 03/17/2004 | 358 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [350-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/17/2004) |
| 03/17/2004 | 359 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [351-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/17/2004) |
| 03/17/2004 | 360 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [352-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/17/2004) |
| 03/17/2004 | 361 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [353-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the |

| | | |
|---|---|---|
| | | closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/17/2004) |
| 03/17/2004 | 362 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [354-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/17/2004) |
| 03/17/2004 | 363 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [355-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/17/2004) |
| 03/17/2004 | 364 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [356-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/17/2004) |
| 03/17/2004 | 365 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [357-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/17/2004) |
| 03/18/2004 | 366 | ORDER for agent Jeff Bruning to take custody of defendant for purposes of locating evidence in this case on 3/23/04 as to Chadrick E Fulks (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 03/18/2004) |
| 03/18/2004 | 367 | ORDER NO. 30 for counsel to review another series of letters requesting excuse from jury service, counsel are requested to confer and inform this court on or before 3/25/04 for which agreement can be reached as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 03/25/2004 Modified on 6/6/2006 (mflo, ). (Entered: 03/18/2004) |
| 03/18/2004 | 368 | ORDER for Special Agent Jeff Bruning of the FBI to transport defendant for purposes of locating evidence on Tuesday, March 23, 2004 as to Chadrick E Fulks (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 03/18/2004) |
| 03/19/2004 | 370 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/19/2004 | 371 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/19/2004 | 372 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/19/2004 | 373 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/19/2004 | 374 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/19/2004 | 375 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/19/2004 | 376 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/19/2004 | 377 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/19/2004 | 378 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/19/2004 | 379 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/19/2004 | 380 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/19/2004 | 381 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |

| | | |
|---|---|---|
| 03/19/2004 | 382 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/19/2004) |
| 03/22/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040220000015 (ydav) Modified on 03/22/2004 Modified on 6/6/2006 (mflo, ). (Entered: 03/22/2004) |
| 03/22/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040220000016 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/22/2004) |
| 03/22/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040220000017 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/22/2004) |
| 03/22/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040220000018 (ydav) Modified on 03/22/2004 Modified on 6/6/2006 (mflo, ). (Entered: 03/22/2004) |
| 03/22/2004 | | CJA 31 PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 040220000019 (ydav) (Entered: 03/22/2004) |
| 03/22/2004 | 383 | AFFIDAVIT of Tara Dawn Shurling as to Branden L Basham Re: [337-1] support memorandum (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/22/2004) |
| 03/22/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040220000013 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/23/2004) |
| 03/22/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040220000014 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/23/2004) |
| 03/22/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Chadrick E Fulks, defendant Branden L Basham VOUCHER # 040220000012 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 03/23/2004) |
| 03/22/2004 | 385 | MEMORANDUM by USA in response to Order No. 27 requesting input on videotaped instructions to jurors (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/23/2004) |
| 03/23/2004 | 384 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 03/23/2004) |
| 03/23/2004 | 386 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [381-1] ex parte motion ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 387 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [380-1] ex parte motion ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 388 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [379-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 389 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [378-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |

| 03/23/2004 | 390 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [376-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 391 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [375-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 392 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [370-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 393 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [371-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 394 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [372-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 395 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [373-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 396 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [374-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 397 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [377-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 398 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [382-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/23/2004 | 399 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks, Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/23/2004) |
| 03/23/2004 | 400 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [384-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 03/23/2004) |
| 03/24/2004 | 401 | ORDER NO. 31 instructing counsel for defendant that they are to participate in ALL pretrial matter unless this court specifically states otherwise as to Branden L Basham |

| | | |
|---|---|---|
| | | (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 03/25/2004 Modified on 6/6/2006 (mflo, ). (Entered: 03/24/2004) |
| 03/24/2004 | 402 | Defendant's Proposed Version of the Jury Selection Video Introduction by Chadrick E Fulks (mflo) (Entered: 03/25/2004) |
| 03/25/2004 | | CJA PAYMENT to Gregory Poole Harris for defendant Branden L Basham VOUCHER # 040319000006 (cqui) Modified on 6/6/2006 (mflo, ). (Entered: 03/25/2004) |
| 03/25/2004 | | CJA 31 PAYMENT for defendant Chadrick E Fulks VOUCHER # 040220000020 (cqui) (Entered: 03/25/2004) |
| 03/26/2004 | 403 | SEALED DOCUMENT as to Chadrick E Fulks, Branden L Basham (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/26/2004) |
| 03/26/2004 | 404 | SEALED DOCUMENT as to Chadrick E Fulks (mflo) (Entered: 03/26/2004) |
| 03/30/2004 | 405 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 03/30/2004) |
| 03/30/2004 | 406 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 03/30/2004) |
| 03/30/2004 | 407 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham set status conference for 9:30 4/7/04 for Chadrick E Fulks, for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 03/30/2004) |
| 03/30/2004 | 408 | SEALED DOCUMENT as to Chadrick E Fulks (mflo) (Entered: 03/30/2004) |
| 04/01/2004 | 409 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/01/2004) |
| 04/01/2004 | 410 | LETTER of Jonathan S. Gasser by plaintiff USA Re: Butner Report (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/01/2004) |
| 04/01/2004 | 411 | SEALED DOCUMENT as to Chadrick E Fulks (mflo) (Entered: 04/01/2004) |
| 04/01/2004 | 412 | SEALED DOCUMENT as to Chadrick E Fulks (mflo) (Entered: 04/01/2004) |
| 04/01/2004 | 413 | RESCHEDULED NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham reset status conference for 2:00 4/8/04 for Chadrick E Fulks, for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/01/2004) |
| 04/02/2004 | 414 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [406-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 04/02/2004) |
| 04/02/2004 | 415 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [405-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 04/02/2004) |
| 04/02/2004 | 416 | MOTION by Chadrick E Fulks for reconsideration of [335-1] order No. 24 (mflo) (Entered: 04/02/2004) |
| 04/02/2004 | 417 | MOTION by Chadrick E Fulks for John H. Blume and William Nettles to be relieved as attorney (mflo) (Entered: 04/02/2004) |

| 04/02/2004 | 418 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 04/02/2004) |
|---|---|---|
| 04/02/2004 | 419 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks, Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (ljon) Modified on 6/6/2006 (mflo, ). (Entered: 04/05/2004) |
| 04/05/2004 | 420 | ORDER NO. 32 as to Chadrick E Fulks granting [416-1] motion for reconsideration of [335-1] order No. 24 . Motion Terminated. as to Chadrick E Fulks (1) (Signed by Chief Judge Joseph F. Anderson Jr ) (ljon) Modified on 04/07/2004 (Entered: 04/06/2004) |
| 04/07/2004 | 421 | ORDER NO. 33 excluding jurors who have personal hardships (see order for list), any party disagreeing with the court shall file objections within a reasonable time as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/07/2004) |
| 04/07/2004 | 422 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/08/2004) |
| 04/08/2004 | 423 | MOTION by Chadrick E Fulks for discovery related to DNA testing (amil) (Entered: 04/08/2004) |
| 04/08/2004 | 424 | MOTION by Chadrick E Fulks for continuance (amil) (Entered: 04/08/2004) |
| 04/08/2004 | 425 | ORDER on video introduction for jurors with attachments as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/08/2004) |
| 04/08/2004 | 426 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 2:00 4/13/04 as to: Chadrick Fulks, To Withdraw as Attorney (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/08/2004) |
| 04/08/2004 | 427 | MOTION HEARING/STATUS CONFERENCE as to Chadrick E Fulks, Branden L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER denying without prejudice [424-1] motion for continuance as to Chadrick E Fulks (1), moot/resolved [423-1] motion for discovery related to DNA testing as to Chadrick E Fulks (1), [417-1] motion for John H. Blume and William Nettles to be relieved as attorney taken under advisement as to Chadrick E Fulks (1); motion hearing is continued until Tuesday April 13th at 2:00pm; Court Reporter: Gary Smith. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/08/2004) |
| 04/12/2004 | 428 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [422-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 04/13/2004) |
| 04/12/2004 | 429 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 04/13/2004) |
| 04/13/2004 | 430 | SUPPLEMENTAL IDENTIFICATION of potential mental health experts of by Chadrick E Fulks as to Chadrick E Fulks (mflo) (Entered: 04/13/2004) |
| 04/13/2004 | 431 | MOTION HEARING as to Chadrick E Fulks, Branden L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER denying [418-1] ex parte motion as to Chadrick E Fulks (1), denying [417-1] motion for John H. Blume and William Nettles to be relieved as attorney as to Chadrick E Fulks (1), Court to file written order; Government is not use page 8 of the letter dated 4/1; Jury Selection discussions held; |

6/8/23, 9:07 AM                                          CM/ECF - scd

| | | |
|---|---|---|
| | | Court Reporter: Jack Clarke. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/13/2004) |
| 04/14/2004 | 432 | ORDER No. 35 as to Chadrick E Fulks mooting motion [423-1] for discovery related to DNA testing (Signed by Chief Judge Joseph F. Anderson Jr ) eod/mld (mdea) Modified on 04/15/2004 (Entered: 04/14/2004) |
| 04/14/2004 | 433 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/14/2004) |
| 04/14/2004 | 434 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/14/2004) |
| 04/14/2004 | 435 | ORDER No. 36 as to Chadrick E Fulks, re: [430-1] notice to supplement identification of potential mental health expert, medical personnel at the FCI Butner, NC is to be aware of this new disclosure so they could determine if they need information from the new mental health expert or need to re-examine defendant Fulks in light of the disclosure; the Clerk is directed to send a copy of order with attachement to the Warden of FCI Butner as well as to all parties of record as to Chadrick E Fulks (1) (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 04/16/2004 Modified on 6/6/2006 (mflo, ). (Entered: 04/15/2004) |
| 04/15/2004 | 436 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/16/2004) |
| 04/16/2004 | | CJA 30 PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 040331000002 (ydav) (Entered: 04/16/2004) |
| 04/16/2004 | | CJA 30 PAYMENT to John H. Blume (Keir Weyble) for defendant Chadrick E Fulks VOUCHER # 040325000022 (ydav) (Entered: 04/16/2004) |
| 04/16/2004 | | CJA 30 PAYMENT to Gregory Poole Harris for defendant Branden L Basham VOUCHER # 040325000017 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/16/2004) |
| 04/16/2004 | | CJA 30 PAYMENT to Jack Bruce Swerling (Steven M. Hisker) for defendant Branden L Basham VOUCHER # 040325000015 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/16/2004) |
| 04/16/2004 | | CJA 30 PAYMENT to Jack Bruce Swerling (Harrison Saunders) for defendant Branden L Basham VOUCHER # 040325000013 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/16/2004) |
| 04/16/2004 | | CJA 30 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040325000011 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/16/2004) |
| 04/16/2004 | 437 | ORDER No. 37 listing juror excused per agreement of counsel as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/16/2004) |
| 04/16/2004 | 438 | ORDER No. 38 jurors on list labeled "cause jurors.wpd" excused by agreement of counsel as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/16/2004) |
| 04/16/2004 | 442 | MOTION by USA as to Chadrick E Fulks, Branden L Basham to strike jurors for cause (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/19/2004) |
| 04/19/2004 | 439 | ORDER NO. 39 as to Chadrick E Fulks denying [417-1] motion for John H. Blume and William Nettles to be relieved as attorney (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 04/19/2004) |

JA0048

| | | |
|---|---|---|
| 04/19/2004 | 441 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [436-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/19/2004) |
| 04/19/2004 | 443 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [433-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 04/20/2004) |
| 04/19/2004 | 444 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [434-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 04/20/2004) |
| 04/19/2004 | 445 | ORDER No. 40 as to Chadrick E Fulks, Branden L Basham granting [442-1] motion to strike jurors for cause, all jurors who answered the relevant questions in a disqualifying manner are excused from both trials. Jurors who have vacation conflicts during the May-June time period are excused from jury selection for the Fulk's trial only as to Chadrick E Fulks (1), Branden L Basham (2); Clerk to provide list from Government motion to strike jurors for cause dated 4/16/04 (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/20/2004) |
| 04/21/2004 | | CJA 31 PAYMENT to John H. Blume for defendant Chadrick E Fulks VOUCHER # 040325000010 (ydav) (Entered: 04/21/2004) |
| 04/21/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040325000009 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/21/2004) |
| 04/21/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040325000008 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/21/2004) |
| 04/21/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040325000007 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/21/2004) |
| 04/21/2004 | | CJA 31 PAYMENT to Gregory Poole Harris for defendant Branden L Basham VOUCHER # 040325000006 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/21/2004) |
| 04/21/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040325000005 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/21/2004) |
| 04/21/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040325000004 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/21/2004) |
| 04/21/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040325000003 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/21/2004) |
| 04/21/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040324000008 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/21/2004) |

| 04/21/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040324000007 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/21/2004) |
| --- | --- | --- |
| 04/21/2004 | | CJA 31 PAYMENT to Jack Bruce Swerling for defendant Branden L Basham VOUCHER # 040324000006 (ydav) Modified on 6/6/2006 (mflo, ). (Entered: 04/21/2004) |
| 04/26/2004 | 446 | WRIT of Habeas Corpus ad Testificandum issued for Betty McGuffin for 5/31/04 - 6/30/04 in case as to Chadrick E Fulks (signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 04/26/2004) |
| 04/26/2004 | 447 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/26/2004) |
| 04/27/2004 | 448 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 04/27/2004) |
| 04/27/2004 | 449 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 04/27/2004) |
| 04/27/2004 | 450 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 04/27/2004) |
| 04/27/2004 | 451 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 04/27/2004) |
| 04/27/2004 | 452 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 04/27/2004) |
| 04/27/2004 | 453 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 04/27/2004) |
| 04/27/2004 | 454 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 04/27/2004) |
| 04/27/2004 | 455 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 04/27/2004) |
| 04/27/2004 | 456 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 04/27/2004) |
| 04/27/2004 | 457 | EX PARTE MOTION (Sealed) by Chadrick E Fulks; with proposed order (mcam) (Entered: 04/27/2004) |
| 04/27/2004 | 458 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 459 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 460 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 461 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 462 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 463 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 464 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 465 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 466 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |

JA0050

CM/ECF - scd

| 04/27/2004 | 467 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 468 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 469 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 470 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 471 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 472 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 473 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 474 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 475 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 476 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 477 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 478 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 479 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 480 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 481 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 482 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 483 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 484 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 485 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 486 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 487 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 488 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 489 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/27/2004 | 490 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 04/27/2004) |
| 04/28/2004 | 491 | NOTICE of Hearing as to Chadrick E Fulks, Branden L Basham set pretrial conference for 10:00 5/7/04 for Chadrick E Fulks, for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/28/2004) |
| 04/28/2004 | 492 | NOTICE of Hearing as to Chadrick E Fulks set jury selection for 9:30 5/10/04 for Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr (mflo) (Entered: 04/28/2004) |
| 04/28/2004 | 493 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [447-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 04/29/2004) |
| 04/28/2004 | 494 | MOTION by USA as to Chadrick E Fulks for jury selection by the struck jury method (mflo) (Entered: 04/29/2004) |

CM/ECF - scd

| 04/29/2004 | 495 | NOTICE of Hearing as to Chadrick E Fulks set Change of Plea Hearing for 3:00 5/4/04 for Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr (mflo) (Entered: 04/29/2004) |
| 04/30/2004 | 496 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/03/2004) |
| 04/30/2004 | 497 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/03/2004) |
| 05/03/2004 | 498 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [457-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 499 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [456-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 500 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [455-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 501 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [454-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 502 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [453-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 503 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [448-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 504 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [449-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 505 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [450-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 506 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [452-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 507 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [490-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |

JA0052

| 05/03/2004 | 508 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [489-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| --- | --- | --- |
| 05/03/2004 | 509 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [488-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 510 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [487-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 511 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [485-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 512 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [486-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 513 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [484-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 514 | MOTION by Chadrick E Fulks for Continuance due to recent disclosures of quantities of discovery from the Government (mflo) (Entered: 05/03/2004) |
| 05/03/2004 | 515 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [483-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 516 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [482-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 517 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [481-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 518 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [480-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 519 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [479-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |

JA0053

| 05/03/2004 | 520 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [478-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| --- | --- | --- |
| 05/03/2004 | 521 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [477-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 522 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [476-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 523 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [475-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 524 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [474-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 525 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [473-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 526 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [472-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 527 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [471-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 528 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [470-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 529 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [469-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 530 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [468-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | 531 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [466-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the |

JA0054

6/8/23, 9:07 AM                                              CM/ECF - scd

| | | |
|---|---|---|
| | | closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [532](#) | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [465-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [533](#) | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [467-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [534](#) | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [464-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [535](#) | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [463-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [536](#) | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [462-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [537](#) | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [461-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [538](#) | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [460-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [539](#) | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [459-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [540](#) | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [458-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [541](#) | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [451-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [543](#) | WRIT of Habeas Corpus ad Testificandum issued for Betty Jean McGuffin for 5/10/04 at 10:00 in case as to Chadrick E Fulks (signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 05/04/2004) |
| 05/03/2004 | [544](#) | WRIT of Habeas Corpus ad Testificandum issued for Nickey Don Smith, II for 5/10/04 at 10:00 in case as to Chadrick E Fulks (signed by Chief Judge Joseph F. Anderson Jr ) |

JA0055

6/8/23, 9:07 AM                                    CM/ECF - scd

| | | (mflo) (Entered: 05/04/2004) |
|---|---|---|
| 05/04/2004 | 542 | MEMORANDUM by USA as to Chadrick E Fulks in opposition to [514-1] motion for Continuance due to recent disclosures of quantities of discovery from the Government (mflo) (Entered: 05/04/2004) |
| 05/04/2004 | 545 | Fax Transmittal from Columbia Care Center re: Chadrick E Fulks Medication Administration Record (mflo) (Entered: 05/05/2004) |
| 05/04/2004 | 546 | Elements of the Offenses charged and maximum punishments as to counts 1-8 of the superseding indictment by USA as to Chadrick E Fulks (mflo) (Entered: 05/05/2004) |
| 05/04/2004 | 547 | GUILTY PLEA HEARING started and is continued until 5/7/04 as to Chadrick E Fulks of the superseding indictment. Court does not accept plea on this date. Defendant remains in custody. (before Chief Judge Joseph F. Anderson Jr ) Court Reporter: Gary Smith (mflo) (Entered: 05/05/2004) |
| 05/05/2004 | 548 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [496-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/05/2004) |
| 05/05/2004 | 549 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [497-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/05/2004) |
| 05/05/2004 | 550 | MEMORANDUM by plaintiff USA in response to issues raised by the court in connection with the defendant's attempt to plead guilty to the indictment (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 05/05/2004) |
| 05/05/2004 | 551 | ORDER No. 41 with attached proposed revised script for introductory video for jury selection. Also attached is a group of hardship excuse requests subitted by jurors. Counsel is requested to review and come to pretrial on 5/7/04 prepared to discuss. Defendant Fulks is to have Dr. Berg to be present on 5/7/04 to provide an opinion regarding Fulks competency and cognitive ability. as to Chadrick E Fulks, Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 05/25/2004 Modified on 6/6/2006 (mflo, ). (Entered: 05/05/2004) |
| 05/06/2004 | 552 | MEMORANDUM regarding the propriety of a guilty plea to counts 1 and 2 of the superseding indictment under the theory of vicarious liability established in Pinkerton vs. USA by defendant Chadrick E Fulks (mflo) (Entered: 05/06/2004) |
| 05/06/2004 | 553 | NOTICE TO ALL COUNSEL OF RECORD as to Chadrick E Fulks, Branden L Basham both defense attorneys are to come on 5/7/04 resumption of the Rule 11 hearing prepared to state their professional legal views as to whether the Pinkerton doctrine may be applied to support one or both of the capital charges (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 05/06/2004) |
| 05/07/2004 | 554 | WRIT of Habeas Corpus ad Testificandum issued for Stacy Ann Workman for 6/1/04 in case as to Chadrick E Fulks (signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 05/07/2004) |
| 05/07/2004 | 555 | PLEA proffered by Chadrick E Fulks as to count(s) 1-8 of the superseding indictment. Court accepts plea, GUILTY PLEA ENTERED as to Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s (Terminated motions - ) Defendant remains in custody. (before Chief Judge Joseph F. Anderson Jr ) Court Reporter: Gary Smith (mflo) (Entered: 05/07/2004) |

JA0056

6/8/23, 9:07 AM                                                   CM/ECF - scd

| | | |
|---|---|---|
| 05/07/2004 | 556 | PLEA entered by Chadrick E Fulks . Defendant enters plea of: GUILTY. (mflo) (Entered: 05/07/2004) |
| 05/07/2004 | 557 | FAX TRANSMITTAL FROM COLUMBIA CARE CENTER as to Chadrick E Fulks (mflo) (Entered: 05/07/2004) |
| 05/07/2004 | 558 | MOTION HEARING as to Chadrick E Fulks held before Chief Judge Joseph F. Anderson Jr ORAL ORDER [514-1] motion for Continuance due to recent disclosures of quantities of discovery from the Government taken under advisement as to Chadrick E Fulks (1), granting [494-1] motion for jury selection by the struck jury method as to Chadrick E Fulks (1) Court Reporter: Gary Smith. (mflo) (Entered: 05/07/2004) |
| 05/10/2004 | 559 | TRIAL BRIEF by USA as to Chadrick E Fulks (mflo) (Entered: 05/10/2004) |
| 05/10/2004 | 560 | RE-FILED MOTIONS by Chadrick E Fulks to preclude or place substantive limitations on and establish procedural protections for the admissibility and consideration of victim impact evidence , to allow allocution without cross examination during penalty phase , in limine to exclude evidence of unjudicated offenses, or in the alternative to establish procedure for pretrial determination of admissibility of such evidence, and for specified burden of proof to be sustained by the government with espect to unadjudicated offenses offered at the sentencing phase , to strike and/or limit aggravating factors , to strike (mflo) (Entered: 05/10/2004) |
| 05/10/2004 | 561 | JURY SELECTION begins before Chief Judge Joseph F. Anderson Jr as to Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s; Jurors Qualified 7; Jurors Excused 3; jury selection continues to 5/11/04 Court reporter: Gary Smith. (mflo) (Entered: 05/11/2004) |
| 05/11/2004 | 561 | JURY SELECTION continues before Chief Judge Joseph F. Anderson Jr as to Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, Jurors Qualified: 8, Jurors Excused 6, Court reporter: Gary Smith. (mflo) Modified on 05/13/2004 (Entered: 05/12/2004) |
| 05/12/2004 | 562 | SUPPLEMENTAL MEMORANDUM by USA as to Chadrick E Fulks in opposition to [514-1] motion for Continuance due to recent disclosures of quantities of discovery from the Government (mflo) (Entered: 05/12/2004) |
| 05/12/2004 | 563 | SUPPLEMENTAL MEMORANDUM by Chadrick E Fulks in support of [514-1] motion for Continuance due to recent disclosures of quantities of discovery from the Government (mflo) (Entered: 05/13/2004) |
| 05/12/2004 | 561 | JURY SELECTION continues before Chief Judge Joseph F. Anderson Jr as to Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Jurors Qualified 8; Jurors Excused 6; Court reporter: Gary Smith. (mflo) (Entered: 05/13/2004) |
| 05/13/2004 | 561 | JURY SELECTION continues before Chief Judge Joseph F. Anderson Jr as to Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Jurors Qualified 4; Jurors Excused 11, Court to reconvene 10:00 on 5/14/04, Court reporter: Gary Smith. (mflo) Modified on 05/17/2004 (Entered: 05/14/2004) |
| 05/14/2004 | | ORAL ORDER as to Chadrick E Fulks granting [514-1] motion for Continuance due to recent disclosures of quantities of discovery from the Government as to Chadrick E Fulks (1), reset Jury trial for 6/1/04 for Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr Per: Judge Joe Anderson ( Entered by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 05/14/2004) |
| 05/14/2004 | 561 | JURY SELECTION continues before Chief Judge Joseph F. Anderson Jr as to Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Jurors Qualified 8 , Jurors Excused 12 , Court to reconvene on 5/17/04 at 9:30, Court reporter: Gary Smith. (mflo) Modified on 05/17/2004 (Entered: 05/14/2004) |

JA0057

| 05/14/2004 | 564 | ORDER for Stacy Workman to transported by the FBI for the purpose of conducting interviews and debriefings on 5/14/04 and from time to time as needed as to Chadrick E Fulks (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 05/17/2004) |
| --- | --- | --- |
| 05/17/2004 | | JURY SELECTION CONTINUES before Chief Judge Joseph F. Anderson Jr as to Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Qualified Jurors 9; Excused Jurors 15; court in recess until 5/18/04 at 9:30, Court reporter: Gary Smith. (mflo) (Entered: 05/17/2004) |
| 05/18/2004 | 565 | MOTION by Chadrick E Fulks for Disclosure of Government communications with witnesses presently exposed to criminal liability (mflo) (Entered: 05/18/2004) |
| 05/18/2004 | 566 | MOTION by Chadrick E Fulks to preclude the Government from utilizing jailhouse snitch testimony (mflo) (Entered: 05/18/2004) |
| 05/18/2004 | | JURY SELECTION CONTINUES before Chief Judge Joseph F. Anderson Jr as to Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Qualified Jurors 8; Excused Jurors 5; Jury Selection continues on 5/19/04 at 9:30; Court reporter: Gary Smith. (mflo) (Entered: 05/18/2004) |
| 05/19/2004 | 567 | Juror Questionnaire sent to potential jurors for the Chadrick E Fulks death penalty trial (mflo) (Entered: 05/19/2004) |
| 05/19/2004 | 568 | SUPPLEMENTAL JUROR QUESTIONNAIRE for potential jurors for the death penalty phase for defendant Chadrick E Fulks (mflo) Modified on 05/19/2004 (Entered: 05/19/2004) |
| 05/19/2004 | 569 | JURY SELECTION VIDEO INTRODUCTION for potential jurors for the penalty phase for defendant Chadrick E Fulks (mflo) (Entered: 05/19/2004) |
| 05/19/2004 | | JURY SELECTION CONTINUES before Chief Judge Joseph F. Anderson Jr as to Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Qualified Jurors 9; Excused Jurors 3, selection will continue on 5/20 at 9:30 , Court reporter: Gary Smith. (mflo) (Entered: 05/19/2004) |
| 05/20/2004 | | JURY SELECTION CONTINUED held before Chief Judge Joseph F. Anderson Jr as to Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Jurors Qualified 5; Jurors Excused 7; jury selection continues until 5/21/04 at 9:30 , Court reporter: Gary Smith. (mflo) (Entered: 05/20/2004) |
| 05/21/2004 | | JURY SELECTION CONTINUES before Chief Judge Joseph F. Anderson Jr as to Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Baston Challenge by both defendant and Government, court in recess until 5/24/04 at 9:30, Court reporter: Gary Smith. (mflo) (Entered: 05/21/2004) |
| 05/24/2004 | 570 | TRANSCRIPT OF CHANGE OF PLEA HEARING as to Chadrick E Fulks for dates of 5/4/04 and 5/7/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) (Entered: 05/24/2004) |
| 05/24/2004 | 571 | NOTICE of Hearing as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr set Motion Hearing, for 9:30 5/26/04 as to: Chadrick Fulks, In Limine, For Disclosure, Miscellaneous Relief, Miscellaneous Relief, In Limine, To Strike, To Strike (mflo) (Entered: 05/24/2004) |
| 05/24/2004 | 572 | ORDER No. 42 instructing defendant to have both polygraphers present at 9:30 on 5/26/04 as to Chadrick E Fulks (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 05/25/2004 (Entered: 05/24/2004) |
| 05/24/2004 | 573 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/24/2004) |

JA0058

| | | |
|---|---|---|
| 05/24/2004 | 574 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/24/2004) |
| 05/24/2004 | 575 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/24/2004) |
| 05/24/2004 | 576 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/24/2004) |
| 05/24/2004 | 577 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/24/2004) |
| 05/24/2004 | 578 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/24/2004) |
| 05/24/2004 | 579 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/24/2004) |
| 05/24/2004 | 580 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/24/2004) |
| 05/24/2004 | 581 | MOTION by Chadrick E Fulks in limine to exclude the government from referring in opening statement to any unadjudicated prior offenses and from introducing evidence of such offenses prior to a realiability hearing (mflo) (Entered: 05/24/2004) |
| 05/24/2004 | 582 | MOTION by Chadrick E Fulks for Disclosure of exculpatory material information (mflo) (Entered: 05/24/2004) |
| 05/24/2004 | 583 | MOTION by Chadrick E Fulks in limine to exclude for the government from relying upon evidence of certain alleged prior bad acts due to non compliance with notice requirement (mflo) (Entered: 05/24/2004) |
| 05/24/2004 | 584 | MOTION by Chadrick E Fulks in limine to exclude to limit admission and consideration of evidence in support of future dangerousness to information showing that defendant poses a future danger within the confines of a Federal Prison (mflo) (Entered: 05/24/2004) |
| 05/24/2004 | 585 | MOTION by Chadrick E Fulks for John Blume and William Nettles to withdraw as attorney (mflo) (Entered: 05/24/2004) |
| 05/24/2004 | 586 | MOTION by Chadrick E Fulks in limine to exclude to redact portions of letters (mflo) (Entered: 05/24/2004) |
| 05/25/2004 | 587 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 05/25/2004) |
| 05/25/2004 | 588 | MOTION by Chadrick E Fulks for appropriate limitations on admission and consideration of evidence in support of non statutory aggravating factors (mflo) (Entered: 05/25/2004) |
| 05/25/2004 | 589 | MOTION by Chadrick E Fulks in limine to prohibit evidence of the abuse of Myles Evans (mflo) (Entered: 05/25/2004) |
| 05/25/2004 | 590 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [315-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 05/26/2004) |
| 05/26/2004 | 591 | MEMORANDUM by USA as to Chadrick E Fulks in opposition to [566-1] motion to preclude the Government from utilizing jailhouse snitch testimony (mflo) (Entered: 05/26/2004) |
| 05/26/2004 | 592 | RESPONSE by USA as to Chadrick E Fulks re [582-1] motion for Disclosure of exculpatory material information (mflo) (Entered: 05/26/2004) |
| 05/26/2004 | 593 | RESPONSE by USA as to Chadrick E Fulks re [585-1] motion for John Blume and William Nettles to withdraw as attorney (mflo) (Entered: 05/26/2004) |

6/8/23, 9:07 AM                                           CM/ECF - scd

| | | |
|---|---|---|
| 05/26/2004 | 594 | RESPONSE by USA as to Chadrick E Fulks re [581-1] motion in limine to exclude the government from referring in opening statement to any unadjudicated prior offenses and from introducing evidence of such offenses prior to a realiability hearing (mflo) (Entered: 05/26/2004) |
| 05/26/2004 | 595 | RESPONSE by USA as to Chadrick E Fulks re [584-1] motion in limine to exclude to limit admission and consideration of evidence in support of future dangerousness to information showing that defendant poses a future danger within the confines of a Federal Prison (mflo) (Entered: 05/26/2004) |
| 05/26/2004 | 596 | RESPONSE by USA as to Chadrick E Fulks re [586-1] motion in limine to exclude to redact portions of letters (mflo) (Entered: 05/26/2004) |
| 05/26/2004 | 597 | RESPONSE by USA as to Chadrick E Fulks re [583-1] motion in limine to exclude for the government from relying upon evidence of certain alleged prior bad acts due to non complaince with notice requirement (mflo) (Entered: 05/26/2004) |
| 05/26/2004 | 598 | RESPONSE by USA as to Chadrick E Fulks re [565-1] motion for Disclosure of Government communications with witnesses presently exposed to criminal liability (mflo) (Entered: 05/26/2004) |
| 05/27/2004 | 599 | MOTION HEARING as to Chadrick E Fulks held before Chief Judge Joseph F. Anderson Jr ORAL ORDER tentative denied [589-1] motion in limine to prohibit evidence of the abuse of Myles Evans as to Chadrick E Fulks (1), under advisement [588-1] motion for appropriate limitations on admission and consideration of evidence in support of non statutory aggravating factors as to Chadrick E Fulks (1), granted in part and denied in part [586-1] motion in limine to exclude to redact portions of letters as to Chadrick E Fulks (1), denying [585-1] motion for John Blume and William Nettles to withdraw as attorney as to Chadrick E Fulks (1), under advisement [584-1] motion in limine to exclude to limit admission and consideration of evidence in support of future dangerousness to information showing that defendant poses a future danger within the confines of a Federal Prison as to Chadrick E Fulks (1), denied [583-1] motion in limine to exclude for the government from relying upon evidence of certain alleged prior bad acts due to non compliance with notice requirement as to Chadrick E Fulks (1), mooting [582-1] motion for Disclosure of exculpatory material information as to Chadrick E Fulks (1), denied in part and tentative granted in part [581-1] motion in limine to exclude the government from referring in opening statement to any unadjudicated prior offenses and from introducing evidence of such offenses prior to a realiability hearing as to Chadrick E Fulks (1), mooting [566-1] motion to preclude the Government from utilizing jailhouse snitch testimony as to Chadrick E Fulks (1), mooting [565-1] motion for Disclosure of Government communications with witnesses presently exposed to criminal liability as to Chadrick E Fulks (1), under advisement [560-1] motion to preclude or place substantive limitations on and establish procedural protections for the admissibility and consideration of victim impact evidence as to Chadrick E Fulks (1), under advisement [560-2] motion to allow allocution without cross examination during penalty phase as to Chadrick E Fulks (1), under advisement [560-3] motion in limine to exclude evidence of unjudicated offenses, or in the alternative to establish procedure for pretrial determination of admissibility of such evidence, and for specified burden of proof to be sustained by the government with espect to unadjudicated offenses offered at the sentencing phase as to Chadrick E Fulks (1), under advisement [560-4] motion to strike and/or limit aggravating factors as to Chadrick E Fulks (1), terminated [560-5] motion to strike as to Chadrick E Fulks (1); detailed order to be filed on these rulings; Court Reporter: Gary Smith. (mflo) Modified on 05/28/2004 (Entered: 05/27/2004) |
| 05/28/2004 | 600 | ORDER NO. 43 as to Chadrick E Fulks remains under adisement [589-1] motion in limine to prohibit evidence of the abuse of Myles Evans, denied [588-1] motion for |

JA0060

appropriate limitations on admission and consideration of evidence in support of non statutory aggravating factors, denied [585-1] motion for John Blume and William Nettles to withdraw as attorney, denied [584-1] motion in limine to exclude to limit admission and consideration of evidence in support of future dangerousness to information showing that defendant poses a future danger within the confines of a Federal Prison, denied [583-1] motion in limine to exclude for the government from relying upon evidence of certain alleged prior bad acts due to non compliance with notice requirement, mooting [582-1] motion for Disclosure of exculpatory material information, granted in part and denied in part [581-1] motion in limine to exclude the government from referring in opening statement to any unadjudicated prior offenses and from introducing evidence of such offenses prior to a realiability hearing, mooting [566-1] motion to preclude the Government from utilizing jailhouse snitch testimony, mooting [565-1] motion for Disclosure of Government communications with witnesses presently exposed to criminal liability, denied in part and deferred in part until trial [560-1] motion to preclude or place substantive limitations on and establish procedural protections for the admissibility and consideration of victim impact evidence, denied [560-2] motion to allow allocution without cross examination during penalty phase, denied in part and granted in part [560-3] motion in limine to exclude evidence of unjudicated offenses, or in the alternative to establish procedure for pretrial determination of admissibility of such evidence, and for specified burden of proof to be sustained by the government with espect to unadjudicated offenses offered at the sentencing phase, remains under advisement [560-4] motion to strike and/or limit aggravating factors, terminated [560-5] motion to strike (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 05/28/2004)

| 05/28/2004 | 600 | ORDER No. 43 as to Chadrick E Fulks denying [586-1] motion in limine to exclude to redact portions of letters (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | 601 | RESPONSE by USA as to Chadrick E Fulks re [589-1] motion in limine to prohibit evidence of the abuse of Myles Evans (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | 602 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [573-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | 603 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [574-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | 604 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [575-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | 605 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [576-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | 606 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [578-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/28/2004) |

| | | |
|---|---|---|
| 05/28/2004 | 607 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [579-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | 608 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [580-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | 609 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [577-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | 610 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [587-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | | WARRANT FOR ARREST OF WITNESS Heather Marie Goodman for the trial of Chadrick Evan Fulks (mflo) Modified on 6/6/2006 (mflo, ). (Entered: 05/28/2004) |
| 05/28/2004 | 611 | WRIT of Habeas Corpus ad Testificandum issued for Travis Ivan Robinson for 6/1/04 in case as to Chadrick E Fulks (signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | 612 | WRIT of Habeas Corpus ad Testificandum issued for Brian Fleming for 6/1/04 in case as to Chadrick E Fulks (signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 05/28/2004) |
| 05/28/2004 | 615 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 06/01/2004) |
| 05/28/2004 | 616 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 06/01/2004) |
| 05/28/2004 | 617 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 06/01/2004) |
| 05/28/2004 | 618 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 06/01/2004) |
| 06/01/2004 | 613 | REPLY by Chadrick E Fulks to response to [589-1] motion in limine to prohibit evidence of the abuse of Myles Evans (mflo) (Entered: 06/01/2004) |
| 06/01/2004 | 614 | MOTION by Chadrick E Fulks in limine to exclude when defendant was sent to a Federal Medical Center in Kentucky for a competency evaualtion (mflo) (Entered: 06/01/2004) |
| 06/01/2004 | 619 | ORDER NO. 44 as to Branden L Basham allowing one of co-defendant Chadrick Fulk's attorneys to attend the Fulks trial and be paid an hourly rate of $125. (Signed by Chief Judge Joseph F. Anderson Jr ) EOD 6/1/04 (kbos) Modified on 6/6/2006 (mflo, ). (Entered: 06/01/2004) |
| 06/01/2004 | 620 | JURY TRIAL as to Chadrick E Fulks held before Chief Judge Joseph F. Anderson Jr Panel Sworn: yes, preliminary instructions by the court, opening statments by government and defendant, Court adjourned to 6/2/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/01/2004) |
| 06/02/2004 | 621 | TRANSCRIPT OF MOTIONS HEARING as to Chadrick E Fulks, Branden L Basham for dates of 4/3/03 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 06/02/2004) |

CM/ECF - scd

| 06/02/2004 | | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses, Court adjourned to 6/3/04 at 9:15 Court reporter: Debra Jernigan. (mflo) (Entered: 06/03/2004) |
|---|---|---|
| 06/03/2004 | | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witness, Court adjourned to 6/4/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/03/2004) |
| 06/04/2004 | 622 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [617-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/04/2004) |
| 06/04/2004 | 623 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [618-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/04/2004) |
| 06/04/2004 | 624 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [615-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/04/2004) |
| 06/04/2004 | 625 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [616-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/04/2004) |
| 06/04/2004 | | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses Court adjourned to 6/7/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/07/2004) |
| 06/07/2004 | | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses Court adjourned to 6/8/04 at 9:00 Court reporter: Debra Jernigan. (mflo) (Entered: 06/07/2004) |
| 06/08/2004 | | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses Court adjourned to 6/9/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/08/2004) |
| 06/08/2004 | 626 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (amil) (Entered: 06/08/2004) |
| 06/09/2004 | 627 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [626-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/09/2004) |
| 06/09/2004 | 628 | Proposed Jury Instructions by Chadrick E Fulks as to Chadrick E Fulks (mflo) (Entered: 06/09/2004) |
| 06/09/2004 | 629 | ORDER No. 45 as to Chadrick E Fulks granting in part, denying in part [589-1] motion in limine to prohibit evidence of the abuse of Myles Evans, see written order for details (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 06/23/2004 (Entered: 06/09/2004) |
| 06/09/2004 | | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and Witnesses Court adjourned to 6/10/04 at 12:00 Court reporter: Debra Jernigan. (mflo) (Entered: 06/09/2004) |

JA0063

6/8/23, 9:07 AM                                      CM/ECF - scd

| | | |
|---|---|---|
| 06/10/2004 | | JURY TRIAL CONTINUED as to Chadrick E Fulks held before Chief Judge Joseph F. Anderson Jr; Government Exhibits and witnesses submitted. Court will reconvene 9:30 6/11/04. Court reporter: Debra Jernigan. (ljon) (Entered: 06/10/2004) |
| 06/11/2004 | | JURY TRIAL CONTINUED as to Chadrick E Fulks held before Chief Judge Joseph F. Anderson Jr; Exhibits and witnesses by government; Court adjourned to 9:30 6/14/04. Court reporter: Debra Jernigan. (ljon) (Entered: 06/14/2004) |
| 06/14/2004 | | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses : Court adjourned to 6/15/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/14/2004) |
| 06/14/2004 | 630 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 06/15/2004) |
| 06/15/2004 | 631 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [630-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/15/2004) |
| 06/15/2004 | | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses Court adjourned to 6/16/04 at 9:15 Court reporter: Debra Jernigan. (mflo) (Entered: 06/15/2004) |
| 06/16/2004 | | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses : (Terminated motions -denying [614-1] motion in limine to exclude when defendant was sent to a Federal Medical Center in Kentucky for a competency evaulation as to Chadrick E Fulks (1) ) Court adjourned to 6/17/04 at 8:45 Court reporter: Debra Jernigan. (mflo) (Entered: 06/16/2004) |
| 06/17/2004 | | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses : Court adjourned to 6/18/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/17/2004) |
| 06/18/2004 | 632 | TRANSCRIPT OF MOTIONS HEARING as to Chadrick E Fulks, Branden L Basham for dates of 1/15/03 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Jack Clarke (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 06/18/2004) |
| 06/18/2004 | 633 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 06/18/2004) |
| 06/18/2004 | 634 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [633-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/18/2004) |
| 06/18/2004 | 635 | WRIT of Habeas Corpus ad Testificandum issued for Patrick Thomas Fuhr for 6/21/04 in case as to Chadrick E Fulks (signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 06/18/2004) |
| 06/18/2004 | | JURY TRIAL CONTINUES as Chadrick Evan Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses Court adjourned to 6/21/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/18/2004) |
| 06/18/2004 | 636 | MOTION by Chadrick E Fulks in limine to exclude government from seeking to impeach co defendant's inculpatory statements with hearsay statements purporting to implicate defendant (mflo) (Entered: 06/18/2004) |
| 06/21/2004 | 637 | ORDER for witness travel expenses pursuant to 17(b) subpoenas as to Chadrick E Fulks (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 06/21/2004) |

JA0064

6/8/23, 9:07 AM                                                                                                CM/ECF - scd

| 06/21/2004 | 638 | MOTION by Chadrick E Fulks to compel grant of use immunity to Ronnie Fulks in order to facilitate material, exculpatory testimony unavailable from any other source (mflo) (Entered: 06/21/2004) |
| 06/21/2004 |  | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses Court adjourned to 6/22/04 at 9:15 Court reporter: Debra Jernigan. (mflo) (Entered: 06/21/2004) |
| 06/22/2004 | 639 | Stipulations 1 - 5 by plaintiff USA, defendant Chadrick E Fulks, published to the jury. (mflo) (Entered: 06/22/2004) |
| 06/22/2004 |  | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses; Government rested and defense begins case; (Terminated motions -denying [638-1] motion to compel grant of use immunity to Ronnie Fulks in order to facilitate material, exculpatory testimony unavailable from any other source as to Chadrick E Fulks (1), granting [636-1] motion in limine to exclude government from seeking to impeach co defendant's inculpatory statements with hearsay statements purporting to implicate defendant as to Chadrick E Fulks (1) ) Court adjourned to 6/23/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/22/2004) |
| 06/22/2004 | 640 | EX PARTE MOTION (Sealed) by Chadrick E Fulks (mflo) (Entered: 06/23/2004) |
| 06/23/2004 | 641 | EX PARTE ORDER (Sealed) as to Chadrick E Fulks granting [640-1] ex parte motion as to Chadrick E Fulks (1) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) (Entered: 06/23/2004) |
| 06/23/2004 |  | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses, Court adjourned to 6/24/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/23/2004) |
| 06/24/2004 |  | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses, Court adjourned to 6/25/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/24/2004) |
| 06/25/2004 | 643 | Proposed Jury Instructions by USA as to Chadrick E Fulks (mflo) (Entered: 06/25/2004) |
| 06/25/2004 | 644 | OBJECTION by plaintiff USA to [628-1] defendant's proposed jury instructions (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 06/25/2004) |
| 06/25/2004 |  | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses, Court adjourned to 6/28/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/25/2004) |
| 06/28/2004 |  | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Witnesses and Exhibits, Defense Rest and Government Rebuttal case done, Charge Conference, Court adjourned to 6/29/04 at 9:00 Court reporter: Debra Jernigan. (mflo) (Entered: 06/28/2004) |
| 06/28/2004 | 645 | Proposed Request to Charge #13 by USA as to Chadrick E Fulks (mflo) (Entered: 06/29/2004) |
| 06/29/2004 | 646 | Government Request to Charge #14 and #15 by USA as to Chadrick E Fulks (mflo) (Entered: 06/29/2004) |
| 06/29/2004 | 647 | Proposed Final Jury Instructions by Chadrick E Fulks as to Chadrick E Fulks (mflo) (Entered: 06/29/2004) |

JA0065

| 06/29/2004 | | JURY TRIAL CONTINUES as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr , Closing Arguments by Government and Defendant, Jury Charge by the Court , deliberations to begin on 6/30/04 , Court adjourned to 6/30/04 at 9:30 Court reporter: Debra Jernigan. (mflo) (Entered: 06/29/2004) |
|---|---|---|
| 06/30/2004 | | JURY TRIAL CONCLUDED as to Chadrick E Fulks held before Chief Judge Joseph F. Anderson Jr , Time/Date jury began deliberations: 10:00 on 6/30/04, Time/Date jury ended deliberations: 2:25 on 6/30/04, Verdict published at 2:30 on 6/30/04, Jury polled after verdict: yes, Exhibits returned to counsel: yes Jury list, witness list and exhibit list attached. Court reporter: Debra Jernigan. (mflo) (Entered: 06/30/2004) |
| 06/30/2004 | 648 | JURY VERDICT as to Chadrick E Fulks DEATH: Chadrick E Fulks (1) count(s) 1s Carjacking resulting in death (mflo) (Entered: 06/30/2004) |
| 06/30/2004 | 649 | JURY VERDICT as to Chadrick E Fulks DEATH: Chadrick E Fulks (1) count(s) 2s Kidnaping Resulting in Death (mflo) (Entered: 06/30/2004) |
| 07/01/2004 | 650 | ORDER that the parties are to maintain the exhibits intact as returned until the time of filing appeal has expired or during the appeal as to Chadrick E Fulks (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 07/01/2004) |
| 07/02/2004 | 651 | NOTICE of Hearing as to Branden L Basham set status conference for 10:00 7/23/04 for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/02/2004) |
| 07/06/2004 | 652 | NOTICE of Hearing as to Branden L Basham reset status conference for 2:00 7/21/04 for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mdea) Modified on 5/31/2006 (mflo, ). (Entered: 07/06/2004) |
| 07/06/2004 | 653 | NOTICE of Hearing as to Branden L Basham reset Jury selection and trial for 10:00 8/23/04 for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mdea) Modified on 5/31/2006 (mflo, ). (Entered: 07/06/2004) |
| 07/06/2004 | 654 | ORDER as to Branden L Basham directing the US Marshal to immediately transport defendant to FCI Butner for a follow-up evaluation, not to exceed 2 weeks in duration. The USM shall return the defendant to SC on the 15th day after his arrival at Butner, if not sooner. (Signed by Chief Judge Joseph F. Anderson Jr ) eod/mld (mdea) Modified on 5/31/2006 (mflo, ). (Entered: 07/06/2004) |
| 07/06/2004 | 655 | ORDER No. 47 as to Chadrick E Fulks in limine to exclude polygraph evidence (Signed by Chief Judge Joseph F. Anderson Jr ) (mdea) (Entered: 07/07/2004) |
| 07/07/2004 | 656 | TRANSCRIPT OF EXCERPT OF JURY SELECTION - voir dire examination of juror Sylvia Allison as to Chadrick E Fulks for dates of 5/19/04 before Chief Judge Joseph F. Anderson Jr held in Columbia; Court Reporter: Gary Smith (mdea) (Entered: 07/07/2004) |
| 07/09/2004 | | CJA24 LOCATION as to Branden L Basham : Transcript of hearing date: 2/24/04 by Court Reporter: Gary Smith to JFA for approval of CJA24 (mdea) Modified on 5/31/2006 (mflo, ). (Entered: 07/09/2004) |
| 07/09/2004 | | CJA24 LOCATION as to Branden L Basham : Transcript of trial date: 6/1/04 - 6/30/04 by Court Reporter: Debra Jernigan to JFA for approval of CJA24 (mdea) Modified on 5/31/2006 (mflo, ). (Entered: 07/09/2004) |
| 07/09/2004 | 657 | MOTION by Chadrick E Fulks for new trial , or in the alternative for Evidentiary Hearing (mdea) (Entered: 07/09/2004) |

| 07/15/2004 | 658 | RESCHEDULED NOTICE of Hearing as to Branden L Basham reset status conference for 2:00 8/3/04 for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/15/2004) |
| --- | --- | --- |
| 07/15/2004 | 659 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/15/2004) |
| 07/15/2004 | 660 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/15/2004) |
| 07/15/2004 | 661 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/15/2004) |
| 07/15/2004 | 662 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/15/2004) |
| 07/15/2004 | 663 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/15/2004) |
| 07/15/2004 | 664 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/15/2004) |
| 07/15/2004 | 665 | ORDER No. 48 the court will grant the request for a transcript of the trial of co-defendant Fulks, but will deny the request for a transcript of jury selection for the co-defendant Fulks as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/16/2004) |
| 07/16/2004 | 666 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [664-1] ex parte motion as to Branden L Basham (2), granting [663-1] ex parte motion as to Branden L Basham (2), granting [662-1] ex parte motion as to Branden L Basham (2), granting [661-1] ex parte motion as to Branden L Basham (2), granting [660-1] ex parte motion as to Branden L Basham (2), granting [659-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/19/2004) |
| 07/16/2004 | 667 | MOTION HEARING as to Chadrick E Fulks held before Chief Judge Joseph F. Anderson Jr ORAL ORDER [657-1] motion for new trial taken under advisement as to Chadrick E Fulks (1) Court Reporter: Debra Jernigan. (mflo) (Entered: 07/19/2004) |
| 07/20/2004 | 668 | RESPONSE by USA as to Chadrick E Fulks re [657-1] motion for new trial (mflo) (Entered: 07/20/2004) |
| 07/22/2004 | 669 | REPLY by defendant Chadrick E Fulks to [668-1] motion response to, [657-1] motion for new trial (mflo) (Entered: 07/22/2004) |
| 07/23/2004 | 670 | ORDER No. 49 on Supplemental Mental Health Information for defense counsel to modify and/or supplement the 1/20/04 letter if necessary within 3 days of this Order as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/23/2004) |
| 07/23/2004 | 671 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/23/2004) |
| 07/23/2004 | 672 | ORDER No. 50 on transporting Basham from Butner to Columbia no later than 8/3/04 and the pretrial conference will be held on Wednesday, August 4, 2004 as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/23/2004) |

| | | |
|---|---|---|
| 07/23/2004 | 673 | 2ND RESCHEDULED NOTICE of Hearing as to Branden L Basham set pretrial conference for 2:00 8/4/04 for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/23/2004) |
| 07/26/2004 | 674 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [671-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/26/2004) |
| 07/29/2004 | 675 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 07/30/2004) |
| 07/30/2004 | 676 | TRANSCRIPT OF JURY TRIAL VOLUME I as to Chadrick E Fulks for dates of 6/1/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 07/30/2004) |
| 07/30/2004 | 677 | TRANSCRIPT OF JURY TRIAL VOLUME II as to Chadrick E Fulks for dates of 6/2/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 07/30/2004) |
| 07/30/2004 | 678 | TRANSCRIPT OF JURY TRIAL VOLUME III as to Chadrick E Fulks for dates of 6/3/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 07/30/2004) |
| 08/02/2004 | 679 | STATUS CONFERENCE as to Branden L Basham held before Chief Judge Joseph F. Anderson Jr discussing further testing of defendant,Mr. Swerling would like to delay jury selection by 1 - 2 weeks, court will address at pretrial conference, court to enter written order dealing with topics addressed during telephone conference,ORAL ORDER portion of this status conference is sealed. Court Reporter: Debra Jernigan. (jada) Modified on 5/31/2006 (mflo, ). (Entered: 08/02/2004) |
| 08/02/2004 | 680 | TRANSCRIPT OF SEALED HEARING during Jury Trial as to Chadrick E Fulks for dates of 6/3/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/03/2004) |
| 08/02/2004 | 681 | TRANSCRIPT OF JURY TRIAL VOLUME IV as to Chadrick E Fulks for dates of 6/4/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/03/2004) |
| 08/02/2004 | 682 | TRANSCRIPT OF JURY TRIAL VOLUME V as to Chadrick E Fulks for dates of 6/7/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/03/2004) |
| 08/02/2004 | 683 | TRANSCRIPT OF JURY TRIAL VOLUME VI as to Chadrick E Fulks for dates of 6/8/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 08/03/2004 (Entered: 08/03/2004) |
| 08/02/2004 | 684 | ORDER No. 51 distributing a copy of an incident report and cover letter from FCI Butner as to this defendant, as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 08/03/2004 Modified on 5/31/2006 (mflo, ). (Entered: 08/03/2004) |
| 08/03/2004 | 685 | ORDER No. 52 the court will appoint an independent neuropsychologist or neuropsychiatrist to administer the MMPI-2 to defendant no later than 8/9/04; No person or entity associated with the defense team (including defense counsel and mental health experts) shall communicate with defendant in any respect about the MMPI-2 test prior to its administration; the raw data and scores, but interpretation, of the MMPI-2 administered shall be provided to both defense counsel and doctors at Butner but not to |

6/8/23, 9:07 AM               CM/ECF - scd

| | | |
|---|---|---|
| | | government lawyers; The parties shall brief the question of whether the MMPI-2 results may be used in any way at trial. Briefs from both sides shall be filed on or before 8/13/04. as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/03/2004) |
| 08/04/2004 | 686 | TRANSCRIPT OF JURY TRIAL Volume VII as to Chadrick E Fulks for dates of 6/9/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 7/8/2005 (mflo, ). (Entered: 08/04/2004) |
| 08/04/2004 | 687 | TRANSCRIPT OF JURY TRIAL VOLUME VIII as to Chadrick E Fulks for dates of 6/10/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/04/2004) |
| 08/04/2004 | 688 | PRETRIAL CONFERENCE - Jury Selection is to begin on 8/30/04 and the following dates no court will be held, 9/6/04, 9/16/04, 9/17/04, 10/15/04, 10/18/04, 10/19/04, 10/20/04; Brief to be filed by Government by 8/11/04 and reply by defendant due by 8/16/04 on Fulks case results; any renewed motions to be filed by 8/16/04 as to Branden L Basham before Chief Judge Joseph F. Anderson Jr ORAL ORDER [232-2] motion for leave to file additional grounds to suppress after court rules on pending motions and discovery has been completed taken under advisement as to Branden L Basham (2), [228-1] motion for discovery pursuant to Rule 16 taken under advisement as to Branden L Basham (2) Court Reporter: Debra Jernigan. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/05/2004) |
| 08/04/2004 | | Ex Parte hearing as to Branden L Basham held before Chief Judge Joseph F. Anderson Jr Court reporter: Debra Jernigan (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/05/2004) |
| 08/04/2004 | 689 | LETTER of A.F. Beeler, Warden to Judge Joe Anderson Re: MMPI-2 test (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/05/2004) |
| 08/05/2004 | | Minute entry as to Branden L Basham :from Order #26 (doc #345) granting in part, denying in part [310-1] ex parte motion as to Branden L Basham (2) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/05/2004) |
| 08/05/2004 | 690 | RESCHEDULED NOTICE of Hearing as to Branden L Basham reset jury selection for 10:00 8/30/04 for Branden L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/05/2004) |
| 08/05/2004 | 691 | ORDER NO. 53 Pretrial Conference as to Branden L Basham Trial/Jury Selection set for 8/30/04; Scheduling: no court on 9/6/04; 9/16/04; 10/15/04, 10/18/04, 10/19/04, 10/20/04 and will adjourn early on 9/15 and 9/24; Videotape introduction objections due 8/9/04; Brief by Government due on 8/11/04 and reply due 8/16/04 on the evidence issue from co-defendant's trial; Renewal of Pretrial Motions due by 8/9/04; Court has appointed an independent neuropsychologist and will be tested in the courthouse; The court is inclined to keep out evidence of the Littlejohn hypotheticals during the guilty phase. Jury Venire will begin with a panel of 24 where the Fulks venire left off. The jury clerk will supply the parties with the daily lists in venire order. Horry County Jurors, the request to exclude all potential jurors from Horry County is denied. (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/05/2004) |
| 08/05/2004 | 692 | EX PARTE ORDER NO. 54 (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/05/2004) |

6/8/23, 9:07 AM                                    CM/ECF - scd

| 08/09/2004 | 693 | ORDER NO. 54 for defendant be administered the MMPI-2 test by court appointed, independent mental health expert, Dr. Clay Drummond on 8/11/04, defense counsel is instructed not to have any communication with defendant about this test until the test is completed as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/09/2004) |
| --- | --- | --- |
| 08/09/2004 | 694 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/09/2004) |
| 08/09/2004 | 695 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/09/2004) |
| 08/09/2004 | 696 | GOVERNMENT'S PROPOSED JUDGMENT AND ORDER IMPLEMENTING JUDGMENT by plaintiff USA (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/09/2004) |
| 08/09/2004 | 697 | MOTION by USA as to Branden L Basham in limine to exclude introduction of aggravation evidence that the government presented in co-defendant Chadrick Evan Fulks penalty trial (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/10/2004) |
| 08/09/2004 | 698 | TRANSCRIPT OF EXCERPT OF MOTIONS HEARING/EVIDENTIARY HEARING - AFTERNOON PROCEEDINGS as to Chadrick E Fulks, Branden L Basham for dates of 2/24/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/10/2004) |
| 08/09/2004 | 699 | TRANSCRIPT OF JURY TRIAL VOLUME IX as to Chadrick E Fulks for dates of 6/11/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/10/2004) |
| 08/09/2004 | 700 | TRANSCRIPT OF JURY TRIAL VOLUME X as to Chadrick E Fulks for dates of 6/14/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/10/2004) |
| 08/09/2004 | 701 | TRANSCRIPT OF JURY TRIAL VOLUME XI as to Chadrick E Fulks for dates of 6/15/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/10/2004) |
| 08/10/2004 | 702 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/10/2004) |
| 08/12/2004 | 703 | SEALED DOCUMENT MMPI-2 Test as to Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/12/2004) |
| 08/12/2004 | 704 | MOTION by USA as to Branden L Basham for suspension of the briefing schedule set forth in the Order No. 52 regarding Dr. Bruce Capehart's request to administer the MMPI-2 test to the defendant (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/13/2004) |
| 08/13/2004 | 705 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [702-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/13/2004) |
| 08/13/2004 | 706 | ORDER NO. 55 for counsel to only submit one copy of correspondence, Do not fax one and then mail a hard copy. as to Branden L Basham (Signed by Chief Judge Joseph F. |

JA0070

| | | |
|---|---|---|
| | | Anderson Jr ) (mflo) Modified on 08/13/2004 Modified on 5/31/2006 (mflo, ). (Entered: 08/13/2004) |
| 08/13/2004 | 707 | MOTION by Branden L Basham to join in Motion of USA [704-1] motion for suspension of the briefing schedule set forth in the Order No. 52 regarding Dr. Bruce Capehart's request to administer the MMPI-2 test to the defendant (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/13/2004) |
| 08/13/2004 | 708 | ORDER NO. 56 as to Branden L Basham granting [707-1] motion to join in Motion of USA [704-1] motion for suspension of the briefing schedule set forth in the Order No. 52 regarding Dr. Bruce Capehart's request to administer the MMPI-2 test to the defendant as to Branden L Basham (2), granting [704-1] motion for suspension of the briefing schedule set forth in the Order No. 52 regarding Dr. Bruce Capehart's request to administer the MMPI-2 test to the defendant as to Branden L Basham (2) (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/13/2004) |
| 08/13/2004 | 709 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/13/2004) |
| 08/16/2004 | 710 | ORDER NO. 57 as to Branden L Basham mooting [707-1] motion to join in Motion of USA [704-1] motion for suspension of the briefing schedule set forth in the Order No. 52 regarding Dr. Bruce Capehart's request to administer the MMPI-2 test to the defendant (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/16/2004) |
| 08/16/2004 | 711 | TRANSCRIPT OF EXCERPTS OF JURY SELECTION as to Chadrick E Fulks for dates of 5/10/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) (Entered: 08/16/2004) |
| 08/16/2004 | 712 | TRANSCRIPT OF EXCERPTS OF JURY SELECTION as to Chadrick E Fulks for dates of 5/12/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) (Entered: 08/16/2004) |
| 08/16/2004 | 713 | TRANSCRIPT OF EXCERPTS OF JURY SELECTION as to Chadrick E Fulks for dates of 5/14/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) (Entered: 08/16/2004) |
| 08/16/2004 | 714 | TRANSCRIPT OF EXCERPT OF JURY SELECTION as to Chadrick E Fulks for dates of 5/18/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) (Entered: 08/16/2004) |
| 08/16/2004 | 715 | TRANSCRIPT OF EXCERPT OF JURY SELECTION as to Chadrick E Fulks for dates of 5/19/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) (Entered: 08/16/2004) |
| 08/18/2004 | 716 | ORDER NO. 58 counsel has until 8/23/04 to object to this order on jurors requesting to be excused, as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 08/18/2004 Modified on 5/31/2006 (mflo, ). (Entered: 08/18/2004) |
| 08/19/2004 | 717 | MEMORANDUM by Branden L Basham in opposition to [697-1] motion in limine to exclude introduction of aggravation evidence that the government presented in co-defendant Chadrick Evan Fulks penalty trial (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/20/2004) |
| 08/20/2004 | 718 | WRIT of Habeas Corpus ad Testificandum issued for Stacy Ann Workman for 9/17/04 in case as to Branden L Basham (signed by Chief Judge Joseph F. Anderson Jr ) (mflo) |

| | | Modified on 5/31/2006 (mflo, ). (Entered: 08/20/2004) |
|---|---|---|
| 08/20/2004 | 719 | WRIT of Habeas Corpus ad Testificandum issued for Betty McGuffin for 9/17/04 in case as to Branden L Basham (signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/20/2004) |
| 08/20/2004 | 720 | NOTICE of Hearing as to Branden L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 10:00 8/25/04 as to: Branden Basham, In Limine (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/20/2004) |
| 08/23/2004 | 721 | REPLY MEMORANDUM by USA as to Branden L Basham to [717-1] opposition memorandum to , [697-1] motion in limine to exclude introduction of aggravation evidence that the government presented in co-defendant Chadrick Evan Fulks penalty trial (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/23/2004) |
| 08/24/2004 | 722 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/24/2004) |
| 08/25/2004 | 723 | MOTION by USA as to Branden L Basham to strike jurors for cause (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/25/2004) |
| 08/25/2004 | 724 | MEMORANDUM by defendant Branden L Basham in supporting defendant's introduction of the government's closing argument (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/25/2004) |
| 08/25/2004 | 725 | MOTION HEARING/PRETRIAL CONFERENCE as to Branden L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER granting [723-1] motion to strike jurors for cause as to Branden L Basham (2), [697-1] motion in limine to exclude introduction of aggravation evidence that the government presented in co-defendant Chadrick Evan Fulks penalty trial taken under advisement as to Branden L Basham (2); Trial will not start before 9/13/04, 1st day of jury selection counsel to report at 9:30; Court takes under advisement request by USM for defendant to wear stun belt, some jurors request to be excused agreed on by counsel and court, and others given an extended time to report, Court will sequester witnesses except for victims family and Basham family members, Court Reporter: Gary Smith. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/26/2004) |
| 08/26/2004 | 726 | EX PARTE ORDER NO. 59 (Sealed) as to Branden L Basham granting [722-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 08/26/2004 Modified on 5/31/2006 (mflo, ). (Entered: 08/26/2004) |
| 08/26/2004 | 727 | ORDER NO. 60 as to Branden L Basham granting [723-1] motion to strike jurors for cause (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/26/2004) |
| 08/26/2004 | 728 | WRIT of Habeas Corpus ad Testificandum issued for Henry Hardy for 8/30/04 in case as to Branden L Basham (signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/26/2004) |
| 08/26/2004 | 729 | EX PARTE ORDER (Sealed) as to Branden L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/26/2004) |
| 08/27/2004 | 730 | TRANSCRIPT OF JURY TRIAL VOLUME XII as to Chadrick E Fulks for dates of 6/16/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |

JA0072

| 08/27/2004 | 731 | TRANSCRIPT OF JURY TRIAL/SEALED HEARING Volume XIII as to Chadrick E Fulks for dates of 6/17/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |
| --- | --- | --- |
| 08/27/2004 | 732 | TRANSCRIPT OF JURY TRIAL VOLUME XIV as to Chadrick E Fulks for dates of 6/18/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |
| 08/27/2004 | 733 | TRANSCRIPT OF JURY TRIAL VOLUME XV as to Chadrick E Fulks for dates of 6/21/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |
| 08/27/2004 | 734 | TRANSCRIPT OF JURY TRIAL VOLUME XVI as to Chadrick E Fulks for dates of 6/22/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |
| 08/27/2004 | 735 | TRANSCRIPT OF JURY TRIAL VOLUME XVII as to Chadrick E Fulks for dates of June 23, 2004 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |
| 08/27/2004 | 736 | TRANSCRIPT OF JURY TRIAL VOLUME XVIII as to Chadrick E Fulks for dates of 6/24/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |
| 08/27/2004 | 737 | TRANSCRIPT OF JURY TRIAL VOLUME XIX as to Chadrick E Fulks for dates of 6/25/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |
| 08/27/2004 | 738 | TRANSCRIPT OF JURY TRIAL VOLUME XX as to Chadrick E Fulks for dates of 6/28/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |
| 08/27/2004 | 739 | TRANSCRIPT OF JURY TRIAL VOLUME XXI as to Chadrick E Fulks for dates of 6/29/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |
| 08/27/2004 | 740 | TRANSCRIPT OF JURY TRIAL VOLUME XIII as to Chadrick E Fulks for dates of 6/17/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |
| 08/27/2004 | 741 | TRANSCRIPT OF JURY TRIAL VOLUME XXII as to Chadrick E Fulks for dates of 6/30/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 08/27/2004) |
| 08/27/2004 | 742 | MEMORANDUM by plaintiff USA regarding qualification of prospective jurors (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/30/2004) |
| 08/30/2004 | 743 | JURY SELECTION begins before Chief Judge Joseph F. Anderson Jr as to Branden L Basham (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s; jurors qualified 6; jurors excused 3, jury selection continues 8/31/04 at 9:00, Panel Sworn: no, Court reporter: Gary Smith. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/30/2004) |
| 08/30/2004 | 744 | SUPPLEMENTAL JUROR QUESTIONNAIRE as to Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/31/2004) |
| 08/31/2004 | 745 | MEMORANDUM by USA as to Branden L Basham in opposition to [724-1] memorandum requesting being able to introduce the Government's closing argument (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/31/2004) |

| 08/31/2004 | 746 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/31/2004) |
|---|---|---|
| 08/31/2004 | | JURY SELECTION CONTINUES before Chief Judge Joseph F. Anderson Jr as to Branden L Basham (2) count(s) 2s, 3s, 4s, 5s, 6s, 7s, 8s , Qualified Jurors: 7 and Excused Jurors: 16 and 2 holdovers to report back at 9:00 on 9/1, Court reporter: Gary Smith. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 08/31/2004) |
| 08/31/2004 | 747 | ORDER NO. 61 for Dr. Richard Eddelson to discuss with Dr. Bruce Capehart any treatment rendered or diagnoses made by Dr. Eddelson regarding his former patient, Branden Basham, as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 09/01/2004) |
| 09/01/2004 | | JURY SELECTION CONTINUES before Chief Judge Joseph F. Anderson Jr as to Branden L Basham (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Qualified Jurors: 7 Excused Jurors: 3, Court continued until 9/2/04 at 9:10, Court reporter: Gary Smith. (mflo) Modified on 09/02/2004 Modified on 5/31/2006 (mflo, ). (Entered: 09/02/2004) |
| 09/02/2004 | 748 | RELEASE ORDER No. 62 to authorize any medical professionals who have treated the defendant to converse with Dr. Bruce Capehart and to provide any necessary information Dr. Capehart deems relevant for purposes of preparing his rebuttal report as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 09/03/2004) |
| 09/02/2004 | | JURY SELECTION CONTINUES before Chief Judge Joseph F. Anderson Jr as to Branden L Basham (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Qualified Jurors: 9, Excused Jurors: 6, Court to reconvene at 9:00am on 9/3/04, Court reporter: Gary Smith. (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 09/03/2004) |
| 09/03/2004 | | JURY SELECTION CONTINUES before Chief Judge Joseph F. Anderson Jr as to Branden L Basham (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Qualified Jurors: 8, Excused Jurors: 1 , jury selection is continued until 9/7/04 at 9:00 , Court reporter: Gary Smith. (mflo) Modified on 09/07/2004 Modified on 5/31/2006 (mflo, ). (Entered: 09/03/2004) |
| 09/07/2004 | 749 | TRANSCRIPT OF EXCERPT OF JURY SELECTION VOIR DIRE EXAMINATION OF CHARLIE BENTON as to Branden L Basham for dates of 8/31/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) Modified on 5/31/2006 (mflo, ). (Entered: 09/07/2004) |
| 09/07/2004 | | JURY SELECTION CONTINUES before Chief Judge Joseph F. Anderson Jr as to Branden L Basham (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Jurors Qualified: 10 and Excused Jurors: 4 , court to reconvene on 9/8/04 at 9:00, Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/08/2004) |
| 09/08/2004 | 750 | INCIDENT REPORTS by USM and Alvin S. Glenn Detention Center as to Branden L Basham (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/08/2004) |
| 09/08/2004 | | JURY SELECTION CONTINUES before Chief Judge Joseph F. Anderson Jr as to Branden L Basham (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Jurors Qualified: 9 and Excused Jurors: 7, jury selection continues on 9/9/04 at 9:00 , Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/09/2004) |
| 09/09/2004 | 751 | TRIAL BRIEF by USA as to Branden L Basham (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/09/2004) |
| 09/09/2004 | | JURY SELECTION CONTINUES before Chief Judge Joseph F. Anderson Jr as to Branden L Basham (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , Qualified Jurors: 8, |

6/8/23, 9:07 AM                                    CM/ECF - scd

| | | |
|---|---|---|
| | | Excused Jurors: 5, jury selection will continue on 9/10 at 2:00 , Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/10/2004) |
| 09/10/2004 | 752 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/10/2004) |
| 09/10/2004 | 753 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [746-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/10/2004) |
| 09/10/2004 | 754 | ORDER OF PROTECTION for Greg Harris from court proceedings between 9/13/04 and 10/31/04 as to Branden L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/13/2004) |
| 09/10/2004 | | JURY SELECTION CONCLUDED before Chief Judge Joseph F. Anderson Jr as to Branden L Basham (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s , 17 jurors selected for trial beginning on 9/13/04 at 9:30, (see attached list), Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/13/2004) |
| 09/13/2004 | 755 | JURY TRIAL as to Branden L Basham begins before Chief Judge Joseph F. Anderson Jr , Panel Sworn: yes, court gives preliminary instructions, opening statements, witnesses and exhibits . (Terminated motions - [697-1] motion in limine to exclude introduction of aggravation evidence that the government presented in co-defendant Chadrick Evan Fulks penalty trial . Motion Terminated. as to Branden L Basham (2) ) Court adjourned to 9/14/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/13/2004) |
| 09/14/2004 | | JURY TRIAL CONTINUES as to Branden L Basham before Chief Judge Joseph F. Anderson Jr , Witnesses and Exhibits (Terminated motions - [232-2] motion for leave to file additional grounds to suppress after court rules on pending motions and discovery has been completed . Motion Terminated. as to Branden L Basham (2), [228-1] motion for discovery pursuant to Rule 16 . Motion Terminated. as to Branden L Basham (2) ) Court adjourned to 9/15/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/14/2004) |
| 09/15/2004 | 756 | EX PARTE ORDER (Sealed) as to Branden L Basham granting [752-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/15/2004) |
| 09/15/2004 | | JURY TRIAL CONTINUES as to Branden L Basham before Chief Judge Joseph F. Anderson Jr , Witnesses and Exhibits Court adjourned to 9:00 9/17/04 Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/15/2004) |
| 09/17/2004 | | JURY TRIAL CONTINUES as to Branden L Basham before Chief Judge Joseph F. Anderson Jr , Witnesses and Exhibits Court adjourned to 9/20/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/17/2004) |
| 09/20/2004 | | JURY TRIAL CONTINUES as to Branden L Basham before Chief Judge Joseph F. Anderson Jr , Exhibits and witness, Court adjourned to 9/21/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/21/2004) |
| 09/21/2004 | | JURY TRIAL CONTINUES as to Branden L Basham before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses, Court adjourned to 9/22/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/21/2004) |
| 09/22/2004 | 757 | EX PARTE MOTION (Sealed) by Branden L Basham (mflo) Modified on 5/19/2006 |

JA0075

6/8/23, 9:07 AM                                              CM/ECF - scd

| | | |
|---|---|---|
| | | (mflo, ). (Entered: 09/22/2004) |
| 09/22/2004 | | JURY TRIAL CONTINUES as to Branden L Basham before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses, Court adjourned to 9/23/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/22/2004) |
| 09/22/2004 | 758 | EX PARTE ORDER NO. 63 (Sealed) as to Branden L Basham granting [757-1] ex parte motion as to Branden L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/23/2004) |
| 09/23/2004 | | JURY TRIAL CONTINUES as to Branden L Basham before Chief Judge Joseph F. Anderson Jr , Exhibits and witnesses, Court adjourned to 9/24/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/23/2004) |
| 09/24/2004 | | JURY TRIAL CONTINUED as to Branden L Basham held before Chief Judge Joseph F. Anderson Jr; witnesses/exhibits; Court adjourned to 9/27/04 at 9:00 am; Court reporter: Debra Jernigan. (mdea) Modified on 5/19/2006 (mflo, ). (Entered: 09/24/2004) |
| 09/27/2004 | | JURY TRIAL CONTINUED as to Branden L Basham held before Chief Judge Joseph F. Anderson Jr; witnesses and exhibits; Court adjourned to 9/28/04 at 10:00 am; jury excused until 9/29/04 at 9:00 am; Court reporter: Debra Jernigan. (mdea) Modified on 5/19/2006 (mflo, ). (Entered: 09/27/2004) |
| 09/28/2004 | | JURY TRIAL CONTINUED as to Branden L Basham held before Chief Judge Joseph F. Anderson Jr; defendant makes oral motions for judgment of acquital - denied; charge conference Court adjourned to 9/29/04 at 9:00 am; Court reporter: Debra Jernigan. (mdea) Modified on 5/19/2006 (mflo, ). (Entered: 09/28/2004) |
| 09/28/2004 | | MOTION in open court by Branden L Basham for Judgment of Acquittal (mdea) Modified on 5/19/2006 (mflo, ). (Entered: 09/28/2004) |
| 09/28/2004 | | ORAL ORDER as to Branden L Basham denying [0-0] oral motion for Judgment of Acquittal as to Branden L Basham (2) Per: 9/28/04 jury trial ( Entered by Chief Judge Joseph F. Anderson Jr ) (mdea) Modified on 5/19/2006 (mflo, ). (Entered: 09/28/2004) |
| 09/28/2004 | | ORAL ORDER as to Branden L Basham correcting spelling of defendant's first name to "Brandon" Per: 9/28/04 jury trial ( Entered by Chief Judge Joseph F. Anderson Jr ) (mdea) Modified on 5/19/2006 (mflo, ). (Entered: 09/28/2004) |
| 09/29/2004 | 759 | Proposed Jury Instructions 1-12 by Brandon L Basham as to Brandon L Basham (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/29/2004) |
| 09/29/2004 | 760 | Proposed Jury Instructions 1-6 for the guilt phase by USA as to Brandon L Basham (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/29/2004) |
| 09/29/2004 | 761 | Proposed Jury Instructions #7 for the guilt phase by USA as to Brandon L Basham (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/29/2004) |
| 09/29/2004 | 762 | Proposed Jury Instructions #8 for the guilt phase by USA as to Brandon L Basham (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/29/2004) |
| 09/29/2004 | 763 | Stipulations 1-9 by plaintiff USA, defendant Brandon L Basham for the guilt phase of the trial. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/29/2004) |
| 09/29/2004 | | JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Closing arguments, Jury Charge and jury to return on 9/30/04 to begin deliberations, Court adjourned to 9/30/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 09/30/2004) |

JA0076

6/8/23, 9:07 AM                                                CM/ECF - scd

| 09/30/2004 | | JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Time/Date jury began deliberations: 9/30/04 at 9:40, Time/Date jury ended deliberations: 9/30/04 at 3:30, Verdict rendered GUILTY as to all counts 1-8, Jury polled after verdict: yes, Exhibits to remain in courthouse. FBI agents to take custody of weapons until the penalty phase begins on 10/12/04: , witness list and exhibit list attached. Court adjourned to 10/12/04 at 9:00 at which time the penalty phase will begin; Court reporter: Debra Jernigan. (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 10/01/2004) |
|---|---|---|
| 09/30/2004 | 764 | Jury notes filed as to Brandon L Basham (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 10/01/2004) |
| 09/30/2004 | 765 | ALVIN S. GLENN DETENTION CENTER incident report dated 9/26/04 as to Brandon L Basham (mflo) Modified on 5/19/2006 (mflo, ). (Entered: 10/01/2004) |
| 09/30/2004 | 766 | JURY VERDICT as to Brandon L Basham Guilty: Brandon L Basham (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/01/2004) |
| 10/01/2004 | 767 | EX PARTE ORDER (Sealed) as to Brandon L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/01/2004) |
| 10/04/2004 | 768 | NOTICE of Hearing as to Brandon L Basham set pretrial conference for 10:00 10/8/04 for Brandon L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/04/2004) |
| 10/04/2004 | 769 | ORDER NO. 64 the defendant shall provide to the court a memorandum no later than 10:00 am on Wednesday, October 6, 2004 addressing the basis for objecting the administration of the MMPI by physicians at Butner; the reason that the methodology employed by Dr. Drummond renders the MMPI results invalid and assuming the MMPI results are valid, because of the way the test was administered, whether the government should be allowed to put before the jury the fact that the defendant refused to take the MMPI (which the court understands to be a test that will detect, among other things, evidence of malingering) while at Butner as to Brandon L Basham; Government is requested to respond to the defendant's memorandum by 4:30pm on Thursday, October 7, 2004 (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/05/2004) |
| 10/06/2004 | 770 | MEMORANDUM Regarding the administration of the Minnesota Multphasic Personality Inventory II (MMPI) by defendant Brandon L Basham (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/06/2004) |
| 10/06/2004 | 771 | MOTION by Brandon L Basham in limine to exclude letter from victim (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/06/2004) |
| 10/06/2004 | 772 | SUPPLEMENTAL MEMORANDUM by Brandon L Basham in opposition to [697-1] motion in limine to exclude introduction of aggravation evidence that the government presented in co-defendant Chadrick Evan Fulks penalty trial (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/06/2004) |
| 10/07/2004 | 773 | MOTION by Brandon L Basham for appropriate limitations on admission and consideration of evidence in support of non-statutory aggravating factors (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/07/2004) |
| 10/07/2004 | 774 | MOTION by Brandon L Basham in limine to exclude the government from referring in opening statement to any unadjudicated prior offenses and from introducing evidence of such offenses prior to a reliability hearing (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/07/2004) |

JA0077

| | | |
|---|---|---|
| 10/07/2004 | <u>775</u> | TRANSCRIPT OF MOTION HEARING/ with sealed envelope of sealed portion of hearing as to Brandon L Basham for dates of 8/2/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/07/2004) |
| 10/07/2004 | <u>776</u> | MOTION by Brandon L Basham to extend time for filing motion for a new trial (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/08/2004) |
| 10/08/2004 | <u>777</u> | MEMORANDUM by plaintiff USA in opposition to [772-1] supplemental memorandum seeking to introduce evidence related to co-defendant (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/08/2004) |
| 10/08/2004 | <u>778</u> | RESPONSE by USA as to Brandon L Basham re [774-1] motion in limine to exclude the government from referring in opening statement to any unadjudicated prior offenses and from introducing evidence of such offenses prior to a reliability hearing (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/08/2004) |
| 10/08/2004 | <u>779</u> | RESPONSE by USA as to Brandon L Basham re [771-1] motion in limine to exclude letter from victim (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/08/2004) |
| 10/08/2004 | <u>780</u> | RESPONSE by USA as to Brandon L Basham re [773-1] motion for appropriate limitations on admission and consideration of evidence in support of non-statutory aggravating factors (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/08/2004) |
| 10/08/2004 | <u>781</u> | EX PARTE ORDER (Sealed) as to Brandon L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/08/2004) |
| 10/08/2004 | <u>782</u> | EX PARTE MOTION (Sealed) by Brandon L Basham (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/08/2004) |
| 10/08/2004 | <u>783</u> | EX PARTE MOTION (Sealed) by Brandon L Basham (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/08/2004) |
| 10/08/2004 | <u>784</u> | PRETRIAL CONFERENCE/MOTION HEARING as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER denying [774-1] motion in limine to exclude the government from referring in opening statement to any unadjudicated prior offenses and from introducing evidence of such offenses prior to a reliability hearing as to Brandon L Basham (2), denying [773-1] motion for appropriate limitations on admission and consideration of evidence in support of non-statutory aggravating factors as to Brandon L Basham (2), granting [776-1] motion to extend time for filing motion for a new trial as to Brandon L Basham (2), [771-1] motion in limine to exclude letter from victim taken under advisement as to Brandon L Basham (2) Court Reporter: Debra Jernigan. (mflo) Modified on 10/15/2004 Modified on 5/18/2006 (mflo, ). (Entered: 10/12/2004) |
| 10/12/2004 | | CJA24 LOCATION as to Brandon L Basham : Transcript of hearing date: 8/2/04 by Court Reporter: Debra Jernigan to Debra Jernigan for preparation of CJA24 (asni) Modified on 5/18/2006 (mflo, ). (Entered: 10/12/2004) |
| 10/12/2004 | <u>785</u> | EX PARTE ORDER (Sealed) as to Brandon L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/12/2004) |
| 10/12/2004 | <u>786</u> | PENALTY PHASE/JURY TRIAL as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER denying [771-1] motion in limine to exclude letter from victim as to Brandon L Basham (2) Panel Sworn: yes, Government moves to incorporate all evidence, exhibits and testimony into the penalty phase; Court grants, |

| | | |
|---|---|---|
| | | Court gives preliminary instructions; Witnesses and Exhibits : Court adjourned to 9/13/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/13/2004) |
| 10/13/2004 | 787 | TRANSCRIPT OF JURY TRIAL EXCERPTS Volume IV as to Brandon L Basham for dates of 9/17/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/13/2004) |
| 10/13/2004 | 788 | TRANSCRIPT OF JURY TRIAL EXCERPTS Volume VI as to Brandon L Basham for dates of 9/21/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/13/2004) |
| 10/13/2004 | 789 | TRANSCRIPT OF JURY TRIAL EXCERPTS Volume VII as to Brandon L Basham for dates of 9/22/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/13/2004) |
| 10/13/2004 | 790 | TRANSCRIPT OF JURY TRIAL EXCERPTS Volume IX as to Brandon L Basham for dates of 9/24/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/13/2004) |
| 10/13/2004 | 791 | TRANSCRIPT OF JURY TRIAL EXCERPTS Volume X as to Brandon L Basham for dates of 9/27/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/13/2004) |
| 10/13/2004 | 792 | TRANSCRIPT OF JURY TRIAL EXCERPTS Volume XI as to Brandon L Basham for dates of 9/28/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/13/2004) |
| 10/13/2004 | 793 | TRANSCRIPT OF JURY TRIAL EXCERPTS Volume XIII as to Brandon Basham for dates of 9/30/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/13/2004) |
| 10/13/2004 | 794 | TRANSCRIPT OF JURY TRIAL EXCERPTS Volume V as to Brandon L Basham for dates of 9/20/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/14/2004) |
| 10/13/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Witnesses and Exhibits Court adjourned to 9/14/04 at 9:30 Court reporter: Debra Jernigan. (mflo) Modified on 10/14/2004 Modified on 5/18/2006 (mflo, ). (Entered: 10/14/2004) |
| 10/14/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Witnesses and Exhibits Court adjourned to 10/15/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 10/14/2004 Modified on 5/18/2006 (mflo, ). (Entered: 10/14/2004) |
| 10/15/2004 | 795 | ORDER NO. 65 as to Brandon L Basham granting [776-1] motion to extend time for filing motion for a new trial (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/15/2004) |
| 10/15/2004 | 796 | ORDER NO. 66 as to Brandon L Basham granting [697-1] motion in limine to exclude introduction of aggravation evidence that the government presented in co-defendant Chadrick Evan Fulks penalty trial (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/15/2004) |
| 10/15/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Witnesses and Exhibits Court adjourned to 10/18/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/15/2004) |

JA0079

6/8/23, 9:07 AM                                         CM/ECF - scd

| 10/18/2004 | | MOTION in open court by Brandon L Basham in limine to exclude testimony of Jennifer Warner (ydav) Modified on 5/18/2006 (mflo, ). (Entered: 10/18/2004) |
|---|---|---|
| 10/18/2004 | | JURY TRIAL CONTINUED as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr Witnesses and Exhibits (Terminated motions -granting [0-0] oral motion in limine to exclude testimony of Jennifer Warner as to Brandon L Basham (2) ) Court adjourned to 10/19/04 at 9:00 Court reporter: Debra Jernigan. (ydav) Modified on 10/18/2004 Modified on 5/18/2006 (mflo, ). (Entered: 10/18/2004) |
| 10/18/2004 | [797](#) | SEALED DOCUMENT as to Brandon L Basham (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/19/2004) |
| 10/19/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr , Witness and Exhibits, Defense begins Court adjourned to 10/20/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/19/2004) |
| 10/20/2004 | [798](#) | EX PARTE ORDER (Sealed) as to Brandon L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/20/2004) |
| 10/20/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Witnesses and Exhibits Court adjourned to 10/21/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/20/2004) |
| 10/21/2004 | [799](#) | MEMORANDUM OF AUTHORITY requiring the jury's option to return "Special" mitigation findings by defendant Brandon L Basham (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/21/2004) |
| 10/21/2004 | [800](#) | ORDER NO. 67 All requested jury instruction by both parties due 9:00am on 10/25/04 and a list of all statutory and non-statutory mitigating factors the defendant wishes to include in the jury instructions by the defendant only as to Brandon L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/21/2004) |
| 10/21/2004 | | PENALTY PHASE/JURY TRIAL CONTINUED as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr , Witnesses and Exhibits Court adjourned to 10/22/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/18/2006 (mflo, ). (Entered: 10/21/2004) |
| 10/22/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Witnesses and Exhibits Court adjourned to 10/25/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 10/22/2004) |
| 10/25/2004 | [801](#) | DEFENDANT'S PROPOSED PENALTY PHASE JURY INSTRUCTIONS by Brandon L Basham as to Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 10/25/2004) |
| 10/25/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Witnesses and Exhibits Court adjourned to 10/26/04 at 9:00 Court reporter: Debra Jernigan. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 10/25/2004) |
| 10/26/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr ,Witness and Exhibits, Court adjourned to 10/27/04 at 9:00 |

JA0080

| | | |
|---|---|---|
| | | Court reporter: Debra Jernigan. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 10/27/2004) |
| 10/27/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Witness and Exhibits Court adjourned to 10/28/04 at 9:00, Court reporter: Debra Jernigan. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 10/28/2004) |
| 10/28/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr ,Witnesses and Exhibits; Defense Rest and Government starts Rebuttal Case; with witness , Court adjourned to 10/29/04 at 3:30 Court reporter: Debra Jernigan. (mflo) Modified on 10/28/2004 Modified on 5/17/2006 (mflo, ). (Entered: 10/28/2004) |
| 10/29/2004 | 802 | DEFENDANT'S SUPPLEMENTAL PENALTY PHASE INSTRUCTIONS AND REQUEST FOR ADDITIONAL ENUMERATED MITIGATING FACTORS by Brandon L Basham as to Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 10/29/2004) |
| 10/29/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Charge Conference, Defendant waives presence, Court adjourned to 11/1/04 at 8:45 Court reporter: Debra Jernigan. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 10/29/2004) |
| 11/01/2004 | | PENALTY PHASE/JURY TRIAL CONTINUES as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Witness; Government Rest Rebuttal case; Closing arguments by the parties and Jury Charge; Counsel agree on exhibits; jury begins deliberations; Jury to return at 9:00 on 11/2/04 to continue deliberations; Counsel waive formal gathering in courtroom prior to jury continuing deliberations; Court reporter: Debra Jernigan. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/02/2004) |
| 11/02/2004 | 803 | Judge Anderson's video tape of jury instructions on 5/9/04 as to Chadrick E Fulks (mflo) (Entered: 11/03/2004) |
| 11/02/2004 | 804 | Judge Anderson's video tape jury instructions on 8/27/04 as to Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/03/2004) |
| 11/02/2004 | | PENALTY PHASE/JURY TRIAL CONCLUDED as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr , Time/Date jury continued deliberations: 9:00 11/2/04, Time/Date jury ended deliberations: 11/2/04 12:15, Verdict rendered at 1:20 on 11/2/04, Death as to counts 1 and 2; Jury polled after verdict: yes, Exhibits returned to counsel: yes Jury list, witness list and exhibit list attached. Court reporter: Debra Jernigan. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/03/2004) |
| 11/02/2004 | 805 | SPECIAL JURY VERDICT as to Brandon L Basham DEATH; as to carjacking resulting in death Brandon L Basham (2) count(s) 1s (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/03/2004) |
| 11/02/2004 | 806 | SPECIAL JURY VERDICT as to Brandon L Basham DEATH: as to kidnapping resulting in death Brandon L Basham (2) count(s) 2s (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/03/2004) |
| 11/04/2004 | 807 | ORDER as to Brandon L Basham directing the Clerk of court to return all exhibits to the parties introducing them. It is further ordered that the parties are to maintain the exhibits intact as returned until the time of filing an Appeal has expired. (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/04/2004) |
| 11/08/2004 | 808 | EX PARTE ORDER (Sealed) as to Brandon L Basham denying [675-1] ex parte motion as to Brandon L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the |

6/8/23, 9:07 AM                                    CM/ECF - scd

| | | |
|---|---|---|
| | | closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/08/2004) |
| 11/08/2004 | 809 | EX PARTE ORDER (Sealed) as to Brandon L Basham granting [783-1] ex parte motion as to Brandon L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/08/2004) |
| 11/08/2004 | 810 | EX PARTE ORDER (Sealed) as to Brandon L Basham granting [782-1] ex parte motion as to Brandon L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/08/2004) |
| 11/09/2004 | 811 | MOTION by Brandon L Basham to extend time for filing a motion under Rule 29(c) and Rule 33 (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/09/2004) |
| 11/10/2004 | 812 | NOTICE of Hearing as to Brandon L Basham set status conference for 3:00 11/10/04 for Brandon L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/10/2004) |
| 11/10/2004 | 813 | EX PARTE MOTION (Sealed) by Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/10/2004) |
| 11/10/2004 | 814 | EX PARTE MOTION (Sealed) by Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/10/2004) |
| 11/10/2004 | 815 | SEALED STATUS CONFERENCE as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr Court Reporter: Gary Smith. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/12/2004) |
| 11/10/2004 | 816 | SEALED DOCUMENT as to Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/12/2004) |
| 11/10/2004 | 817 | SEALED DOCUMENT as to Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/12/2004) |
| 11/10/2004 | 818 | SEALED DOCUMENT as to Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/12/2004) |
| 11/10/2004 | 819 | SEALED DOCUMENT as to Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/12/2004) |
| 11/12/2004 | 820 | ORDER NO. 68 as to Brandon L Basham granting [811-1] motion to extend time for filing a motion under Rule 29(c) and Rule 33 all such motions should be filed on or before 12/1/04 as to Brandon L Basham (2) (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/12/2004) |
| 11/12/2004 | 821 | SEALED HEARING as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr , Court Reporter: Gary Smith. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/15/2004) |
| 11/15/2004 | 822 | SEALED DOCUMENT as to Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/15/2004) |
| 11/15/2004 | 823 | TRANSCRIPT OF SEALED HEARING as to Brandon L Basham for dates of 11/12/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/15/2004) |
| 11/15/2004 | 824 | SEALED DOCUMENT as to Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/15/2004) |

JA0082

CM/ECF - scd

| 11/15/2004 | 827 | SEALED USM RETURN OF SERVICE EXECUTED (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/16/2004) |
| 11/16/2004 | 826 | EX PARTE ORDER NO. 70 (Sealed) as to Brandon L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 11/16/2004 Modified on 5/17/2006 (mflo, ). (Entered: 11/16/2004) |
| 11/16/2004 | 829 | ORDER for jurors to be paid $50 for attendance for each day exceeding 30 days as to Brandon L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/16/2004) |
| 11/18/2004 | 830 | EX PARTE MOTION (Sealed) by Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/19/2004) |
| 11/18/2004 | 831 | EX PARTE MOTION (Sealed) by Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/19/2004) |
| 11/18/2004 | 832 | SEALED DOCUMENT as to Brandon L Basham (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/19/2004) |
| 11/18/2004 | 833 | SEALED STATUS HEARING as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr Court Reporter: Gary Smith. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/19/2004) |
| 11/19/2004 | 837 | EX PARTE ORDER (Sealed) as to Brandon L Basham ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/17/2006 (mflo, ). (Entered: 11/22/2004) |
| 11/22/2004 | 835 | NOTICE of Hearing as to Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 10:00 12/20/04 as to: Chadrick Fulks, For New Trial , set Sentencing for 10:00 12/20/04 for Chadrick E Fulks before Chief Judge Joseph F. Anderson Jr (mflo) (Entered: 11/22/2004) |
| 11/22/2004 | 836 | TRANSCRIPT OF SEALED HEARING as to Brandon L Basham for dates of 11/18/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Gary Smith (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 11/22/2004) |
| 11/23/2004 | 838 | SEALED HEARING as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr Court Reporter: Debra Jernigan. (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 11/23/2004) |
| 11/23/2004 | 839 | FORTHWITH ORDER as to Brandon L Basham for phone records (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 11/23/2004) |
| 11/24/2004 | 841 | EX PARTE ORDER (Sealed) as to Brandon L Basham granting [831-1] ex parte motion as to Brandon L Basham (2) ( Signed by Chief Judge Joseph F. Anderson Jr ) Upon the closing of the case, the Ex Parte Motion and Order shall be unsealed by the Clerk. (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 11/29/2004) |
| 11/24/2004 | 842 | SEALED DOCUMENT as to Brandon L Basham (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 11/29/2004) |
| 11/30/2004 | 843 | NOTICE of Hearing as to Brandon L Basham set motion hearing for 10:00 12/13/04 for Brandon L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 11/30/2004) |

| 12/01/2004 | 844 | MOTION by Brandon L Basham for new trial (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 12/01/2004) |
|---|---|---|
| 12/06/2004 | 845 | SEALED DOCUMENT as to Brandon L Basham (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 12/07/2004) |
| 12/06/2004 | 846 | RESPONSE by USA as to Brandon L Basham re [844-1] motion for new trial (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 12/07/2004) |
| 12/07/2004 | 847 | MEMORANDUM by USA as to Brandon L Basham in opposition to [844-1] motion for new trial (amil) Modified on 5/9/2006 (mflo, ). (Entered: 12/07/2004) |
| 12/09/2004 | 848 | ORDER as to Chadrick E Fulks, Brandon L Basham authorizing the government to release government's Exhibit Number 228 to Barry Donovan (Signed by Chief Judge Joseph F. Anderson Jr ) EOD 12/9/04 (kbos) Modified on 5/9/2006 (mflo, ). (Entered: 12/09/2004) |
| 12/09/2004 | 849 | TRANSCRIPT OF MOTIONS HEARING as to Brandon L Basham for dates of 11/23/04 before Chief Judge Joseph F. Anderson Jr held in Columbia, SC Court Reporter: Debra Jernigan (asni) Modified on 5/9/2006 (mflo, ). (Entered: 12/10/2004) |
| 12/10/2004 | | CJA24 LOCATION as to Brandon L Basham : Transcript of hearing date: Jury Trial by Court Reporter: Debra Jernigan to Judge Anderson for approval of CJA24 (asni) Modified on 5/9/2006 (mflo, ). (Entered: 12/10/2004) |
| 12/10/2004 | 850 | REPLY by Brandon L Basham to Government response to [844-1] motion for new trial (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 12/10/2004) |
| 12/13/2004 | | MOTION HEARING as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr, ORAL ORDER [844-1] motion for new trial taken under advisement as to Brandon L Basham (2) Court Reporter: Debra Jernigan. (Time: 1hr 45min) (mflo) Modified on 12/14/2004 Modified on 5/9/2006 (mflo, ). (Entered: 12/13/2004) |
| 12/13/2004 | 851 | NOTICE of Hearing as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 10:00 12/21/04 as to: Brandon Basham, For New Trial (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 12/14/2004) |
| 12/14/2004 | 852 | SEALED DOCUMENT as to Brandon L Basham (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 12/15/2004) |
| 12/17/2004 | 855 | GOVERNMENT'S PROPOSED Judgment and order implementing judgment by USA as to Brandon L Basham (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 12/20/2004) |
| 12/20/2004 | | SENTENCING held before Chief Judge Joseph F. Anderson Jr Chadrick E Fulks (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s Witness(es) n, Objections to Pre-Sentence Report: withdrawn, Court Reporter: Dan Mayo (1hr 30min) (mflo) Modified on 12/20/2004 (Entered: 12/20/2004) |
| 12/20/2004 | | ORAL ORDER as to Chadrick E Fulks denying [657-1] motion for new trial as to Chadrick E Fulks (1), mooting [657-2] motion for Evidentiary Hearing as to Chadrick E Fulks (1) Per: Judge Joe Anderson, written order to be filed ( Entered by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 12/20/2004) |
| 12/20/2004 | 853 | JUDGMENT Chadrick E Fulks (1) count(s) 3s, 4s , 5s , 6s , 7s , 8s . The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Six Hundred Sixty (660) months as to counts 3, 4, 5, 7, and 8. This term consists of One Hundred Twenty (120) months on count 3, Sixty (60) months on count 4, Two Hundred Forty (240) months on count 5, One Hundred Twenty (120) months on count 7, and One Hundred Twenty (120) months on count 8, all to be served |

| | | |
|---|---|---|
| | | consecutively. As to count 6, the defendant is sentenced to a term of Eighty-four (84) months, to run consecutive to all other sentences imposed today and previously imposed by any other court. Therefore, the total term of imprisonment imposed is Seven Hundred Forty-four (744) months. Upon release from imprisonment, the defendant shall be on supervised release for a term of for a term of Five (5) years. This term consists of Three (3) years as to counts 3, 4, 7, and 8 and Five (5) years as to counts 5 and 6, all terms to be served concurrently. The defendant shall also comply with the following additional condition: The defendant shall participate in a mental health treatment program as directed and approved by the US Probation Office. The defendant is remanded to the custody of the United States Marshal. Defendant is to pay a total of $600 special assessment ($100 per count) immediately. ( Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) (Entered: 12/20/2004) |
| 12/20/2004 | 854 | JUDGMENT AND ORDER IMPLEMENTING JUDGMENT Chadrick E Fulks (1) count(s) 1s, 2s . It is ordered that the defendant's sentence shall be executed by a US Marshal. Defendant's sentence shall be executed by intravenous injection of a lethal substance or substances in a quantity sufficient to cause death. Defendant's sentence shall be executed on a date and at a place designated by the Director of the Federal Bureau of Prisons which date shall be no sooner than 60 days from the entry of this judgment of death. The sentence shall be executed at a federal penal or correctional institution. Special Assessment of $200.00 is due immediately ($100 per count). Defendant is remanded to the custody of the USM. ( Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 02/17/2005 (Entered: 12/20/2004) |
| 12/20/2004 | 1612 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Chadrick E Fulks (mflo) (mflo, ). (mflo, ). (Entered: 12/20/2004) |
| 12/20/2004 | 856 | NOTICE OF APPEAL by Chadrick E Fulks (by attorney) from the judgment and sentence entered before Judge Anderson on 12/20/04 (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s (chen) (Entered: 12/21/2004) |
| 12/21/2004 | 857 | NOTICE of Hearing as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 2:00 12/28/04 as to: Brandon Basham, For New Trial (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 12/21/2004) |
| 12/21/2004 | | MOTION HEARING as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr on issue of news media ORAL ORDER sets another hearing for 12/28/04 at 2:00 Court Reporter: Dan Mayo. (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 12/21/2004) |
| 12/21/2004 | 858 | FORTHWITH ORDER as to Brandon L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 12/21/2004) |
| 12/22/2004 | 861 | RETURN OF SERVICE EXECUTED as to Stephanie Moore, WYFF TV as to defendant Brandon L Basham on 12/16/04 (mflo) Modified on 5/9/2006 (mflo, ). (Entered: 12/22/2004) |
| 12/23/2004 | | Notice of appeal and certified copy of docket as to Chadrick E Fulks to USCA: [856-1] appeal (asni) (Entered: 12/23/2004) |
| 12/23/2004 | 862 | ORDER NO. 72 as to Chadrick E Fulks denying [657-1] motion for new trial (Signed by Chief Judge Joseph F. Anderson Jr ) EOD 12/23/04 (kbos) (Entered: 12/23/2004) |
| 12/28/2004 | 863 | NOTICE of Hearing as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 9:15 1/14/05 as to: Brandon Basham, For New Trial (kbos) Modified on 5/9/2006 (mflo, ). (Entered: 12/28/2004) |

| 12/28/2004 | 864 | MOTION by Bill Fox as to Brandon L Basham to quash subpoena (bwil) Modified on 5/9/2006 (mflo, ). (Entered: 12/28/2004) |
| 12/28/2004 | 865 | MEMORANDUM by Bill Fox as to Brandon L Basham in support of [864-1] motion to quash subpoena (bwil) Modified on 5/9/2006 (mflo, ). (Entered: 12/28/2004) |
| 12/28/2004 | 866 | AFFIDAVIT of Diane Norman for Spartanburg Herald-Journal as to Brandon L Basham Re: telephone call during trial proceedings (bwil) Modified on 5/8/2006 (mflo, ). (Entered: 12/28/2004) |
| 12/28/2004 | | MOTION HEARING as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr: Deputy Marshal Johnny Griffin sworn and states for record that Defendant Basham refused to attend court proceedings; Court considers this a waiver of presence; Attorney Jay Bender argues to quash subpoena to Bill Fox for Greenville News; ORAL ORDER [864-1] motion to quash subpoena taken under advisement as to Brandon L Basham (2) pending Defendant's brief in opposition due 1/4/05; Attorney Harris for Defendant Basham submits Exhibit 1 and argues for Court to bring jurors back for further questioning as to nature of calls on specific dates. Court takes all issues under advisement and directs counsel to read most recent 4CCA opinion on this subject and be ready to discuss at the next hearing on 1/14/05. Court Reporter: Debra Jernigan. (2:15-3:00) (bwil) Modified on 12/28/2004 Modified on 5/9/2006 (mflo, ). (Entered: 12/28/2004) |
| 12/28/2004 | 867 | Witness/Exhibit list for hearing on 12/28/04 as to Brandon L Basham (bwil) Modified on 5/8/2006 (mflo, ). (Entered: 12/28/2004) |
| 01/03/2005 | | NOTICE of Docketing ROA from USCA as to Chadrick E Fulks Re: [856-1] appeal USCA Number: 04-33 - Beth Walton (chen) (Entered: 01/03/2005) |
| 01/03/2005 | 868 | FOURTH CIRCUIT COURT OF APPEALS ORDER as to defendant Chadrick E Fulks appointing the Federal Public Defender at Columbia SC as counsel to represent the appellant in this case with nunc pro tunc date of 12/20/04 (chen) (Entered: 01/04/2005) |
| 01/03/2005 | 869 | FOURTH CIRCUIT COURT OF APPEALS ORDER as to defendant Chadrick E Fulks appointing John Henry Blume III of Columbia SC as lead counsel for appellant pursuant to the provisions of 21 USC Section 848 q(6) and the Criminal Justice Act with nunc pro tunc date of 12/20/04 (chen) (Entered: 01/04/2005) |
| 01/13/2005 | 871 | ORDER FOR CONTEMPT HEARING AND RULE TO SHOW CAUSE to Cynthia Wilson and Pete Strom, Esq. her attorney, to appear on 1/20/05 at 3:00 in re: to the trial of Brandon L Basham (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 01/13/2005) |
| 01/14/2005 | | MOTION HEARING as to Brandon L Basham held before Chief Judge Joseph F. Anderson Jr ORAL ORDER mooting [864-1] motion to quash by Bill Fox of the Greenville News subpoena; Court will deny motion for any more inquiry as to the phone conversations of Ms. Wilson. Motion Hearing and Sentencing will be scheduled for the same day sometime in February; exhibits 1-3 introduced as to Brandon L Basham (2) Court Reporter: Dan Mayo. (Time: 1 hour 25 min) (mflo) Modified on 01/14/2005 Modified on 5/8/2006 (mflo, ). (Entered: 01/14/2005) |
| 01/14/2005 | 872 | Exhibits 1-3 introduced in hearing on 1/14/05 by Brandon L Basham (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 01/14/2005) |
| 01/18/2005 | | CJA24 LOCATION as to Chadrick E Fulks : Transcript of hearing date: 11/5/03 by Court Reporter: Gary Smith to Columbia, SC for preparation of CJA24 (asni) (Entered: 01/18/2005) |

CM/ECF - scd

| 01/18/2005 | 873 | NOTICE of Hearing as to Cynthia Wilson set show cause hearing for 3:00 11/10/04 before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 01/18/2005) |
| 01/19/2005 | 874 | NOTICE of Hearing as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 2:30 2/18/05 as to: Brandon Basham, For New Trial , set Sentencing for 2:30 2/18/05 for Brandon L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 01/19/2005) |
| 01/19/2005 | 875 | TRANSCRIPT OF MOTIONS HEARING as to Chadrick E Fulks, Brandon L Basham for dates of 1/6/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Raymond D. Simmons (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 01/20/2005) |
| 01/24/2005 | | CONTEMPT HEARING as to Cynthia Wilson, juror on the Brandon Leon Basham trials, for jury misconduct held before Chief Judge Joseph F. Anderson Jr ORAL ORDER for Ms. Wilson to perform 120 hours of community service with the US Probation Office and to repay $2,500 from fees received for jury service. Mr. Pete Strom has been retained by Ms. Wilson, so no CJA voucher will be submitted. Court Reporter: Dan Mayo. (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 01/25/2005) |
| 01/28/2005 | | CJA24 LOCATION as to Chadrick E Fulks : Transcript of hearing date: 1/6/04 by Court Reporter: Ray Simmons to Ray Simmons for preparation of CJA24 (asni) (Entered: 01/28/2005) |
| 01/28/2005 | | CJA24 LOCATION as to Chadrick E Fulks : Transcript of hearing date: 1/20/04,4/13/04 by Court Reporter: Jack Clarke to Jack Clarke for preparation of CJA24 (asni) (Entered: 01/28/2005) |
| 01/28/2005 | | CJA24 LOCATION as to Chadrick E Fulks : Transcript of hearing date: 12/20/04 by Court Reporter: Dan Mayo to Dan Mayo for preparation of CJA24 (asni) (Entered: 01/28/2005) |
| 01/28/2005 | | CJA24 LOCATION as to Chadrick E Fulks : Transcript of hearing date: 11/05/03 etc. by Court Reporter: Gary Smith to Gary Smith for preparation of CJA24 (asni) (Entered: 01/28/2005) |
| 01/31/2005 | | CJA24 LOCATION as to Chadrick E Fulks : Transcript of hearing date: 12/20/04 by Court Reporter: Dan Mayo to Judge Anderson for approval of CJA24 (asni) (Entered: 01/31/2005) |
| 01/31/2005 | 878 | TRANSCRIPT OF MOTION HEARING as to Chadrick E Fulks for dates of 7/16/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) (Entered: 02/02/2005) |
| 01/31/2005 | 879 | TRANSCRIPT OF MOTION HEARING as to Chadrick E Fulks, Brandon L Basham for dates of 8/28/03 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 02/02/2005) |
| 01/31/2005 | 880 | TRANSCRIPT OF MOTION HEARING as to Chadrick E Fulks, Brandon L Basham for dates of 3/8/04 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 02/02/2005) |
| 01/31/2005 | 881 | TRANSCRIPT OF SEALED MOTION HEARING as to Chadrick E Fulks, Brandon L Basham for dates of 8/28/03 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 02/02/2005) |

JA0087

| 01/31/2005 | 882 | TRANSCRIPT OF SEALED MOTION HEARING as to Chadrick E Fulks, Brandon L Basham for dates of 8/28/03 before Chief Judge Joseph F. Anderson Jr held in Columbia Court Reporter: Debra Jernigan (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 02/02/2005) |
| --- | --- | --- |
| 02/01/2005 | | CJA24 LOCATION as to Chadrick E Fulks : Transcript of hearing date: 12/20/04 by Court Reporter: Dan Mayo to Dan Mayo for preparation of CJA24 (asni) (Entered: 02/01/2005) |
| 02/01/2005 | 883 | RESCHEDULED NOTICE of Hearing as to Brandon L Basham before Chief Judge Joseph F. Anderson Jr set Motion Hearing for 11:00 2/14/05 as to: Brandon Basham, For New Trial , set Sentencing for 11:00 2/14/05 for Brandon L Basham before Chief Judge Joseph F. Anderson Jr (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 02/02/2005) |
| 02/03/2005 | | CJA24 LOCATION as to Chadrick E Fulks : Transcript of hearing date: 1/6/04 by Court Reporter: Raymond Simmons to Judge Anderson for final approval of CJA24 (asni) (Entered: 02/03/2005) |
| 02/03/2005 | | CJA24 LOCATION as to Chadrick E Fulks : Transcript of hearing date: 12/20/04 by Court Reporter: Dan Mayo to Judge Anderson for final approval of CJA24 (asni) (Entered: 02/03/2005) |
| 02/03/2005 | 884 | TRANSCRIPT OF SENTENCING HEARING as to Chadrick E Fulks for dates of 12/20/04 before Chief Judge Joseph F. Anderson Jr held in Columbia, SC Court Reporter: Dan Mayo (asni) Modified on 6/3/2016 to add the transcript(mflo, ). (Entered: 02/03/2005) |
| 02/14/2005 | | SENTENCING held before Chief Judge Joseph F. Anderson Jr Brandon L Basham (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s Witness(es), Objections to Pre-Sentence Report: defendant/yes, Defendant remanded to the custody of the USM. Court Reporter: Gary Smith (Time: 2 hours) (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 02/14/2005) |
| 02/14/2005 | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Brandon L Basham (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 02/14/2005) |
| 02/14/2005 | 885 | AFFIDAVIT of Gerry Riley as to Brandon L Basham Re: [0-0] hearing on 1/14/05 re: any conversation with Cynthia Wilson (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 02/14/2005) |
| 02/16/2005 | 886 | JUDGMENT Brandon L Basham (2) count(s) 3s, 4s , 5s , 6s , 7s , 8s . The defendant is hereby committed to the custody of the Bureau of Prisons for a term of 660 months as to counts 3,4,5,6,7 and 8. This term consists of 10 years on count 3; 5 years on count 4; 20 years on count 5; 10 years on count 7 and 10 years on count 8, all to be served consecutively. As to count 6 the defendant is sentenced to a term of 84 months, to run consecutive to all other sentences imposed today and previously imposed by any other court. Therefore, the total term of imprisonment imposed is 744 months. Upon release from imprisonment the defendant shall be on supervised release for a term of 5 years with the following special condition: The defendant shall participate in a mental health treatment program as directed by the US Probation Office. Special Assessment of $600 is due immediately. The defendant is remanded to the custody of the USM. ( Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 02/17/2005) |
| 02/16/2005 | 887 | JUDGMENT AND ORDER IMPLEMENTING JUDGMENT Brandon L Basham (2) count(s) 1s, 2s . It is ordered that the defendant's sentence shall be executed by the US Marshal. Defendant's sentence shall be executed by intravenous injection of a lethal substance or substances in a quantity sufficient to cause death. Defendant's sentence shall be executed on a date and at a place designated by the Director of the Federal |

| | | |
|---|---|---|
| | | Bureau of Prisons which date shall be no sooner than 60 days from the entry of this judgment of death. The sentence shall be executed at a federal penal or correctional institution. Special Assessment of $200 is due immediately. Defendant is remanded to the custody of the USM. ( Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 02/17/2005 Modified on 5/8/2006 (mflo, ). (Entered: 02/17/2005) |
| 02/16/2005 | 888 | NOTICE OF APPEAL by Brandon L Basham (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s Filing Fee $ ifp (asni) Modified on 5/8/2006 (mflo). (Entered: 02/17/2005) |
| 02/16/2005 | 889 | ORDER FOR CONTEMPT SANCTIONS as to Juror Cynthia Wilson in the trial of defendant Brandon Leon Basham that Ms. Wilson is in contempt of this court and should be sanctioned and punishment is hereby ordered as follows: 1. Ms. Wilson shall disgorge and return to the government via the Clerk's office $2,500 of the $5,624.84 dollars paid to her for her jury service, to be paid within 6 months. Mr. Strom, counsel for Ms. Wilson informed the court that Ms. Wilson has retained him and paid him directly and for that reason he will not be submitting a CJA voucher for services. 2. Ms. Wilson shall perform 120 hours of community sevice work to be completed within one year under the direction and supervision of the US Probation Office. (Signed by Chief Judge Joseph F. Anderson Jr ) (mflo) Modified on 5/8/2006 (mflo, ). (Entered: 02/17/2005) |
| 02/17/2005 | | Notice of appeal and certified copy of docket as to Brandon L Basham to USCA: [888-1] appeal (asni) Modified on 5/8/2006 (mflo). (Entered: 02/17/2005) |
| 03/02/2005 | | NOTICE of Docketing Record on Appeal from USCA as to Brandon L Basham re 888 Notice of Appeal - Final Judgment filed by Brandon L Basham,. USCA Case Number 05-5 consolidated with 04-33 Beth Walton (asni, ) Modified on 5/8/2006 (mflo, ). (Entered: 03/03/2005) |
| 03/14/2005 | 890 | ORDER denying 844 Motion for New Trial as to Brandon L Basham (2). Signed by Judge Joseph F Anderson Jr on 3/14/2005. (khin, ) Modified on 5/8/2006 (mflo, ). (Entered: 03/14/2005) |
| 04/22/2005 | 891 | ORDER of USCA (certified copy) extending time for filing the transcript without sanctions to 5/9/05 as to Chadrick E Fulks re 856 Notice of Appeal - Final Judgment (asni, ) (Entered: 04/25/2005) |
| 05/05/2005 | 892 | TRANSCRIPT of Proceedings as to Brandon L Basham post-trial motion held on December 21, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Dan Mayo. (dmayo, ) Modified on 5/8/2006 (mflo, ). (Entered: 05/05/2005) |
| 05/05/2005 | 893 | TRANSCRIPT of Proceedings as to Brandon L Basham post-trial motion held on January 14, 2005 before Judge Joseph F. Anderson, Jr.. Court Reporter: Dan Mayo. (dmayo, ) Modified on 5/8/2006 (mflo, ). (Entered: 05/05/2005) |
| 05/05/2005 | 894 | TRANSCRIPT of Proceedings as to Brandon L Basham rule to show cause/contempt hearing held on January 24, 2005 before Judge Joseph F. Anderson, Jr.. Court Reporter: Dan Mayo. (dmayo, ) Modified on 5/8/2006 (mflo, ). (Entered: 05/05/2005) |
| 05/23/2005 | 895 | TRANSCRIPT of Proceedings as to Chadrick E Fulks excerpts of status conference held on November 5, 2003 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) (Entered: 05/23/2005) |
| 05/23/2005 | 896 | TRANSCRIPT of Proceedings as to Chadrick E Fulks, Brandon L Basham excerpt of motions hearing, morning proceedings held on February 24, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 05/23/2005) |

JA0089

| 05/23/2005 | 897 | TRANSCRIPT of Proceedings as to Chadrick E Fulks, Brandon L Basham ex parte hearing and motion hearing held on April 8, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 05/23/2005) |
| --- | --- | --- |
| 05/23/2005 | 898 | TRANSCRIPT of Proceedings as to Chadrick E Fulks, Brandon L Basham motions hearing (excluding testimony) held on February 25, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 05/23/2005) |
| 05/23/2005 | 899 | TRANSCRIPT of Proceedings as to Chadrick E Fulks, Brandon L Basham motions hearing held on February 26, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 05/23/2005) |
| 05/23/2005 | 900 | TRANSCRIPT of Proceedings as to Chadrick E Fulks Volume I of Jury Selection held on May 10, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) (Entered: 05/23/2005) |
| 05/23/2005 | 901 | TRANSCRIPT of Proceedings as to Chadrick E Fulks Volume II of Jury Selection held on May 11, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) (Entered: 05/23/2005) |
| 05/23/2005 | 902 | TRANSCRIPT of Proceedings as to Chadrick E Fulks Volume III of Jury Selection held on May 12, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) (Entered: 05/23/2005) |
| 05/23/2005 | 903 | TRANSCRIPT of Proceedings as to Chadrick E Fulks Volume IV of Jury Selection held on May 13, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) (Entered: 05/23/2005) |
| 05/23/2005 | 904 | TRANSCRIPT of Proceedings as to Chadrick E Fulks Volume V of Jury Selection held on May 14, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) (Entered: 05/23/2005) |
| 05/23/2005 | 905 | TRANSCRIPT of Proceedings as to Chadrick E Fulks Volume VI of Jury Selection held on May 17, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) (Entered: 05/23/2005) |
| 05/23/2005 | 906 | TRANSCRIPT of Proceedings as to Chadrick E Fulks Volume VII of Jury Selection held on May 18, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) (Entered: 05/23/2005) |
| 05/23/2005 | 907 | TRANSCRIPT of Proceedings as to Chadrick E Fulks Volume VIII of Jury Selection held on May 19, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) (Entered: 05/23/2005) |
| 05/23/2005 | 908 | TRANSCRIPT of Proceedings as to Chadrick E Fulks Volume IX of Jury Selection held on May 20, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) (Entered: 05/23/2005) |
| 05/23/2005 | 909 | TRANSCRIPT of Proceedings as to Chadrick E Fulks Volume X of Jury Selection held on May 21, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) (Entered: 05/23/2005) |
| 06/01/2005 | 910 | Transcript of motions hearing as to Chadrick E Fulks, Brandon L Basham held on January 20, 2004 before Judge Anderson. Court Reporter: Jack Clarke. (jclarke, ) Modified on 5/8/2006 (mflo, ). (Entered: 06/01/2005) |

JA0090

| 06/02/2005 | 911 | TRANSCRIPT of motions hearing as to Chadrick E Fulks, Brandon L Basham held on April 13, 2004 before Judge Anderson. Court Reporter: Jack Clarke. (jclarke, ) Modified on 5/8/2006 (mflo, ). (Entered: 06/02/2005) |
|---|---|---|
| 06/03/2005 | 912 | TRANSCRIPT of Proceedings as to Chadrick E Fulks, Brandon L Basham SEALED MOTION held on 4/13/04 before Judge Joseph Anderson. Court Reporter: Jack Clarke. (sealed transcript only to be viewed by Fulks attorneys) (bbro, ) Modified on 5/8/2006 (mflo, ). (Entered: 06/03/2005) |
| 06/15/2005 | 913 | CERTIFICATE OF CLERK that record on appeal is complete and available for transmission to Court of Appeals upon request as to Chadrick E Fulks re 856 Notice of Appeal - Final Judgment (bbro, ) (Entered: 06/15/2005) |
| 08/14/2005 | 914 | TRANSCRIPT of Proceedings as to Chadrick E Fulks, Brandon L Basham, excerpt of status conference, in camera proceedings, held on November 5, 2003 before Judge Joseph F. Anderson, Jr.. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 08/14/2005) |
| 08/14/2005 | 915 | TRANSCRIPT of Proceedings as to Brandon L Basham, sealed hearing, held on November 10, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 08/14/2005) |
| 08/14/2005 | 916 | TRANSCRIPT of Proceedings as to Brandon L Basham, motion hearing, held on August 25, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 08/14/2005) |
| 08/14/2005 | 917 | TRANSCRIPT of Proceedings as to Brandon L Basham, sentencing hearing, held on February 14, 2005 before Judge Joseph F. Anderson, Jr. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 08/14/2005) |
| 08/14/2005 | 918 | TRANSCRIPT of Proceedings as to Brandon L Basham, jury selection, Volume I, held on August 30, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 08/14/2005) |
| 08/14/2005 | 919 | TRANSCRIPT of Proceedings as to Brandon L Basham, jury selection, Volume II, held on August 30, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 08/14/2005) |
| 08/14/2005 | 920 | TRANSCRIPT of Proceedings as to Brandon L Basham, jury selection, Volume III, held on September 1, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 08/14/2005) |
| 08/14/2005 | 921 | TRANSCRIPT of Proceedings as to Brandon L Basham, jury selection, Volume IV, held on September 2, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 08/14/2005) |
| 08/14/2005 | 922 | TRANSCRIPT of Proceedings as to Brandon L Basham, jury selection, Volume V, held on September 3, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: Gary Smith. (gsmith, ) Modified on 5/8/2006 (mflo, ). (Entered: 08/14/2005) |
| 09/13/2005 | 926 | ORDER of USCA (certified copy) as to Brandon L Basham re 888 Notice of Appeal - Final Judgment that Jack Swerling is relieved as counsel for the appellant and Timothy Sullivan is appointed (bbro, ) Modified on 5/8/2006 (mflo, ). (Entered: 09/14/2005) |
| 10/14/2005 | 927 | TRANSCRIPT of Proceedings as to Chadrick E Fulks, motion hearing held on May 27, 2004, before Judge Joseph F. Anderson, Jr. Court Reporter: Gary Smith. (gsmith, ) (Entered: 10/14/2005) |

| | | |
|---|---|---|
| 10/17/2005 | | ENTRY DELETED as to Chadrick E Fulks transcript of motion hearing filed 8/14/05 doc# 923. Reason Deleted: wrong dates on cover page. Correction must be re-filed within 1 working day. (mflo, ) (Entered: 10/17/2005) |
| 01/03/2006 | 928 | MOTION by the Estate of Alice Donovan to obtain a copy of the video tape from the Wal-Mart store depicting the kidnapping of Alice Donovan by Chadrick E Fulks, Brandon L Basham. (mflo, ) Modified on 5/8/2006 (mflo, ). (Entered: 01/04/2006) |
| 01/03/2006 | 929 | ORDER granting 928 Motion to obtain a copy of the video tape from the Wal-Mart store depicting the kidnapping of Alice Donovan by Chadrick E Fulks (1), Brandon L Basham (2) The United States Attorney is authorized to furnish a copy of the videotape to Geoffrey H. Waggoner, attorney for the Estate of Alice Donovan. Signed by Judge Joseph F Anderson Jr on 1/3/06.(mflo, ) Modified on 5/3/2006 (mflo, ). (Entered: 01/04/2006) |
| 01/11/2006 | 930 | MOTION by Walmart to obtain a copy of the video tape from the Walmart of the kidnapping of Alice Donovan by Chadrick E Fulks, Brandon L Basham. (mflo, ) Modified on 5/3/2006 (mflo, ). (Entered: 01/12/2006) |
| 01/12/2006 | 931 | ORDER granting 930 Motion by Walmart to obtain a copy of the video tape from the Walmart of the kidnapping of Alice Donovan by Chadrick E Fulks (1), Brandon L Basham (2). Signed by Judge Joseph F Anderson Jr on 1/12/06.(mflo, ) Modified on 5/3/2006 (mflo, ). (Entered: 01/12/2006) |
| 01/23/2006 | 932 | MOTION to Unseal Document by USA as to Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Attachments: # 1 Correspondence re consent by defense counsel)(Gasser, Jonathan) (Entered: 01/23/2006) |
| 01/23/2006 | 933 | ORDER granting 932 Motion to Unseal Document 642 Sealed Order as to Chadrick E Fulks (1). Signed by Judge Joseph F Anderson Jr on 1/23/06. (Attachments: # 1 Order #46 on late witness now unsealed)(mflo, ) (Entered: 01/23/2006) |
| 03/27/2006 | 945 | TRANSCRIPT of Proceedings as to Brandon L Basham Ex Parte Hearing, Sealed, held on September 21, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | | ENTRY DELETED 944 due to error as to Brandon L Basham Corrected Filing Document Number: 945 filed on 3/27/06. (mflo, ) (Entered: 03/27/2006) |
| 03/27/2006 | 946 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume VII held on September 22, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 947 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume VIII, held on September 23, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 948 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume IX, held on September 24, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 949 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume X, held on September 27, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 950 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XI, held on September 28, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |

| 03/27/2006 | 951 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XII, held on September 29, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 952 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XIII, held on September 30, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 953 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XIV, held on October 8, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 954 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XV held on October 12, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 955 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XVI, held on October 13, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 956 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volumve XVII, held on October 14, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 957 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XVIII, held on October 15, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 958 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XIX, held on October 18, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 959 | TRANSCRIPT of Proceedings as to Brandon L Basham Ex Parte Hearing, Sealed, held on October 18, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 960 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volumve XX, held on October 19, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 961 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XXI, held on October 20, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 962 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XXII, held on October 21, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 963 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XXIII, held on October 22, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 965 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XXV, held on October 26, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 966 | TRANSCRIPT of Proceedings as to Brandon L Basham Ex Parte Hearing, Sealed, held on October 26. 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |

6/8/23, 9:07 AM                                    CM/ECF - scd

| | | |
|---|---|---|
| 03/27/2006 | 967 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XXIV, held on October 25, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 968 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XXVI, held on October 27, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 969 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XXVII, held on October 28, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 970 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XXVIII, held on October 29, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 971 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XXIX, held on November 1, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/27/2006 | 972 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Trial, Volume XXX held on November 2, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 03/27/2006) |
| 03/28/2006 | | ENTRY DELETED #964 transcript Vol XIV on 10/25/06 incorrect volume number as to Brandon L Basham Corrected Filing Document Number: #967 transcript XXIV on 10/25/04. (mflo, ) (Entered: 03/28/2006) |
| 04/11/2006 | 975 | CERTIFICATE OF CLERK that record on appeal is complete and available for transmission to Court of Appeals upon request as to Brandon L Basham re 888 Notice of Appeal - Final Judgment (bbro, ) (Entered: 04/11/2006) |
| 06/27/2006 | 980 | MOTION to Unseal Document by USA as to Brandon L Basham. Proposed Order sent to Judge Chambers email address? Yes. (Attachments: # 1 Attachment - docketing statement)(Gasser, Jonathan) (Entered: 06/27/2006) |
| 06/28/2006 | 981 | ORDER granting 980 Motion to Unseal Document as to Brandon L Basham (2). Signed by Judge Joseph F Anderson Jr on 06/28/06.(bshr, ) (Entered: 06/28/2006) |
| 07/13/2006 | 982 | TRANSCRIPT of Proceedings as to Brandon L Basham, ex parte hearing held on February 24, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: Gary Smith. (gsmith, ) (Entered: 07/13/2006) |
| 07/28/2006 | 983 | USCA OPINION as to Chadrick E Fulks for 856 Notice of Appeal - Final Judgment filed by Chadrick E Fulks, affirming the decision of the District Court. (bbro, ) (Entered: 07/28/2006) |
| 09/01/2006 | 984 | MANDATE and JUDGMENT of USCA (certified copy) as to Chadrick E Fulks re 856 Notice of Appeal - Final Judgment affirming the decision of the District Court. (bbro, ) (Entered: 09/05/2006) |
| 10/18/2006 | 985 | ORDER of USCA as to Brandon L Basham extending time for filing transcript without sanctions to 11/28/06; a 10 percent reduction will apply if not filed by that date and a 20 percent if not filed by 12/28/06 (ydav) (Entered: 10/18/2006) |
| 10/24/2006 | 989 | TRANSCRIPT of Proceedings as to Brandon L Basham, Motions Hearing held on August 2, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 10/24/2006) |

6/8/23, 9:07 AM                                                CM/ECF - scd

| 10/24/2006 | 991 | TRANSCRIPT of Proceedings as to Brandon L Basham Ex Parte Conference held on March 19, 2003 before Judge Joseph F. Anderson, Jr.. Court Reporter: D Jernigan. (djernigan, ) (Entered: 10/25/2006) |
| 10/25/2006 | 992 | TRANSCRIPT of Proceedings as to Brandon L Basham Motion Hearing held on June 18, 2003 before Judge Joseph F. Anderson, Jr.. Court Reporter: D Jernigan. (Attachments: # 1 Ex Parte Hearing) (djernigan, ) (Entered: 10/25/2006) |
| 10/25/2006 | 993 | TRANSCRIPT of Proceedings as to Brandon L Basham Motion Hearing held on August 28, 2003 before Judge Joseph F. Anderson, Jr.. Court Reporter: D Jernigan. (Attachments: # 1 Ex Parte Hearing# 2 Ex Parte Hearing # 2) (djernigan, ) (Entered: 10/25/2006) |
| 10/25/2006 | 994 | TRANSCRIPT of Proceedings as to Brandon L Basham Motion Hearing held on March 8, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: D Jernigan. (djernigan, ) (Entered: 10/25/2006) |
| 10/25/2006 | | ENTRY DELETED #986 as to Brandon L Basham Corrected Filing Document Number: 991.Modified filing date to that of original filing: 10/24/06 (mflo, ) (Entered: 10/25/2006) |
| 10/25/2006 | 995 | TRANSCRIPT of Proceedings as to Brandon L Basham Motion Hearing held on August 2, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: D Jernigan. (Attachments: # 1 Ex Parte Hearing No. 1# 2 Ex Parte Hearing No. 2) (djernigan, ) (Entered: 10/25/2006) |
| 10/25/2006 | 996 | TRANSCRIPT of Proceedings as to Brandon L Basham Motion Hearing held on April 4, 2003 before Judge Joseph F. Anderson, Jr.. Court Reporter: D Jernigan. (djernigan, ) (Entered: 10/25/2006) |
| 10/25/2006 | 997 | TRANSCRIPT of Proceedings as to Brandon L Basham Motion Hearing held on August 4, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: D Jernigan. (Attachments: # 1 Ex Parte Hearing) (djernigan, ) (Entered: 10/25/2006) |
| 10/25/2006 | 998 | TRANSCRIPT of Proceedings as to Brandon L Basham Motions Hearing held on December 13, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: D Jernigan. (djernigan, ) (Entered: 10/25/2006) |
| 10/25/2006 | 999 | TRANSCRIPT of Proceedings as to Brandon L Basham Motions Hearing held on November 23, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 10/25/2006) |
| 10/25/2006 | 1000 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Selection held on September 10, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 10/25/2006) |
| 10/25/2006 | 1001 | TRANSCRIPT of Proceedings as to Brandon L Basham Motions Hearing held on December 28, 2004 before Judge Joseph F. Anderson, Jr.. Court Reporter: D Jernigan. (djernigan, ) (Entered: 10/25/2006) |
| 10/25/2006 | | ENTRY DELETED #987,988 and 990 as to Brandon L Basham Corrected Filing Document Number: 993, 994 and 996. Transcript corrections (mflo, ) (Entered: 10/25/2006) |
| 11/13/2006 | 1002 | TRANSCRIPT of Proceedings as to Brandon L Basham, Jury Selection,Volume VI held on September 7, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) Modified on 11/13/2006 (mflo, ). (Entered: 11/13/2006) |

JA0095

| | | |
|---|---|---|
| 11/13/2006 | 1003 | TRANSCRIPT of Proceedings as to Brandon L Basham, Jury Selection, held on September 8, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 11/13/2006) |
| 11/13/2006 | 1006 | TRANSCRIPT of Proceedings as to Brandon L Basham Jury Selection held on September 9, 2004 before Judge Joseph F. Anderson, Jr. Court Reporter: D Jernigan. (djernigan, ) (Entered: 11/14/2006) |
| 11/14/2006 | | ENTRY DELETED #1004 as to Brandon L Basham Corrected Filing Document Number: 1006. Modified filing date to that of original filing: 11/13/06 (mflo, ) (Entered: 11/14/2006) |
| 11/21/2006 | 1008 | CERTIFICATE OF CLERK that record on appeal is complete and available for transmission to Court of Appeals upon request as to Brandon L Basham (bbro, ) (Entered: 11/21/2006) |
| 12/14/2006 | 1009 | MOTION prompt execution date and Notice of waiver of all further post conviction proceedings by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? n. (Attachments: # 1 Affidavit Chadrick Fulks # 2 Exhibit notice to drop appeal process as of 11/9/06 # 3 Exhibit Letter to Clerk of Court, US Supreme Court)(mflo, ) (Entered: 12/14/2006) |
| 01/23/2007 | 1010 | ORDER for government to respond to the defendant's motion within 15 days of this order as to Chadrick E Fulks re 1009 (pro se)MOTION to waive all further post conviction proceedings and for a prompt execution date filed by Chadrick E Fulks Response to Motion due by 2/7/2007. Signed by Judge Joseph F Anderson Jr on 1/23/07.(mflo, ) (Entered: 01/23/2007) |
| 02/07/2007 | 1011 | RESPONSE to Motion by USA as to Chadrick E Fulks re 1009 MOTION prompt execution date Reply to Response to Motion due by 2/23/2007 (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Gasser, Jonathan) Modified on 2/8/2007 (mflo, ). See document #1012 and #1013 for additional attachment. Modified on 2/9/2007 (mflo, ). (Entered: 02/07/2007) |
| 02/07/2007 | 1012 | Additional Attachments to Main Document 1011 Response to Motion (Gasser, Jonathan) (Entered: 02/07/2007) |
| 02/08/2007 | 1013 | Additional Attachments to Main Document 1011 Response to Motion, (Gasser, Jonathan) (Entered: 02/08/2007) |
| 02/13/2007 | 1014 | SUPPLEMENTAL RESPONSE to Motion by USA as to Chadrick E Fulks re 1009 MOTION prompt execution date (Attachments: # 1 Exhibit 1# 2 Certificate of service) (Gasser, Jonathan) Modified on 2/13/2007 (mflo, ). (Entered: 02/13/2007) |
| 04/05/2007 | 1015 | MOTION to Withdraw Document 1009 MOTION prompt execution date by Chadrick E Fulks. (Attachments: # 1 Envelope)(mflo, ) (Entered: 04/06/2007) |
| 07/23/2007 | 1016 | First MOTION to Appoint Counsel by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? no. (Blume, John) (Entered: 07/23/2007) |
| 08/15/2007 | 1019 | ORDER of USCA (certified copy) as to Brandon L Basham relieving Greg Harris as counsel for the appellant and suspending the briefing schedule. (bbro, ) (Entered: 08/15/2007) |
| 08/21/2007 | 1022 | RESPONSE to Motion by USA as to Chadrick E Fulks re 1016 First MOTION to Appoint Counsel Reply to Response to Motion due by 8/31/2007 (Hagins, C) (Entered: 08/21/2007) |

CM/ECF - scd

| 09/07/2007 | 1025 | ENTRY DELETED #1025 as directed by Judge Anderson that was submitted by John Delgado (mflo, ) (Entered: 09/07/2007) |
|---|---|---|
| 09/10/2007 | 1026 | ORDER granting in part and denying in part 1016 Motion to Appoint Counsel as to Chadrick E Fulks (1) Court appoints Beattie Ashmore and William J. Watkins, Jr. as counsel to represent defendant Fulks in pursuit of any and all post conviction remedies in this case with compensation to be paid under the CJA. Signed by Judge Joseph F Anderson Jr on 9/10/07.(mflo, ) (Entered: 09/10/2007) |
| 09/11/2007 | 1027 | MOTION to Withdraw as Attorney by USA as to Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Hagins, C) (Entered: 09/11/2007) |
| 09/11/2007 | 1028 | MOTION to Withdraw as Attorney by USA as to Brandon L Basham. Proposed Order sent to Judge Chambers email address? No. (Hagins, C) (Entered: 09/11/2007) |
| 09/12/2007 | 1029 | ORDER granting 1027 1028 Motions to Withdraw as Attorneys Scott Schools, Jonathan Gasser and John Duane as to Chadrick E Fulks and Brandon Basham. Signed by Judge Joseph F Anderson Jr on 9/12/2007. (ghay) (Entered: 09/12/2007) |
| 09/12/2007 | 1031 | CORRECTIVE ORDER APPOINTING COUNSEL granting in part and denying in part 1016 Motion to Appoint Counsel as to Chadrick E Fulks (1) Court appoints Beattie Ashmore and William J. Watkins, Jr. as counsel to represent defendant Fulks in pursuit of any and all post conviction remedies in this case with compensation to be paid under the CJA. Signed by Judge Joseph F Anderson Jr on 9/12/07.(mflo, ) (Entered: 09/12/2007) |
| 09/13/2007 | 1032 | CJA 30: Appointment of Attorney Beattie B Ashmore for in Capital habeas Corpus (28:2255) Proceedings as to Chadrick E Fulks. Signed by Judge Joseph F Anderson Jr on 9/10/07.(mflo, ) (Entered: 09/13/2007) |
| 09/13/2007 | 1033 | CJA 30: Appointment of Attorney William J Watkins, Jr for in Capital Habeas Corpus (28:2255) Proceedings as to Chadrick E Fulks. Signed by Judge Joseph F Anderson Jr on 9/10/07.(mflo, ) (Entered: 09/13/2007) |
| 09/14/2007 | 1034 | ORDER withdrawing 1009 Motion for prompt execution as to Chadrick E Fulks; granting 1015 Motion to Withdraw 1009 motion for prompt execution as to Chadrick E Fulks. Signed by Judge Joseph F Anderson Jr on 9/14/2007. (ghay) (Entered: 09/14/2007) |
| 09/17/2007 | 1035 | ***DOCUMENT MAILED as to Chadrick E Fulks re 1034 Order on Motion for prompt execution and Order on Motion to Withdraw motion for prompt execution Document placed in U.S. Mail to Chadrick Fulks (mflo, ) (Entered: 09/17/2007) |
| 09/18/2007 | 1038 | ENTRY DELETED #1036 due to no s/ on document as to Chadrick E Fulks Corrected Filing Document Number: 1037. (mflo, ) (Entered: 09/18/2007) |
| 10/01/2007 | 1042 | MOTION to Unseal Psychological Records by Cafaro Company, J C Penny Properties Inc, National Security Consultants Inc, Huntington Mall Company as to Chadrick E Fulks, Brandon L Basham. (mflo, ) (Entered: 10/01/2007) |
| 10/02/2007 | 1043 | ORDER REQUESTING RESPONSE as to Chadrick E Fulks, Brandon L Basham re 1042 MOTION to Unseal psychological evaluations of defendants Fulks and Bash filed by Cafaro Company, J C Penny Properties Inc, National Security Consultants Inc, Huntington Mall Company. Defendants are to file a memorandum by 10/22/07 if they object to the motion and stating grounds for the objections. Response to Motion due by 10/22/2007. Signed by Judge Joseph F Anderson Jr on 10/2/07.(mflo, ) (Entered: 10/02/2007) |

JA0097

6/8/23, 9:07 AM                                                CM/ECF - scd

| 10/10/2007 | 1044 | ORDER the court hereby directs the clerk of court to provide Mr.Ashmore and Mr. Watkins access to all documents which are reflected in the docket as sealed or otherwise restricted. as to Chadrick E Fulks. Signed by Judge Joseph F Anderson Jr on 10/10/07. (mflo, ) (Entered: 10/10/2007) |
|---|---|---|
| 10/22/2007 | 1045 | RESPONSE in Opposition by Chadrick E Fulks re 1042 MOTION to Unseal Document (Attachments: # 1 Exhibit Complaint)(Watkins, William) (Entered: 10/22/2007) |
| 10/25/2007 | 1046 | ORDER denying 1042 Motion to Unseal Documents involving the psychological evaluations as to Chadrick E Fulks (1), Brandon L Basham (2). Signed by Judge Joseph F Anderson Jr on 10/25/07.(mflo, ) (Entered: 10/25/2007) |
| 10/29/2007 | 1048 | MOTION For Leave to File Application for Funds for Reasonably Necessary Investigation Ex Parte and Under Seal and Brief in Support by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? n. (Watkins, William) (Entered: 10/29/2007) |
| 10/29/2007 | 1049 | SEALED MOTION by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? n. (Attachments: # 1 Exhibit Exhibit A)(Watkins, William) (Entered: 10/29/2007) |
| 11/02/2007 | 1050 | ORDER granting 1048 Motion for leave to file application for funds for a reasonably necessary investigation as to Chadrick E Fulks (1). Signed by Judge Joseph F Anderson Jr on 11/2/07.(mflo, ) (Entered: 11/02/2007) |
| 11/05/2007 | 1053 | ***DOCUMENT MAILED as to Chadrick E Fulks re 1051 Ex Parte Order placed in U.S. Mail to William J Watkins and Beattie Ashmore (mflo, ) (Entered: 11/05/2007) |
| 11/19/2007 | 1054 | ORDER of USCA (certified copy) as to Chadrick E Fulks, Brandon L Basham re 888 Notice of Appeal - Final Judgment granting motion to appoint Melissa Meister as co-counsel for the appellant. (bbro, ) (Entered: 11/19/2007) |
| 01/02/2008 | 1061 | ***DOCUMENT EMAILED as to Chadrick E Fulks doc # 1060 emailed to Beattie Ashmore and William Watkins (mflo, ) (Entered: 01/02/2008) |
| 01/14/2008 | 1063 | ORDER allowing court appointed counsel (Timothy Sullivan and Melissa Meister) by the Fourth Circuit Court of Appeals to have access to all documents which are reflected in the docket as sealed or otherwise restricted as to Brandon L Basham. Signed by Honorable Joseph F Anderson, Jr on 1/14/08.(mflo, ) (Entered: 01/14/2008) |
| 01/14/2008 | 1064 | ***DOCUMENT MAILED as to Brandon L Basham re 1063 Order, placed in U.S. Mail to Timothy J. Sullivan at 6305 Ivy Lane, Suite 700, Greenbelt, Maryland 20770 (mflo, ) (Entered: 01/14/2008) |
| 01/15/2008 | 1065 | ORDER ON JUROR INTERVIEW PROCEDURES This order is being entered to establish clear guidelines for any future contact with jurors in this case as to Chadrick E Fulks. Signed by Honorable Joseph F Anderson, Jr on 1/15/08.(mflo, ) (Entered: 01/15/2008) |
| 02/01/2008 | 1068 | ***DOCUMENT EMAILED as to Chadrick E Fulks re 1067 Ex Parte Order, Attorneys Ashmore and Watkins (mflo, ) (Entered: 02/01/2008) |
| 02/08/2008 | 1069 | ENTRIES DELETED #'s 1066 and 1069 as to Brandon L Basham counsel for defendant Fulks selected entire case when filing these motions instead of selecting defendant Fulks (mflo, ) (Entered: 02/08/2008) |
| 03/03/2008 | 1075 | ***DOCUMENT EMAILED as to Chadrick E Fulks re 1073 Ex Parte Order, 1074 Ex Parte Order,, Terminate Motions, placed in U.S. Mail to Beattie Ashmore and Bill Watkins (mflo, ) (Entered: 03/03/2008) |

JA0098

| | | |
|---|---|---|
| 06/23/2008 | 1090 | MOTION to Vacate under 28 U.S.C. 2255 by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Attachments: # 1 Appendix Appendix Index, # 2 Exhibit PA 1 - Lyons Declaration, # 3 Exhibit PA 2 Halleck Declaration, # 4 Exhibit PA 3 Melikian Declaration, # 5 Exhibit PA 4 Hilkey declaration, # 6 Exhibit PA 5 Morton declaration, # 7 Exhibit PA 6 Cunningham declaration, # 8 Exhibit PA 7 Aiken declaration, # 9 Exhibit PA 8 Thompson declaration, # 10 Exhibit PA 9 MarkFulks declaration, # 11 Exhibit PA 10 Martha Floyd declaration, # 12 Exhibit PA 11 Tim Kane declaration, # 13 Exhibit PA 12 Graybeal declaration, # 14 Exhibit PA 13 Wolowinski declaration, # 15 Exhibit PA 14 Ronnie Fulks declaration, # 16 Exhibit PA 15 Adkins declaration, # 17 Exhibit PA 16 Rawlings declaration, # 18 Exhibit PA 17 Roddy declaration, # 19 Exhibit PA 18 Nathan Fulks declaration, # 20 Exhibit PA 19 Elvin Taylor declaration, # 21 Exhibit PA 20 Harry Tyree delcaration, # 22 Exhibit PA 21 Sharon Dotson declaration, # 23 Exhibit PA 22 Beth McGuffin declaration, # 24 Exhibit PA 23 Christina Kirkman declaration, # 25 Exhibit PA 24 Fulks 5/10/03 polygraph results, # 26 Exhibit PA 25 Fulks 5/22/03 polygraph results, # 27 Exhibit Basham polygraph results, # 28 Exhibit PA 27 Verdict, # 29 Exhibit PA 28 MY Sun News, # 30 Exhibit PA 29 Beaufort Gazette, # 31 Exhibit PA 30 Ronnie Fulks Immunity Motion, # 32 Exhibit PA 31 Severance letter, # 33 Exhibit PA 32 Jury questionnaire, # 34 Exhibit PA 33 Thompson Judgment, # 35 Exhibit PA 34 Thompson Indictment, # 36 Exhibit PA 35 Def Memo Re: Guilty Plea, # 37 Exhibit PA 36 U.S. Memo re Issues, # 38 Exhibit PA 37 Hewitt Interview, # 39 Exhibit PA 38 art, # 40 Exhibit PA 38-1 Art, # 41 Exhibit PA 38-2 Art)(Watkins, William) Civil case 4:08-cv-70072 opened. (Entered: 06/23/2008) |
| 06/23/2008 | 1091 | MOTION for Leave to File *Memorandum of Law in Support of Section 2255 Motion* by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Watkins, William) (Entered: 06/23/2008) |
| 07/03/2008 | 1094 | NOTICE OF ATTORNEY APPEARANCE Jimmie Ewing appearing for USA. (Ewing, Jimmie) (Entered: 07/03/2008) |
| 07/22/2008 | 1096 | MOTION for Discovery by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Watkins, William) (Entered: 07/22/2008) |
| 07/22/2008 | 1097 | ORDER requesting the government to file a response by 8/6/08 explaining position on conducting discovery as to Chadrick E Fulks re 1096 MOTION for Discovery filed by Chadrick E Fulks, ( Response to Motion due by 8/6/2008). Signed by Honorable Joseph F Anderson, Jr on 7/22/08.(mflo, ) (Entered: 07/22/2008) |
| 08/06/2008 | 1099 | RESPONSE in Opposition by USA as to Chadrick E Fulks, Brandon L Basham re 1096 MOTION for Discovery (Ewing, Jimmie) (Entered: 08/06/2008) |
| 08/07/2008 | 1100 | Certificate of Service by USA as to Chadrick E Fulks, Brandon L Basham re 1099 Response in Opposition (Ewing, Jimmie) (Entered: 08/07/2008) |
| 08/11/2008 | 1101 | ORDER The petitioner is hereby requested to file a reply to the governments response within five days of the date of this order as to Chadrick E Fulks re 1099 Response in Opposition filed by USA, ( Reply to Response to Motion due by 8/21/2008). Signed by Honorable Joseph F Anderson, Jr on 8/11/08.(mflo, ) (Entered: 08/11/2008) |
| 08/11/2008 | 1103 | REPLY TO RESPONSE to Motion by Chadrick E Fulks re 1096 MOTION for Discovery (Watkins, William) (Entered: 08/11/2008) |
| 08/11/2008 | 1104 | ORDER It is ordered that Petitioner file a memorandum of law in support of the 2255 Motion on or before October 21, 2008. The government is directed to file a responsive pleading within 90 days of Petitioners filing of a memorandum of law in support of the 2255 Motion. Petitioner may file a reply within 30 days of the governments filing of a |

|  |  | responsive pleading as to Chadrick E Fulks granting 1091 MOTION for Leave to File *Memorandum of Law in Support of Section 2255 Motion* filed by Chadrick E Fulks, ( Specific Document due by 10/21/2008.). Signed by Honorable Joseph F Anderson, Jr on 8/11/08.(mflo, ) (Entered: 08/11/2008) |
|---|---|---|
| 08/11/2008 | 1105 | NOTICE OF HEARING ON MOTION in case as to Chadrick E Fulks 1096 MOTION for Discovery : Motion Hearing set for 8/21/2008 09:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) (Entered: 08/11/2008) |
| 08/21/2008 | 1107 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Chadrick E Fulks held on 8/21/2008 re 1096 MOTION for Discovery filed by Chadrick E Fulks.granting in part and denying in part and taking under advisement in part 1096 Motion for Discovery as to Chadrick E Fulks (1); Counsel to submit copies of pages of transcripts with parts highlighted for court to consider within one week. Court Reporter Gary Smith.CJA Time 1 hour 15 minutes. (mflo, ) (Entered: 08/21/2008) |
| 08/27/2008 | 1109 | RESPONSE in Support by Chadrick E Fulks re 1096 MOTION for Discovery (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C) (Watkins, William) (Entered: 08/27/2008) |
| 08/28/2008 | 1110 | RESPONSE in Opposition by USA as to Chadrick E Fulks re 1096 MOTION for Discovery (Attachments: # 1 Attachment A-Excerpts of 2/25/04 Motion hearing, # 2 Attachment B-Excerpts of 6/22/04 Fulks trial transcript, # 3 Attachment C-Excerpts of 9/27/04 Basham trial transcript, # 4 Attachment D-Excerpts of 9/29/04 Basham trial transcript, # 5 Attachment E-Excerpts of 6/29/04 Fulks trial transcript)(Ewing, Jimmie) (Entered: 08/28/2008) |
| 09/09/2008 | 1114 | MOTION to Expedite Execution and to Waive all further post conviction proceedings by Chadrick E Fulks. (Attachments: # 1 Affidavit Chad Fulks, # 2 Notice to Drop Appeal, # 3 Envelope)(mflo, ) Modified on 9/26/2008 (mflo, ). 1119 affidavit in support (Entered: 09/09/2008) |
| 09/18/2008 | 1115 | ORDER as to Chadrick E Fulks granting in part and denying in part 1096 MOTION for Discovery filed by Chadrick E Fulks. Signed by Honorable Joseph F Anderson, Jr on 9/18/08.(mflo, ) (Entered: 09/18/2008) |
| 09/19/2008 | 1116 | MOTION to Appoint Counsel by Chadrick E Fulks as to Chadrick E Fulks, Brandon L Basham. Proposed Order sent to Judge Chambers email address? N. (Ashmore, Beattie) (Entered: 09/19/2008) |
| 09/19/2008 | 1117 | ORDER The court appoints Ms. Small as co-counsel to Mr. Ashmore in representing Mr. Fulks in pursuit of any and all post-conviction remedies in this case. The court will relieve Mr. Watkins of his responsibilities under the order of appointment once the memorandum is submitted as to Chadrick E Fulks; granting 1116 MOTION to Appoint Counsel filed by Chadrick E Fulks ; Added attorney Kirsten Elena Small for Chadrick E Fulks. Signed by Honorable Joseph F Anderson, Jr on 9/19/08.(mflo, ) (Entered: 09/19/2008) |
| 09/24/2008 | 1118 | CJA 30: Appointment of Attorney Kirsten Elena Small for Chadrick E Fulks in Death Penalty Proceedings as to Chadrick E Fulks.. Signed by Honorable Joseph F Anderson, Jr on 9/18/08.(mflo, ) (Entered: 09/24/2008) |
| 10/17/2008 | 1120 | MOTION to Compel *the Bureau of Prisons to Provide Necessary and Essential Medical Treatment to Chadrick E. Fulks* by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 |

6/8/23, 9:07 AM                                          CM/ECF - scd

| | | Exhibit Exhibit J, # 11 Exhibit Exhibit K, # 12 Exhibit Exhibit L, # 13 Exhibit Exhibit M, # 14 Exhibit Exhibit N, # 15 Exhibit Exhibit O, # 16 Exhibit Exhibit P, # 17 Exhibit Exhibit Q, # 18 Exhibit Exhibit R)(Ashmore, Beattie) (Entered: 10/17/2008) |
|---|---|---|
| 10/17/2008 | 1121 | AFFIDAVIT in Support by Chadrick E Fulks re 1120 MOTION to Compel *the Bureau of Prisons to Provide Necessary and Essential Medical Treatment to Chadrick E. Fulks* (Ashmore, Beattie) (Entered: 10/17/2008) |
| 10/17/2008 | 1122 | Certificate of Service by Chadrick E Fulks re 1121 Affidavit in Support of Motion, 1120 MOTION to Compel *the Bureau of Prisons to Provide Necessary and Essential Medical Treatment to Chadrick E. Fulks* (Ashmore, Beattie) (Entered: 10/17/2008) |
| 10/21/2008 | 1123 | Amended MOTION to Vacate under 28 U.S.C. 2255 by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Attachments: # 1 Exhibit PA Document #39, # 2 Exhibit PA Document #40, # 3 Exhibit PA Document #41)(Ashmore, Beattie); see additional attachments in 1306 and 1312 (mflo, ). (Entered: 10/21/2008) |
| 10/27/2008 | 1126 | SECOND MOTION to Expedite Proceedings by Chadrick E Fulks. (Attachments: # 1 Envelope)(mflo, ) (Entered: 10/27/2008) |
| 10/27/2008 | 1127 | SECOND AFFIDAVIT by Chadrick E Fulks in support of 1126 MOTION to Expedite filed by Chadrick E Fulks (Attachments: # 1 sealed attachment 1, # 2 sealed attachment 2, # 3 Envelope)(mflo, ) (Entered: 10/27/2008) |
| 11/07/2008 | 1128 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Chadrick E Fulks, motion hearing held on August 21, 2008, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number (803) 256-7743. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/28/2008. Redacted Transcript Deadline set for 12/8/2008. Release of Transcript Restriction set for 2/5/2009. (gsmith, ) (Entered: 11/07/2008) |
| 11/13/2008 | 1135 | ORDER denying 1120 Motion to Compel the Bureau of Prisons to Provide Necessary and Essential Medical Treatment to Chadrick E. Fulks as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 11/13/08.(bshr, ) (Entered: 11/13/2008) |
| 01/12/2009 | 1140 | MOTION to Produce by USA as to Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? n. (Ewing, Jimmie) (Entered: 01/12/2009) |
| 01/12/2009 | 1141 | MOTION for Extension of Time to File Response/Reply as to 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 by USA as to Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? n. (Ewing, Jimmie) (Entered: 01/12/2009) |
| 01/13/2009 | 1142 | ORDER Government's response to amended 2255 petition is due 2/19/09 as to Chadrick E Fulks, granting 1141 MOTION for Extension of Time to File Response/Reply as to 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 filed by USA, ( Response to Motion due by 2/19/2009). Signed by Honorable Joseph F Anderson, Jr on 1/13/09. (mflo, ) (Entered: 01/13/2009) |
| 01/13/2009 | 1143 | ORDER defendants trial counsel, as well as his present counsel, are invited to respond to the motion should they deem it appropriate. Any response must be filed with the court on or before January 23, 2009 as to Chadrick E Fulks re 1140 MOTION to Produce filed by USA, ( Response to Motion due by 1/23/2009). Signed by Honorable Joseph F Anderson, Jr on 1/13/09.(mflo, ) (Entered: 01/13/2009) |
| 01/23/2009 | 1144 | RESPONSE in Opposition by Chadrick E Fulks as to Chadrick E Fulks, Brandon L Basham re 1140 MOTION to Produce *(Trial Counsel's Response to the Government's* |

JA0101

| | | *Motion to Produce file January 12, 2009)* (Nettles, William) (Entered: 01/23/2009) |
|---|---|---|
| 01/23/2009 | 1145 | RESPONSE in Opposition by Chadrick E Fulks re 1140 MOTION to Produce *Records* (Ashmore, Beattie) (Entered: 01/23/2009) |
| 01/27/2009 | 1146 | ORDER denying 1140 Motion to Produce funding records as to Chadrick E Fulks (1) Signed by Honorable Joseph F Anderson, Jr on 1/27/09.(mflo, ) (Entered: 01/27/2009) |
| 02/05/2009 | 1147 | Order Terminating Attorney in case as to Chadrick E Fulks ; representation by attorney William J Watkins, Jr Terminated as of 10/21/08. Signed by Honorable Joseph F Anderson, Jr on 2/5/09.(mflo, ) (Entered: 02/05/2009) |
| 02/12/2009 | 1149 | MOTION for Extension of Time to File Response/Reply as to 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 by USA as to Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? n. (Ewing, Jimmie) (Entered: 02/12/2009) |
| 02/12/2009 | 1150 | ORDER as to Chadrick E Fulks granting 1149 MOTION for Extension of Time to File Response/Reply as to 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 filed by USA, ( Response to Motion due by 3/16/2009). Directed by Honorable Joseph F Anderson, Jr on 2/12/09.(mflo, ) (Entered: 02/12/2009) |
| 02/25/2009 | 1151 | MOTION to Withdraw Document 1114 MOTION to Expedite, 1126 MOTION to Expedite, 1127 Affidavit by Chadrick E Fulks as to Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Attachments: # 1 Exhibit)(Small, Kirsten) Modified on 3/23/2009 (mflo, ) to correct docket text. (Entered: 02/25/2009) |
| 03/12/2009 | 1152 | MOTION for Extension of Time to File Response/Reply as to 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 by USA as to Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? n. (Ewing, Jimmie) (Entered: 03/12/2009) |
| 03/12/2009 | 1153 | ORDER granting 1152 Motion for Extension of Time to File Response/Reply by 4 days as to Chadrick E Fulks (1) (Reponse due 3/20/09) Directed by Honorable Joseph F Anderson, Jr on 3/12/09.(mflo, ) Modified on 3/12/2009 (mflo, )to edit docket text. (Entered: 03/12/2009) |
| 03/20/2009 | 1155 | NOTICE OF ATTORNEY APPEARANCE Robert F Daley, Jr appearing for USA. (Daley, Robert) (Entered: 03/20/2009) |
| 03/20/2009 | 1156 | MOTION for Leave to File Excess Pages by USA as to Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? y. (Daley, Robert) (Entered: 03/20/2009) |
| 03/20/2009 | 1157 | RESPONSE in Opposition by USA as to Chadrick E Fulks re 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Response Part 2, Pages 51-100, # 2 Response Part 3, Pages 101-151, # 3 Response - Part 4, Pages 151-176, # 4 Exhibit A- Bio of John H. Blume, # 5 Exhibit B- Bio of Sheri Lynn Johnson, # 6 Exhibit C- Declaration of Scott N. Schools, # 7 Exhibit D- Special Verdict Form)(Daley, Robert) Please see entry # 1295 and 1302 for additional attachments. (Entered: 03/20/2009) |
| 03/23/2009 | 1159 | ORDER granting 1156 Motion for Leave to File Excess Pages as to Chadrick E Fulks (1) Directed by Honorable Joseph F Anderson, Jr on 3/23/09.(mflo, ) (Entered: 03/23/2009) |
| 03/23/2009 | 1160 | ORDER granting 1151 Motion to Withdraw Documents 1114 , 1126 and 1127 as to Chadrick E Fulks (1); withdrawing 1114 Motion to Expedite Execution and to Waive all further post conviction proceedings as to Chadrick E Fulks (1); withdrawing 1126 Second Motion to Expedite Proceedings as to Chadrick E Fulks (1); withdrawing 1127 SECOND AFFIDAVIT by Chadrick E Fulks in support of 1126 MOTION to Expedite (1). Directed by Honorable Joseph F Anderson, Jr on 3/23/09.(mflo, ) (Entered: 03/23/2009) |

6/8/23, 9:07 AM                                         CM/ECF - scd

| 03/25/2009 | 1161 | MOTION Authorization of Payment for Transcript by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Attachments: # 1 Exhibit A (E-mail from Daniel Mayo to Kirsten Small), # 2 Exhibit B (CJA 24))(Small, Kirsten) (Entered: 03/25/2009) |
|---|---|---|
| 03/30/2009 | 1162 | USCA OPINION as to Brandon L Basham for 888 Notice of Appeal - Final Judgment. (swel, ) (Entered: 03/30/2009) |
| 03/30/2009 | 1163 | USCA JUDGMENT as to Brandon L Basham re 888 Notice of Appeal - Final Judgment (swel, ) (Entered: 03/30/2009) |
| 03/30/2009 | 1164 | ORDER for counsel to file a memorandum by 4/6/09 that (1) identifies by name each witness who testified at both the sentencing trial and civil trial; (2)identifies each witness whose testimony counsel believes allegedly differs in critical respects from their testimony during the sentencing trial; (3) the basis for counsels belief that the testimony differs in critical respects; and (4) why a transcript of the civil trial is reasonably necessary to support Petitioners § 2255 petition. The memorandum may be filed under seal. as to Chadrick E Fulks re 1161 MOTION Authorization of Payment for Transcript filed by Chadrick E Fulks, ( Specific Document due by 4/6/2009.). Signed by Honorable Joseph F Anderson, Jr on 3/30/09.(mflo, ) (Entered: 03/30/2009) |
| 04/06/2009 | 1165 | ORDER The court will inquire into the basis for Petitioners counsel representation that many of the witnesses who testified about the incident during the sentencing trial also testified during the civil trial and that these witnesses testimony at the civil trial may have differed in critical respects from their testimony during the sentencing trial. Counsel are directed to conference with one another and call chambers at 803-765-5136 to tie in Judge Anderson. as to Chadrick E Fulks re 1161 MOTION Authorization of Payment for Transcript filed by Chadrick E Fulks, ( Telephone Conference set for 4/17/2009 10:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr.). Signed by Honorable Joseph F Anderson, Jr on 4/6/09.(mflo, ) (Entered: 04/06/2009) |
| 04/06/2009 | 1166 | NOTICE OF HEARING as to Chadrick E Fulks Telephone Conference set for 4/17/2009 10:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. Counsel are directed to conference with one another and call chambers at 803-765-5136 to tie in Judge Anderson.(mflo, ) (Entered: 04/06/2009) |
| 04/07/2009 | 1169 | MOTION for Extension of Time, MOTION for Extension of Time to File Response/Reply as to 1157 Response in Opposition, by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? n. (Ashmore, Beattie) (Entered: 04/07/2009) |
| 04/07/2009 | 1170 | DELETION OF ENTRY NUMBER 1168 as to Chadrick E Fulks, Brandon L Basham Reason: counsel selected all defendants in case; Corrected Filing Document Number 1169 Modified filing date to that of original filing: 4/7/09 (mflo, ) (Entered: 04/07/2009) |
| 04/07/2009 | 1171 | TEXT ORDER granting an extension of 30 days to reply to government's response; response due 5/19/09; granting 1169 Motion for Extension of Time to File as to Chadrick E Fulks (1); granting 1169 Motion for Extension of Time to File Response/Reply as to Chadrick E Fulks (1)Directed by Honorable Joseph F Anderson, Jr on 4/7/09.(mflo, ) (Entered: 04/07/2009) |
| 04/08/2009 | 1172 | ORDER of USCA as to Brandon L Basham re 888 Notice of Appeal - Final Judgment filed 998071560 granting motion to substitute counsel [998065114-2] David W. DeBruin substituted in place of Melissa Meister as co-counsel for appellant for Basham, Brandon Leon in 05-5. Representation Type: D2.(swel, ) (Entered: 04/08/2009) |

JA0103

| | | |
|---|---|---|
| 04/17/2009 | 1173 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Telephone Conference as to Chadrick E Fulks held on 4/17/2009. Court will authorize the civil trial transcript as to the testimony of 4 identified witnesses: Myrant, Lybrand, Mitchell and Allen only. Defense counsel to submit voucher.granting in part 1161 Motion Authorization of Payment for Transcript of civil trial as to Chadrick E Fulks (1); Court Reporter Dan Mayo.CJA Time 10 minutes. (mflo, ) (Entered: 04/17/2009) |
| 05/11/2009 | 1176 | MOTION for Extension of Time to File Response/Reply as to 1157 Response in Opposition, by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? N. (Ashmore, Beattie) Modified on 5/12/2009 (mflo, ). to correct filing date (Entered: 05/12/2009) |
| 05/12/2009 | 1177 | DELETION OF ENTRY NUMBER 1175 as to Chadrick E Fulks Reason: filers request Corrected Filing Document Number 1176 Modified filing date to that of original filing: 5/11/09 (mflo, ) (Entered: 05/12/2009) |
| 05/12/2009 | 1178 | ORDER granting 1176 Motion for Extension of Time to File Response/Reply on or before 6/19/09 as to Chadrick E Fulks (1) Directed by Honorable Joseph F Anderson, Jr on 5/12/09.(mflo, ) (Entered: 05/12/2009) |
| 06/10/2009 | 1181 | Third MOTION for Extension of Time to File Response/Reply as to 1157 Response in Opposition, by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Small, Kirsten) (Entered: 06/10/2009) |
| 06/12/2009 | 1182 | ORDER granting 1181 Motion for Extension of Time to File Response/Reply as to Chadrick E Fulks (1). Please note that No Further Extensions Will Be Granted. Directed by Honorable Joseph F Anderson, Jr on 6/12/09.(mflo, ) Modified on 6/12/2009 (mflo, ) to edit text. (Entered: 06/12/2009) |
| 06/15/2009 | 1183 | Appeal Remark as to Brandon L Basham re 888 Notice of Appeal - Final Judgment : Mandate stayed by FRAP 41(d)(1). (swel, ) (Entered: 06/15/2009) |
| 06/26/2009 | 1187 | ORDER of USCA as to Brandon L Basham re 888 Notice of Appeal - Final Judgment filed 998128419 denying motion for rehearing and rehearing en banc (swel, ) (Entered: 06/26/2009) |
| 07/06/2009 | 1188 | MANDATE of USCA The judgment of the 4CCA, entered March 30, 2009, takes effect today as to Brandon L Basham re 888 Notice of Appeal - Final Judgment (mflo, ) (Entered: 07/07/2009) |
| 07/17/2009 | 1189 | MOTION Expand the Record by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Attachments: # 1 Exhibit Revised Index to Petitioner's Appendix, # 2 Exhibit PA Document #42, # 3 Exhibit PA Document #43, # 4 Exhibit PA Document #44, # 5 Exhibit PA Document #45, # 6 Exhibit PA Document #46, # 7 Exhibit PA Document #47, # 8 Exhibit PA Document #48, # 9 Exhibit PA Document #49, # 10 Exhibit PA Document #50, # 11 Exhibit PA Document #51, # 12 Exhibit PA Document #52, # 13 Exhibit PA Document #53, # 14 Exhibit PA Document #54, # 15 Exhibit PA Document #55, # 16 Exhibit PA Document #56, # 17 Exhibit Unpublished Decision)(Small, Kirsten) (Entered: 07/17/2009) |
| 07/17/2009 | 1190 | MOTION for Leave to File *Supplemental Claim* by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Attachments: # 1 Exhibit Claim XXXIII, # 2 Exhibit PA Document #42, # 3 Exhibit PA Document #43, # 4 Exhibit PA Document #44, # 5 Exhibit PA Document #45, # 6 Exhibit PA Document #46, # 7 Exhibit PA Document #47, # 8 Exhibit PA Document #48, # 9 Exhibit PA Document #49, # 10 Exhibit PA Document #50, # 11 Exhibit PA Document #51, # 12 Exhibit PA Document |

6/8/23, 9:07 AM                                      CM/ECF - scd

| | | |
|---|---|---|
| | | #52, # 13 Exhibit PA Document #53, # 14 Exhibit PA Document #54, # 15 Exhibit Unpublished Decision)(Small, Kirsten) (Entered: 07/17/2009) |
| 07/17/2009 | 1191 | MOTION for Leave to File Excess Pages by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Small, Kirsten) (Entered: 07/17/2009) |
| 07/17/2009 | 1192 | REPLY TO RESPONSE to Motion by Chadrick E Fulks re 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Exhibit Revised Index of Petitioner's Appendix, # 2 Exhibit PA Document #42, # 3 Exhibit PA Document #43, # 4 Exhibit PA Document #44, # 5 Exhibit PA Document #45, # 6 Exhibit PA Document #46, # 7 Exhibit PA Document #47, # 8 Exhibit PA Document #48, # 9 Exhibit PA Document #49, # 10 Exhibit PA Document #50, # 11 Exhibit PA Document #51, # 12 Exhibit PA Document #52, # 13 Exhibit PA Document #53, # 14 Exhibit PA Document #54, # 15 Exhibit PA Document #55, # 16 Exhibit PA Document #56, # 17 Exhibit Unpublished Decisions part 1, # 18 Exhibit Unpublished Decisions Part 2 of 4, # 19 Summons Unpublished Decisions Part 3 of 4, # 20 Exhibit Unpublished Decisions Part 4 of 4) (Small, Kirsten) (Entered: 07/17/2009) |
| 07/20/2009 | 1193 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Telephone Conference as to Chadrick E Fulks held on 7/20/2009. Petitioner to submit proposed witness list by 5:00 7/22/09 and Respondent due 7/24/09. Court Reporter not present.CJA Time 15 minutes. (mflo, ) (Entered: 07/20/2009) |
| 07/21/2009 | 1194 | ORDER SETTING HEARING FOR ARGUMENT ON 2255 MOTION, Court grants petitioner's request for a hearing to present testimony in support of 2255 motion. Hearing is scheduled to begin on 8/3/09 as to Chadrick E Fulks re 1090 MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks. Signed by Honorable Joseph F Anderson, Jr on 7/20/09.(mflo, ) (Entered: 07/21/2009) |
| 07/21/2009 | 1195 | NOTICE OF HEARING ON MOTION in case as to Chadrick E Fulks 1090 MOTION to Vacate under 28 U.S.C. 2255 : Motion Hearing set for 8/3/2009 09:30 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) (Entered: 07/21/2009) |
| 07/22/2009 | 1196 | NOTICE OF HEARING as to Chadrick E Fulks Telephone Conference set for 7/23/2009 11:00 AM before Honorable Joseph F Anderson Jr. Counsel is to conference one another and then conference Judge Anderson at the number provided.(mflo, ) (Entered: 07/22/2009) |
| 07/22/2009 | 1197 | MOTION Memorandum Regarding Scheduling re 1194 Order, by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Attachments: # 1 Exhibit Exhibit A)(Small, Kirsten) (Entered: 07/22/2009) |
| 07/23/2009 | 1198 | NOTICE OF CANCELLATION OF HEARING: Motion hearing on 8/3/09 at 9:30 as to Chadrick E Fulks (mflo, ) (Entered: 07/23/2009) |
| 07/23/2009 | 1199 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Telephone Conference as to Chadrick E Fulks held on 7/23/2009. finding as moot 1197 Motion Regarding Scheduling as to Chadrick E Fulks (1); Court orally amends order 1194 language that pertains to Order 113. Court tentatively sets 2255 motions hearing for 9/28/09. Hearing with testimony to take approximately 5 days with 1 day of argument; Defendant to submit witness list by Monday, July 27th and Government by Wednesday July 29th.Court Reporter Dan Mayo.CJA Time 30 minutes. (mflo, ) Modified on 7/27/2009 (mflo, ) to edit text. Modified on 8/11/2009 (mflo, )to correct spelling. (Entered: 07/23/2009) |
| 07/27/2009 | 1200 | Letter sent to Judge Traxler on extension for ruling on 2255 motion from Judge Joe Anderson as to Chadrick E Fulks (mflo, ) (Entered: 07/27/2009) |

JA0105

6/8/23, 9:07 AM                                          CM/ECF - scd

| 07/29/2009 | 1201 | Letter from Chief Judge William B. Traxler in response to 1200 Letter as to Chadrick E Fulks in re: Extension for Ruling on 2255 motion (mflo, ) (Entered: 07/29/2009) |
|---|---|---|
| 07/30/2009 | 1202 | ORDER setting a hearing to discuss the list of anticipated witnesses, together with a synopsis of the expected testimony, an explanation of why oral testimony is necessary from each witness and why written affidavits will not suffice as to Chadrick E Fulks ; In light of the extension granted by Chief Judge Traxler to the court pursuant to Section 113, the court will begin the hearing on the 2255 Motion on Monday, September 28, 2009. Counsel is advised to plan accordingly as to Chadrick E. Fulks; ( Status Conference set for 8/11/2009 10:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr.). Signed by Honorable Joseph F Anderson, Jr on 7/30/09. (Attachments: # 1A Petitioner memorandum with proposed witness list and article, # 2 B Government's memorandum and proposed witness list) (mflo, ) (Entered: 07/30/2009) |
| 07/30/2009 | 1203 | NOTICE OF HEARING as to Chadrick E Fulks Status Conference on the issue of proposed witnesses for the 2255 motion hearing set for 8/11/2009 10:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) (Entered: 07/30/2009) |
| 07/30/2009 | 1204 | NOTICE OF HEARING ON MOTION in case as to Chadrick E Fulks 1090 MOTION to Vacate under 28 U.S.C. 2255 : Court will advise if defendant needs to be present; Motion Hearing set for 9/28/2009 09:30 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) (Entered: 07/30/2009) |
| 08/04/2009 | 1205 | MOTION for waiver of the attorney-client privilege and for an order requiring disclosure of trial counsel's papers and files by USA as to Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? yes. (Attachments: # 1 Memo in Support) (Daley, Robert) (Entered: 08/04/2009) |
| 08/04/2009 | 1206 | ORDER the court requests that the Petitioner file a memorandum by noon on August 10, 2009, explaining his position with respect to the governments motion and whether the court should grant the request. The court will discuss this matter at the August 11, 2009 hearing as to Chadrick E Fulks re 1205 MOTION for waiver of the attorney-client privilege and for an order requiring disclosure of trial counsel's papers and files filed by USA, ( Response to Motion due by 8/10/2009). Signed by Honorable Joseph F Anderson, Jr on 8/4/09.(mflo, ) (Entered: 08/04/2009) |
| 08/07/2009 | 1207 | MOTION for Leave to Appear Pro Hac Vice: David P. Dalke. ( Filing fee $ 250 receipt number 04200000000002231341) by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? Yes. (Attachments: # 1 Exhibit Application for admission, # 2 Exhibit Certificate of good standing)(Small, Kirsten) (Entered: 08/07/2009) |
| 08/07/2009 | 1208 | MOTION for Leave to Appear Pro Hac Vice Attorney: Kymberleigh Damron-Hsiao. ( Filing fee $ 250 receipt number 04200000000002231353) by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? Yes. (Attachments: # 1 Exhibit Application, # 2 Exhibit Certificate of Good Standing)(Small, Kirsten) (Entered: 08/07/2009) |
| 08/07/2009 | 1209 | MOTION for Leave to Appear Pro Hac Vice Attorney: Amy Jean Laurendeau. ( Filing fee $ 250 receipt number 04200000000002231367) by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? Yes. (Small, Kirsten) (Additional attachment(s) added on 8/10/2009: # 1 application/affidavit for pro hac vice, # 2 certificate of good standing) (mflo, ). Modified on 8/17/2009 (mflo, ) to replace |

JA0106

| | | |
|---|---|---|
| | | incorrect document with corrected document as provided by filing user. (Entered: 08/07/2009) |
| 08/07/2009 | 1210 | MOTION for Leave to Appear Pro Hac Vice Attorney: Stephanie L. Noble. ( Filing fee $ 250 receipt number 04200000000002231383) by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? Yes. (Attachments: # 1 Exhibit Application, # 2 Exhibit Certificate of Good Standing)(Small, Kirsten) (Entered: 08/07/2009) |
| 08/07/2009 | 1211 | MOTION for Leave to Appear Pro Hac Vice Attorney: Danielle Nicole Oakley. ( Filing fee $ 250 receipt number 04200000000002231390) by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? Yes. (Attachments: # 1 Exhibit Application, # 2 Exhibit Certificate of Good Standing)(Small, Kirsten) (Entered: 08/07/2009) |
| 08/07/2009 | 1213 | MOTION to limit testimony at evidentiary hearing by USA as to Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? no. (Attachments: # 1 Memo in Support, # 2 Exhibit A-Defendant's Summary of Testimony Defense Counsel Intends to Use, # 3 Exhibit B-Excerpts of Trial Testimony of Drucie Glass)(Daley, Robert) see document 1220 for additional attachments (Entered: 08/07/2009) |
| 08/10/2009 | 1214 | RESPONSE in Opposition by Chadrick E Fulks re 1205 MOTION for waiver of the attorney-client privilege and for an order requiring disclosure of trial counsel's papers and files (Attachments: # 1 Exhibit Unpublished Decisions Part 1, # 2 Exhibit Unpublished Decisions Part 2)(Small, Kirsten) (Entered: 08/10/2009) |
| 08/10/2009 | 1216 | REPLY TO RESPONSE to Motion by USA as to Chadrick E Fulks re 1205 MOTION for waiver of the attorney-client privilege and for an order requiring disclosure of trial counsel's papers and files (Daley, Robert) (Entered: 08/10/2009) |
| 08/11/2009 | 1217 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Status Conference/Motion Hearing as to Chadrick E Fulks held on 8/11/2009. Court reviews both government and petitioners witness list in respect to will appear live or affidavit. Hearing is rescheduled from 9/28/09 to 10/5/09 with petitioner (Fulks) to be present by video conference. Counsel to reserve 10/21/09 as a backup date for any additional witnesses, if necessary. granting 1205 Motion for waiver of the attorney-client privilege and for an order requiring disclosure of trial counsel's papers and files as to Chadrick E Fulks (1); granting 1207 Motion for Leave for David P Dalke to Appear Pro Hac Vice as to Chadrick E Fulks (1); granting 1208 Motion for Leave for Kymberleigh Damron Hsiao to Appear Pro Hac Vice as to Chadrick E Fulks (1); granting 1209 Motion for Leave for Amy Jean Laurendeau to Appear Pro Hac Vice as to Chadrick E Fulks (1); granting 1210 Motion for Leave for Stephanie L Noble to Appear Pro Hac Vice as to Chadrick E Fulks (1); granting 1211 Motion for Leave for Danielle Nicole Oakly to Appear Pro Hac Vice as to Chadrick E Fulks (1); written order to be filed. Court Reporter Gary Smith.CJA Time 1 hour 40 minutes. (mflo, ) (Entered: 08/11/2009) |
| 08/11/2009 | 1218 | NOTICE OF RESCHEDULED HEARING as to Chadrick E Fulks 2255 motion hearing on 9/28/09 at 9:30 cancelled and rescheduled to: Petitioner Chadrick E Fulks will appear by video conference. Motion Hearing on Motion to Vacate 1090 set for 10/5/2009 09:30 AM in Columbia at Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) (Entered: 08/11/2009) |
| 08/13/2009 | 1220 | Additional Attachments to Main Document 1213 MOTION to limit testimony at evidentiary hearing by USA as to Chadrick E Fulks. (Daley, Robert) Modified on 8/13/2009 to correct linkage and to edit text(bshr, ). (Entered: 08/13/2009) |
| 08/18/2009 | 1221 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Chadrick E Fulks, status conference/motion hearing held on August 11, 2009, before Judge Joseph |

| | | |
|---|---|---|
| | | F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number (803) 256-7743. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/8/2009. Redacted Transcript Deadline set for 9/18/2009. Release of Transcript Restriction set for 11/16/2009. (gsmith, ) (Entered: 08/18/2009) |
| 08/21/2009 | 1222 | ORDER Petitioners counsel is ordered to provide immediate production to the government of the disks of scanned documents in counsels possession, together with the index to said scanned documents. The scanned documents are to be produced in their native form so that they are searchable. If counsel has been able to determine which documents were not scanned from the file boxes, counsel is directed to provide this information and the unscanned documents to the government. Any and all materials pertaining to communications and advice passing between Petitioner and trial counsel, John Blume, Sherri Johnson, and William Nettles, pretrial and trial, are ordered to be produced to the government immediately, whether the notes have been scanned or not. granting in part and denying in part 1213 Motion to limit testimony at evidentiary hearing as to Chadrick E Fulks (1) Signed by Honorable Joseph F Anderson, Jr on 8/20/09.(mflo, ) (Entered: 08/21/2009) |
| 08/24/2009 | 1224 | MOTION for Reconsideration re 1217 Status Conference; Hearing is rescheduled from 9/28/09 to 10/5/09 with petitioner (Fulks) to be present by video conference. by Chadrick E Fulks. (Attachments: # 1 Envelope)(mflo, ) (Entered: 08/24/2009) |
| 08/25/2009 | 1225 | ORDER the court directs counsel for petitioner to file a response by noon on August 31, 2009, explaining counsels position with respect to the issues outlined in this order. Should the government wish to file a response to Petitioners pro se motion, it should do so by noon on August 31, 2009 as to Chadrick E Fulks re 1224 MOTION for Reconsideration of Order for petitioner to appear by video conference for hearing on 10/5/09 filed by Chadrick E Fulks, ( Response to Motion due by 8/31/2009). Signed by Honorable Joseph F Anderson, Jr on 8/25/09.(mflo, ) (Entered: 08/25/2009) |
| 08/25/2009 | 1226 | MOTION for Reconsideration re 1222 Order on Motion for Miscellaneous Relief,,, by Chadrick E Fulks. Proposed Order sent to Judge Chambers email address? No. (Attachments: # 1 Exhibit Out-of-jurisdiction decision)(Small, Kirsten) (Entered: 08/25/2009) |
| 08/28/2009 | 1227 | RESPONSE in Opposition by USA as to Chadrick E Fulks re 1226 MOTION for Reconsideration re 1222 Order on Motion for Miscellaneous Relief,,, (Daley, Robert) (Entered: 08/28/2009) |
| 08/31/2009 | 1228 | RESPONSE to Motion by Chadrick E Fulks re 1224 MOTION for Reconsideration re 1217 Order on Motion for Miscellaneous Relief,,,,,, Order on Motion for Leave to Appear Pro Hac Vice,,,,,,,,,,,,,,,,,,,,,,,,, Status Conference,,,,, Reply to Response to Motion due by 9/11/2009 (Small, Kirsten) (Entered: 08/31/2009) |
| 09/02/2009 | 1230 | REPLY TO RESPONSE to Motion by Chadrick E Fulks re 1226 MOTION for Reconsideration re 1222 Order on Motion for Miscellaneous Relief,,, (Small, Kirsten) (Entered: 09/02/2009) |
| 09/08/2009 | 1231 | REPLY TO RESPONSE (pro se) to Motion by Chadrick E Fulks re 1224 MOTION for Reconsideration re 1217 Order on Motion for Miscellaneous Relief,Order on Motion for Leave to Appear Pro Hac Vice, Status Conference, 1226 MOTION for Reconsideration re 1222 Order on Motion for Miscellaneous Relief. (mflo, ) (Entered: 09/08/2009) |
| 09/11/2009 | 1234 | ORDER The court will permit Petitioner to participate in the hearing via satellite. To the extent that Petitioner seeks replacement counsel, the court denies the request. The court |

| | | |
|---|---|---|
| | | expects all future filings to be directed through counsel. If Petitioner submits any further pro se documents, they will be forwarded to Petitioners counsel and will not be docketed in the case or considered by the court.;denying 1224 Motion for Reconsideration re 1224 MOTION for Reconsideration re 1217 Order on Motion for Miscellaneous Relief, Order on Motion for Leave to Appear Pro Hac Vice, Status Conference, filed by Chadrick E Fulks, 1228 Response to Motion, filed by Chadrick E Fulks, 1231 Reply to Response, filed by Chadrick E Fulks as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 9/11/09.(mflo, ) (Entered: 09/11/2009) |
| 09/11/2009 | 1235 | ***DOCUMENT MAILED as to Chadrick E Fulks re 1234 Order on Motion for Reconsideration, placed in U.S. Mail to Chadrick E Fulks(Terminated) #16617-074 US Penitentiary Federal Death Row P.O. Box 12015 Terre Haute, IN 47801-2015 (mflo, ) (Entered: 09/11/2009) |
| 09/11/2009 | 1236 | ORDER granting in part and denying in part 1226 Motion for Reconsideration order of the court dated August 21, 2009 as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 9/11/09.(mflo, ) (Entered: 09/11/2009) |
| 09/14/2009 | 1248 | MOTION for Hearing, MOTION copy of entire file by Chadrick E Fulks. No proposed order (Attachments: # 1 Envelope)(mflo, ) (Entered: 09/24/2009) |
| 09/15/2009 | 1237 | NOTICE OF APPEAL (Interlocutory) by Chadrick E Fulks re 1222 Order on Motion for Miscellaneous Relief,,, 1236 Order on Motion for Reconsideration. The Docketing Statement form, Transcript Order form, and CJA 24 form may be obtained from the Fourth Circuit website at www.ca4.uscourts.gov (Small, Kirsten) (Entered: 09/15/2009) |
| 09/15/2009 | 1238 | MOTION Stay of Proceedings by Chadrick E Fulks. No proposed order(Small, Kirsten) (Entered: 09/15/2009) |
| 09/15/2009 | 1240 | ORDER denying 1238 Motion to stay proceedings as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 9/15/09.(mflo, ) (Entered: 09/15/2009) |
| 09/15/2009 | 1241 | Transmittal Sheet for Notice of Appeal to USCA as to Chadrick E Fulks to US Court of Appeals re 1237 Notice of Appeal - Interlocutory, The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (mflo, ) (Entered: 09/15/2009) |
| 09/15/2009 | 1243 | MOTION to Appoint Counsel by Brandon L Basham. Proposed order is being emailed to chambers with copy to opposing counsel (Attachments: # 1 Memo in Support) (Mimms, Julia) Modified on 9/16/2009 (mflo, )to correct filing date. (Entered: 09/16/2009) |
| 09/16/2009 | 1244 | DELETION OF ENTRY NUMBER 1242 as to Brandon L Basham Reason: Document incorporated into main document that should be attachment; Corrected Filing Document Number 1243 Modified filing date to that of original filing: 9/15/09 (mflo, ) (Entered: 09/16/2009) |
| 09/17/2009 | 1245 | ORDER of USCA The Court appoints Beattie B. Ashmore as lead counsel and Kirsten E. Small as co-counsel for the appellant pursuant to the provisions of 18 U.S.C. § 3599(c) and the Criminal Justice Act effective 09/15/2009. as to Chadrick E Fulks re 1237 Notice of Appeal - Interlocutory, (mflo, ) (Entered: 09/17/2009) |
| 09/18/2009 | 1247 | ORDER granting 1243 Motion to Appoint Counsel, Julia Mimms as local counsel. The appointment called for herein shall take effect if and when the petition for a Writ of Certiorari is denied in the Supreme Court. If the Writ is granted, this order shall be void and of no effect. Mr. Sands, Federal Public Defender for the District of Arizona is authorized to designate two attorneys from his office who are also qualified to represent Mr. Basham. If and when this order takes effect, these additional attorneys may seek |

| | | |
|---|---|---|
| | | admission pro hac vice and enter an appearance as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 9/17/09.(mflo, ) (Entered: 09/18/2009) |
| 09/24/2009 | 1249 | ORDER Cancelling Hearing for Argument on Petitioner's 28:2255 motion. Setting hearing for 10/5/09 at 2:30 on the issue of petitioner requesting a copy of his case file. Petitioner is to appear via satellite.granting 1248 Motion for Hearing as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 9/24/09.(mflo, ) (Entered: 09/24/2009) |
| 09/24/2009 | 1250 | NOTICE OF CANCELLATION OF HEARING: Motion Hearing on Motion to Vacate 1090 set for 10/5/2009 09:30 AM as to Chadrick E Fulks (mflo, ) (Entered: 09/24/2009) |
| 09/24/2009 | 1251 | NOTICE OF HEARING ON MOTION in case as to Chadrick E Fulks 1248 MOTION for Hearing on MOTION for copy of entire file : Defendant Fulks shall appear via satellite. Motion Hearing set for 10/5/2009 02:30 PM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) (Entered: 09/24/2009) |
| 09/25/2009 | 1252 | ***DOCUMENT MAILED as to Chadrick E Fulks re 1249 Order on Motion for Hearing, placed in U.S. Mail to Chadrick E Fulks #16617-074 US Penitentiary Federal Death Row P.O. Box 12015 Terre Haute, IN 47801-2015 (mflo, ) (Entered: 09/25/2009) |
| 09/28/2009 | 1253 | ORDER of USCA relative to the motion for stay pending appeal and the motion to place this case in abeyance, the Court denies the motion as to Chadrick E Fulks re 1237 Notice of Appeal - Interlocutory, (mflo, ) (Entered: 09/28/2009) |
| 10/02/2009 | 1254 | ***DOCUMENT REMAILED as to Chadrick E Fulks re 1249 Order on Motion for Hearing, placed in U.S. Mail to Chadrick E Fulks #16617-074 US Penitentiary Federal Death Row P.O. Box 33 Terre Haute, IN 47808. PO Box was incorrect. (mflo, ) (Entered: 10/02/2009) |
| 10/04/2009 | 1255 | MOTION conduct hearing ex parte re 1249 Order on Motion for Hearing, by Chadrick E Fulks. No proposed order (Attachments: # 1 Exhibit Unpublished Decisions)(Small, Kirsten) (Entered: 10/04/2009) |
| 10/05/2009 | 1256 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Chadrick E Fulks held on 10/5/2009 with defendant present by video conference; granting 1248 MOTION for Hearing; granting in part 1248 MOTION for copy of entire file filed by Chadrick E Fulks. Defendant informs the court that the sexual abuse portion of a claim in the 28:2255 motion will be abandoned. Counsel informs the court that the defendant has filed motion to stay with US Supreme Court. Court advises defendant not to file any pro se motions. Scanning process of materials not on CD's held in abeyance at this time. Court conducted Exparte Hearing on this date as well with defendant and defense counsel. Court Reporter Karen Martin.CJA Time 30 minutes. (mflo, ) (Entered: 10/06/2009) |
| 10/07/2009 | 1258 | ORDER With the consent of counsel for the government, the court granted petitioners motion to conduct the hearing ex parte. The court directed that Petitioner be provided a copy of the discs of already-scanned documents for his review at a reading room in the penitentiary at Terra Haute. Petitioner is not permitted to take notes during his review of the materials on the discs as to Chadrick E Fulks re 1255 MOTION conduct hearing ex parte re 1249 Order on Motion for Hearing, filed by Chadrick E Fulks, 1248 MOTION for Hearing MOTION copy of entire file filed by Chadrick E Fulks. Petitioner informed the court that he abandons Claim I(H) relating to being allegedly sexually abused. The court reiterated its directive to Petitioner to not file any more pro se motions with the court.. Signed by Honorable Joseph F Anderson, Jr on 10/6/09.(mflo, ) (Entered: 10/07/2009) |

6/8/23, 9:07 AM                                    CM/ECF - scd

| 10/07/2009 | 1259 | ***DOCUMENT MAILED as to Chadrick E Fulks re 1258 Order,,, placed in U.S. Mail to Chadrick E Fulks #16617-074 US Penitentiary Federal Death Row P.O. Box 33 Terre Haute, IN 47808 (mflo, ) (Entered: 10/07/2009) |
| --- | --- | --- |
| 12/17/2009 | 1265 | RESPONSE in Opposition by USA as to Chadrick E Fulks re 1190 MOTION for Leave to File *Supplemental Claim* (Attachments: # 1 Exhibit 1 - Officer's Report, # 2 Exhibit 2 - DNA test results, # 3 Exhibit 3 - FBI 302)(Daley, Robert) (Entered: 12/17/2009) |
| 12/21/2009 | 1266 | Consent MOTION for Extension of Time *to file reply* by Chadrick E Fulks. No proposed order(Small, Kirsten) (Entered: 12/21/2009) |
| 12/23/2009 | 1267 | TEXT ORDER granting 1266 Motion for Extension of Time to File Reply to Motion to Supplement until 1/11/10 as to Chadrick E Fulks (1). Directed by Honorable Joseph F Anderson, Jr on 12/23/09.(mflo, ) (Entered: 12/23/2009) |
| 12/23/2009 | 1268 | ORDER of USCA The Court grants the motion and dismisses the appeal as to Chadrick E Fulks re 1237 Notice of Appeal - Interlocutory, (mflo, ) (Entered: 12/23/2009) |
| 12/23/2009 | 1269 | USCA JUDGMENT the decision of this Court, the appeal is dismissed. This judgment shall take effect upon issuance of this Court's mandate as to Chadrick E Fulks re 1237 Notice of Appeal - Interlocutory, (mflo, ) (Entered: 12/23/2009) |
| 12/31/2009 | 1270 | MOTION to Appoint Counsel by Chadrick E Fulks. No proposed order(Small, Kirsten) (Entered: 12/31/2009) |
| 01/05/2010 | 1271 | ORDER of USCA Upon consideration of the parties joint motion to issue the mandate forthwith, the Court grants the motion as to Chadrick E Fulks re 1237 Notice of Appeal - Interlocutory, (mflo, ) (Entered: 01/05/2010) |
| 01/05/2010 | 1272 | MANDATE of USCA The judgment of this Court, entered December 23, 2009, takes effect today as to Chadrick E Fulks re 1237 Notice of Appeal - Interlocutory, (mflo, ) (Entered: 01/05/2010) |
| 01/06/2010 | 1273 | NOTICE OF HEARING ON MOTION in case as to Chadrick E Fulks 1090 MOTION to Vacate under 28 U.S.C. 2255 : Motion Hearing set for 2/22/2010 09:30 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. Defendant is to be present by video conference.(mflo, ) (Entered: 01/06/2010) |
| 01/08/2010 | 1274 | ORDER from the United States Supreme Court as to Chadrick E Fulks; The order heretofore issued on October 19, 2009, is hereby vacated. The application for stay is, in all respects, denied. Signed by Chief Justice John G. Roberts, Jr. on 12/11/09.(mflo, ) (Entered: 01/08/2010) |
| 01/11/2010 | 1275 | REPLY TO RESPONSE to Motion by Chadrick E Fulks re 1190 MOTION for Leave to File *Supplemental Claim* (Small, Kirsten) (Entered: 01/11/2010) |
| 01/13/2010 | 1276 | NOTICE OF HEARING as to Chadrick E Fulks Telephone Conference set for 1/15/2010 10:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. Parties to conference one another and tie in the court at 803-765-5136.(mflo, ) (Entered: 01/13/2010) |
| 01/14/2010 | 1277 | NOTICE OF CANCELLATION OF HEARING: Telephone Conference set for 1/15/2010 10:00 AM as to Chadrick E Fulks (mflo, ) (Entered: 01/14/2010) |
| 01/19/2010 | 1278 | ORDER denying 1270 Motion to Appoint Supplemental Counsel as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 1/19/10.(mflo, ) (Entered: 01/19/2010) |

JA0111

6/8/23, 9:07 AM                                    CM/ECF - scd

| 01/29/2010 | 1280 | MOTION for Hearing *Status Conference* by Chadrick E Fulks. No proposed order (Attachments: # 1 Exhibit Exhibit A)(Small, Kirsten) (Entered: 01/29/2010) |
| 02/01/2010 | 1281 | NOTICE OF HEARING as to Chadrick E Fulks Telephone Conference set for 2/2/2010 04:00 PM before Honorable Joseph F Anderson Jr. Counsel are directed to conference with one another and call chambers at 803-765-5136 to tie in Judge Anderson.(mflo, ) (Entered: 02/01/2010) |
| 02/01/2010 | 1282 | MOTION for Writ of Habeas Corpus ad testificandum *for appearance at evidentiary hearing* by Chadrick E Fulks. No proposed order (Attachments: # 1 Exhibit Exhibit A) (Small, Kirsten) (Entered: 02/01/2010) |
| 02/02/2010 | 1284 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: granting 1280 Motion for Hearing as to Chadrick E Fulks (1); Telephone Conference as to Chadrick E Fulks held on 2/2/2010. Defendant states live witnesses and request witness Sherri Johnson be by telephone. Discussion of defendant being able to have confidential conversations with counsel if defendant appears by video conference. Court has set aside 2 weeks for hearing. Court Reporter Dan Mayo.CJA Time 30 minutes. (mflo, ) (Entered: 02/02/2010) |
| 02/12/2010 | 1288 | MOTION reinstatement of Claim I(H) by Chadrick E Fulks. No proposed order (Attachments: # 1 Exhibit A (Declaration of Chad Fulks), # 2 Exhibit B (Declaration of Harry Krop, PhD))(Small, Kirsten) (Entered: 02/12/2010) |
| 02/12/2010 | 1291 | ORDER it will be necessary to adjourn the hearing in the above entitled action no later than 1:00 p.m. on Thursday, February 25, 2010. The court will resume the hearing Friday, February 26, 2010 at 9:30 a.m. as to Chadrick E Fulks. Signed by Honorable Joseph F Anderson, Jr on 2/12/10.(mflo, ) (Entered: 02/12/2010) |
| 02/12/2010 | 1292 | MOTION to Continue *as to claims I(H), XX, and XXI only* by Chadrick E Fulks. No proposed order(Small, Kirsten) (Entered: 02/12/2010) |
| 02/15/2010 | 1295 | Additional Attachments to Main Document 1157 Response in Opposition, (Daley, Robert) (Entered: 02/15/2010) |
| 02/21/2010 | 1296 | RESPONSE to Motion by USA as to Chadrick E Fulks re 1288 MOTION reinstatment of Claim I(H), 1292 MOTION to Continue *as to claims I(H), XX, and XXI only* Reply to Response to Motion due by 3/1/2010 (Daley, Robert) (Entered: 02/21/2010) |
| 02/22/2010 | 1297 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Chadrick E Fulks held on 2/22/2010; Defendant, Fulks present by video conference with a phone available to speak with attorneys as needed. Court will go forward on the 2255 amended motion to vacate sentence. Counsel for the defendant informs the court they have not abandoned any claims as stated in the amended motion to vacate sentence. Counsel agree on exhibits by defendant #s 2-99 and Government #s 1-62 to be entered; Opening statements; witness and exhibits; Court will seal exhibit P55 by defendant due to personal identifiers; Court in recess until 2/23/10 at 9:00am. re 1090 MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks, 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks. Court Reporter Gary Smith.CJA Time 8 hours. (mflo, ) (Entered: 02/23/2010) |
| 02/23/2010 | 1299 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Chadrick E Fulks held on 2/23/2010. Fulks present by video conference with a phone available to speak with attorneys as needed. Witnesses and exhibits; Government withdraws exhibit #38; Exparte hearing held with defense team and defendant only. Court in recess until 2/24/10 at 9:30. re 1090 MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks, 1123 Amended MOTION to Vacate under 28 |

JA0112

| | | U.S.C. 2255 filed by Chadrick E Fulks. Court Reporter Gary Smith.CJA Time 8 hours 30 minutes. (mflo, ) (Entered: 02/24/2010) |
|---|---|---|
| 02/24/2010 | 1300 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Chadrick E Fulks held on 2/24/2010; Fulks present by video conference with a phone available to speak with attorneys as needed. Witnesses and exhibits; Government withdraws objection to exhibit P1 the declaration of Heather Roche, this exhibit is now entered. Exparte hearing held with defense team and defendant only. Court in recess until 2/25/10 at 9:00. re 1090 MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks, 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks. Court Reporter Gary Smith.CJA Time 8 hours 30 minutes. (mflo, ) (Entered: 02/25/2010) |
| 02/25/2010 | 1302 | Additional Attachments to Main Document 1157 Response in Opposition, (Daley, Robert) (Entered: 02/25/2010) |
| 02/25/2010 | 1303 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Chadrick E Fulks held on 2/25/2010; Fulks present by video conference with a phone available to speak with attorneys as needed. Witness by telephone and exhibits; court in recess until 2/26/10 at 9:30; re 1090 MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks, 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks. Court Reporter Gary Smith.CJA Time 2 hours. (mflo, ) (Entered: 02/26/2010) |
| 02/26/2010 | 1304 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Chadrick E Fulks held on 2/26/2010; Fulks present by video conference with a phone available to speak with attorneys as needed. Exhibits P4 and P56 are withdrawn. Oral arguments on petitioners/defendants amended 2255 motion to vacate on claims 17, 7, 28, 1, 18, 19 and 5. Counsel to argue claim 33 on Monday 3/1/10. Court in recess until 3/1/10 at 9:30; re 1090 MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks, 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks. Court Reporter Gary Smith.CJA Time 5 hours 15 minutes. (mflo, ) (Entered: 02/26/2010) |
| 02/28/2010 | 1305 | AFFIDAVIT by USA as to Chadrick E Fulks (Attachments: # 1 Exhibit 63 - Declaration of Jeffrey M. Long)(Daley, Robert) (Entered: 02/28/2010) |
| 02/28/2010 | 1306 | Additional Attachments to Main Document 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 (Small, Kirsten) (Entered: 02/28/2010) |
| 03/01/2010 | 1307 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Chadrick E Fulks held on 3/1/2010; Fulks present by video conference with a phone available to speak with attorneys as needed. Oral arguments on petitioners/defendants amended 2255 motion to vacate on claim 33; Closing arguments; Court exhibit; Government submits exhibit #63 affidavit of Agent Long; Court takes motion under advisement and will file written order re 1090 MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks, 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks. Court Reporter Gary Smith.CJA Time 3 hours. (mflo, ) (Entered: 03/01/2010) |
| 03/01/2010 | 1308 | EXHIBIT LIST from 28:2255 motion to vacate sentence hearing by petitioner/defendant Chadrick Fulks (mflo, ) (Entered: 03/01/2010) |
| 03/01/2010 | 1309 | EXHIBIT LIST by Government for 28:2255 motion to vacate sentence hearing as to Chadrick Fulks. (mflo, ) (Main Document 1309 replaced on 3/3/2010) (mflo, ). (Entered: 03/01/2010) |

6/8/23, 9:07 AM                                              CM/ECF - scd

| 03/04/2010 | 1312 | Additional Attachments to Main Document 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 (Small, Kirsten) (Entered: 03/04/2010) |
| --- | --- | --- |
| 04/27/2010 | 1314 | MOTION to Withdraw as Attorney by Pro Bono Counsel. by Chadrick E Fulks. No proposed order(Small, Kirsten) (Entered: 04/27/2010) |
| 04/28/2010 | 1315 | TEXT ORDER granting 1314 Motion to Withdraw as Attorney as to Chadrick E Fulks. Amy J. Laurendeau, David P. Dalke, Kymberleigh Damron-Hsiao, Danielle N. Oakley, and Stephanie L. Noble of the firm of O'Melveny & Myers are withdrawn as pro bono counsel of record for Fulks. Directed by Honorable Joseph F Anderson, Jr on 4/28/2010. (ghay) (Entered: 04/28/2010) |
| 06/14/2010 | 1317 | MOTION requesting punishment for the crimes and to drop all appeals and request my right to a fast and speedy execution by Brandon L Basham. No proposed order (Attachments: # 1 Envelope)(mflo, ) (Entered: 06/15/2010) |
| 07/20/2010 | 1318 | MOTION for Leave to Appear Pro Hac Vice Attorney: Michael L. Burke. by Brandon L Basham. No proposed order(Mimms, Julia) (Entered: 07/20/2010) |
| 07/20/2010 | 1319 | MOTION for Leave to Appear Pro Hac Vice Attorney: Sarah E. Stone. by Brandon L Basham. No proposed order(Mimms, Julia) (Entered: 07/20/2010) |
| 07/21/2010 | 1321 | MOTION Waiver of Pro Hac Vice Fees re 1318 MOTION for Leave to Appear Pro Hac Vice Attorney: Michael L. Burke., 1319 MOTION for Leave to Appear Pro Hac Vice Attorney: Sarah E. Stone. by Brandon L Basham. No proposed order (Attachments: # 1 Exhibit, # 2 Exhibit)(Mimms, Julia) (Entered: 07/21/2010) |
| 07/22/2010 | 1322 | DELETION OF DOCKET ENTRY NUMBER 1320 as to Brandon L Basham Reason: at the request of the filer; Corrected Filing Document Number 1321 Modified filing date to that of original filing: 7/21/10 (mflo, ) . (Entered: 07/22/2010) |
| 07/27/2010 | 1323 | ORDER granting 1318 Motion for Leave to Appear Pro Hac Vice Michael L. Burke as to Brandon L Basham (2); granting 1319 Motion for Leave to Appear Pro Hac Vice Sarah E. Stone as to Brandon L Basham (2); granting 1321 Motion for Waiver of Pro Hac Vice Fees as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 7/27/10.(mflo, ) (Entered: 07/27/2010) |
| 08/03/2010 | 1326 | ORDER the court finds no merit to any of the grounds of error asserted and the petition is denied as to Chadrick E Fulks; re 1090 MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks; and 1123 Amended MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks. The court issues a certificate of appealability as to Claims 1 through 28, and 32. The court denies a certificate of appealability on Claims 29,30 and 31.. Signed by Honorable Joseph F Anderson, Jr on 8/3/10.(mflo, ) (Entered: 08/03/2010) |
| 08/03/2010 | 1327 | JUDGMENT on 28:2255 PETITION as to Chadrick E Fulks re: 1090 MOTION to Vacate under 28 U.S.C. 2255, 1123 Amended MOTION to Vacate under 28 U.S.C. 2255. The court having heard the merits in an evidentiary hearing, denies §2255 petition as to all 33 claims asserted. IT IS ORDERED AND ADJUDGED that petitioner, Chadrick Evans Fulks shall take nothing on the petition filed pursuant to 28 USC § 2255 and this action is dismissed with prejudice. (mflo, ) (Main Document 1327 replaced on 8/3/2010) (mflo, ). (Entered: 08/03/2010) |
| 08/11/2010 | 1329 | MOTION to Vacate *Entry of Judgment Pending Completion and Delivery of Official Transcripts of 2255 Hearing* by Chadrick E Fulks as to Chadrick E Fulks. No proposed order(Ashmore, Beattie) Modified on 8/23/2010 to edit text (mflo, ). (Entered: 08/11/2010) |

JA0114

| | | |
|---|---|---|
| 08/12/2010 | 1330 | ORDER The court hereby vacates the judgment in this case and will re-enter the judgment after the official versions of all transcripts have been filed with the Clerk.granting 1329 Motion to Vacate Judgment filed 8/3/10 as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 8/12/10.(mflo, ) (Entered: 08/12/2010) |
| 08/12/2010 | 1331 | ***DOCUMENT E-MAILED as to Chadrick E Fulks re 1330 Order on Motion to Vacate 2255 Judgment, to Gary Smith, Court Reporter (mflo, ) (Entered: 08/12/2010) |
| 08/16/2010 | 1332 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Chadrick E Fulks held on February 22, 2010, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number (803) 256-7743. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 9/7/2010. Redacted Transcript Deadline set for 9/16/2010. Release of Transcript Restriction set for 11/15/2010. (gsmith, ) (Entered: 08/16/2010) |
| 08/16/2010 | 1334 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Chadrick E Fulks held on February 23, 2010, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number (803) 256-7743. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 9/7/2010. Redacted Transcript Deadline set for 9/16/2010. Release of Transcript Restriction set for 11/15/2010. (gsmith, ) (Entered: 08/16/2010) |
| 08/16/2010 | 1336 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Chadrick E Fulks held on February 24, 2010, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number (803) 256-7743. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 9/7/2010. Redacted Transcript Deadline set for 9/16/2010. Release of Transcript Restriction set for 11/15/2010. (gsmith, ) (Entered: 08/16/2010) |
| 08/16/2010 | 1337 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Chadrick E Fulks held on February 25, 2010, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number (803) 256-7743. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 9/7/2010. Redacted Transcript Deadline set for 9/16/2010. Release of Transcript Restriction set for 11/15/2010. (gsmith, ) (Entered: 08/16/2010) |
| 08/16/2010 | 1338 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Chadrick E Fulks held on February 26, 2010, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number (803) 256-7743. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due |

| | | |
|---|---|---|
| | | 9/7/2010. Redacted Transcript Deadline set for 9/16/2010. Release of Transcript Restriction set for 11/15/2010. (gsmith, ) (Entered: 08/16/2010) |
| 08/16/2010 | 1339 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Chadrick E Fulks held on March 1, 2010, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number (803) 256-7743. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 9/7/2010. Redacted Transcript Deadline set for 9/16/2010. Release of Transcript Restriction set for 11/15/2010. (gsmith, ) (Entered: 08/16/2010) |
| 08/20/2010 | 1343 | ORDER TO VACATE 1326 Order ; The Clerk is directed to vacate the August 3, 2010 order on the docket, and re-enter the courts order as of this date. Minor changes to the August 3, 2010 order have been made to reflect references to hearing transcript pages that were renumbered when the official transcript was filed. Judgment shall be entered forthwith as to Chadrick E Fulks.. Signed by Honorable Joseph F Anderson, Jr on 8/20/10.(mflo, ) (Entered: 08/20/2010) |
| 08/20/2010 | 1344 | ORDER the court finds no merit to any of the grounds of court error asserted and the petition is denied as to Chadrick E Fulks; re 1090 MOTION to Vacate under 28 U.S.C. 2255 filed by Chadrick E Fulks; and 1123 Amended MOTION to Vacate under 28 U.S.C. 2 255 filed by Chadrick E Fulks. The court issues a certificate of appealability as to Claims 1 through 28, and 32. The court denies a certificate of appealability on Claims 29,30 and 31. Signed by Honorable Joseph F Anderson, Jr on 8/20/10.(mflo, ) (Entered: 08/20/2010) |
| 08/20/2010 | 1345 | JUDGMENT on 28:2255 PETITION as to Chadrick E Fulks re: 1090 MOTION to Vacate under 28 U.S.C. 2255, 1123 Amended MOTION to Vacate under 28 U.S.C. 2255. The court having heard the merits in an evidentiary hearing, denies §2255 petition as to all 33 claims asserted. IT IS ORDERED AND ADJUDGED that petitioner, Chadrick Evans Fulks shall take nothing on the petition filed pursuant to 28 USC § 2255 and this action is dismissed with prejudice.(mflo, ) (Main Document 1345 replaced on 8/23/2010 to correct date of entry) (mflo, ). (Entered: 08/20/2010) |
| 08/24/2010 | 1347 | MOTION to Amend/Correct 1344 Order, *Motion for Clarification* by Chadrick E Fulks. No proposed order(Small, Kirsten) (Entered: 08/24/2010) |
| 08/25/2010 | 1348 | ORDER the order of August 20, 2010 is hereby amended as follows: The Court has reviewed its order and pursuant to Rule 11(a) of the Rules Governing Section 2254 and Section 2255 cases, issues a certificate of appealability as to Claims 1 through 29 and 33. As to Claims 30, 31, and 32, the petitioner has not made a substantial showing of the denial of a constitutional right, and therefore, a certificate of appealability is denied as to these Claims. granting 1347 Motion to Amend/Correct 1344 Order for clarification as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 8/25/10.(mflo, ) (Entered: 08/25/2010) |
| 08/27/2010 | 1349 | MOTION to Substitute Attorney by Chadrick E Fulks. No proposed order(Small, Kirsten) (Entered: 08/27/2010) |
| 08/30/2010 | 1350 | MOTION Access to ECF for Case File by Brandon L Basham. No proposed order(Mimms, Julia) (Entered: 08/30/2010) |
| 09/03/2010 | 1351 | ORDER granting 1349 Motion to Substitute Attorney as to Chadrick E Fulks (1), substituting Billy H. Nolas as counsel of record for Chadrick E Fulks and allowing |

| | | |
|---|---|---|
| | | Beattie B Ashmore to withdraw as counsel. Signed by Honorable Joseph F Anderson, Jr on 09/03/2010.(bshr, ) (Entered: 09/03/2010) |
| 09/16/2010 | 1355 | TEXT ORDER granting 1350 Motion Access to ECF for Case File as to Brandon L Basham (2). Directed by Honorable Joseph F Anderson, Jr on 9/16/10.(mflo, ) (Entered: 09/16/2010) |
| 09/17/2010 | 1356 | MOTION to Alter Judgment by Chadrick E Fulks. No proposed order (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit Exhibit A (Partee Declaration), # 3 Exhibit Exhibit B (Coggiola Declaration), # 4 Exhibit Exhibit C (Newberger Declaration), # 5 Exhibit Exhibit D (Hill Declaration), # 6 Exhibit Exhibit E (Krop Declaration), # 7 Exhibit Exhibit F (Lambert Jr. Declaration), # 8 Exhibit Exhibit G (Lambert Sr. Declaration), # 9 Exhibit Exhibit H (Maynard Declaration), # 10 Exhibit Exhibit I (Starks Declaration), # 11 Exhibit Exhibit J (Kaasee Declaration), # 12 Exhibit Exhibit K (Melikian Declaration), # 13 Exhibit Exhibit L (Hilkey Declaration), # 14 Exhibit Exhibit M (Halleck Declaration), # 15 Exhibit Exhibit N (McGuffin Declaration), # 16 Exhibit Exhibit O (Fowler Declaration), # 17 Exhibit Exhibit P (Oswalt Declaration), # 18 Exhibit Exhibit Q (Evans Declaration), # 19 Exhibit Exhibit R (Court Records)) (Small, Kirsten) (Attachment 19 replaced to redact SSN and DOB on 9/20/2010) (mflo, ). See 1359 and 1373 for an additional exhibit (mflo, ). (Attachment 4 replaced on 5/13/2011) (SSW). (Entered: 09/17/2010) |
| 09/29/2010 | 1357 | MOTION for Extension of Time to File Response/Reply as to 1356 MOTION to Alter Judgment by USA as to Chadrick E Fulks. No proposed order(Ewing, Jimmie) (Entered: 09/29/2010) |
| 09/30/2010 | 1358 | TEXT ORDER granting Government's 1357 Motion for Extension of Time to File Response/Reply as to Petitioner's Motion to Alter or Amend Judgment as to Chadrick E Fulks. The Government's response shall be due on or before October 12, 2010. Directed by Honorable Joseph F Anderson, Jr on 9/30/2010. (ghay) (Entered: 09/30/2010) |
| 10/04/2010 | 1359 | Additional Attachments to Main Document 1356 MOTION to Alter Judgment (Small, Kirsten) (Entered: 10/04/2010) |
| 10/12/2010 | 1360 | RESPONSE in Opposition by USA as to Chadrick E Fulks re 1356 MOTION to Alter Judgment (Attachments: # 1 Exhibit 1 - Declaration of Jeffrey Bruning, # 2 Exhibit 2- copy of check issued to Amber Fowler)(Daley, Robert) (Entered: 10/12/2010) |
| 10/15/2010 | 1362 | Consent MOTION for Extension of Time to File Response/Reply as to 1360 Response in Opposition *to 1356 Motion to Alter or Amend* by Chadrick E Fulks. No proposed order(Small, Kirsten) (Entered: 10/15/2010) |
| 10/15/2010 | 1363 | TEXT ORDER granting Petitioner's 1362 Motion for Extension of Time to File Reply to Motion to Alter or Amend Judgment as to Chadrick E Fulks. The Petitioner's reply shall be due on or before November 1, 2010. Directed by Honorable Joseph F Anderson, Jr on 10/15/2010. (ghay) (Entered: 10/15/2010) |
| 11/01/2010 | 1364 | REPLY TO RESPONSE to Motion by Chadrick E Fulks re 1356 MOTION to Alter Judgment (Attachments: # 1 Exhibit Revised Index of Exhibits, # 2 Exhibit Exhibit T (Second Declaration of Amber Fowler))(Small, Kirsten) (Entered: 11/01/2010) |
| 11/08/2010 | 1365 | NOTICE OF HEARING ON MOTION in case as to Chadrick E Fulks 1356 MOTION to Alter Judgment : Motion Hearing set for 12/8/2010 10:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr.; Defendant Chadrick E Fulks shall appear by video conference (mflo, ) Modified on 11/17/2010 to add text(mflo, ). (Entered: 11/08/2010) |

| | | |
|---|---|---|
| 12/02/2010 | <u>1368</u> | MOTION for Leave to Appear Pro Hac Vice Attorney: Amy Gershenfeld Donnella. by Chadrick E Fulks. Proposed order is being emailed to chambers with copy to opposing counsel (Attachments: # <u>1</u> Exhibit Application)(Small, Kirsten) (Entered: 12/02/2010) |
| 12/02/2010 | 1369 | TEXT ORDER granting <u>1368</u> Motion for Leave to Appear Pro Hac Vice of Amy Gershenfeld Donnella (FCD CHU) as co-counsel for Chadrick E Fulks (Kirsten Small, local counsel). Signed by Honorable Joseph F Anderson, Jr on 12/2/2010. (ghay) (Entered: 12/02/2010) |
| 12/08/2010 | 1371 | Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Chadrick E Fulks held on 12/8/2010 with defendant Fulks present by video conference; taking under advisement <u>1356</u> MOTION to Alter Judgment filed by Chadrick E Fulks. Court waives pro hac vice filing fee for attorneys Donnella and Nolas. FBI agents sequestered for a portion of hearing; Court takes under advisement request from defense counsel for an evidentiary hearing re: affidavits of McGuffin, Fowler, Oswalt and Evans. Court to file written order. Court Reporter Daniel Mayo. CJA Time 2 hours 45 minutes. (mflo, ) (Entered: 12/08/2010) |
| 12/08/2010 | <u>1372</u> | EXHIBIT LIST from motion to alter judgment hearing. Exhibits 100-117 were attached to <u>1356</u> motion. Exhibits 100 - 121 have been placed in the Clerk's Office vault until after all appeals have expired. (mflo, ) (Entered: 12/08/2010) |
| 12/14/2010 | <u>1373</u> | Additional Attachments to Main Document <u>1356</u> MOTION to Alter Judgment (Attachments: # <u>1</u> Exhibit Index of Exhibits 100-121, # <u>2</u> Exhibit #118 Declaration of Arlene Andrews, # <u>3</u> Exhibit #119 Second Declaration of Amber Fowler, # <u>4</u> Exhibit #120 Correspondence, # <u>5</u> Exhibit #121 Credentials of Jonathan Gasser)(Small, Kirsten) (Entered: 12/14/2010) |
| 01/12/2011 | <u>1375</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Chadrick E Fulks held on December 8, 2010, before Judge Joseph F. Anderson, Jr.. Court Reporter/Transcriber Dan Mayo, Telephone number 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 2/2/2011. Redacted Transcript Deadline set for 2/14/2011. Release of Transcript Restriction set for 4/12/2011. (dmayo, ) (Entered: 01/12/2011) |
| 01/13/2011 | <u>1376</u> | **ORDER denying <u>1356</u> Motion to Alter Judgment pursuant to Rule 59(e) of theFederal Rules of Civil Procedure to alter or amend this courts order denying defendants motion to vacate his sentence under 28 U.S.C. § 2255 as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 1/13/11.(mflo, ) (Entered: 01/13/2011)** |
| 02/09/2011 | <u>1381</u> | PRO SE MOTION to Dismiss any appeal or in the alternative a MOTION to Withdraw any notice of appeal to <u>1376</u> Order on Motion to Alter Judgment, by Chadrick E Fulks. No proposed order (Attachments: # <u>1</u> Envelope)(mflo, ) (Entered: 02/09/2011) |
| 03/02/2011 | <u>1383</u> | WITHDRAWAL of Motion by Chadrick E Fulks re <u>1381</u> MOTION to Dismiss MOTION to Withdraw Document <u>1376</u> Order on Motion to Alter Judgment, filed by Chadrick E Fulks (Attachments: # <u>1</u> Exhibit A - Signed Notice)(Small, Kirsten) (Entered: 03/02/2011) |
| 03/02/2011 | <u>1384</u> | NOTICE OF APPEAL OF FINAL JUDGMENT by Chadrick E Fulks re <u>1344</u> Order, <u>1348</u> Order on Motion to Amend/Correct,, <u>1376</u> Order on Motion to Alter Judgment, - The Docketing Statement form, Transcript Order form, and CJA 24 form may be obtained from the Fourth Circuit website at www.ca4.uscourts.gov. If applicable, the |

|  |  | original CJA 24 form must be sent to the clerk's office upon filing of the Transcript Order form. (Small, Kirsten) (Main Document 1384 replaced on 3/3/2011 to correct dates within the document) (mflo, ). (Entered: 03/02/2011) |
|---|---|---|
| 03/03/2011 | 1385 | Transmittal Sheet for Notice of Appeal to USCA as to Chadrick E Fulks to US Court of Appeals re 1384 Notice of Appeal - Final Judgment. The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (bshr, ) (Entered: 03/04/2011) |
| 03/07/2011 | 1388 | ORDER of USCA The Court appoints Kirsten Elena Small as lead counsel as to Chadrick E Fulks re 1384 Notice of Appeal - Final Judgment,, (mflo, ) (Entered: 03/07/2011) |
| 03/07/2011 | 1389 | ORDER of USCA The Court appoints the Federal Defender for the District of Pennsylvania as co-counsel as to Chadrick E Fulks re 1384 Notice of Appeal - Final Judgment,, (mflo, ) (Entered: 03/07/2011) |
| 05/19/2011 | 1391 | DEFENDANT'S Waiver of Any and All Proceedings Pursuant to 28 U.S.C. 2255 by Brandon L Basham (Attachments: # 1 Notice to the Court and Counsel, # 2 Cover Letter to the Clerk, # 3 Envelope)(bshr, ) (Entered: 05/20/2011) |
| 05/31/2011 | 1393 | MOTION to Vacate under 28 U.S.C. § 2255 by Brandon L Basham. No proposed order (Attachments: # 1 Exhibit Index, # 2 Exhibit 1 thru 8, # 3 Exhibit 9 part 1, # 4 Exhibit 9 part 2, # 5 Exhibit 9 part 3, # 6 Exhibit 9 part 4, # 7 Exhibit 10 thru 11, # 8 Exhibit 12 thru 16, # 9 Exhibit 17 thru 21)(Burke, Michael) Civil case 4:11-cv-70079-JFA opened. (Entered: 05/31/2011) |
| 06/01/2011 | 1394 | AMENDED MOTION to Vacate under 28 U.S.C. § 2255 by Brandon L Basham.To add Certification at the end of the motion. (Attachments: # 1 Exhibit Index, # 2 Exhibit 1 thru 8, # 3 Exhibit 9 part 1, # 4 Exhibit 9 part 2, # 5 Exhibit 9 part 3, # 6 Exhibit 9 part 4, # 7 Exhibit 10 thru 11, # 8 Exhibit 12 thru 16, # 9 Exhibit 17 thru 21)(Burke, Michael) Modified on 6/3/2011 to add text (mflo, ). (Entered: 06/01/2011) |
| 06/08/2011 | 1395 | NOTICE OF HEARING as to Brandon L Basham Telephone/Status Conference set for 6/10/2011 03:00 PM before Honorable Joseph F Anderson Jr. The defense team is requested to set up conference call with government attorneys and Judge Anderson. (mflo, ) (Entered: 06/08/2011) |
| 06/09/2011 | 1396 | NOTICE OF RESCHEDULED HEARING as to Brandon L Basham Telephone/Status Conference set for 6/10/2011 03:00 PM cancelled and rescheduled to: Status Conference set for 6/29/2011 10:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. Defendant will be present by video conference. (mflo, ) (Entered: 06/09/2011) |
| 06/29/2011 | 1397 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Status Conference as to Brandon L Basham held on 6/29/2011; Defendant present by video conference. Court to appoint Forensic Psychiatrist to evaluate the defendant on motion to withdraw all appeals; Government to file response to petition by 9/30/11 and defendant to file reply by 11/30/11 ( Response to Motion due by 9/30/2011 Reply due by 11/30/2011). Court Reporter Kathy Richardson. CJA Time 45 minutes. (mflo, ) (Entered: 06/30/2011)** |
| 07/15/2011 | 1399 | Joint MOTION for Psychiatric Treatment *(Joint Notice of Proposed Psychiatric Experts to Conduct Competency Evaluation of Defendant Brandon Leon Basham)* by Brandon L Basham and USA. No proposed order(Burke, Michael) Modified on 7/18/2011 to add all filers(mflo, ). (Entered: 07/15/2011) |

JA0119

| 07/19/2011 | 1400 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of status conference as to Brandon L Basham held on June 29, 2011, before Judge Joseph F. Anderson, Jr.. Court Reporter/Transcriber Kathleen Richardson, Telephone number/E-mail (803)779-6709 or Kathleen_Richardson@scd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 8/9/2011. Redacted Transcript Deadline set for 8/19/2011. Release of Transcript Restriction set for 10/17/2011. (kari, ) (Entered: 07/19/2011) |
|---|---|---|
| 07/22/2011 | 1401 | **ORDER FOR PSYCHIATRIC EVALUATION TO DETERMINE COMPETENCY the defendant has filed a pro se motion indicating his desire to withdraw all appeals and proceed to execution in this case. Before the court can act upon the request by Mr. Basham to withdraw his appeals and challenges to his conviction, the court must make a determination as to the competency of Mr. Basham. The court appoints Dr. Richard L. Frierson as the court's expert for purposes of conducting a full mental examination of Brandon Leon Basham and reporting his findings to the court as to Brandon L Basham. Signed by Honorable Joseph F Anderson, Jr on 7/22/11.(mflo, ) (Entered: 07/22/2011)** |
| 07/25/2011 | 1403 | ***DOCUMENT MAILED as to Brandon L Basham re 1401 Order for Psychiatric Exam, placed in U.S. Mail to CHARLES LOCKETT, WARDEN USP TERRE HAUTE U.S. PENITENTIARY 4700 BUREAU ROAD SOUTH TERRE HAUTE, IN 47802 (mflo, ) (Entered: 07/25/2011) |
| 07/25/2011 | 1404 | ***DOCUMENT E-MAILED as to Brandon L Basham re 1401 Order for Psychiatric Exam, to Dr. Richard L. Frierson (mflo, ) (Entered: 07/25/2011) |
| 07/25/2011 | 1405 | ***DOCUMENT MAILED as to Brandon L Basham re 1401 Order for Psychiatric Exam, placed in U.S. Mail to Dr. Richard L. Frierson USC School of Medicine University Specialty Clinics 15 Medical Park, Ste. 141 Columbia, S.C. 29203 (mflo, ) (Entered: 07/25/2011) |
| 07/29/2011 | 1406 | **CJA 30 as to Brandon L Bashem: Appointment of Attorney Julia G Mimms. Signed by Honorable Joseph F Anderson, Jr on 6/1/10.(mflo, ) (Entered: 07/29/2011)** |
| 07/29/2011 | 1407 | **ORDER FOR PSYCHIATRIC EVALUATION TO DETERMINE COMPETENCY the defendant has filed a pro se motion indicating his desire to withdraw all appeals and proceed to execution in this case. Before the court can act upon the request by Mr. Basham to withdraw his appeals and challenges to his conviction, the court must make a determination as to the competency of Mr. Basham. The court appoints Dr. George F. Parker as the court's expert for purposes of conducting a full mental examination of Brandon Leon Basham and reporting his findings to the court as to Brandon L Basham. ORDER TO VACATE 1401 ORDER FOR PSYCHIATRIC EXAM as to Brandon L Basham. Signed by Honorable Joseph F Anderson, Jr on 7/29/11. (Attachments: # 1 Dr. George Parker CV)(mflo, ) (Entered: 07/29/2011)** |
| 07/29/2011 | 1408 | ***DOCUMENT MAILED as to Brandon L Basham re 1407 Order to Vacate, Order for Psychiatric Exam, placed in U.S. Mail to CHARLES LOCKETT, WARDEN USP TERRE HAUTE U.S. PENITENTIARY 4700 BUREAU ROAD SOUTH TERRE HAUTE, IN 47802 and George E. Parker, M.D. IU Department of Psychiatry 1111 West 10th Street Indianapolis, IN 46202 (mflo, ) (Entered: 07/29/2011) |
| 09/20/2011 | 1410 | MOTION for Extension of Time to File Response/Reply as to 1394 MOTION to Vacate under 28 U.S.C. § 2255 by USA as to Brandon L Basham. No proposed order(Daley, |

6/8/23, 9:07 AM              CM/ECF - scd

| | | |
|---|---|---|
| | | Robert) (Entered: 09/20/2011) |
| 09/22/2011 | 1411 | **TEXT ORDER granting government's unopposed 1410 Motion for Extension of Time to File Response to Defendant Basham's Amended 2255 motion. The government's response shall be due on or before October 31, 2011. Directed by Honorable Joseph F Anderson, Jr on 9/22/2011. (ghay, ) (Entered: 09/22/2011)** |
| 10/24/2011 | 1413 | Second MOTION for Extension of Time to File by USA as to Brandon L Basham. Clerk refiled selecting only the defendant the document pertains to.No proposed order(mflo, ) (Entered: 10/25/2011) |
| 10/25/2011 | 1414 | **TEXT ORDER granting government's 1413 unopposed Motion for Extension of Time to File Response to Basham's Amended 2255 Motion. Response due on or before November 18, 2011. Directed by Honorable Joseph F Anderson, Jr on 10/25/2011. (ghay) (Entered: 10/25/2011)** |
| 11/15/2011 | 1415 | MOTION Authorizing Visits with Defendant by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 11/15/2011) |
| 11/18/2011 | 1416 | RESPONSE in Opposition by USA as to Brandon L Basham re 1394 MOTION to Vacate under 28 U.S.C. § 2255 (Daley, Robert) See additional attachment 1567 (mflo, ). (Entered: 11/18/2011) |
| 11/21/2011 | 1417 | MOTION by Petitioner for Clarification of Time to file Reply in His Petition for Relief Pursuant to 28 U.S.C. § 2255 by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 11/21/2011) |
| 11/22/2011 | 1418 | **ORDER granting 1417 Motion for Clarification of Time to file Reply in His Petition for Relief Pursuant to 28 U.S.C. § 2255 as to Brandon L Basham (2), notifying counsel the court will allow the petitioner 60 days from the day the government's response was filed, resulting in a due date of January 17, 2012. Signed by Honorable Joseph F Anderson, Jr on 11/22/2011.(bshr, ) (Entered: 11/22/2011)** |
| 11/23/2011 | 1420 | RESPONSE in Opposition by USA as to Brandon L Basham re 1415 MOTION Authorizing Visits with Defendant (Daley, Robert) (Entered: 11/23/2011) |
| 11/29/2011 | 1421 | REPLY TO RESPONSE to Motion by Brandon L Basham re 1415 MOTION Authorizing Visits with Defendant (Burke, Michael) (Entered: 11/29/2011) |
| 12/01/2011 | 1422 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Telephone Conference as to Brandon L Basham held on 12/1/2011. Court discusses with government and defense counsel scheduling issues only. Defendant not included in conference call. Court Reporter Daniel Mayo. CJA Time 15 minutes. (mflo, ) (Entered: 12/01/2011)** |
| 12/05/2011 | 1423 | Psychiatric Report Received (Sealed) as to Brandon L Basham (mflo, ) (Entered: 12/05/2011) |
| 12/07/2011 | 1424 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Telephone Conference as to Brandon L Basham held on 12/7/2011, defendant not present. Court discusses scheduling of competency hearing, date and location. Court has currently set hearing for 2/23/12 in Indianapolis, Indiana in the Federal Courthouse. Defendant to be present at this hearing. Court will issue order allowing Dr. Schwartz-Watts to evaluate defendant. Court Reporter Daniel Mayo. CJA Time 10 minutes. (mflo, ) (Entered: 12/07/2011)** |
| 12/07/2011 | 1425 | **ORDER That Dr. Schwartz-Watts be allowed to evaluate defendant Basham on January 9, 2012. Dr. Schwartz-Watts shall submit a report detailing her opinion of** |

6/8/23, 9:07 AM                                            CM/ECF - scd

| | | |
|---|---|---|
| | | defendant Basham's competency no later than January 19, 2012. The competency hearing is currently set for February 23, 2012 in Indianapolis, Indiana. granting **1415** Motion Authorizing Dr. Donna Schwartz-Watts to visit with Defendant as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 12/7/11. (mflo, ) (Entered: 12/07/2011) |
| 12/07/2011 | 1426 | ***DOCUMENT MAILED as to Brandon L Basham re 1425 Order on Motion placed in U.S. Mail to CHARLES LOCKETT, WARDEN USP TERRE HAUTE U.S. PENITENTIARY 4700 BUREAU ROAD SOUTH TERRE HAUTE, IN 47802 (mflo, ) (Entered: 12/07/2011) |
| 12/07/2011 | 1427 | NOTICE OF HEARING as to Brandon L Basham; Competency Hearing set for 2/23/2012 09:30 AM Indianapolis Federal Courthouse in Indiana before Honorable Joseph F Anderson Jr. Courtroom to be determined.(mflo, ) (Entered: 12/07/2011) |
| 12/09/2011 | 1428 | **ORDER The court will conduct a hearing on the defendant's pro se request to withdraw his § 2255 petition beginning at 9:30 a.m. on Thursday, February 23, 2012, in Courtroom 216 of the Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204. The court hereby directs the United States Marshal Service to transport the defendant from his place of incarceration at the Terre Haute Indiana Federal Correctional Facility to the Indianapolis Courthouse for purposes of attending the hearing as to Brandon L Basham. The Clerk is requested to send a copy of this order to the Clerk of the United States District Court for the District of Indiana, the United States Marshals Service, Dr. George Parker, and all counsel of record in this case.. Signed by Honorable Joseph F Anderson, Jr on 12/9/11.(mflo, ) (Entered: 12/09/2011)** |
| 12/12/2011 | 1429 | ***DOCUMENT MAILED as to Brandon L Basham re 1428 Order, placed in U.S. Mail to Clerk of the United States District Court for the District of Indiana, United States Marshal Service, Dr. George Parker and Charles Lockett, Warden of USP Terre Haute (mflo, ) (Entered: 12/12/2011) |
| 01/10/2012 | 1430 | MOTION for Extension of Time to File Response/Reply *in His Petition for Relief Pursuant to 28 U.S.C. § 2255 (Unopposed Motion)* by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 01/10/2012) |
| 01/11/2012 | 1431 | **ORDER granting 1430 Motion for Extension of Time to File Response/Reply *in His Petition for Relief Pursuant to 28 U.S.C. § 2255 (Unopposed Motion)* as to Brandon L Basham (2), extending time to file to 03/02/2012. Signed by Honorable Joseph F Anderson, Jr on 01/11/2012.(bshr, ) (Entered: 01/11/2012)** |
| 01/19/2012 | 1433 | Psychiatric Report Received (Sealed Document) (Burke, Michael) Modified on 1/19/2012 to add text(mflo, ). (Entered: 01/19/2012) |
| 01/23/2012 | 1436 | MOTION for Telephonic Status conference on February 2, 2012 by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 01/23/2012) |
| 01/24/2012 | 1437 | NOTICE OF HEARING as to Brandon L Basham Telephone Conference set for 1/25/2012 03:00 PM before Honorable Joseph F Anderson Jr. The Government is directed to set up telephone conference between attorneys. The Court will set up the telephone conference with the defendant. The Government is asked to email everyone including the Clerk's Office the number to call that will have all counsel available to participate in telephone conference.(mflo, ) (Entered: 01/24/2012) |
| 01/24/2012 | 1438 | MOTION for Reconsideration re 1437 Notice of Hearing, *for January 25, 2012, at 3:00 p.m.,* by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 01/24/2012) |

JA0122

| | | |
|---|---|---|
| 01/24/2012 | 1439 | **ORDER denying 1438 Motion for Reconsideration of 1437 Notice of Hearing, as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 1/24/12. (mflo, ) (Entered: 01/24/2012)** |
| 01/24/2012 | 1440 | Emergency MOTION for Order Directing United States Prison at Terre Haute to Allow Counsel to be Physically Present with Client for Telephonic Conference on January 25, 2012, at 3:00 p.m. re 1439 Order on Motion for Reconsideration by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 01/24/2012) |
| 01/25/2012 | 1441 | NOTICE OF EMERGENCY TELEPHONE CONFERENCE HEARING WITH COUNSEL ONLY as to Brandon L Basham Telephone Conference set for 1/25/2012 11:30 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. GOVERNMENT TO INITIATE CONFERENCE CALL WITH COUNSEL AND THEN CALL 803-765-5136 TO CONFERENCE IN JUDGE JOE ANDERSON.(mflo, ) (Entered: 01/25/2012) |
| 01/25/2012 | 1442 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Telephone Conference as to Brandon L Basham held on 1/25/2012. Court reschedules telephone conference with defendant on 1/25/12 at 3:00PM. Court will conduct a video conference with defendant and defense counsel being present with defendant on Monday, January 30, 2012 at 11:00AM. Notice of hearing to be filed. finding as moot 1440 Motion for Order Directing United States Prison at Terre Haute to Allow Counsel to be Physically Present with Client for Telephonic Conference on January 25, 2012, at 3:00 p.m. as to Brandon L Basham (2); granting in part 1436 Motion for Telephonic Status Conference on February 2, 2012; Court Reporter Gary Smith. CJA Time FPD. (mflo, ) (Entered: 01/25/2012)** |
| 01/25/2012 | 1443 | NOTICE OF HEARING ON MOTION in case as to Brandon L Basham 1317 MOTION requesting punishment for the crimes and to drop all appeals and request my right to a fast and speedy execution : Motion Hearing set for 1/30/2012 11:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. Defendant and defense counsel to be present by video conference from the prison in Terre Haute, Indiana. Government attorneys and any remaining defense attorneys may participate by telephone or in person. Please notify the Clerk's Office how you will be participating. (mflo, ) (Entered: 01/25/2012) |
| 01/30/2012 | 1444 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Brandon L Basham held on 1/30/2012; Defense counsel present with defendant Basham for hearing by video conference from FCI Terre Haute; Government attorneys present in court; Defense local counsel and co-counsel present by telephone; re 1317 MOTION requesting punishment for the crimes and to drop all appeals and request my right to a fast and speedy execution filed by Brandon L Basham. Court hears from defendant on his pro se motion. Briefing schedule stays on track and shall go forward as previously ordered with No more extensions; Court cancels hearing scheduled for 2/23/12 in Indiana; Court will correspond with the FCI Terre Haute prison re: defendant's medications. Court Reporter Gary Smith. CJA Time 30 minutes. (mflo, ) (Entered: 01/30/2012)** |
| 01/30/2012 | 1445 | NOTICE OF CANCELLATION OF HEARING: Competency Hearing set for 2/23/2012 09:30 AM in Indianapolis Federal Courthouse in Indiana before Honorable Joseph F Anderson Jr as to Brandon L Basham (mflo, ) (Entered: 01/30/2012) |
| 02/07/2012 | 1446 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on January 25, 2012, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number/E-mail (803) 256-7743, Gary_Smith@scd.uscourts.gov. Transcript may be viewed at the court public terminal or |

| | | purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 2/28/2012. Redacted Transcript Deadline set for 3/9/2012. Release of Transcript Restriction set for 5/7/2012. (gsmith, ) (Entered: 02/07/2012) |
|---|---|---|
| 02/07/2012 | 1447 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on January 30, 2012, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Gary Smith, Telephone number/E-mail (803) 256-7743, Gary_Smith@scd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 2/28/2012. Redacted Transcript Deadline set for 3/9/2012. Release of Transcript Restriction set for 5/7/2012. (gsmith, ) (Entered: 02/07/2012) |
| 02/14/2012 | 1448 | **ORDER on defendant's request to drop appeal. This court is not authorized to "bargain" with the defendant regarding a possible withdrawal of a § 2255 motion so this court will not alter the defendant's medical regimen, nor alter the BOP's family visitation policy. The court will afford the defendant one final opportunity to notify this court, in writing, of his desires regarding his request to drop his appeals. This response should be mailed on or before 2/29/12. If no response is received, this court will deny the motion to drop the 2255 motion as to Brandon L Basham. Signed by Honorable Joseph F Anderson, Jr on 2/14/12.(mflo, ) (Entered: 02/14/2012)** |
| 02/14/2012 | 1449 | ***DOCUMENT MAILED as to Brandon L Basham re 1448 Order, placed in U.S. Mail to Brandon L Basham 98940-071 Special Confinement Unit Federal Correctional Complex P O Box 33 Terre Haute, IN 47808-0033 (mflo, ) (Entered: 02/14/2012) |
| 02/15/2012 | 1451 | Sealed Document in re 1448 Order (mflo, ) (Entered: 02/15/2012) |
| 02/21/2012 | 1452 | MOTION for Reconsideration re 1448 Order,, *on Defendant's Request to Drop Appeal* by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 02/21/2012) |
| 02/23/2012 | 1454 | MOTION to Seal Document by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 02/23/2012) |
| 02/23/2012 | 1455 | Sealed Document in re document 1454 (Burke, Michael) (Entered: 02/23/2012) |
| 02/24/2012 | 1456 | MOTION for ruling on waiver of attorney-client privilege resulting from the filing of post-conviction motions and for an order requiring disclosure of trial and appellate counsel's papers and files by USA as to Brandon L Basham. No proposed order (Attachments: # 1 Memo in Support)(Daley, Robert) (Entered: 02/24/2012) |
| 02/28/2012 | 1458 | ***DOCUMENT MAILED as to Brandon L Basham re 1457 Ex Parte Order, placed in U.S. Mail to United States Prison at Terre Haute (mflo, ) (Entered: 02/28/2012) |
| 02/28/2012 | 1459 | **TEXT ORDER granting 1454 Motion to Seal Document 1455 as to Brandon L Basham (2). Directed by Honorable Joseph F Anderson, Jr on 2/28/12.(mflo, ) (Entered: 02/28/2012)** |
| 02/28/2012 | 1460 | **ORDER the time within which the defendant must respond to this court's inquiry regarding his desire to pursue this action is hereby extended for an additional 10 days, making a response due on or before March 10, 2012. The response may be submitted by the defendant through counsel and is to include a notarized** |

6/8/23, 9:07 AM                                                CM/ECF - scd

| | | |
|---|---|---|
| | | attestation clause. Granting in part to extend the deadline for defendant's response until 3/10/12 as to 1452 Motion for Reconsideration to 1448 Order, as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 2/27/12.(mflo, ) (Entered: 02/28/2012) |
| 02/28/2012 | 1462 | ***DOCUMENT MAILED as to Brandon L Basham re 1457 Ex Parte Order, placed in U.S. Mail to CHARLES LOCKETT, WARDEN USP TERRE HAUTE U.S. PENITENTIARY 4700 BUREAU ROAD SOUTH TERRE HAUTE, IN 47802 (mflo, ) (Entered: 02/29/2012) |
| 03/01/2012 | 1463 | NOTICE OF ATTORNEY APPEARANCE William Kenneth Witherspoon appearing for USA. (Witherspoon, William) (Entered: 03/01/2012) |
| 03/02/2012 | 1465 | REPLY TO RESPONSE to Motion by Brandon L Basham re 1394 MOTION to Vacate under 28 U.S.C. § 2255 (Attachments: # 1 Exhibit Index, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Burke, Michael) Modified on 3/5/2012 to correct filing date (mflo, ). See additional attachments 1466 , 1467 , 1468 . (Entered: 03/05/2012) |
| 03/02/2012 | 1466 | Additional Attachments to Main Document 1465 Reply to Response, 1394 MOTION to Vacate under 28 U.S.C. § 2255 (Attachments: # 1 Exhibit 10, # 2 Exhibit 11, # 3 Exhibit 12, # 4 Exhibit 13, # 5 Exhibit 14, # 6 Exhibit 15, # 7 Exhibit 16, # 8 Exhibit 17, # 9 Exhibit 18, # 10 Exhibit 19)(Burke, Michael) Modified on 3/5/2012 to correct filing date (mflo, ). (Entered: 03/05/2012) |
| 03/02/2012 | 1467 | Additional Attachments to Main Document 1466 Additional Attachments to Main Document, 1465 Reply to Response, 1394 MOTION to Vacate under 28 U.S.C. § 2255 (Attachments: # 1 Exhibit 20, # 2 Exhibit 21, # 3 Exhibit 22, # 4 Exhibit 23, # 5 Exhibit 24, # 6 Exhibit 25, # 7 Exhibit 26, # 8 Exhibit 27, # 9 Exhibit 28, # 10 Exhibit 29) (Burke, Michael) Modified on 3/5/2012 to correct filing date(mflo, ). (Entered: 03/05/2012) |
| 03/02/2012 | 1468 | Additional Attachments to Main Document 1467 Additional Attachments to Main Document, 1466 Additional Attachments to Main Document, 1465 Reply to Response, 1394 MOTION to Vacate under 28 U.S.C. § 2255 (Attachments: # 1 Exhibit 30, # 2 Exhibit 31)(Burke, Michael) Modified on 3/5/2012 to correct filing date. (Entered: 03/05/2012) |
| 03/05/2012 | 1469 | DELETION OF DOCKET ENTRY NUMBER 1464 as to Brandon L Basham Reason: corrected by filing user; Corrected Filing Document Number 1467 , 1468 , 1466 , 1465 Modified filing date to that of original filing: 3/2/12 (mflo, ) (Entered: 03/05/2012) |
| 03/07/2012 | 1470 | REPLY to 1460 Order on Motion for Reconsideration,, 1448 Order,, *Defendant's Response to Court Orders dated February 14 and 27, 2012* (Burke, Michael) (Entered: 03/07/2012) |
| 03/09/2012 | 1471 | **ORDER withdrawing 1317 Motion requesting punishment for the crimes and to drop all appeals and request my right to a fast and speedy execution as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 3/9/12.(mflo, ) (Entered: 03/09/2012)** |
| 03/09/2012 | 1472 | **ORDER The court will conduct a hearing on the pending § 2255 motion beginning on Monday, June 4, 2012 at 9:30 a.m. as to Brandon L Basham. On Monday, April 16, 2012, at 2:30 p.m., the court will conduct a pretrial conference with counsel in order to prepare for the upcoming hearing.. Signed by Honorable Joseph F Anderson, Jr on 3/9/12.(mflo, ) (Entered: 03/09/2012)** |

JA0125

| 03/09/2012 | 1473 | NOTICE OF HEARING ON MOTION in case as to Brandon L Basham 1394 MOTION to Vacate under 28 U.S.C. § 2255, 1393 MOTION to Vacate under 28 U.S.C. § 2255 : Motion Hearing set for 6/4/2012 09:30 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. Defendant Basham to appear by video conference.(mflo, ) (Entered: 03/09/2012) |
|---|---|---|
| 03/09/2012 | 1474 | NOTICE OF HEARING as to Brandon L Basham Pretrial Conference set for 4/16/2012 02:30 PM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. Defendant to be present by video conference. (mflo, ) (Entered: 03/09/2012) |
| 03/09/2012 | 1475 | ***DOCUMENT MAILED as to Brandon L Basham re 1472 Order, placed in U.S. Mail to CHARLES LOCKETT, WARDEN USP TERRE HAUTE U.S. PENITENTIARY 4700 BUREAU ROAD SOUTH TERRE HAUTE, IN 47802 (mflo, ) (Entered: 03/09/2012) |
| 03/09/2012 | 1476 | MOTION to Continue *Pretrial Conference Set for April 16, 2012* by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 03/09/2012) |
| 03/12/2012 | 1477 | **TEXT ORDER the court deems defendant Brandon Basham to have waived his attorney client privilege as a result of his motion for post-conviction relief pursuant to 28 USC 2255. The court orders disclosure of trial and appellate counsel's papers and files. Granting 1456 Motion for ruling on waiver of attorney-client privilege resulting from the filing of post-conviction motions and for an order requiring disclosure of trial and appellate counsel's papers and files as to Brandon L Basham (2). Directed by Honorable Joseph F Anderson, Jr on 3/12/12.(mflo, ) (Entered: 03/12/2012)** |
| 03/12/2012 | 1478 | NOTICE OF RESCHEDULED HEARING as to Brandon L Basham Pretrial Conference set for 4/16/2012 02:30 PM cancelled and rescheduled to: Pretrial Conference set for 4/9/2012 02:30 PM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. Defendant to be present by video conference.(mflo, ) (Entered: 03/12/2012) |
| 03/12/2012 | 1480 | MOTION to Vacate *as Improvidently Granted Order Granting Government's Motion re Attorney-client Privilege Waiver (Dkt. 1456)* by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 03/12/2012) |
| 03/12/2012 | 1481 | RESPONSE in Opposition by Brandon L Basham re 1456 MOTION for ruling on waiver of attorney-client privilege resulting from the filing of post-conviction motions and for an order requiring disclosure of trial and appellate counsel's papers and files (Attachments: # 1 Index of Unpublished Opinions Cited)(Burke, Michael) (Entered: 03/12/2012) |
| 03/12/2012 | 1482 | **ORDER TO VACATE 1477 Order on Motion for ruling on waiver of attorney-client privilege resulting from the filing of post-conviction motions and for an order requiring disclosure of trial and appellate counsel's papers and files as to Brandon L Basham. Granting 1480 MOTION to Vacate *as Improvidently Granted Order Granting Government's Motion re Attorney Privilege Waiver (Dkt. 1456)* filed by Brandon L Basham. The Government is ordered to respond to Defendants Response in Opposition (ECF No. 1481) on or before March 19, 2012. ( Response to Motion due by 3/19/2012). Signed by Honorable Joseph F Anderson, Jr on 3/12/12. (mflo, ) (Entered: 03/12/2012)** |
| 03/13/2012 | 1484 | RESCHEDULED NOTICE OF HEARING ON MOTION in case as to Brandon L Basham 1394 MOTION to Vacate under 28 U.S.C. § 2255, 1393 MOTION to Vacate under 28 U.S.C. § 2255 : Motion Hearing set for 6/4/2012 09:30 AM is canceled and has |

6/8/23, 9:07 AM                                                    CM/ECF - scd

| | | been rescheduled: Motion Hearing set for 10/9/2012 09:30 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) Modified on 3/21/2012 to add: Defendant to be present by video conference with hearing for possibly 1 week. (mflo, ). (Entered: 03/13/2012) |
|---|---|---|
| 03/15/2012 | 1485 | NOTICE OF REQUEST FOR PROTECTION from Court Appearance as to Brandon L Basham for 10/25/12-11/5/12 (Mimms, Julia) (Entered: 03/15/2012) |
| 03/19/2012 | 1486 | REPLY by USA to 1481 Response in Opposition, (Daley, Robert) (Entered: 03/19/2012) |
| 03/19/2012 | 1487 | MOTION to Strike *Government's Memorandum in Reply (Dkt. 1486), or in the alternative, Motion to File Surreply,* by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 03/19/2012) |
| 03/20/2012 | 1488 | MOTION Nunc Pro Tunc Motion to file oversized Memorandum in Reply to Plaintiff's Response in Opposition re 1486 Reply(Do not use this event to reply to a Motion) by USA as to Brandon L Basham. No proposed order(Daley, Robert) (Entered: 03/20/2012) |
| 03/21/2012 | 1489 | **ORDER granting in part and denying in part 1487 MOTION to Strike *Government's Memorandum in Reply (Dkt. 1486), or in the alternative, Motion to File Surreply,* filed by Brandon L Basham; Granting 1488 MOTION Nunc Pro Tunc Motion to file oversized Memorandum in Reply to Plaintiff's Response in Opposition re 1486 Reply filed by USA ; The Government's Reply 1486 will not be stricken. Court will permit defendant to file surreply by 3/28/2012, as to Brandon L Basham.. Signed by Honorable Joseph F Anderson, Jr on 3/21/12.(mflo, ) (Entered: 03/21/2012)** |
| 03/22/2012 | 1490 | ***DOCUMENT MAILED as to Brandon L Basham re 1484 Notice of Hearing on Motion, 1478 Notice of Rescheduled Hearing of Pretrial Conference, placed in U.S. Mail to CHARLES LOCKETT, WARDEN USP TERRE HAUTE U.S. PENITENTIARY 4700 BUREAU ROAD SOUTH TERRE HAUTE, IN 47802 (mflo, ) (Entered: 03/22/2012) |
| 03/27/2012 | 1491 | NOTICE OF HEARING as to Brandon L Basham Telephone Conference set for 3/27/2012 03:30 PM before Honorable Joseph F Anderson Jr to discuss the rescheduling of the pretrial conference presently scheduled for 4/9/12 at 2:30pm. Government is to initiate call with counsel and then call Judge Anderson at 803-765-5136.(mflo, ) (Entered: 03/27/2012) |
| 03/27/2012 | 1492 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Telephone Conference as to Brandon L Basham held on 3/27/2012. Court will reschedule pretrial conference now set for 4/9/12 to a date to be determined in September 2012. No objection from counsel. Court Reporter Jenny Williams. CJA Time 10 minutes. (mflo, ) (Entered: 03/27/2012)** |
| 03/27/2012 | 1493 | NOTICE OF CANCELLATION OF HEARING: Pretrial Conference set for 4/9/2012 02:30 PM as to Brandon L Basham. Hearing to be rescheduled at a later date. (mflo, ) (Entered: 03/27/2012) |
| 03/28/2012 | 1494 | SUR REPLY BRIEF by Brandon L Basham re 1456 MOTION for ruling on waiver of attorney-client privilege resulting from the filing of post-conviction motions and for an order requiring disclosure of trial and appellate counsel's papers and files (Burke, Michael) (Entered: 03/28/2012) |
| 03/30/2012 | 1495 | ***DOCUMENT MAILED as to Brandon L Basham re 1493 Notice of Cancellation of Hearing placed in U.S. Mail to CHARLES LOCKETT, WARDEN USP TERRE HAUTE U.S. PENITENTIARY 4700 BUREAU ROAD SOUTH TERRE HAUTE, IN 47802 (mflo, ) (Entered: 03/30/2012) |

| | | |
|---|---|---|
| 04/04/2012 | 1496 | **ORDER granting 1456 Motion for a ruling on waiver of the attorney-client privilege and for an order requiring disclosure of counsel's papers and files as to Brandon L Basham (2). The court (1) orders the disclosure of Petitioner Brandon Basham's trial and appellate counsel's papers and files, (2) rules that Petitioner has waived any attorney-client privilege and any work product privilege as to those documents, and (3) authorizes Petitioner's former trial and appellate counsel to speak with Government attorneys about Petitioner's claims of ineffective assistance of counsel without the presence of Petitioners current counsel. Signed by Honorable Joseph F Anderson, Jr on 04/04/2012.(bshr, ) (Entered: 04/04/2012)** |
| 04/04/2012 | 1498 | Emergency MOTION to Stay Order of April 4, 2012 by Brandon L Basham. No proposed order(Burke, Michael) (see additional attachment 1500 ) (Entered: 04/04/2012) |
| 04/04/2012 | 1499 | NOTICE OF APPEAL (Interlocutory) by Brandon L Basham re 1496 Order on Motion for Miscellaneous Relief,,,. The Docketing Statement form, Transcript Order form, and CJA 24 form may be obtained from the Fourth Circuit website at www.ca4.uscourts.gov (Burke, Michael) (Entered: 04/04/2012) |
| 04/04/2012 | 1500 | Additional Attachments to Main Document 1498 Emergency MOTION to Stay Order of Aril 4, 2012 (Attachments: # 1 Appendix A)(Burke, Michael) (Entered: 04/04/2012) |
| 04/05/2012 | 1501 | DELETION OF DOCKET ENTRY NUMBER 1497 as to Brandon L Basham Reason: at the request of filer; Corrected Filing Document Number 1499 . (mflo, ) (Entered: 04/05/2012) |
| 04/05/2012 | 1502 | Transmittal Sheet for Notice of Appeal to USCA as to Brandon L Basham to US Court of Appeals re 1499 Notice of Appeal - Interlocutory, The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (mflo, ) (Entered: 04/05/2012) |
| 04/10/2012 | 1504 | **ORDER Temporarily Staying this Court's Order dated April 4, 2012 until June 11, 2012. granting 1498 Motion to Stay Order of April 4, 2012 as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 4/10/12.(mflo, ) (Entered: 04/10/2012)** |
| 04/10/2012 | 1507 | ORDER of USCA This court appoints Julia G. Mimms as lead counsel for the appellant as to Brandon L Basham re 1499 Notice of Appeal - Interlocutory, (mflo, ) (Entered: 04/11/2012) |
| 04/10/2012 | 1508 | ORDER of USCA court appoints the Federal Defender for the District of Arizona as to Brandon L Basham re 1499 Notice of Appeal - Interlocutory, (mflo, ) (Entered: 04/11/2012) |
| 05/23/2012 | 1509 | NOTICE OF REQUEST FOR PROTECTION from Court Appearance as to Brandon L Basham for 7/16/12-7/20/12 (Mimms, Julia) (Entered: 05/23/2012) |
| 05/31/2012 | 1510 | ORDER of USCA Upon review of the submissions relative to the motion to dismiss, the Court grants the motion and dismisses this appeal as to Brandon L Basham re 1499 Notice of Appeal - Interlocutory, (mflo, ) (Entered: 05/31/2012) |
| 06/01/2012 | 1512 | MOTION to Continue *Stay Order of April 10, 2012* by Brandon L Basham. No proposed order (Attachments: # 1 Index, # 2 Appendix A)(Burke, Michael) (Entered: 06/01/2012) |
| 06/01/2012 | 1513 | AMENDED NOTICE OF APPEAL (Interlocutory) by Brandon L Basham re 1496 Order on Motion for a ruling on waiver of the attorney-client privilege and for an order requiring disclosure of counsel's papers and files. The Docketing Statement form, Transcript Order form, and CJA 24 form may be obtained from the Fourth Circuit |

| | | website at www.ca4.uscourts.gov (mflo, ) Modified on 6/4/2012 to add docket script to correct event type (mflo, ). (Main Document 1513 replaced on 6/4/2012 to replace document with corrected signature as provided by filing user) (mflo, ). (Entered: 06/04/2012) |
|---|---|---|
| 06/04/2012 | 1514 | Transmittal Sheet for Notice of Appeal to USCA as to Brandon L Basham to US Court of Appeals re 1513 Notice of Appeal - Interlocutory, The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (mflo, ) (Entered: 06/04/2012) |
| 06/08/2012 | 1515 | RESPONSE in Opposition by USA as to Brandon L Basham re 1512 MOTION to Continue *Stay Order of April 10, 2012* (Daley, Robert) (Entered: 06/08/2012) |
| 06/12/2012 | 1516 | **ORDER denying 1512 Motion to Continue or Stay Order of April 10, 2012 as to Brandon L Basham (2); Discovery in this case may proceed as ordered by this court in its April 4, 2012 Order 1496 . Signed by Honorable Joseph F Anderson, Jr on 6/12/12.(mflo, ) (Entered: 06/12/2012)** |
| 06/25/2012 | 1518 | ORDER of USCA The court denies the petition for rehearing en banc as to Brandon L Basham re 1513 Notice of Appeal - Interlocutory,, (mflo, ) (Entered: 06/25/2012) |
| 06/26/2012 | 1519 | USCA OPINION as to Chadrick E Fulks for 1384 Notice of Appeal - Final Judgment, filed by Chadrick E Fulks. Decision of Appeals Court Affirmed by published opinion Decision of District Court. (mflo, ) (Entered: 06/27/2012) |
| 06/28/2012 | 1520 | USCA AMENDED OPINION as to Chadrick E Fulks for 1384 Notice of Appeal - Final Judgment, filed by Chadrick E Fulks. Decision of Appeals Court Affirmed by published opinion Decision of District Court. (mflo, ) (Entered: 06/28/2012) |
| 07/23/2012 | 1521 | USCA MANDATE and Judgment as to Brandon L Basham re 1513 Notice of Appeal - Interlocutory, dismissing the appeal. (Attachments: # 1 Judgment)(bshr, ) (Entered: 07/23/2012) |
| 08/20/2012 | 1522 | Appeal Remark as to Chadrick E Fulks re 1384 Notice of Appeal - Final Judgment filed by Chadrick E Fulks : Mandate stayed by FRAP 41(d)(1)(swel, ) (Entered: 08/20/2012) |
| 09/11/2012 | 1524 | **ORDER the court hereby advises counsel to be prepared to go forward beginning on October 9, 2012 with whatever witnesses are available as to Brandon L Basham. Signed by Honorable Joseph F Anderson, Jr on 9/11/12.(mflo, ) (Entered: 09/11/2012)** |
| 09/12/2012 | 1525 | NOTICE OF HEARING as to Brandon L Basham Telephone Conference set for 9/17/2012 03:00 PM to discuss scheduling before Honorable Joseph F Anderson Jr. The government is requested to initiate the call with counsel and Judge Anderson.(mflo, ) (Entered: 09/12/2012) |
| 09/13/2012 | 1526 | USCA MANDATE and JUDGMENT the judgment of the district court is AFFIRMED as to Chadrick E Fulks re 1384 Notice of Appeal - Final Judgment. (Attachments: # 1 4CCA Judgment, # 2 4CCA Order amending opinion to correct page 5, third line of text "South Carolina" is corrected to read "North Carolina")(mflo, ) (Entered: 09/13/2012) |
| 09/14/2012 | 1527 | Emergency MOTION for Expedited Order Permitting Defense Neurological Expert Contact Visit with Defendant by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 09/14/2012) |
| 09/14/2012 | 1528 | NOTICE OF RESCHEDULED HEARING as to Brandon L Basham Telephone Conference set for 9/17/2012 03:00 PM cancelled and rescheduled to: Telephone Conference set for 9/19/2012 02:30 PM to discuss scheduling before Honorable Joseph |

| | | F Anderson Jr. The government is requested to initiate the call with counsel and Judge Anderson.(mflo, ) (Entered: 09/14/2012) |
|---|---|---|
| 09/17/2012 | 1529 | **ORDER granting 1527 Motion Expedited Order Permitting Defense Neurological Expert Contact Visit with Defendant as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 9/17/12.(mflo, ) (Entered: 09/17/2012)** |
| 09/17/2012 | 1530 | MOTION Defendants Memorandum regarding Status Conference Scheduled for September 19, 2012 by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 09/17/2012) |
| 09/18/2012 | 1531 | MOTION for Ruling on Procedural Status of Claims in Advance of Evidentiary Hearing by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 09/18/2012) |
| 09/19/2012 | 1532 | REPLY by USA to 1530 MOTION Defendants Memorandum regarding Status Conference Scheduled for September 19, 2012 (Daley, Robert) (Entered: 09/19/2012) |
| 09/19/2012 | 1533 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Telephone Conference as to Brandon L Basham held on 9/19/2012. Hearing on 2255 motion will proceed in 2 stages to accommodate witnesses schedules. Stage 1 to begin on 10/9/12 and Stage 2 to begin on 12/3/12. Oral arguments to follow each stage on claims covered. Defense counsel to provide the government with a copy of report done by Neuropsychiatric Expert. Court Reporter Not Present. CJA Time FPD. (mflo, ) (Entered: 09/19/2012)** |
| 09/24/2012 | 1534 | **ORDER Petitioner/Defendant's neuropsychiatric expert, Dr. Thomas M. Hyde, be allowed to testify in the second stage of the evidentiary hearing scheduled to begin December 3, 2012. The court will allow a paralegal to be present at the interviews of Jack Swerling and Greg Harris to prevent petitioner's counsel from being called as fact witnesses at the evidentiary hearing. The court denies the request for petitioner/defendant to be present at the evidentiary hearing. Because this is a death penalty case, the court anticipates reaching the merits on all of the claims raised in the § 2255 petition. The first stage of the evidentiary hearing for the §2255 petition in this case is scheduled to begin on October 9, 2012 at 9:30 a.m. The second stage will begin on December 3, 2012 at 9:30 a.m. granting in part and denying in part 1530 Defendant's Memorandum regarding Status Conference Scheduled for September 19, 2012 as to Brandon L Basham (2); granting 1531 Motion for Ruling on Procedural Status of Claims in Advance of Evidentiary Hearing as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 9/24/12.(mflo, ) (Entered: 09/24/2012)** |
| 09/24/2012 | 1535 | ***DOCUMENT MAILED as to Brandon L Basham re 1534 Order placed in U.S. Mail to CHARLES LOCKETT, WARDEN USP TERRE HAUTE U.S. PENITENTIARY 4700 BUREAU ROAD SOUTH TERRE HAUTE, IN 47802 (mflo, ) (Entered: 09/24/2012) |
| 09/24/2012 | 1536 | MOTION to Stay Proceedings Pending Resolution of Defendants Petition for Writ of Certiorari to the Supreme Court of the United States by Brandon L Basham. No proposed order(Burke, Michael) (Entered: 09/24/2012) |
| 09/24/2012 | 1537 | Sealed Document submitted by Basham defense team at the request of Judge Joseph F. Anderson during the telephonic scheduling conference of 9/19/12. (mflo, ) (Entered: 09/25/2012) |
| 09/25/2012 | 1538 | **ORDER DENYING 1536 Motion to Stay Proceedings Pending Resolution of Defendants Petition for Writ of Certiorari to the Supreme Court of the United States as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 9/25/12.(mflo, ) (Entered: 09/25/2012)** |

6/8/23, 9:07 AM                                              CM/ECF - scd

| | | |
|---|---|---|
| 10/09/2012 | 1540 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: 2255 Motion Hearing as to Brandon L Basham begins on 10/9/2012; Defendant present by video conference and a telephone is available for contact between counsel in courtroom and defendant at the Bureau of Prisons. Government enters exhibit numbers 1-223 with the exception of #49 and the defendant enters exhibit numbers1-101 with the exception of #45 by agreement. Witnesses and exhibits. Court in recess until 9:30. as to 1394 AMENDED MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham. Court Reporter Daniel Mayo. CJA Time FPD. (mflo, ) (Entered: 10/10/2012)** |
| 10/10/2012 | 1541 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Brandon L Basham held on 10/10/2012; Competency hearing with witnesses for this proceeding. Court finds defendant competent to proceed with this hearing. Defendant Basham not present for afternoon court proceedings. Exparte Hearing held with defense team. Court continues with 2255 motion hearing with witnesses and exhibits. Court in recess until 10/11 at 9:30. as to 1394 AMENDED MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham. Court Reporter Daniel Mayo. CJA Time FPD. (mflo, ) (Entered: 10/10/2012)** |
| 10/11/2012 | 1542 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Brandon L Basham held on 10/11/2012; Defendant not present for today's proceedings; witnesses and exhibits; court in recess until Monday, 10/15 at 9:30. as to 1394 AMENDED MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham. Court Reporter Daniel Mayo. CJA Time FPD. (mflo, ) (Entered: 10/11/2012)** |
| 10/12/2012 | 1543 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on October 10 & 11, 2021, testimony of Greg Harris from the hearing before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 11/2/2012. Redacted Transcript Deadline set for 11/13/2012. Release of Transcript Restriction set for 1/10/2013. (dmayo, ) (Entered: 10/12/2012) |
| 10/13/2012 | 1544 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on October 11, 2012, testimony of Jack Swerling before Judge Joseph F. Anderson, Jr.. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 11/5/2012. Redacted Transcript Deadline set for 11/13/2012. Release of Transcript Restriction set for 1/11/2013. (dmayo, ) (Entered: 10/13/2012) |
| 10/15/2012 | 1545 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Brandon L Basham held on 10/15/2012; Defendant not present for today's proceedings; witness and exhibits; court in recess until Tuesday 10/16 at 9:30; re 1394 MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham. Court Reporter Daniel Mayo. CJA Time FPD. (mflo, ) Modified on 10/16/2012 to edit text(mflo, ). (Entered: 10/15/2012)** |

6/8/23, 9:07 AM                                                CM/ECF - scd

| 10/16/2012 | 1546 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Brandon L Basham held on 10/16/2012 ; Defendant was only present for the first 45 minutes of todays hearing. Witnesses and exhibits; court in recess until Wednesday 10/17 at 9:45; re 1394 MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham. Court Reporter Daniel Mayo. CJA Time FPD. (mflo, ) (Entered: 10/16/2012)** |
|---|---|---|
| 10/17/2012 | 1547 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Brandon L Basham held on 10/17/2012 ; Defendant not present for today's proceedings; witness and exhibit; Court in recess until 12/3/12 at 9:30. as to 1394 MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham. Court Reporter Daniel Mayo. CJA Time FPD. (mflo, ) (Entered: 10/17/2012)** |
| 10/17/2012 | 1548 | EXHIBIT LIST by the petitioner from part 1 of the 2255 motion hearing. (Attachments: # 1 Government Exhibit List from part 1 of the 2255 motion hearing, # 2 Witness List from part 1 of the 2255 motion hearing)(mflo, ) (Entered: 10/17/2012) |
| 10/23/2012 | 1549 | **ORDER APPOINTING Dr. George F. Parker as Court's Expert as to Brandon L Basham for a hearing on 10/10/12. Signed by Honorable Joseph F Anderson, Jr on 10/22/12.(mflo, ) (Entered: 10/23/2012)** |
| 11/05/2012 | 1550 | **ORDER REGARDING PETITIONER'S COMPETENCY as to Brandon L Basham, concluding that Mr. Basham is competent to proceed with his § 2255 hearing. Signed by Honorable Joseph F Anderson, Jr on 11/05/2012.(bshr, ) (Entered: 11/05/2012)** |
| 11/19/2012 | 1551 | NOTICE OF CONTINUATION OF HEARING ON MOTION in case as to Brandon L Basham 1394 MOTION to Vacate under 28 U.S.C. § 2255 : Motion Hearing set for 12/3/2012 09:30 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) (Entered: 11/19/2012) |
| 11/20/2012 | 1553 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on October 10, 2012, before Judge Joseph F. Anderson, Jr.. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 12/11/2012. Redacted Transcript Deadline set for 12/21/2012. Release of Transcript Restriction set for 2/19/2013. (dmayo, ) (Entered: 11/20/2012) |
| 11/20/2012 | 1555 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on October 11, 2012, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 12/11/2012. Redacted Transcript Deadline set for 12/21/2012. Release of Transcript Restriction set for 2/19/2013. (dmayo, ) (Entered: 11/20/2012) |
| 11/20/2012 | 1556 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on October 15, 2012, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that |

JA0132

6/8/23, 9:07 AM                                            CM/ECF - scd

| | | date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 12/11/2012. Redacted Transcript Deadline set for 12/21/2012. Release of Transcript Restriction set for 2/19/2013. (dmayo, ) (Entered: 11/20/2012) |
|---|---|---|
| 11/20/2012 | 1558 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on October 16, 2012, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 12/11/2012. Redacted Transcript Deadline set for 12/21/2012. Release of Transcript Restriction set for 2/19/2013. (dmayo, ) (Entered: 11/20/2012) |
| 11/20/2012 | 1560 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on October 17, 2012, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 12/11/2012. Redacted Transcript Deadline set for 12/21/2012. Release of Transcript Restriction set for 2/19/2013. (dmayo, ) (Entered: 11/20/2012) |
| 11/21/2012 | 1561 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on October 9, 2012, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 12/12/2012. Redacted Transcript Deadline set for 12/27/2012. Release of Transcript Restriction set for 2/19/2013. (dmayo, ) (Entered: 11/21/2012) |
| 11/26/2012 | 1562 | DELETION OF DOCKET ENTRY NUMBER 1552 as to Chadrick E Fulks, Brandon L Basham Reason: court reporter selected both Fulks and Basham when it was only as to Basham. Corrected Filing Document Number 1561 . Correction by court reporter made prior to being viewed in QUEST. (mflo, ) (Entered: 11/26/2012) |
| 11/29/2012 | 1563 | NOTICE OF RESCHEDULED HEARING as to Brandon L Basham Motion Hearing set for 12/3/2012 09:30 AM cancelled and rescheduled to: **CHANGE IN TIME ONLY** Motion Hearing set for 12/3/2012 09:00 AM in Columbia # 4, Matthew J. Perry Court House, 901 Richland St, Columbia before Honorable Joseph F Anderson Jr. (mflo, ) (Entered: 11/29/2012) |
| 12/03/2012 | 1564 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing continues from 10/17/12 as to Brandon L Basham held on 12/3/2012; Witnesses and exhibits; Defendant not present for these proceedings. Court in recess until 12/4/12 at 9:30. re 1393 MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham, 1394 AMENDED MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham. Court Reporter Daniel Mayo. CJA Time FPD. (mflo, ) (Entered: 12/04/2012)** |
| 12/04/2012 | 1565 | **Minute Entry for proceedings held before Honorable Joseph F Anderson, Jr: Motion Hearing as to Brandon L Basham concluded on 12/4/2012 ; Last witness; Oral arguments on certain claims contained in the motion to vacate under 28:2255.** |

JA0133

| | | |
|---|---|---|
| | | **Court takes motion under advisement and will file a written order; re** 1393 **MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham,** 1394 **AMENDED MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham. Court Reporter Daniel Mayo. CJA Time FPD. (mflo, ) (Entered: 12/05/2012)** |
| 12/04/2012 | 1566 | EXHIBIT and WITNESS LIST for both Petitioner and Respondent during 2255 motion hearing. (Attachments: # 1 Petitioner Exhibit List, # 2 Motion Hearing Witness List) (mflo, ) (Entered: 12/05/2012) |
| 12/07/2012 | 1567 | Additional Attachments to Main Document 1416 Response in Opposition (Ewing, Jimmie) (Entered: 12/07/2012) |
| 12/23/2012 | 1568 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on December 3, 2012, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 1/14/2013. Redacted Transcript Deadline set for 1/23/2013. Release of Transcript Restriction set for 3/25/2013. (dmayo, ) (Entered: 12/23/2012) |
| 12/23/2012 | 1569 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham held on December 4, 2012, before Judge Joseph F. Anderson, Jr. Court Reporter/Transcriber Dan Mayo, Telephone number/E-mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. Redaction Request due 1/14/2013. Redacted Transcript Deadline set for 1/23/2013. Release of Transcript Restriction set for 3/25/2013. (dmayo, ) (Entered: 12/23/2012) |
| 01/30/2013 | 1570 | **ORDER The court wishes to receive input from the parties on the question of whatimpact, if any, Federal Evidence Rule 606(b) has upon Claim 28. The parties' briefs should be filed with this court within fourteen days from the date of docketing of this order. No reply briefs are necessary as to Brandon L Basham; re** 1394 **AMENDED MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham. Signed by Honorable Joseph F Anderson, Jr on 1/30/13.(mflo, ) (Entered: 01/30/2013)** |
| 02/06/2013 | 1572 | **ORDER FOR ADDITIONAL BRIEFING the court wishes to receive input on whether Basham's trial counsel rendered ineffective assistance of counsel under Strickland v. Washington, 466 U.S. 668 (1984) by failing to argue that statements Basham allegedly made to Sheriff Hewett outside the presence of counsel during the Thanksgiving Day search were taken in violation of Edwards, including whether the record in this case supports an argument that an Edwards violation in fact occurred as to Brandon L Basham. Briefs due 14 days from the date of this order. ( Briefs due by 2/20/2013.). Signed by Honorable Joseph F Anderson, Jr on 2/6/13.(mflo, ) (Entered: 02/06/2013)** |
| 02/13/2013 | 1573 | REPLY by USA to 1570 Order,, *Supplemental Brief Regarding F.R.E. 606(b) and Claim 28* (Daley, Robert) (Entered: 02/13/2013) |
| 02/13/2013 | 1574 | REPLY by Brandon L Basham to 1570 Order, */Defendant Brandon Lee Basham's Supplemental Brief on Federal Rule of Evidence 606(b)* (Burke, Michael) Modified on 2/15/2013 to edit text (mflo, ). (Entered: 02/13/2013) |

| | | |
|---|---|---|
| 02/20/2013 | 1575 | REPLY by Brandon L Basham to 1572 Order, /Defendant Brandon Leon Basham's Supplemental Brief on Ineffective Assistance of Counsel Concerning Edwards v. Arizona (Burke, Michael) Modified on 2/21/2013 to edit text (mflo, ). (Entered: 02/20/2013) |
| 02/20/2013 | 1576 | REPLY by USA to 1572 Order, Set Deadlines,,,, (Ewing, Jimmie) (Entered: 02/20/2013) |
| 06/05/2013 | 1577 | **ORDER denying 1393 Motion to Vacate 2255 as to Brandon L Basham (2); denying 1394 Amended Motion to Vacate 2255 as to Brandon L Basham (2), the court issues a certificate of appealability as to all of the claims asserted in this case except for Claims 33 and 34. Signed by the Honorable Joseph F. Anderson, Jr. on 06/05/2013. (bshr, )** Civil Case 4:11-cv-70079-JFA closed. (Entered: 06/05/2013) |
| 06/05/2013 | 1578 | JUDGMENT on 28:2255 PETITION as to Brandon L Basham re: 1393 MOTION to Vacate under 28 U.S.C. § 2255, 1394 Amended MOTION to Vacate under 28 U.S.C. § 2255. IT IS ORDERED AND ADJUDGED that Petitioner, Brandon Leon Basham, shall take nothing on the petition filed pursuant to 28 USC § 2255 and this action is dismissed with prejudice. (bshr, ) (Entered: 06/05/2013) |
| 07/03/2013 | 1580 | MOTION AND MEMORANDUM to Alter Judgment or Amend Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure by Brandon L Basham. (Clerk has refiled motion selecting the correct defendant)No proposed order(mflo, ) (Entered: 07/08/2013) |
| 07/15/2013 | 1581 | **TEXT ORDER the Government is requested to file a response on or before 7/31/13 to 1580 MOTION to Alter Judgment filed by Brandon L Basham, ( Response to Motion due by 7/31/2013.). Directed by Honorable Joseph F Anderson, Jr on 7/15/13.(mflo, ) (Entered: 07/15/2013)** |
| 07/31/2013 | 1582 | RESPONSE in Opposition by USA as to Brandon L Basham re 1580 MOTION to Alter Judgment (Daley, Robert) (Entered: 07/31/2013) |
| 08/21/2013 | 1583 | **ORDER ON MOTION TO ALTER OR AMEND JUDGMENT denying 1580 Motion to Alter Judgment Order 1580 as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 8/21/13.(mflo, ) (Entered: 08/21/2013)** |
| 10/17/2013 | 1585 | NOTICE OF APPEAL OF FINAL JUDGMENT by Brandon L Basham re 1577 Order on Motion to Vacate 2255,- The Docketing Statement form, Transcript Order form, and CJA 24 form may be obtained from the Fourth Circuit website at www.ca4.uscourts.gov. If applicable, the original CJA 24 form must be sent to the clerk's office upon filing of the Transcript Order form. (refiled selecting the correct defendant) (mflo, ) (Entered: 10/18/2013) |
| 10/18/2013 | 1586 | DELETION OF DOCKET ENTRY NUMBER 1584 as to Chadrick E Fulks, Brandon L Basham Reason: attorney selected the incorrect filer; Corrected Filing Document Number 1585 (mflo, ) (Entered: 10/18/2013) |
| 10/18/2013 | 1587 | Transmittal Sheet for Notice of Appeal to USCA as to Brandon L Basham to US Court of Appeals re 1585 Notice of Appeal - Final Judgment, The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (mflo, ) (Entered: 10/18/2013) |
| 10/21/2013 | 1589 | ORDER of USCA The court appoints the Federal Defender for the District of Arizona to represent the appellant as co-counsel on appeal as to Brandon L Basham re 1585 Notice of Appeal - Final Judgment, (mflo, ) (Entered: 10/21/2013) |

| | | |
|---|---|---|
| 10/21/2013 | 1590 | ORDER of USCA The court appoints Julia Grace Mimms as lead counsel for the appellant as to Brandon L Basham re 1585 Notice of Appeal - Final Judgment, (mflo, ) (Entered: 10/21/2013) |
| 11/05/2013 | 1591 | ORDER of USCA The court appoints the Federal Defender of Arizona as lead counsel for the appellant and Julia Grace Mimms is relieved of the obligation of further representation of appellant on appeal as to Brandon L Basham re 1585 Notice of Appeal - Final Judgment, (mflo, ) (Entered: 11/05/2013) |
| 12/09/2013 | 1593 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Brandon L Basham, telephone conference for dates of December 7, 2011 before Judge Joseph F. Anderson, Jr., re 1585 Notice of Appeal - Final Judgment, Court Reporter/Transcriber Dan Mayo, Telephone number/E-Mail 803-799-9325. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 7 calendar days from the filing of the transcript to file with the court a Notice of Intent to Request Redaction. *Does this satisfy all appellate orders for this reporter?* Y

Redaction Request due 12/30/2013. Redacted Transcript Deadline set for 1/9/2014. Release of Transcript Restriction set for 3/10/2014. (dmayo, ) (Entered: 12/09/2013) |
| 07/21/2014 | 1594 | Letter from Chadrick E Fulks in re: requesting attorneys to file a clemency petition (Attachments: # 1 Envelope)(mflo, ) (Entered: 07/22/2014) |
| 08/01/2014 | 1595 | **ORDER as to Chadrick E Fulks re 1594 Letter, denying any request to appoint new counsel to represent him in connection with any executive clemency petition that he might file with the Office of the Pardon Attorney. Signed by Honorable Joseph F Anderson, Jr on 08/01/2014.(bshr, ) (Entered: 08/01/2014)** |
| 08/01/2014 | 1596 | ***DOCUMENT MAILED as to Chadrick E Fulks re 1595 Order placed in U.S. Mail to Chadrick E Fulks, #16617-074, US Penitentiary, PO Box 12015, Terre Haute, IN 47801 (bshr, ) (Entered: 08/01/2014) |
| 02/02/2015 | 1597 | MOTION to Appoint New Counsel for a clemency petition by Chadrick E Fulks. No proposed order (Attachments: # 1 Envelope)(mflo, ) (Entered: 02/02/2015) |
| 02/02/2015 | 1598 | **ORDER denying 1597 Motion to Appoint Counsel for Clemency Petition as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 2/2/15.(mflo, ) (Entered: 02/02/2015)** |
| 02/02/2015 | 1599 | ***DOCUMENT MAILED as to Chadrick E Fulks re 1598 Order on Motion to Appoint Counsel placed in U.S. Mail to Chadrick Fulks #16617-074 USP P.O. Box 33 Terre Haute, IN 47808 (mflo, ) (Entered: 02/02/2015) |
| 04/10/2015 | 1600 | MOTION to Terminate The Services of Court Appointed Counsel by Chadrick E Fulks. No proposed order (Attachments: # 1 Exhibit 1 Letter from FPD Attorney Nolas, # 2 Exhibit 2 Notice to Cease and Desist, # 3 Exhibit 3 Petition for Writ Habeas Corpus, # 4 Envelope)(mflo, ) (Entered: 04/15/2015) |
| 04/15/2015 | 1601 | **ORDER The counsel of record for the petitioner as well as the United States Government are both requested to file a response to defendant's pro se motion to terminate the services of court appointed counsel as to Chadrick E Fulks within 21 days; re 1600 MOTION to terminate Attorneys filed by Chadrick E Fulks, ( Response to Motion due by 5/6/2015.). Signed by Honorable Joseph F Anderson, Jr on 4/15/15.(mflo, ) (Entered: 04/15/2015)** |

| 04/15/2015 | 1602 | ***DOCUMENT MAILED as to Chadrick E Fulks re 1601 Order, placed in U.S. Mail to Chadrick Fulks #16617-074 USP P.O. Box 33 Terre Haute, IN 47808 (mflo, ) (Entered: 04/15/2015) |
|---|---|---|
| 05/06/2015 | 1603 | RESPONSE in Opposition by the Services of Court Appointed Counsel on behalf of Chadrick E Fulks ; re 1600 MOTION to Withdraw as Attorney by Chadrick E Fulks (mflo, ) (Entered: 05/06/2015) |
| 05/06/2015 | 1604 | RESPONSE to Motion by USA as to Chadrick E Fulks re 1600 MOTION to Withdraw as Attorney. Reply to Response to Motion due by 5/15/2015. Refiled by Clerk to select correct defendant related to filing(mflo, ). Please see ECF No. 1605 for additional attachments. (Entered: 05/07/2015) |
| 05/11/2015 | 1605 | Additional Attachments to Main Document 1604 Response to Motion (Attachments: # 1 Certificate of Service)(Ewing, Jimmie) (Entered: 05/11/2015) |
| 06/15/2015 | 1606 | USCA OPINION as to Brandon L Basham for 1585 Notice of Appeal - Final Judgment, filed by Brandon L Basham. Decision of Appeals Court Affirmed by published opinion. Decision of District Court. (mflo, ) (Entered: 06/15/2015) |
| 06/19/2015 | 1607 | **ORDER denying 1600 Motion to Withdraw court-appointed counsel as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 6/19/15. (mflo, ) (Entered: 06/19/2015)** |
| 06/19/2015 | 1608 | ***DOCUMENT MAILED as to Chadrick E Fulks re 1607 Order on Motion to Withdraw as Attorney placed in U.S. Mail to Chadrick E Fulks #16617-074 US Penitentiary Federal Death Row P.O. Box 33 Terre Haute, IN 47808 (mflo, ) (Entered: 06/19/2015) |
| 04/11/2016 | 1609 | USCA MANDATE and JUDGMENT In accordance with the decision of this court, the judgment of the district court is affirmed as to Brandon L Basham re 1585 Notice of Appeal - Final Judgment, (Attachments: # 1 4CCA Judgment, # 2 4CCA Opinion)(mflo, ) (Entered: 04/11/2016) |
| 05/24/2016 | 1611 | NOTICE notifying 4CCA to retrieve supplemental record as to Brandon L Basham re 1610 Presentence Investigation Report - Final (mflo, ) (Entered: 05/24/2016) |
| 06/03/2016 | 1613 | NOTICE to 4CCA of the partial record requested being transmitted as to Chadrick E Fulks; re PreSentence Report and Sentencing Transcript. (mflo, ) (Entered: 06/03/2016) |
| 06/17/2016 | 1615 | ORDER OF THE USCA granting authorization for Basham to file a second or successive§ 2255 motion as to Brandon L Basham. (Attachments: # 1 Notice of Authorization from 4CCA)(mflo, ) (Entered: 06/20/2016) |
| 06/17/2016 | 1616 | SECOND OR SUCCESSIVE MOTION to Vacate under 28 U.S.C. § 2255 by Brandon L Basham. No proposed order(mflo, ). Civil case 4:16-cv-02027-JFA opened. (Entered: 06/20/2016) |
| 06/17/2016 | 1617 | ORDER OF USCA granting authorization for Fulks to file a second or successive§ 2255 motion by Chadrick E Fulks. (Attachments: # 1 Notice of Authorization from 4CCA) (mflo, ) (Entered: 06/20/2016) |
| 06/17/2016 | 1618 | SECOND OR SUCCESSIVE MOTION to Vacate under 28 U.S.C. § 2255 by Chadrick E Fulks. No proposed order(mflo, ). Civil case 4:16-cv-02058-JFA opened. (Entered: 06/21/2016) |
| 07/13/2016 | 1620 | NOTICE OF ATTORNEY APPEARANCE: Peter K Williams appearing for Chadrick E Fulks (Williams, Peter) (Entered: 07/13/2016) |

| 07/13/2016 | 1621 | NOTICE OF ATTORNEY APPEARANCE: Claudia Van Wyk appearing for Chadrick E Fulks (Van Wyk, Claudia) (Entered: 07/13/2016) |
|---|---|---|
| 07/18/2016 | 1622 | **ORDER as to Chadrick E Fulks that the United States Attorney file an answer or other pleading within 30 days of the filing date of this order. If a transcript is required, the US Attorney shall immediately request a transcript from the Court Reporter and shall file an answer or other pleading within thirty (30) days from his or her receipt of the transcript. Response due to 1618 MOTION to Vacate under 28 U.S.C. § 2255 by 8/18/2016. Signed by Honorable Joseph F Anderson, Jr on 7/18/16. (mflo, ) (Entered: 07/18/2016)** |
| 07/18/2016 | 1623 | NOTICE OF ATTORNEY APPEARANCE: Leticia Marquez appearing for Brandon L Basham (Marquez, Leticia) (Entered: 07/18/2016) |
| 07/18/2016 | 1624 | NOTICE OF ATTORNEY APPEARANCE: Lindsey Layer appearing for Brandon L Basham (Layer, Lindsey) (Entered: 07/18/2016) |
| 07/20/2016 | 1625 | **ORDER as to Brandon L Basham that the United States Attorney file an answer or other pleading within 30 days of the filing date of this order. If a transcript is required, the US Attorney shall immediately request a transcript from the Court Reporter and shall file an answer or other pleading within thirty (30) days from his or her receipt of the transcript. Response due to 1616 MOTION to Vacate under 28 U.S.C. § 2255 by 8/22/2016.Signed by Honorable Joseph F Anderson, Jr on 7/20/16. (mflo, ) (Entered: 07/20/2016)** |
| 08/09/2016 | 1626 | MOTION to Dismiss by USA as to Chadrick E Fulks. No proposed order(Daley, Robert) (Entered: 08/09/2016) |
| 08/09/2016 | 1627 | MOTION to Dismiss by USA as to Brandon L Basham. No proposed order(Daley, Robert) (Entered: 08/09/2016) |
| 08/11/2016 | 1628 | MOTION for Extension of Time *to file Response to Motion to Dismiss* by Brandon L Basham. Proposed order is being emailed to chambers with copy to opposing counsel (Attachments: # 1 Proposed Order)(Marquez, Leticia) (Main Document 1628 replaced on 8/12/2016 as provided by filing user to correct signature) (mflo, ). (Entered: 08/11/2016) |
| 08/11/2016 | 1629 | **TEXT ORDER granting Basham's 1628 Motion for Extension of Time to File response to government's motion to dismiss re § 2255 petition. Response now due on or before August 30, 2016. Directed by Honorable Joseph F Anderson, Jr on 8/11/2016.(ghay, ) (Entered: 08/11/2016)** |
| 08/19/2016 | 1631 | First MOTION for Extension of Time to File Response/Reply by Chadrick E Fulks. No proposed order (Attachments: # 1 Proposed Order)(Williams, Peter) (Entered: 08/19/2016) |
| 08/22/2016 | 1632 | **TEXT ORDER granting Defendant Fulks' 1631 Motion for Extension of Time to File Response Government's Motion to Dismiss 2255 petition. Response now due on or before August 30, 2016. Directed by Honorable Joseph F Anderson, Jr on 8/22/2016.(ghay, ) (Entered: 08/22/2016)** |
| 08/30/2016 | 1634 | RESPONSE in Opposition by Brandon L Basham re 1627 MOTION to Dismiss (Marquez, Leticia) (Entered: 08/30/2016) |
| 08/30/2016 | 1635 | RESPONSE in Opposition by Chadrick E Fulks re 1626 MOTION to Dismiss (Williams, Peter) (Entered: 08/30/2016) |
| 02/23/2017 | 1636 | MOTION to Hold Case in Abeyance by Brandon L Basham. Proposed order is being emailed to chambers with copy to opposing counsel(Marquez, Leticia) (Entered: |

JA0138

6/8/23, 9:07 AM                                        CM/ECF - scd

| | | 02/23/2017) |
|---|---|---|
| 03/27/2017 | 1639 | RESPONSE in Opposition by USA as to Brandon L Basham re 1636 MOTION to Hold Case in Abeyance *(partial opposition)* (Daley, Robert) (Entered: 03/27/2017) |
| 03/28/2017 | 1640 | **ORDER as to Brandon L Basham to hold the defendant's § 2255 petition in abeyance until a decision by the Supreme Court in the case of Lynch v. Dimaya ; granting 1636 MOTION to Hold Case in Abeyance filed by Brandon L Basham. Signed by Honorable Joseph F Anderson, Jr on 3/28/17.(mflo, )** (Entered: 03/28/2017) |
| 07/11/2017 | 1642 | **ORDER staying 2255 motion until the Supreme Court issues its ruling in Dimaya case as to Chadrick E Fulks. Signed by Honorable Joseph F Anderson, Jr on 7/11/17.(mflo, )** (Entered: 07/11/2017) |
| 10/25/2018 | 1644 | **ORDER On April 17, 2018, the Supreme Court decided Dimaya. The parties are directed to brief the court within 14 days as to whether the pending motion is ready to be heard as to Brandon L Basham re 1616 MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham, 1627 MOTION to Dismiss filed by USA, ( brief due by 11/8/2018.). Signed by Honorable Joseph F Anderson, Jr on 10/25/18.(mflo, )** (Entered: 10/25/2018) |
| 10/25/2018 | 1645 | **ORDER On April 17, 2018, the Supreme Court decided Dimaya. The parties are directed to brief the court within 14 days as to whether the pending motion is ready to be heard as to Chadrick E Fulks re 1626 MOTION to Dismiss filed by USA, 1618 MOTION to Vacate under 28 U.S.C. § 2255, ( brief due by 11/8/2018.). Signed by Honorable Joseph F Anderson, Jr on 10/25/18.(mflo, )** (Entered: 10/25/2018) |
| 11/08/2018 | 1646 | MOTION Hold Proceedings in Abeyance by Chadrick E Fulks. No proposed order (Attachments: # 1 Proposed Order)(Williams, Peter) (Entered: 11/08/2018) |
| 11/08/2018 | 1647 | REPLY by USA to 1644 Order,, Set Deadlines, (Daley, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 1648 | MOTION Unopposed Motion to Hold Proceedings in Abeyance Filed in Response to the Court's October 25, 2018 Order by Brandon L Basham. Proposed order is being emailed to chambers with copy to opposing counsel (Attachments: # 1 Proposed Order) (Marquez, Leticia) (Entered: 11/08/2018) |
| 11/14/2018 | 1649 | **ORDER granting 1646 Motion hold the defendant's motion in abeyance until the Fourth Circuit Court of Appeals issues a decision in Simms as to Chadrick E Fulks (1). When the Fourth Circuit's opinion is issued in Simms, the parties shall be allowed a period of 28 days after the filing of the mandate to file any supplemental briefs on this issue. Signed by Honorable Joseph F Anderson, Jr on 11/14/18.(mflo, )** (Entered: 11/14/2018) |
| 11/14/2018 | 1650 | **ORDER granting 1648 Motion to hold the defendant's motion in abeyance until the Fourth Circuit Court of Appeals issues a decision in Simms as to Brandon L Basham (2). When the Fourth Circuit's opinion is issued in Simms, the parties shall be allowed a period of 28 days after the filing of the mandate to file any supplemental briefs on this issue. Signed by Honorable Joseph F Anderson, Jr on 11/14/18.(mflo, )** (Entered: 11/14/2018) |
| 02/12/2019 | 1652 | **ORDER The Court will hold the defendant's § 2255 petition in abeyance until either a decision by the Supreme Court in Davis, or further guidance from the Fourth Circuit Court of Appeals. deferring ruling on 1618 Motion to Vacate 2255 as to Chadrick E Fulks (1); deferring ruling on 1626 Motion to Dismiss as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 2/12/19. (mflo, )** (Entered: 02/12/2019) |

| 02/12/2019 | 1653 | **ORDER The Court will hold the defendant's § 2255 petition in abeyance until either a decision by the Supreme Court in Davis, or further guidance from the Fourth Circuit Court of Appeals. deferring ruling on 1616 Motion to Vacate 2255 as to Brandon L Basham (2); deferring ruling on 1627 Motion to Dismiss as to Brandon L Basham (2). Signed by Honorable Joseph F Anderson, Jr on 2/12/19. (mflo, ) (Entered: 02/12/2019)** |
|---|---|---|
| 07/23/2019 | 1654 | **ORDER The parties are hereby directed to file any supplemental briefs relating to the Davis and Simms case no later than August 6,2019 as to Chadrick E Fulks re 1618 MOTION to Vacate under 28 U.S.C. § 2255, ( Supplemental Brief due by 8/6/2019.). Signed by Honorable Joseph F Anderson, Jr on 7/23/19.(mflo, ) (Entered: 07/23/2019)** |
| 07/23/2019 | 1655 | **ORDER The parties are hereby directed to file any supplemental briefs relating to the Davis and Simms case no later than August 6,2019 as to Brandon L Basham re 1616 MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham, ( Specific Document due by 8/6/2019.). Signed by Honorable Joseph F Anderson, Jr on 7/23/19.(mflo, ) (Entered: 07/23/2019)** |
| 08/02/2019 | 1656 | MOTION for Hearing by Video Conference by Chadrick E Fulks. No proposed order (Attachments: # 1 Envelope)(mflo, ) (Entered: 08/02/2019) |
| 08/02/2019 | 1657 | MOTION for Extension of Time to File Response/Reply as to 1654 Order,, Set Deadlines, 1655 Order,, Set Deadlines, by USA as to Chadrick E Fulks, Brandon L Basham. No proposed order(Daley, Robert) (Entered: 08/02/2019) |
| 08/02/2019 | 1658 | **TEXT ORDER granting 1657 Motion for Extension of Time to File Response/Reply as to Chadrick E Fulks (1) and Brandon L Basham (2). Directed by Honorable Joseph F Anderson, Jr on 8/2/19.(mflo, ) (Entered: 08/02/2019)** |
| 09/03/2019 | 1660 | MOTION for Extension of Time to File Response/Reply as to 1655 Order,, Set Deadlines, by USA as to Chadrick E Fulks, Brandon L Basham. No proposed order(Daley, Robert) (Entered: 09/03/2019) |
| 09/04/2019 | 1661 | **TEXT ORDER as to Chadrick E Fulks, Brandon L Basham, Granting 1660 JOINT CONSENT MOTION for Extension of Time to File Response to 1655 Order filed by USA, ( Specific Document due by 9/24/2019.). Directed by Honorable Joseph F Anderson, Jr on 9/4/19.(mflo, ) (Entered: 09/04/2019)** |
| 09/23/2019 | 1662 | MOTION for Extension of Time to File Response/Reply as to 1654 Order,, Set Deadlines, 1655 Order,, Set Deadlines, by USA as to Chadrick E Fulks, Brandon L Basham. No proposed order(Daley, Robert) (Entered: 09/23/2019) |
| 09/23/2019 | 1663 | **TEXT ORDER as to Chadrick E Fulks, Brandon L Basham Granting 1662 JOINT MOTION for Extension of Time to File Response as to 1654 Order, and 1655 Order filed by USA, ( Response to Orders due by 10/1/2019. Add an additional 3 days only if served by mail or otherwise allowed under Fed. R. Civ. P. 6 or Fed. R. Crim. P. 45. ). Directed by Honorable Joseph F Anderson, Jr on 9/23/19.(mflo, ) (Entered: 09/23/2019)** |
| 10/01/2019 | 1664 | RESPONSE in Support by Chadrick E Fulks re 1618 MOTION to Vacate under 28 U.S.C. § 2255 (Williams, Peter) (Entered: 10/01/2019) |
| 10/01/2019 | 1665 | Second MOTION to Dismiss by USA as to Chadrick E Fulks. No proposed order(Daley, Robert) (Entered: 10/01/2019) |
| 10/01/2019 | 1666 | RESPONSE in Opposition by USA as to Chadrick E Fulks re 1618 MOTION to Vacate under 28 U.S.C. § 2255 (Attachments: # 1 Exhibit Superseding Indictment filed April |

6/8/23, 9:07 AM                                    CM/ECF - scd

| | | |
|---|---|---|
| | | 23, 2003)(Daley, Robert) (Entered: 10/01/2019) |
| 10/01/2019 | 1667 | Second MOTION to Dismiss by USA as to Brandon L Basham. No proposed order(Daley, Robert) (Entered: 10/01/2019) |
| 10/01/2019 | 1668 | RESPONSE in Opposition by USA as to Brandon L Basham re 1616 MOTION to Vacate under 28 U.S.C. § 2255 (Attachments: # 1 Exhibit Superseding Indictment filed on April 23, 2003)(Daley, Robert) (Entered: 10/01/2019) |
| 10/01/2019 | 1669 | RESPONSE in Support by Brandon L Basham re 1616 MOTION to Vacate under 28 U.S.C. § 2255 (Marquez, Leticia) (Entered: 10/01/2019) |
| 10/11/2019 | 1670 | MOTION for Leave to File *a Response and for Forty-Five Day Extension of Time* by Chadrick E Fulks. No proposed order (Attachments: # 1 Proposed Order)(Williams, Peter) (Entered: 10/11/2019) |
| 10/11/2019 | 1671 | MOTION for Leave to File *a Response and for Forty-Five Day Extension of Time* by Brandon L Basham. Proposed order is being emailed to chambers with copy to opposing counsel (Attachments: # 1 Proposed Order)(Marquez, Leticia) (Entered: 10/11/2019) |
| 10/11/2019 | 1672 | **TEXT ORDER granting 1670 Motion for Leave to File a Response to Government's Motion to Dismiss or in the alternative for Summary Judgment by 45 days as to Chadrick E Fulks (1). Response due on or before November 29, 2019. Directed by Honorable Joseph F Anderson, Jr on 10/11/19.(mflo, ) (Entered: 10/11/2019)** |
| 10/11/2019 | 1673 | **TEXT ORDER granting 1671 Motion for Leave to File Response to government's motion to dismiss or in the alternative for Summary Judgment by 45 days as to Brandon L Basham (2). Response due on or before November 29, 2019. Directed by Honorable Joseph F Anderson, Jr on 10/11/19.(mflo, ) (Entered: 10/11/2019)** |
| 11/22/2019 | 1675 | MOTION for Extension of Time *to File Response to Respondent's Motion to Dismiss or, in the Alternative, for Summary Judgment* by Brandon L Basham. Proposed order is being emailed to chambers with copy to opposing counsel (Attachments: # 1 Proposed Order)(Marquez, Leticia) (Entered: 11/22/2019) |
| 11/22/2019 | 1676 | **TEXT ORDER granting 1675 Motion for Extension of Time to File a Response to Respondent's Motion to Dismiss or in the alternative for Summary Judgment until 12/6/19 as to Brandon L Basham (2). Directed by Honorable Joseph F Anderson, Jr on 11/22/19.(mflo, ) (Entered: 11/22/2019)** |
| 11/29/2019 | 1677 | RESPONSE in Opposition by Chadrick E Fulks re 1665 Second MOTION to Dismiss (Williams, Peter) (Entered: 11/29/2019) |
| 12/05/2019 | 1678 | MOTION for Extension of Time to File Reply as to 1677 Response in Opposition by USA as to Chadrick E Fulks. Refiled by Clerk to the select the correct defendant.No proposed order(mflo, ) (Entered: 12/06/2019) |
| 12/06/2019 | 1679 | RESPONSE in Opposition by Brandon L Basham re 1667 Second MOTION to Dismiss (Marquez, Leticia) (Entered: 12/06/2019) |
| 12/09/2019 | 1680 | **ORDER granting 1678 Motion for Extension of Time to File Reply by USA on or before December 31, 2019 as to Chadrick E Fulks (1). Directed by Honorable Joseph F Anderson, Jr on 12/9/19.(mflo, ) (Entered: 12/09/2019)** |
| 12/12/2019 | 1681 | MOTION for Extension of Time to File Response/Reply as to 1679 Response in Opposition by USA as to Brandon L Basham. No proposed order(Daley, Robert) (Entered: 12/12/2019) |

JA0141

CM/ECF - scd

| | | |
|---|---|---|
| 12/13/2019 | 1682 | **TEXT ORDER granting 1681 Motion for Extension of Time to File Reply until December 31, 2019 by USA as to Brandon L Basham (2). Directed by Honorable Joseph F Anderson, Jr on 12/13/19.(mflo, ) (Entered: 12/13/2019)** |
| 12/19/2019 | 1683 | MOTION for Extension of Time to File Response/Reply as to 1679 Response in Opposition by USA as to Brandon L Basham. No proposed order(Daley, Robert) (Entered: 12/19/2019) |
| 12/19/2019 | 1684 | MOTION for Extension of Time to File Response/Reply as to 1677 Response in Opposition by USA as to Chadrick E Fulks. No proposed order(Daley, Robert) (Entered: 12/19/2019) |
| 12/20/2019 | 1685 | **TEXT ORDER granting 1684 Motion for Extension of Time to File Reply by Government on or before January 15, 2020 as to Chadrick E Fulks (1). Directed by Honorable Joseph F Anderson, Jr on 12/20/19.(mflo, ) (Entered: 12/20/2019)** |
| 12/20/2019 | 1686 | **TEXT ORDER granting 1683 Motion for Extension of Time to File Reply by Government on or before January 15, 2020 as to Brandon L Basham (2). Directed by Honorable Joseph F Anderson, Jr on 12/20/19.(mflo, ) (Entered: 12/20/2019)** |
| 01/15/2020 | 1688 | REPLY TO RESPONSE to Motion by USA as to Brandon L Basham re 1667 Second MOTION to Dismiss (Daley, Robert) (Entered: 01/15/2020) |
| 01/15/2020 | 1689 | REPLY TO RESPONSE to Motion by USA as to Chadrick E Fulks; re 1665 Second MOTION to Dismiss by USA. Refiled by clerk using the correct event and also replaced document as provided by filing user. (mflo, ). (Entered: 01/15/2020) |
| 03/23/2020 | 1690 | **ORDER denying 1656 Pro Se Motion to hold a video hearing as to Chadrick E Fulks (1). Signed by Honorable Joseph F Anderson, Jr on 3/23/20.(mflo, ) (Entered: 03/23/2020)** |
| 03/23/2020 | 1691 | ***DOCUMENT MAILED as to Chadrick E Fulks re 1690 Order on Motion for Hearing placed in U.S. Mail from Columbia Clerks Office to CHADRICK EVAN FULKS Register Number: 16617-074 USP Terre Haute U.S. PENITENTIARY P.O. BOX 33 TERRE HAUTE, IN 47808 (mflo, ) (Entered: 03/23/2020) |
| 08/28/2020 | 1692 | **ORDER staying these motions pending the Supreme Court case ruling in the *Borden* as to Chadrick E Fulks; re 1618 MOTION to Vacate under 28 U.S.C. § 2255, 1665 Second MOTION to Dismiss filed by USA. Signed by Honorable Joseph F Anderson, Jr on 8/28/20.(mflo, ) (Entered: 08/28/2020)** |
| 08/28/2020 | 1693 | **ORDER staying these motions pending the Supreme Court case ruling in the *Borden* as to Brandon L Basham ; re 1667 Second MOTION to Dismiss filed by USA, 1616 MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham. Signed by Honorable Joseph F Anderson, Jr on 8/28/20.(mflo, ) (Entered: 08/28/2020)** |
| 06/23/2021 | 1694 | **ORDER this court will afford the parties one final opportunity to submit supplemental briefing in this case, if they should so desire on the recent decision of *Borden v. United States* (No. 19-5410) as to Chadrick E Fulks, ( Brief due by 7/14/2021.). Signed by Honorable Joseph F Anderson, Jr on 6/23/21.(mflo, ) (Entered: 06/23/2021)** |
| 06/23/2021 | 1695 | **ORDER this court will afford the parties one final opportunity to submit supplemental briefing in this case, if they should so desire on the recent decision of *Borden v. United States* (No. 19-5410) as to Brandon L Basham, ( Brief due by 7/14/2021.). Signed by Honorable Joseph F Anderson, Jr on 6/23/21.(mflo, ) (Entered: 06/23/2021)** |

| 07/12/2021 | 1696 | MOTION for Extension of Time to File *Supplemental Brief Regarding Impact of Borden* by Brandon L Basham. No proposed order(Marquez, Leticia) (Entered: 07/12/2021) |
|---|---|---|
| 07/14/2021 | 1697 | **TEXT ORDER Granting 1696 MOTION for Extension of Time to File *Supplemental Brief Regarding Impact of Borden* filed by Brandon L Basham. ( Supplemental Brief Regarding Impact of Borden due by 9/14/2021.) Directed by Honorable Joseph F Anderson, Jr on 7/14/21.(mflo, ) (Entered: 07/14/2021)** |
| 07/14/2021 | 1698 | RESPONSE in Support by USA as to Chadrick E Fulks re 1626 MOTION to Dismiss , 1665 Second MOTION to Dismiss (Daley, Robert) (Entered: 07/14/2021) |
| 07/14/2021 | 1699 | RESPONSE in Opposition by Chadrick E Fulks re 1665 Second MOTION to Dismiss (Williams, Peter) (Entered: 07/14/2021) |
| 07/19/2021 | 1700 | MOTION for Leave to File *Replies* by Chadrick E Fulks. Proposed order is being emailed to chambers with copy to opposing counsel(Williams, Peter) (Entered: 07/19/2021) |
| 07/20/2021 | 1701 | **TEXT ORDER granting 1700 Motion for Leave to File Replies to the 7/14/21 supplemental memoranda as to Chadrick E Fulks (1). Both Government and Defendant shall file their replies by 8/13/21 to 1698 Response by USA and 1699 Response by defendant Fulks to Motion to Dismiss. Directed by Honorable Joseph F Anderson, Jr on 7/20/21.(mflo, ) (Entered: 07/20/2021)** |
| 08/13/2021 | 1702 | REPLY by Chadrick E Fulks to 1698 Response in Support 1665 Second MOTION to Dismiss*Brief Regarding Borden v. United States* (Williams, Peter) Modified on 8/20/2021 to edit text and link to correct filing(mflo, ). (Entered: 08/13/2021) |
| 08/13/2021 | 1703 | REPLY by USA to 1699 Response in Opposition re 1665 Second MOTION to Dismiss (Daley, Robert) Modified on 8/20/2021 to edit text and link to correct filing(mflo, ). (Entered: 08/13/2021) |
| 09/14/2021 | 1705 | RESPONSE in Support by USA as to Brandon L Basham re 1667 Second MOTION to Dismiss (Daley, Robert) (Entered: 09/14/2021) |
| 09/14/2021 | 1706 | SUPPLEMENTAL REPLY BRIEF to 1695 Order and in support of 1616 MOTION to Vacate under 28 U.S.C. § 2255 by Brandon L Basham. Refiled selecting the correct defendant. (mflo, ) (Entered: 09/15/2021) |
| 09/21/2021 | 1707 | MOTION to Hold Case in Abeyance by Chadrick E Fulks. Proposed order is being emailed to chambers with copy to opposing counsel(Williams, Peter) (Entered: 09/21/2021) |
| 09/22/2021 | 1708 | **ORDER the court will stay pending § 2255 petitions of both Fulks and Basham awaiting the Fourth Circuit's resolutions in the Dickerson and Ogun cases as to Chadrick E Fulks, Brandon L Basham. Granting 1707 MOTION to Hold Case in Abeyance filed by Chadrick E Fulks. Signed by Honorable Joseph F Anderson, Jr on 9/22/21.(mflo, ) (Entered: 09/22/2021)** |
| 09/24/2021 | 1709 | NOTICE OF ATTORNEY APPEARANCE Andrew Robert de Holl appearing for USA. (de Holl, Andrew) (Entered: 09/24/2021) |
| 03/22/2022 | 1710 | **TEXT ORDER Pending before this court are the defendant's motions to vacate pursuant to 28 U.S.C. § 2255 and the governments motions to dismiss same. Previously, this Court stayed resolution of these motions pending the outcome of two case then before the Fourth Circuit Court of Appeals: *United States v. Dickerson,* No. 20-6578 and *United States v. Ogun,* No. 16-7450. The Fourth Circuit entered an order and judgment in these actions on March 22, 2022. Thus, the stay is lifted and defendants have 21 days from the date of this order to file any** |

6/8/23, 9:07 AM                                          CM/ECF - scd

| | | supplemental briefing. The government will have 14 days after the submission of any supplemental briefs to respond. re <u>1618</u> MOTION to Vacate under 28 U.S.C. § 2255 filed by Chadrick E Fulks and 1616 MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L Basham, ( Supplemental Briefing due by 4/12/2022.). Directed by Honorable Joseph F Anderson, Jr on 3/22/22.(mflo, ) (Entered: 03/22/2022) |
|---|---|---|
| 04/05/2022 | <u>1712</u> | MOTION for Extension of Time to File *Supplemental Brief* by Brandon L Basham. No proposed order(Marquez, Leticia) (Entered: 04/05/2022) |
| 04/05/2022 | 1714 | **TEXT ORDER as to Chadrick E Fulks, Brandon L Basham, granting (ECF #1712) motion for extension of time to file supplemental brief by Brandon L Basham. This extension will apply to both Basham and Fulks. Defendants will have until May 23, 2022, to file supplemental briefing on the impact of United States v. Dickerson, No. 20-6578 and United States v. Ogun, No. 16-7450 to the instant petitions. The government will have 14 days after the submission of any supplemental briefs to respond. ( Specific Document due by 5/23/2022.). Granting 1712 MOTION for Extension of Time to File *Supplemental Brief* filed by Brandon L Basham. Directed by Honorable Joseph F Anderson, Jr on 4/5/22.(mflo, ) (Entered: 04/05/2022)** |
| 04/05/2022 | <u>1715</u> | NOTICE OF ATTORNEY APPEARANCE Kathleen Michelle Stoughton appearing for USA. (Stoughton, Kathleen) (Entered: 04/05/2022) |
| 05/16/2022 | <u>1716</u> | MOTION to Hold Proceedings in Abeyance Pending the Outcome of United States v. Taylor by Brandon L Basham. No proposed order(Marquez, Leticia) (Entered: 05/16/2022) |
| 05/16/2022 | 1717 | **TEXT ORDER as to Chadrick E Fulks, Brandon L Basham, granting (ECF #1716) motion for extension of time to file supplemental brief by Brandon Basham. This extension will apply to both Basham and Fulks. Defendants will have until August 15, 2022, to file supplemental briefing on the impact of *United States v. Dickerson*, No. 20-6578, *United States v. Ogun*, No. 16-7450, and *United States v. Taylor*, No. 20-1459 to the instant petitions. The government will have 14 days after the submission of any supplemental briefs to respond. ( Specific Document due by 8/15/2022.), Granting 1716 MOTION to Hold Proceedings in Abeyance Pending the Outcome of United States v. Taylor filed by Brandon L Basham. Directed by Honorable Joseph F Anderson, Jr on 5/16/22.(mflo, ) (Entered: 05/16/2022)** |
| 08/10/2022 | <u>1720</u> | MOTION for Extension of Time to File *Supplemental Brief* by Chadrick E Fulks. No proposed order(Williams, Peter) (Entered: 08/10/2022) |
| 08/11/2022 | 1721 | **TEXT ORDER as to Chadrick E Fulks, Brandon L Basham, granting (ECF #1720) motion for extension of time to file supplemental brief by Chadrick Fulks. This extension will apply to both Fulks and Basham. Defendants will have until September 14, 2022, to file supplemental briefing on the impact of United States v. Dickerson, No. 20-6578, United States v. Ogun, No. 16-7450, and United States v. Taylor, No. 20-1459 to the instant petitions. The government will have 14 days after the submission of any supplemental briefs to respond. ( Supplemental brief due by 9/14/2022.). Directed by Honorable Joseph F Anderson, Jr on 8/11/22.(mflo, ) (Entered: 08/11/2022)** |
| 09/14/2022 | <u>1722</u> | SUPPLEMENTAL RESPONSE in Support filed by Chadrick E Fulks to <u>1618</u> SECOND OR SUCCESSIVE MOTION to Vacate under 28 U.S.C. § 2255 by Chadrick E Fulks (Attachments: # <u>1</u> Exhibit)(Williams, Peter) Modified on 9/15/2022 to add text and correct linkage (mflo, ). (Entered: 09/14/2022) |

| 09/14/2022 | 1723 | SUPPLEMENTAL RESPONSE in Support by Brandon L Basham to 1616 MOTION to Vacate under 28 U.S.C. § 2255 filed by Brandon L. Basham. Refiled by clerk selecting the correct defendant and event. (mflo, ) (Entered: 09/15/2022) |
| 09/26/2022 | 1724 | MOTION for Extension of Time to File Response/Reply as to 1723 Response in Support *by Brandon L. Basham and 1722 Supplemental Response in Support filed by Chadrick E. Fulks* by USA as to Chadrick E Fulks, Brandon L Basham. No proposed order(Stoughton, Kathleen) (Entered: 09/26/2022) |
| 09/26/2022 | 1725 | **TEXT ORDER Granting 1724 MOTION for Extension of Time to File Reply as to 1723 Response in Support to 1616 MOTION to Vacate under 28 U.S.C. § 2255 by Brandon L. Basham and 1722 Supplemental Response in Support to 1618 SECOND OR SUCCESSIVE MOTION to Vacate under 28 U.S.C. § 2255 filed by Chadrick E. Fulks filed by USA ( Reply due by 10/12/2022.). Directed by Honorable Joseph F Anderson, Jr on 9/26/22.(mflo, ) (Entered: 09/26/2022)** |
| 10/11/2022 | 1726 | Second MOTION for Extension of Time to File Response/Reply as to 1723 Response in Support *by Brandon L. Basham and 1722 Supplemental Response in Support filed by Chadrick E. Fulks* by USA as to Chadrick E Fulks, Brandon L Basham. No proposed order(Stoughton, Kathleen) (Entered: 10/11/2022) |
| 10/12/2022 | 1727 | **TEXT ORDER as to Chadrick E Fulks, Brandon L Basham; Granting 1726 Second MOTION for Extension of Time to File Supplemental Response Brief as to 1723 Response in Support *by Brandon L. Basham and 1722 Supplemental Response in Support filed by Chadrick E. Fulks* filed by USA ( Supplemental Response Brief due by 10/19/2022.),. Directed by Honorable Joseph F Anderson, Jr on 10/12/22. (mflo, ) (Entered: 10/12/2022)** |
| 10/19/2022 | 1728 | RESPONSE in Opposition by USA as to Chadrick E Fulks re 1618 MOTION to Vacate under 28 U.S.C. § 2255 *and re 1722 Supplemental Response in Support of Second or Successive Motion to Vacate under 28 U.S.C. 2255 and in Support of 1665 Second Motion to Dismiss by USA as to Chadrick E. Fulks* (Stoughton, Kathleen) Modified on 10/20/2022 to edit linkage (mflo, ). (Entered: 10/19/2022) |
| 10/19/2022 | 1729 | RESPONSE in Opposition by USA as to Brandon L Basham re 1616 MOTION to Vacate under 28 U.S.C. § 2255 *and re 1723 Supplemental Response in Support of Second or Successive Motion to Vacate under 28 U.S.C. 2255 and in Support of 1667 Second Motion to Dismiss by USA as to Brandon L. Basham* (Stoughton, Kathleen) (Entered: 10/19/2022) |
| 10/28/2022 | 1730 | MOTION for Leave to File *a Reply* by Chadrick E Fulks. No proposed order(Williams, Peter) (Entered: 10/28/2022) |
| 10/31/2022 | 1732 | **TEXT ORDER Granting 1730 MOTION for Leave to File *a Reply* filed by Chadrick E Fulks to 1728 Response in Opposition filed by USA. ( Reply due by 11/10/2022.),. Directed by Honorable Joseph F Anderson, Jr on 10/31/22.(mflo, ) (Entered: 10/31/2022)** |
| 10/31/2022 | 1733 | MOTION for Extension of Time to File Reply to USA 1729 Response Brief by Brandon L Basham. Refiled selecting the correct defendant.No proposed order(mflo, ) (Entered: 10/31/2022) |
| 10/31/2022 | 1734 | **TEXT ORDER Granting 1733 MOTION for Extension of Time to File Reply filed by Brandon L Basham to 1729 Response Brief filed by USA ( Reply Brief due by 11/10/2022.),. Directed by Honorable Joseph F Anderson, Jr on 10/31/22.(mflo, ) (Entered: 10/31/2022)** |

| 11/02/2022 | 1735 | MOTION for Extension of Time to File Response/Reply as to 1729 Response in Opposition, by Brandon L Basham. No proposed order(Marquez, Leticia) (Entered: 11/02/2022) |
|---|---|---|
| 11/03/2022 | 1736 | **TEXT ORDER Granting 1735 MOTION for Extension of Time to File Reply to 1729 Response in Opposition filed by Brandon L Basham ( Reply due by 11/17/2022.). Directed by Honorable Joseph F Anderson, Jr on 11/3/22.**(mflo, ) (Entered: 11/03/2022) |
| 11/10/2022 | 1737 | REPLY by Chadrick E Fulks in Support of Petitioner's Memorandum of Law Regarding United States v. Taylor, United States v. Ogun, and United States v. Dickerson and to 1728 RESPONSE in Opposition to 1618 MOTION to Vacate under 28 U.S.C. § 2255 (Williams, Peter) Modified on 11/10/2022 to add event linkage (mflo, ). (Entered: 11/10/2022) |
| 11/17/2022 | 1738 | REPLY by Brandon L Basham *in Support of 1723 Supplemental Response Memorandum of Law Regarding the Impact of United States v Taylor and the Fourth Circuit Court of Appeals' Order in United States v Dickerson and United States v Ogun* and 1616 MOTION to Vacate under 28 U.S.C. § 2255 (Marquez, Leticia) Modified on 11/18/2022 to add links to events (mflo, ). (Entered: 11/17/2022) |
| 01/10/2023 | 1739 | **ORDER denying 1618 Second Successive Motion to Vacate 2255 as to Chadrick E Fulks (1); denying 1626 Motion to Dismiss as to Chadrick E Fulks (1); granting 1665 Motion to Dismiss as to Chadrick E Fulks (1); granting a certificate of appealability as to specific issues adjudicated indicated in this order. Signed by Honorable Joseph F Anderson, Jr on 1/10/23.**(mflo, ) Civil Case 4:16-cv-02058-JFA closed. (Entered: 01/10/2023) |
| 01/10/2023 | 1740 | JUDGMENT on 28:2255 PETITION as to Chadrick E Fulks IT IS ORDERED AND ADJUDGED that petitioner, Chadrick Evans Fulks shall take nothing on the second successive petition filed pursuant to 28 USC § 2255 and this action is dismissed with prejudice and grants a certificate of appealability re: 1618 Second Successive MOTION to Vacate under 28 U.S.C. § 2255. (mflo, ) (Main Document 1740 replaced on 1/10/2023 to correct CV case number) (mflo, ). (Entered: 01/10/2023) |
| 01/10/2023 | 1741 | **ORDER denying 1616 Second Successive Motion to Vacate 2255 as to Brandon L Basham (2); denying 1627 Motion to Dismiss as to Brandon L Basham (2); granting 1667 Motion to Dismiss as to Brandon L Basham (2); granting a certificate of appealability as to specific issues adjudicated as indicated in this order. Signed by Honorable Joseph F Anderson, Jr on 1/10/23.**(mflo, ) Civil Case 4:16-cv-02027-JFA closed. (Entered: 01/10/2023) |
| 01/10/2023 | 1742 | JUDGMENT on 28:2255 PETITION as to Brandon L Basham IT IS ORDERED AND ADJUDGED that petitioner, Brandon L. Basham shall take nothing on the second successive petition filed pursuant to 28 USC § 2255 and this action is dismissed with prejudice and grants a certificate of appealability re: 1616 MOTION to Vacate under 28 U.S.C. § 2255 (mflo, ) (Entered: 01/10/2023) |
| 03/07/2023 | 1743 | NOTICE OF APPEAL OF FINAL JUDGMENT by Chadrick E Fulks re 1739 Order on Motion to Vacate 2255,, Order on Motion to Dismiss,,, - The Docketing Statement form, Transcript Order form, and CJA 24 form may be obtained from the Fourth Circuit website at www.ca4.uscourts.gov. If applicable, the original CJA 24 form must be sent to the clerk's office upon filing of the Transcript Order form. (Williams, Peter) (Entered: 03/07/2023) |
| 03/07/2023 | 1746 | NOTICE OF APPEAL OF FINAL JUDGMENT by Brandon L Basham re 1741 Order on Motion to Vacate 2255,, Order on Motion to Dismiss,,, - The Docketing Statement |

|  |  | form, Transcript Order form, and CJA 24 form may be obtained from the Fourth Circuit website at www.ca4.uscourts.gov. If applicable, the original CJA 24 form must be sent to the clerk's office upon filing of the Transcript Order form. Refiled by the Clerk selecting the correct defendant. (mflo, ) Modified on 3/8/2023 to correct filing date (mflo, ). (Entered: 03/08/2023) |
|---|---|---|
| 03/08/2023 | 1745 | Transmittal Sheet for Notice of Appeal to USCA as to Chadrick E Fulks to US Court of Appeals re 1743 Notice of Appeal - Final Judgment, The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (mflo, ) (Entered: 03/08/2023) |
| 03/08/2023 | 1747 | Transmittal Sheet for Notice of Appeal to USCA as to Brandon L Basham to US Court of Appeals re 1746 Notice of Appeal - Final Judgment,, The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (mflo, ) (Entered: 03/08/2023) |
| 03/09/2023 | 1749 | ORDER of USCA The court appoints Peter K. Williams of the Federal Community Defender Office for the Eastern District of Pennsylvania as lead counsel for the appellant as to Chadrick E Fulks re 1743 Notice of Appeal - Final Judgment, (mflo, ) (Entered: 03/09/2023) |
| 03/09/2023 | 1751 | ORDER of USCA The court appoints Leticia Marquez from the Office of the Federal Public Defender for the District of Arizona as lead counsel and Lindsey Layer from the Office of the Federal Public Defender for the District of Arizona as co-counsel for the appellant as to Brandon L Basham re 1746 Notice of Appeal - Final Judgment,, (mflo, ) (Entered: 03/09/2023) |
| 03/13/2023 | 1752 | ORDER of USCA consolidating 23-2 and 23-3 as to Chadrick E Fulks re 1743 Notice of Appeal - Final Judgment, (mflo, ) (Entered: 03/13/2023) |
| 03/13/2023 | 1753 | ORDER of USCA consolidating 23-2 and 23-3 as to Brandon L Basham re 1746 Notice of Appeal - Final Judgment,, (mflo, ) (Entered: 03/13/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/08/2023 12:06:35 | | |
| **PACER Login:** | fpd00100 | **Client Code:** | Diulus-Basham |
| **Description:** | Docket Report | **Search Criteria:** | 4:02-cr-00992-JFA |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

ORIGINAL FILED

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

APR 2 3 2003

LARRY W. PROPES, CLERK
FLORENCE, SC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: **4:02-992** |
| | ) 18 U.S.C. §2119 |
| vs. | ) 18 U.S.C. §1201(a) |
| | ) 18 U.S.C. §2312 |
| | ) 18 U.S.C. §371 |
| **CHADRICK EVAN FULKS** | ) 18 U.S.C. §924(o) |
| **BRANDEN LEON BASHAM** | ) 18 U.S.C. §924(c) |
| | ) 18 U.S.C. §922(g) |
| | ) 18 U.S.C. §924(a)(2) |
| | ) 18 U.S.C. §924(j) |
| | ) 18 U.S.C. §2 |
| | ) |
| | ) **SUPERSEDING** |
| | ) **INDICTMENT** |

## COUNT 1
(Carjacking resulting in death)

**MAXIMUM PENALTY**
**FINE OF $250,000.00 (18 U.S.C. § 3571)**
**LIFE IMPRISONMENT OR DEATH**
**AND A TERM OF SUPERVISED RELEASE OF 5 YEARS (18 U.S.C. § 3583)**
**SPECIAL ASSESSMENT OF $100.00 (18 U.S.C. § 3013)**

THE GRAND JURY CHARGES:

That on or about November 14, 2002, in the District of South Carolina and

elsewhere, **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM**, with

intent to cause death and serious bodily harm, by force, violence, and intimidation did

take from the person and presence of another, to wit Alice Donovan, a motor vehicle that

had been transported in interstate and foreign commerce, that is a 1994 BMW 318i, and

Alice Donovan's death resulted;

In violation of Title 18, United States Code, Section 2119 and Section 2.

JA0148

## COUNT 2
(Kidnapping resulting in death)

**MAXIMUM PENALTY**
**FINE OF $250,000.00 (18 U.S.C. § 3571)**
**LIFE IMPRISONMENT OR DEATH**
**AND A TERM OF SUPERVISED RELEASE OF 5 YEARS (18 U.S.C. § 3583)**
**SPECIAL ASSESSMENT OF $100.00 (18 U.S.C. § 3013)**

THE GRAND JURY FURTHER CHARGES:

On or about November 14, 2002, in the District of South Carolina and elsewhere,

**CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM,** willfully and

unlawfully did kidnap, abduct and carry away Alice Donovan, and did willfully transport

Alice Donovan in interstate commerce from Conway, South Carolina to North Carolina,

and did hold her for ransom, reward and otherwise, and Alice Donovan's death resulted;

In violation of Title 18, United States Code, Section 1201(a)(1) and Section 2.

2

JA0149

## COUNT 3
(Interstate transportation of stolen motor vehicle)

**MAXIMUM PENALTY**
**FINE OF $250,000.00 (18 U.S.C. § 3571)**
**AND/OR IMPRISONMENT FOR 10 YEARS**
**AND A TERM OF SUPERVISED RELEASE OF 3 YEARS (18 U.S.C. § 3583)**
**SPECIAL ASSESSMENT OF $100.00 (18 U.S.C. § 3013)**

THE GRAND JURY FURTHER CHARGES:

On or about November 14, 2002, in the District of South Carolina and elsewhere,

**CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM** knowingly and

unlawfully did transport in interstate commerce a stolen motor vehicle, that is, a 1994

BMW 318i, from Conway, South Carolina, to North Carolina, knowing the same to have

been stolen;

In violation of Title 18, United States Code, Section 2312 and Section 2.

3

JA0150

**COUNT 4**
(Conspiracy)

**MAXIMUM PENALTY**
**FINE OF $250,000.00 (18 U.S.C. § 3571)**
**AND/OR IMPRISONMENT FOR 5 YEARS**
**AND A TERM OF SUPERVISED RELEASE OF 3 YEARS (18 U.S.C. § 3583)**
**SPECIAL ASSESSMENT OF $100.00 (18 U.S.C. § 3013)**

THE GRAND JURY FURTHER CHARGES:

From on or about November 4, 2002 to on or about November 20, 2002, in the

District of South Carolina and elsewhere, **CHADRICK EVAN FULKS (FULKS)** and

**BRANDEN LEON BASHAM (BASHAM)** unlawfully, knowingly, and willfully did

conspire, combine, confederate and agree with each other to commit the following

crimes:

a.    Carjacking resulting in death, a violation of Title 18, United States Code, Section 2119;

b.    Kidnapping resulting in death, a violation of Title 18, United States Code, Section 1201(a);

c.    Interstate transportation of a stolen motor vehicle, a violation of Title 18, United States Code, Section 2312.

d.    Possession of firearms by a convicted felon, a violation of Title 18, United States Code, Section 922(g); and

e.    Possession of stolen firearms, a violation of Title 18, United States Code, Section 922(j).

In furtherance of the conspiracy and to effect the objects thereof, the defendants

did commit, among others, the following overt acts:

4

## OVERT ACTS

1.    On or about November 4, 2002, **FULKS** and **BASHAM** escaped from the Hopkins County (Ky.) Detention Center.

2.    On or about November 5, 2002, **FULKS** and **BASHAM** kidnapped and carjacked James P. Hawkins (Hawkins) at knifepoint. They then transported Hawkins to Indiana and tied him to a tree using duct tape and electrical wire.

3.    On or about November 5 and 6, 2002, **FULKS** and **BASHAM** drove Hawkins' truck to Portage, Indiana and arrived at the residence of a woman (hereinafter referenced as "T.S.") known to **FULKS**. After they arrived at T.S.'s residence, **FULKS**, **BASHAM**, T.S. and her roommate (hereinafter referenced as "A.R.") traveled in T.S.'s van to The Pines, Indiana and checked into the Sands Motel.

4.    On or about November 7, 2002, **FULKS** asked T.S. if she could help him obtain firearms. T.S. and **FULKS** devised a plan whereby T.S. and A.R. would lure T.S.'s friend, Robert Talsma (Talsma), out of his residence so that **FULKS** and **BASHAM** could steal Talsma's firearms while Talsma was out of his house.

5.    On or about November 8, 2002, T.S. and A.R. went to Talsma's residence early in the morning. T.S. took Talsma into his bedroom and A.R. unlocked the doors and windows to the residence. T.S. and A.R. then took Talsma to breakfast. While Talsma was at breakfast, **FULKS** and **BASHAM** stole the following firearms from Talsma's residence: an H&R .22 caliber "9 shot," Model 949 revolver, two Ruger "Vaquero" .45

5

JA0152

caliber single action revolvers, and a Llama "Mini Max" .45 caliber pistol.

   6.    On or about November 8, 2002, **FULKS, BASHAM,** T.S. and A.R. drove to Sturgis, Michigan and checked into a motel.

   7.    On or about November 9, 2002, **FULKS, BASHAM,** T.S. and A.R. drove to Ohio and checked into another motel. While in Ohio, **FULKS** and **BASHAM** left the motel and returned in the early morning hours with a duffle bag full of camouflage clothing including masks, hoods, and boots.

   8.    On or about November 10, 2002, **FULKS, BASHAM,** T.S. and A.R. left Ohio and drove toward West Virginia.

   9.    On or about November 11, 2002, **FULKS, BASHAM,** T.S. and A.R. checked into the Hollywood Hotel in Huntington, West Virginia. **FULKS** and **BASHAM** left the motel with the duffle bag and returned sometime between 2:00 a.m. and 4:00 a.m. on November 12, 2002.

   10.    On or about November 12, 2002, **FULKS, BASHAM,** T.S. and A.R. left West Virginia and drove to Little River, South Carolina where they checked into the Lakeshore Motel.

   11.    On or about November 13, 2002, **FULKS** and **BASHAM** stole two purses, and **FULKS, BASHAM,** T.S. and A.R. went shopping using checks that were in the stolen purses. They bought clothing and alcohol and returned to the hotel on the evening of November 13, 2002.

6

JA0153

12.    On or about November 14, 2002, **FULKS, BASHAM,** T.S. and A.R. checked out of the Lakeshore Motel and drove to Myrtle Beach, South Carolina and checked into the Beachwalk Motel. Shortly after noon, **FULKS** and **BASHAM** left the motel driving T.S.'s green mini-van. They eventually arrived at the residence of Sam Jordan in Conway, South Carolina. **FULKS** and **BASHAM** entered Sam Jordan's residence and stole the following firearms: a Remington 870 12 gauge shotgun, a Marlin model 882SS .22 caliber rifle, a Remington Model 1100 12 gauge shotgun, a Marlin Model 60 .22 caliber rifle, and a RPI Connecticut Valley Arms Magbolt 150 rifle.

13.    On or about November 14, 2002, upon leaving Sam Jordan's residence, **FULKS** and **BASHAM** encountered Carl Jordan who was driving by in his truck. After Carl Jordan confronted **FULKS** and **BASHAM,** they fired shots at Carl Jordan. After Carl Jordan attempted to flee, **FULKS** and **BASHAM** followed Carl Jordan in T.S.'s green minivan and continued to shoot at Carl Jordan. After the encounter with Carl Jordan, **FULKS** and **BASHAM** abandoned the green mini-van in Conway.

14.    On or about November 14, 2002, **FULKS** and **BASHAM** stole a white Ford F-150 pick-up truck from a residence in Conway, South Carolina.

15.    On or about November 14, 2002, at approximately 2:47 p.m., **FULKS** and **BASHAM** drove the stolen white Ford F-150 pick-up truck into the parking lot of a WalMart store in Conway, South Carolina following a blue BMW sedan. When the sedan pulled into a parking space, **BASHAM** got out of the truck and entered the passenger side

7

door of the blue BMW. By displaying a .22 caliber revolver, **BASHAM** then forced the driver, Alice Donovan, to drive out of the parking space and toward the back of the parking lot where **FULKS** was waiting with a .45 caliber pistol. **FULKS** and **BASHAM** then abandoned the stolen truck and left the WalMart parking lot in Alice Donovan's vehicle taking her and her vehicle against her will.

16.    On or about November 14, 2002, after carjacking and kidnapping Alice Donovan, **FULKS** and **BASHAM** used Alice Donovan's debit card to purchase gas and obtain cash. **FULKS** drove Alice Donovan's BMW to North Carolina with Alice Donovan in the car. In North Carolina, at approximately 4:28 p.m., **FULKS** and **BASHAM** forced Alice Donovan to place a cellular telephone call to her daughter to advise her daughter that she had gone shopping and would be home late.

17.    On or about November 14, 2002, **FULKS** and **BASHAM** killed Alice Donovan and abandoned her body. They then drove Alice Donovan's blue BMW to the Beachwalk Motel in Myrtle Beach, South Carolina and retrieved personal belongings. They then left T.S. and A.R. at the Beachwalk Motel and drove Alice Donovan's blue BMW to Huntington, West Virginia.

18.    On or about November 17, 2002, **FULKS** and **BASHAM** left West Virginia and drove to Ashland, Kentucky in Alice Donovan's BMW. After they arrived in Ashland, Kentucky, **FULKS** drove **BASHAM** into a WalMart parking lot where **BASHAM** attempted to carjack Andrea and Deanna Francis while in possession of a

8

H&R .22 caliber "9 shot," Model 949 revolver. After **BASHAM** was approached by a Ashland Police Officer dispatched to investigate the attempted carjacking, he ran from the police officer and fired the revolver at the pursuing officer. **BASHAM** later identified himself to the Ashland Police as "Joshua Rittman."

19.     On or about November 19, 2002, **FULKS** drove Alice Donovan's BMW to Goshen, Indiana and arrived at his brother's house.

20.     On or about November 20, 2002, **FULKS** drove Alice Donovan's BMW to Bristol, Indiana where he abandoned the car in a shed. After abandoning the BMW, **FULKS** rode with his brother back towards Goshen, Indiana. Upon observing an Indiana State Trooper following his brother's vehicle, **FULKS** told his brother to stop the car. **FULKS** then got out of the car and attempted to flee the pursuing law enforcement officers on foot.

All in violation of Title 18, United State Code, Section 371.

9

JA0156

## COUNT 5
(Conspiracy to use and carry firearms in relation to and to possess firearms in furtherance of a crime of violence)

**MAXIMUM PENALTY**
**FINE OF $250,000.00 (18 U.S.C. § 3571)**
**AND/OR IMPRISONMENT FOR 20 YEARS**
**AND A TERM OF SUPERVISED RELEASE OF 3 YEARS (18 U.S.C. § 3583)**
**SPECIAL ASSESSMENT OF $100.00 (18 U.S.C. § 3013)**

THE GRAND JURY FURTHER CHARGES:

From on or about November 4, 2002, to on or about November 20, 2002, in the District of South Carolina, **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM,** did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together and have tacit understanding with each other and with others known to the Grand Jury, to knowingly use and carry firearms during and in relation to, and to possess firearms in furtherance of, crimes of violence which are prosecutable in a court of the United States, as charged in Counts 1 and 2 of this Superseding Indictment;

In violation of Title 18, United States Code, Section 924(o).

10

JA0157

## COUNT 6
(Use of a firearm during and in relation to a crime of violence)

**MINIMUM PENALTY IMPRISONMENT FOR 7 YEARS
MAXIMUM PENALTY
FINE OF $250,000.00 (18 U.S.C. § 3571)
AND/OR LIFE IMPRISONMENT
AND A TERM OF SUPERVISED RELEASE OF 5 YEARS (18 U.S.C. § 3583)
SPECIAL ASSESSMENT OF $100.00 (18 U.S.C. § 3013)**

THE GRAND JURY FURTHER CHARGES:

On or about November 14, 2002, in the District of South Carolina, **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM,** knowingly used and carried a firearm during and in relation to, and possessed a firearm in furtherance of crimes of violence for which they may be prosecuted in a court of the United States as charged in Counts 1 and 2 of this Superseding Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

11

## COUNT 7
(Felons in possession of firearms)

**MAXIMUM PENALTY**
**FINE OF $250,000.00 (18 U.S.C. § 3571)**
**AND/OR IMPRISONMENT FOR 10 YEARS**
**AND A TERM OF SUPERVISED RELEASE OF 3 YEARS (18 U.S.C. § 3583)**
**SPECIAL ASSESSMENT OF $100.00 (18 U.S.C. § 3013)**

THE GRAND JURY FURTHER CHARGES:

On or about November 14, 2002, in the District of South Carolina, **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM,** each having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce firearms, that is an H&R .22 caliber "9 shot" Model 949 revolver; a Llama "Mini Max" .45 caliber pistol; a Remington 870 12 gauge shotgun, a Marlin model 882SS .22 caliber rifle; a Remington Model 1100 12 gauge shotgun; a Marlin Model 60 .22 caliber rifle; and a RPI Connecticut Valley Arms Magbolt 150 rifle, each of which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) and Section 2.

12

JA0159

## COUNT 8
(Possession of Stolen Firearms)

**MAXIMUM PENALTY**
**FINE OF $250,000.00 (18 U.S.C. § 3571)**
**AND/OR IMPRISONMENT FOR 10 YEARS**
**AND A TERM OF SUPERVISED RELEASE OF 3 YEARS (18 U.S.C. § 3583)**
**SPECIAL ASSESSMENT OF $100.00 (18 U.S.C. § 3013)**

THE GRAND JURY FURTHER CHARGES:

On or about November 14, 2002, in the District of South Carolina, **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM**, knowingly did possess stolen firearms, that is an H&R .22 caliber "9 shot" Model 949 revolver; a Llama "Mini Max" .45 caliber pistol; a Remington 870 12 gauge shotgun, a Marlin model 882SS .22 caliber rifle; a Remington Model 1100 12 gauge shotgun; a Marlin Model 60 .22 caliber rifle; and a RPI Connecticut Valley Arms Magbolt 150 rifle, each of which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen;

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2) and Section 2.

13

## NOTICE OF SPECIAL FINDINGS

THE GRAND JURY FURTHER FINDS:

1.    As to Count 1, charging carjacking resulting in the death of Alice Donovan, a violation of Title 18, United States Code, Section 2119, and Count 2, kidnapping resulting in the death of Alice Donovan, a violation of Title 18, United States Code, Section 1201(a)(1), respectively:

   a.    **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM** were 18 years of age and older at the time of the offense [Title 18, United States Code, Section 3591(a)];

   b.    **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM** intentionally killed Alice Donovan [Title 18, United States Code, Section 3591(a)(2)(A)];

   c.    **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM** intentionally inflicted serious bodily injury that resulted in the death of Alice Donovan [Title 18, United States Code, Section 3591(a)(2)(B)];

   d.    **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM** intentionally participated in an act, contemplating that the life of a person would be taken and intending that lethal force would be used in connection with a person, other than one of the participants in the

14

JA0161

offense, and Alice Donovan died as a direct result of the act [Title 18, United States Code, Section 3591(a)(2)(C)];

e.  **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM** intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and Alice Donovan died as a direct result of the act [Title 18, United States Code, Section 3591(a)(2)(D)];

f.  The death of Alice Donovan, and the injury resulting in the death of Alice Donovan, occurred during the **CHADRICK EVAN FULKS'** and **BRANDEN LEON BASHAM'S** commission and attempted commission of, and during their immediate flight from their commission of, an offense under Title 18, United States Code, Section 1201 [Title 18, United States Code, Section 3592(c)(1)].

g.  **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM** committed the offense as consideration for the receipt, and in the expectation of the receipt, of something of pecuniary value [Title 18, United States Code, Section 3592(c)(8)].

h.  **CHADRICK EVAN FULKS** and **BRANDEN LEON BASHAM**

15

intentionally killed and attempted to kill more than one person in a

single criminal episode [Title 18, United States Code, Section

3592(c)(16)].

A __True_____ BILL


_s/ Richard R. Parkinson_____
FOREMAN

_s/ J. Strom Thurmond, Jr._____
J. STROM THURMOND, JR. (JSG)
UNITED STATES ATTORNEY

16

JA0163

```
1              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF SOUTH CAROLINA
2

3  UNITED STATES OF AMERICA,      )        Cr. No. 4:02-992
                                  )
4                                 )
   VERSUS                         )        Columbia, S.C.
5                                 )        May 4 & 7, 2004
   CHADRICK E. FULKS              )
6                                 )
                                  )
7            Defendant.           )
   ------------------------------)
8

9

10              CHANGE OF PLEA PROCEEDINGS
                MAY 4, 2004 AND MAY 7, 2004
11

         BEFORE THE HONORABLE JOSEPH F. ANDERSON, JR.
12            CHIEF UNITED STATES DISTRICT JUDGE

13
   Appearances:
14
   For the Government:       STROM THURMOND, JR., ESQ.
15                           U.S. Attorney for South Carolina
                             SCOTT SCHOOLS, ESQ.
16                           First Assistant U.S. Attorney
                             JONATHAN S. GASSER, ESQ.
17                           Assistant U.S. Attorney
                             1441 Main Street, Suite 500
18                           Columbia, S.C.  29201

19  For the Defendant        JOHN H. BLUME, ESQ.
             Fulks:          1247 Sumter Street, Suite 202
20                           Columbia, S.C.  29201

21                           SHERI LYNN JOHNSON, ESQ.
                             Cornell Law School
22                           Myron Taylor Hall
                             Ithaca, NY  14853
23
                             WILLIAM F. NETTLES, ESQ.
24                           Assistant Federal Public Defender
                             401 Evans Street, Room 240
25                           Florence, S.C.  29503
```

2

```
 1  Court Reporter:           Gary N. Smith, CM
                              901 Richland Street
 2                            Columbia, S.C.  29201
                              (803) 256-7743
 3
                   STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
 4

 5   * * * * * * * * * * * * * * * * * * * * * * * * * *

 6            (Proceedings on May 4, 2004)

 7            THE COURT:  This is the case of United States of

 8   America versus Chadrick Evan Fulks, it is Criminal Docket

 9   Number 4:02-992.

10            Last week I received an e-mail indicating that the

11   defendant, Mr. Fulks, wished to plead guilty to the indictment

12   pending against him and proceed directly to a penalty phase

13   before the jury.

14            Acting upon that information, we scheduled this

15   afternoon's hearing.  In the notice I have requested that the

16   defendant bring with him a medical professional who could

17   assist us in terms of competency, if that should become an

18   issue.

19            This morning I was contacted by a deputy marshal who

20   informed me that the Just Care facility where the defendant has

21   been housed gave the defendant sedatives on two occasions

22   yesterday.  Because of my concern about competency, I ordered

23   the medical records from Just Care, and I have received them.

24            And I would propose that we proceed this morning, I

25   share this information with defense counsel, who may or may not
```

1  be aware of this, I'm not sure, and also the medical

2  professional -- who I understand is Dr. Ellen Berg; is that

3  correct?

4          MR. BLUME:  That's correct, Your Honor.

5          THE COURT:  What is Ms. Berg's specialty?

6          MR. BLUME:  She's a psychiatrist, a forensic

7  psychiatrist.

8          THE COURT:  All right.

9          MR. BLUME:  And she's a medical doctor.

10         THE COURT:  Now, we have the question of whether this

11  information should be shared with the government, which we will

12  get to eventually if we get to a penalty phase.  At the

13  appropriate point in the Rule 11 colloquy I'm going to ask what

14  medications the defendant is taking, so Mr. Blume, do you have

15  a problem with the government learning that now?

16         MR. BLUME:  With the medications given yesterday?

17         THE COURT:  Well, this is I think his entire regimen

18  while he's been at the facility, including what he was given

19  yesterday.  I think that's what it is.

20         MR. BLUME:  I haven't seen it, if you don't mind if

21  I --

22         THE COURT:  Well -- all right.

23         And I'm prepared to take about a 10 minute recess if

24  you need to look over that and discuss it with Dr. Berg.

25         MR. BLUME:  I don't have any problem with the

4

```
1   government having this.  In fact, I will show it to Dr. Berg,
2   and I don't think it's going to affect anything.
3           THE COURT:  All right, that's his copy to keep, here
4   is one for the government.
5           (Court at ease)
6           THE COURT:  Mr. Blume, have you had enough time to
7   review the medications?
8           MR. BLUME:  Yes, Your Honor.
9           THE COURT:  I will be glad to take a recess and let
10  you explore it more deeply if you want to.
11          MR. BLUME:  No, Your Honor.  We have reviewed the
12  medication and showed it to Dr. Berg, and in her opinion it
13  would have no effect on his competency to go forward.
14          THE COURT:  Very good.  Well, then if you will come
15  around with your client.
16                  EXAMINATION OF THE DEFENDANT
17  BY THE COURT:
18  Q.  All right.  You are Mr. Chadrick Evan Fulks; is that
19  correct?
20  A.  Yes, sir.
21  Q.  Mr. Fulks, I am informed that you wish to change the plea
22  that you entered previously and enter a plea of guilty to all
23  eight counts of the superseding indictment pending against you
24  in this case; is that correct?
25  A.  Yes, sir.
```

5

1  Q.  Now, Mr. Fulks, before I can accept a plea of guilty from

2  you, it is necessary under the rules of criminal procedure for

3  me to make sure that your plea of guilty is made freely and

4  voluntarily, and therefore I need to ask you a series of

5  questions.  If you do not understand my questions or the words

6  I use, you should please tell me that so that I can stop and

7  explain them to you.

8         Also, if at any time during this questioning you feel

9  a need to stop and consult with your attorneys, if you will

10  just tell me that, I will be glad to give you that opportunity.

11  Do you understand?

12  A.  Yes, sir.

13  Q.  Also, if you feel at any time that you have been on your

14  feet too long or have some other personal emergency that

15  requires a recess, if you will tell me that I will be glad to

16  accommodate you in that respect as well.

17  A.  Yes, sir.

18         THE COURT:  All right, the clerk will please

19  administer the oath to Mr. Fulks.

20         THE CLERK:  If you will please place your left hand

21  on the Bible and raise your right hand.  State your name for

22  the record.

23         THE DEFENDANT:  Chadrick Evans Fulks.

24         (Defendant sworn by the clerk)

25  BY THE COURT:

6

```
1   Q.  All right, Mr. Fulks, do you understand that you are now
2   under oath in these proceedings, and that if you answer any of
3   my questions falsely your answers may be later used against you
4   in another prosecution for perjury or giving false statements?
5   A.  Yes, sir.
6   Q.  All right.  Mr. Fulks, how old are you?
7   A.  26.
8   Q.  How far did you go in school?
9   A.  11th grade.
10  Q.  Are you able to speak and understand English?
11  A.  Yes, sir.
12  Q.  Are you currently taking any drugs or medication?
13  A.  Yes, sir.
14  Q.  Tell me to the best of your knowledge what medication you
15  are presently taking?
16  A.  Klonopin.
17  Q.  What is that for?
18  A.  It's for nerves.
19  Q.  All right.
20  A.  And pain medication, a lot, pain medication.
21  Q.  Pain medication?
22  A.  Yeah.
23  Q.  Do you know the name of it?
24  A.  Keflex.
25          THE COURT:  Let me ask Dr. Berg to come around if we
```

1  could.  This is why I asked her to be here.

2          Dr. Berg, I appreciate you being available on short

3  notice for today's hearing.

4          I need to be absolutely certain that Mr. Fulks is

5  competent today, that is to say, he appreciates the nature of

6  the charges against him, he understands his rights as a

7  defendant in this court, he understands the specific penalties

8  involved and so forth, and so I'm most concerned with the

9  medications he's presently taking and what effect it might have

10 on his ability to think and reason this afternoon.

11         Your attorneys have shared with you the information

12 that I have been provided by the Just Care facility here in

13 Columbia regarding his current medications, have you reviewed

14 those medications?

15         DR. BERG:  Yes, I have.

16         THE COURT:  All right.  Could you just walk me

17 through what he is currently taking, to the best of your

18 ability?

19         DR. BERG:  Yes, sir.

20         THE COURT:  And maybe, for the record, if you could

21 spell the medicines as well.

22         DR. BERG:  Yes, sir.  The patient is currently taking

23 Keflex, 500 milligrams, three times a day.

24         THE COURT:  K-e-f-l-e-x?

25         DR. BERG:  K-e-f-l-e-x.

```
 1              THE COURT:  All right.  And what is that for?

 2              DR. BERG:  That is for a urinary tract infection, and

 3   it was started on Friday.

 4              THE COURT:  All right.

 5              DR. BERG:  He is taking Zoloft, 100 milligrams a day.

 6              THE COURT:  All right.

 7              DR. BERG:  And that is for depression.  He is taking

 8   Klonopin, and he is taking half a milligram twice a day, and

 9   that is for anxiety.

10              He is taking Tylox, which is a pain medication, that

11   is a narcotic that contains Oxycodone, along with

12   Acetaminophen, and he is taking five slash 500 milligram

13   strength of that, and he is taking that for pain up till every

14   four hours.  He is also taking Tylenol, 325 milligrams, and he

15   is taking --

16              THE COURT:  What is the Tylenol for?

17              DR. BERG:  That is a mild pain medication and

18   basically a non-steroidal anti-inflammatory agent that will

19   help his wound settle down.  He has a fistula going into his

20   belly after having been stabbed with some shanks.  And he has

21   an anti-bacterial, which is sort of a compress in there, and

22   around this fistula there is inflammation.

23              THE COURT:  Back off the mike just a little bit, I

24   think it will pick you up better.

25              DR. BERG:  Okay.  Sorry.  The fistula has some
```

1  inflammatory response around it, and the Tylenol in part acts

2  as a mild pain killer, but mainly as an anti-inflammatory,

3  anti-swelling agent.

4          THE COURT:  All right, so he's taking Tylenol more as

5  anti-inflammatory than a pain medication?

6          DR. BERG:  Yes.

7          THE COURT:  Because the one you just gave me before

8  that, the Tylox, is also for pain.

9          DR. BERG:  Yes.  And that's the stronger one, that's

10  a scheduled drug.  It has Oxycodone in it, which is a narcotic.

11          THE COURT:  All right.

12          DR. BERG:  And then he is taking Ultram --

13          THE COURT:  That's U-l-t-r-a-m?

14          DR. BERG:  U-l-t-r-a-m, 50 milligrams three times a

15  day, and that is for muscle spasms.

16          THE COURT:  All right.

17          DR. BERG:  And then yesterday he twice got an

18  intramuscular injection of a combination of Haldol and Ativan,

19  and that is a rapidly tranqualizing agent, and it's given when

20  people are agitated.  And he got that repeated within a two

21  hours' time difference.  Last injection was given at 6 o'clock

22  yesterday evening, and should be cleared from his system by

23  now.

24          THE COURT:  That should be cleared from his system?

25          DR. BERG:  That's correct.

```
1              THE COURT:  And that was for --
2              DR. BERG:  Agitation --
3              THE COURT:  -- a tranqualizing agent for agitation?
4              DR. BERG:  Yes.
5              THE COURT:  Which would be known to a laymen as a
6    sedative?
7              DR. BERG:  Yes.
8              THE COURT:  All right.  And the effects of that
9    should have been dissipated by now?
10             DR. BERG:  Yes, it should.
11             THE COURT:  All right, what else?
12             DR. BERG:  Then he takes Maalox for indigestion --
13   sorry, Milk of Magnesia for indigestion, and he takes Tums
14   tablets for the same problem.  And then he takes a medication
15   called Bethanachol, and I will spell it, it's
16   B-e-t-h-a-n-a-c-h-o-l, tablet size, 25 milligrams.
17             THE COURT:  I don't see that on the list.
18             DR. BERG:  It's here.
19             THE COURT:  What page?
20             DR. BERG:  Page 2 -- oh, I'm sorry, page 3.
21             THE COURT:  Spell it again?
22             DR. BERG:  B-e-t-h-a-n-a-c-h-o-l.
23             THE COURT:  All right.
24             DR. BERG:  And the tablet size is 25 milligrams --
25             THE COURT:  Let me see the sheet you are working
```

1    from.

2            Is this the first one on this page, this short page

3    you are looking at?

4            DR. BERG:  Yes.  The top one, yes.  First it says the

5    trade name and then it says the generic name.  And I'm spelling

6    for you the generic name that starts with B.

7            THE COURT:  All right.  Because I read it as

8    U-r-a-c-h-l-o-r-i-n-e.

9            DR. BERG:  That's the trade name, it's the same

10   thing.

11           THE COURT:  All right, but you said it's

12   B-e-t-h-a-n-a-c-h-o-l.

13           DR. BERG:  Exactly.  The top name starting with the U

14   is the sales name, sort of a -- what do you call it --

15   marketing name.  And the second one that starts with a B is the

16   chemical or generic laboratory name, if you would.

17           THE COURT:  All right.

18           DR. BERG:  And the strength is 25 milligrams, and he

19   takes that four times a day.  And that is for spasms and muscle

20   function of his bladder, in order to facilitate that the

21   bladder works sufficiently and empties the urine completely

22   from the bladder.

23           THE COURT:  All right.  Is that it?

24           DR. BERG:  Yes.

25           THE COURT:  All right, now, is there any objection,

12

```
1   counsel, to actually putting this list in the record for the

2   court recorder's benefit to get the spelling of these

3   medications?

4           MR. BLUME:  No.

5           THE COURT:  All right.  Well, we will hand up a

6   copy.

7           And Dr. Berg, I'm most interested in whether any one

8   of these medications individually, or along with other

9   medications, would substantially impair Mr. Fulks' ability to

10  think, reason, understand, make important decisions, and

11  communicate effectively?

12          DR. BERG:  Yes.  And I will first answer in general

13  the question, and then specifically as it pertains to Mr.

14  Fulks.

15          THE COURT:  All right.

16          DR. BERG:  The urinary tract medication, Bethanachol,

17  can -- it is an agent that is a cholinergic agent,

18  c-h-o-l-i-n-e-r-g-i-c --

19          THE COURT:  You don't have to get so close, it will

20  pick you up.

21          DR. BERG:  Okay.  All right.  And it basically will

22  not interfere with his cognitive functioning.  Zoloft,

23  Z-o-l-o-f-t, is an antidepressant, who basically -- which

24  basically lifts the mood and improves therefore concentration

25  and memory.
```

13

1              The Klonopin, that is C-l-o-n-o-p-i-n, is a

2    medication for his nerves.  It's a medication in the family of

3    mild tranquilizers or mild sedatives, like for instance Valium.

4    And I -- the dose that it's at is small enough that it does not

5    interfere with his cognitive functioning.

6              And the antibiotics he's on, Keflex, does not

7    interfere with his cognitive functioning.  The Tylenol does not

8    interfere with his cognitive functioning.

9              The Tylox in somebody who is not used to taking

10   medications of that kind, it might make them drowsy.  Mr. Fulks

11   is used to taking these kind of medications, so his metabolic

12   system has adapted to the extent that it does not interfere

13   with his cognitive function.

14             Maalox and Tums, or Milk of Magnesia, rather, are

15   just locally acting agents that are not absorbed in the body.

16             The medication of interest was the one given

17   yesterday twice, the combination of Haldol and Ativan.  That is

18   strong medication that will make people sedated or it may put

19   them to sleep for some hours.  It's used in psychiatric

20   emergencies, and it clears the body within 24 hours, usually

21   after six -- depending on the individual, from two to six hours

22   the patient will wake up and be functioning.

23             Specific to Mr. Fulks, I saw him on Friday and he was

24   then on the same regimen of medications that he is now, except

25   that they had not started the antibiotic, the Keflex, and he

1   was competent to stand trial then.

2           And if one adds up his competency to stand trial on

3   his current regular medication regimen, and considers that the

4   rapid sedative medicine, Haldol and Ativan, has cleared his

5   body, it is my opinion with a reasonable medical certainty that

6   his medication as is will not interfere with his competency to

7   stand trial.

8           THE COURT:  That's about as thorough an answer as I

9   could ask for.

10          Let me ask this, let's just put this in the record.

11  When was he given the Haldol yesterday?  Does this report

12  indicate the time of day?

13          DR. BERG:  The last dose was 1800.  Excuse me, that's

14  6 p.m.  The first dose was 1730, that was 5:30 in the

15  afternoon.

16          THE COURT:  So, he received them a half hour apart?

17          DR. BERG:  Yes.  The protocol for this is, you give

18  them one dose and then you observe them for 30 minutes, and if

19  they are still agitated, then you repeat the same dose again.

20          THE COURT:  So, that's not unusual for it to be 30

21  minutes apart?

22          DR. BERG:  No.  No, you can repeat up to three times.

23          THE COURT:  And so he has not been administered that

24  from 6 o'clock yesterday until 2:30 day.  What is the normal

25  time for dissipation for that medicine?

```
 1              DR. BERG:  Within 12 hours.
 2              THE COURT:  12 hours?  All right.  Have you
 3   interacted with Mr. Fulks since coming to the courthouse this
 4   afternoon?
 5              DR. BERG:  Not this afternoon.
 6              THE COURT:  All right.  As you might expect, the
 7   decision to plead guilty in a criminal case where one can
 8   possibly receive the death penalty is among the most important
 9   decisions that any person can ever make.
10              DR. BERG:  Yes.
11              THE COURT:  And I'm just interested in your
12   professional medical views as to whether Mr. Fulks is capable
13   of making that decision.  You have told me, I think, that in
14   your professional opinion to a reasonable degree of medical
15   certainty these medicines, individually or collectively, should
16   not adversely affect his cognitive ability; is that correct?
17              DR. BERG:  That's correct.
18              THE COURT:  I'm just wondering if she should
19   interview him before we proceed further?
20              DR. BERG:  I think that would be helpful, to --
21              THE COURT:  You do?
22              DR. BERG:  -- spend 15 minutes with him just to check
23   on it, given the fact that he has been given the Haldol and the
24   Ativan last afternoon.
25              THE COURT:  All right, let's do that.
```

16

1   BY THE COURT:

2   Q.  But before we do, Mr. Fulks, let me ask you just a few

3   brief questions.  I'm not trying to embarrass you, and I don't

4   want you to feel uncomfortable, but who is the man standing on

5   your right wearing the suit there?

6   A.  Bill Nettles.

7   Q.  All right.  And who is he?

8   A.  My attorney.

9   Q.  All right.  Who is the other gentleman?

10  A.  John Blume.

11  Q.  Who is he?

12  A.  My attorney.

13  Q.  All right.  Have they worked very hard on your behalf?

14  A.  Very hard.

15  Q.  Do they come see you at the facility a good bit?

16  A.  Yes, sir.

17  Q.  Do they have anybody else working with them?

18  A.  Yes, sir.

19  Q.  Do you know some of those people?

20  A.  I have met them through John and Bill.

21  Q.  Do you remember any of their names?

22  A.  Yes, sir.

23  Q.  Tell me two or three names, if you can remember.

24  A.  Sheri Johnson is one of them.  I forgot Jill's last name.

25          MR. BLUME:  Jill Rider.

```
 1   A.  Jill Rider.  And Matt -- I can't remember Matt's last name.

 2            MR. BLUME:  Rawlings.

 3   A.  Matt Rawlings.

 4   BY THE COURT:

 5   Q.  And you are currently at the Just Care facility?

 6   A.  Yes, sir.

 7   Q.  Is that like a hospital?

 8   A.  Yes, sir.

 9   Q.  How long have you been there?

10   A.  About three months.

11   Q.  About three months?

12   A.  Yeah.

13   Q.  Do they take good care of you there?

14   A.  Yeah.

15   Q.  How is the food?

16   A.  Excuse me?

17   Q.  How is the food there?

18   A.  Okay.

19   Q.  Okay?

20   A.  Yeah.

21   Q.  Do you know who is the president of the United States

22   today?

23   A.  Yeah.

24   Q.  Who is that?

25   A.  George Bush.
```

```
1   Q.  All right.  Is he going to be elected without opposition or

2   does he have an opponent this year?  Do you know?

3   A.  He's got an opponent.

4   Q.  Who is that opponent?

5   A.  Kerry.

6   Q.  All right.  Do you have any special interests or hobbies or

7   anything like that?

8   A.  Yeah.

9   Q.  What do you like to do, Mr. Fulks?

10  A.  I like race cars.

11  Q.  Stock car racing?

12  A.  Yeah.

13  Q.  Okay.  Have you ever been to a stock car race?

14  A.  Yeah.

15  Q.  Where have you been?

16  A.  Indiana.

17  Q.  Been to Indiana?

18  A.  Yeah.

19  Q.  Have you been to Darlington?

20  A.  No, sir.

21  Q.  You know they might close that one down?

22  A.  Yeah, I seen that in the paper.

23  Q.  They have cut back to one race per year, and they might do

24  away with that one race and not have any at all.

25  A.  And give to it California?
```

```
 1  Q.  I think so.

 2  A.  Yeah.

 3  Q.  I think so.  Well, I never have understood, what is the

 4  difference between the Winston race and the Busch race?

 5  A.  The points.

 6  Q.  The points?  They give --

 7  A.  The point system.  And the Busch race you don't get your

 8  points like you would in the Winston race.

 9  Q.  All right.  Do you have anything you want to ask me before

10  we go any further, Mr. Fulks?

11  A.  No.

12  Q.  I know you have been on your feet for a while, we are going

13  to take about a 15 minute recess and let Dr. Berg talk to you

14  just a little bit, and then we are going to come back and move

15  forward, okay?

16  A.  All right.

17          THE COURT:  All right.  Let's take a 15 minute

18  recess.

19          (Short recess)

20          THE COURT:  Have you had enough time to meet with the

21  defendant, Dr. Berg?

22          DR. BERG:  Yes, I do -- I have.

23          THE COURT:  All right.  Tell me in your professional

24  opinion if he is competent to go forward today?  That is to

25  say, does he have sufficient cognitive abilities to participate
```

1  in an important decision?

2           DR. BERG:  Yes, it's my opinion, with a reasonable

3  degree of medical certainty, that he has the cognitive

4  abilities to continue with this procedure and that he is

5  competent to stand trial.

6           THE COURT:  Very good.  Thank you very much.

7           Let me ask both attorneys, do either of you have any

8  questions, concerns, or reservations of any kind regarding Mr.

9  Fulks' competency?  Mr. Blume?

10          MR. BLUME:  No, Your Honor.

11          THE COURT:  Mr. Nettles?

12          MR. NETTLES:  No, sir.

13          THE COURT:  Does the government have any concerns or

14  suggestions regarding competency?

15          MR. GASSER:  No, sir.

16          THE COURT:  Are you satisfied that I made an adequate

17  record?

18          MR. GASSER:  We are extremely satisfied that you made

19  an adequate record, Your Honor.

20          THE COURT:  All right.  Then I find for the purposes

21  of this case that the defendant, Chadrick Fulks, is competent

22  to plead to the charges in this case, and we will proceed along

23  that basis.

24          MR. BLUME:  Your Honor, can Dr. Berg be excused at

25  this point?

```
 1              DR. BERG:  Thank you.
 2              THE COURT:  Yes.  Thank you very much, Dr. Berg.
 3              DR. BERG:  Thank you.
 4    BY THE COURT:
 5   Q.  Now, Mr. Fulks, once again I'm going to ask you a series of
 6   questions.  There are no wrong answers to these questions, we
 7   just want candid, truthful responses from you to the questions
 8   that I give you.  If at any time you want to take a break and
 9   rest, or if you want to stop and talk with your attorneys, all
10   you need to do is give me a signal.  Do you understand?
11   A.  Uh-huh.
12   Q.  All right, Mr. Fulks, have you had an ample opportunity to
13   discuss this case with your attorneys?
14   A.  Yes, sir.
15   Q.  Are you satisfied with the representation your attorneys
16   have provided you in this case?
17   A.  Yes, sir.
18   Q.  Have your attorneys done everything that you have asked
19   them to do for you?
20   A.  Yes, sir.
21   Q.  Is there anything that you have requested of them that they
22   have failed to do?
23   A.  No, sir.
24   Q.  Is there anything that you would like for either of your
25   attorneys to do for you at this time before we proceed any
```

1  further this afternoon?

2  A.  No, sir.

3  Q.  Do you have any complaints of any kind against either Mr.

4  Blume or Mr. Nettles?

5  A.  No, sir.

6  Q.  All right.  Now, Mr. Fulks, do you understand that under

7  the Constitution and laws of the United States you are entitled

8  to a jury trial on the charges against you in the superseding

9  indictment?

10 A.  Yes, sir.

11 Q.  If you requested a jury trial, Mr. Fulks, you would be

12 entitled to a number of procedural rights as a defendant in

13 this court.  If you plead guilty, you will give up these

14 procedural rights, so therefore I want to go through and list

15 these rights for you so that you will have a clear

16 understanding of exactly what you will give up if you plead

17 guilty.

18        First, at a trial, you would have the right to the

19 assistance of two attorneys to defend you in this case.

20 Because the charges potentially involve the imposition of the

21 death penalty, under federal law you are entitled to have two

22 attorneys represent you throughout the case.  At least one of

23 those attorneys has to be learned in death penalty cases.  Do

24 you understand that?

25 A.  Yes, sir.

23

1  Q.  Now, in your case you have been provided with counsel from

2  the time that you were first brought into this federal case,

3  Mr. Blume, who has extensive death penalty experience in this

4  district and around the country, and also, Mr. Nettles, who is

5  a very experienced federal public defender, operating out of

6  the Florence office.

7          Those two attorneys have been provided to you at no

8  cost to you, because the magistrate judge determined that you

9  did not have enough money to pay a lawyer.

10         So, the first right you have at trial, if we had a

11  trial, would be the right to have two attorneys represent you

12  in the events leading up to the trial and represent you at

13  trial.  And if you wanted to take an appeal after the trial was

14  over, they would represent you on the appeal as well.  Do you

15  understand that?

16  A.  Yes, sir.

17  Q.  Now, if we went to trial in this case, because the

18  government seeks to have the death penalty imposed, there is a

19  potential that the trial would be conducted in two parts.  Part

20  one, sometimes called the guilt or innocence phase, and that is

21  the part of the trial where the evidence is presented and the

22  jury is asked to answer the question of whether the government

23  has proved your guilt by competent evidence and beyond a

24  reasonable doubt.

25         If the government proves you guilty of either count 1

1  or count 2, which are the two counts that might involve the

2  death penalty, then we would proceed into a second proceeding,

3  sometimes called a penalty phase.  And at that phase, the

4  government would seek to have the jury impose the death

5  penalty.

6           So, in a death penalty case, unlike most civil cases,

7  it's a two part process.  Part one involves the question of

8  whether the government has proved you guilty beyond a

9  reasonable doubt.  And if so, part two then comes into play,

10 and that is the phase at which the jury determines whether you

11 receive the death penalty or not.  Do you understand that?

12 A.  Yes, sir.

13 Q.  Now, there are also six other counts, counts 2 through 8 --

14 I'm sorry, counts 3 through 8, that do not involve the death

15 penalty -- do not involve the potential for the death penalty,

16 I should say.

17          So, at a trial on those cases, on those issues,

18 rather, if the jury were to find you guilty, the judge would

19 determine the penalty for counts 3 through 8.  Do you

20 understand that?

21 A.  Yes, sir.

22 Q.  Now, as to all counts, counts 1 and 2 and counts 3 through

23 8, you would be presumed to be innocent and the government or

24 prosecution would be required to prove you guilty by competent

25 evidence and beyond a reasonable doubt before you could be

1   found guilty.

2          In other words, you would not have to prove that you

3   were innocent, it would be up to the government to prove that

4   you were guilty.  Do you understand that?

5   A.  Yes, sir.

6   Q.  Now, also the law requires that the witnesses for the

7   government must come into court and testify in your presence,

8   that is to say, in front of you in the courtroom.  And your

9   attorney could cross-examine those witnesses.

10          In other words, your attorney could ask additional

11  questions in addition to the questions put by the government

12  lawyers, and your attorney could object to evidence offered by

13  the government, and they could offer evidence on your behalf at

14  trial.  Do you understand that?

15  A.  Yes, sir.

16  Q.  Now, at a trial, you would have the right to testify, if

17  you chose to do so, but you would also have the right not to

18  testify.  And if you elected not to testify, I would instruct

19  the jury that they may not hold that against you in determining

20  whether or not you are guilty.

21          In other words, the fact that you decide not to

22  testify, if that should occur, cannot be used against you in

23  any way, directly or indirectly at trial, and I would so

24  instruct the jury.  Do you understand that?

25  A.  Yes, sir.

26

1  Q.  Now, also at a trial you would have the right to have the

2  court issue subpoenas to compel the attendance of witnesses to

3  testify in your defense.

4          In other words, anybody on the planet earth that you

5  think might be helpful to you in terms of being a witness, you

6  would have a right to have them brought to this courtroom to

7  testify under oath.  And you would not have to attend to their

8  travel expenses, the government would pay for their travel.  Do

9  you understand that?

10  A.  Yes, sir.

11  Q.  Now, let me go back and discuss the two phases one more

12  time.  If you plead guilty to counts 3 through 8, those are the

13  counts that do not involve a potential for the death penalty, I

14  would then determine the sentence.  Do you understand that?

15  A.  Yes, sir.

16  Q.  If you plead guilty to counts 1 and 2, or either 1 or 2,

17  the sentence would not be determined by me, it would be

18  determined by the jury.  Do you understand that?

19  A.  Yes, sir.

20  Q.  So, that means that if at the end of the day today you have

21  pled guilty to all eight counts, somewhere down the road I

22  would impose a sentence on counts 3 through 8, and then we

23  would have -- along about the same time we would have a trial

24  in front of a jury to determine the penalty on counts 1 and 2,

25  to determine whether you receive the death penalty or life in

27

1  prison.  Do you understand that?

2  A.  Yes, sir.

3          THE COURT:  Is anything less than life imprisonment

4  possible on counts 1 or 2?

5          MR. GASSER:  No, sir.

6  BY THE COURT:

7  Q.  We are going to come to this in just a moment, but on

8  counts 1 and 2, you must receive either the death penalty or

9  life imprisonment.  Do you understand that?

10 A.  Yes, sir.

11 Q.  All right, do you understand the rights that I have just

12 outlined for you, Mr. Fulks?

13 A.  Yes, sir.

14 Q.  Do you understand that if you plead guilty, that means you

15 will give up your right to a jury trial, and all the other

16 rights I have just gone over with you, there will be no trial

17 on the guilt phase of this case, and I will enter a judgment of

18 guilty on counts 1 and 2 and counts 3 through 8?  Do you

19 understand that?

20 A.  Yes, sir.

21 Q.  There will be no trial to determine whether you are guilty

22 or not guilty.

23         MR. GASSER:  Your Honor, pardon me for interjecting,

24 just so the record is clear, the kidnapping count would require

25 either a death sentence or a life imprisonment sentence.  The

28

1   car-jacking count would require any number of years or life or

2   death.

3          THE COURT:  All right.

4          MR. GASSER:  I just wanted the record to be clear on

5   that.  But the kidnapping would require either life

6   imprisonment or death sentence.

7   BY THE COURT:

8   Q.  Well, let me go back.  Mr. Fulks, we are going to get into

9   the individual counts in just a moment, but count 2, which is a

10  count charging a kidnapping resulting in death, if you plead

11  guilty to that, the question of the penalty will be put to the

12  jury.  The jury would either determine that you will receive

13  the death penalty or you would receive life imprisonment

14  without parole.  Do you understand that?

15  A.  Yes, sir.

16  Q.  Now, as to Count 1, that is the count charging you with a

17  car-jacking resulting in death, the jury could impose a death

18  penalty or they could impose --

19          THE COURT:  Help me with this, Mr. Gasser, if they do

20  not return a death penalty --

21          MR. GASSER:  Any number of years or life

22  imprisonment, as the statute so reads.

23          THE COURT:  Who determines the number of years?

24          MR. GASSER:  That would be the -- my understanding,

25  that would be the jury.

1          THE COURT:  Do y'all agree with that?

2          MR. NETTLES:  Judge, I don't think there is any

3   question there are two only two possible punishments here if he

4   is convicted on counts 1 and 2, life or death, life without

5   parole and --

6          THE COURT:  Was that because of a prior record or

7   something?

8          MR. NETTLES:  No, sir, the statute on kidnapping is

9   life without parole.  And since there is going to be a plea to

10  it, there's going to be a life without -- the verdict in the

11  case will either be life or death.

12         THE COURT:  Well, the plea is all or nothing.

13         MR. NETTLES:  That's right.

14         THE COURT:  If he pleads guilty to count 1, he's

15  pleading guilty to count 2 as well.

16         MR. NETTLES:  Right.

17         THE COURT:  All right, well, let me go back.

18  BY THE COURT:

19  Q.  Mr. Fulks, I'm not trying to make this confusing, but if

20  you plead guilty to counts 1 and 2, we will then have a trial

21  in front of a jury to determine if you receive the death

22  penalty.  The jury could give you the death penalty on count 1

23  or they could give you the death penalty on count 2.  Do you

24  understand that?

25  A.  Yes, sir.

30

1  Q.  As to count 2, you have to receive at least a life sentence

2  if you don't receive the death sentence.  Do you understand

3  that?

4  A.  Yes, sir.

5  Q.  So, the bottom line is, if you plead guilty to counts 1 and

6  2, you are either going to get life in prison without parole or

7  you are going to get the death penalty.  Do you understand

8  that?

9  A.  Yes, sir.

10 Q.  All right.  Now, Mr. Fulks, do you understand that if you

11 plead guilty, you will also have to give up your right not to

12 incriminate yourself, because I will ask you questions about

13 what you did to satisfy myself that you are guilty as charged,

14 and that means you will have to acknowledge your guilt under

15 oath here in the courtroom?

16 A.  Yes, sir.

17 Q.  Do you understand that?

18 A.  Yes, sir.

19 Q.  Now that I have discussed these rights with you, Mr.

20 Fulks --

21 A.  Huh?

22 Q.  Now that I discussed these rights with you, do you still

23 want to plead guilty?

24 A.  Yes, sir.

25 Q.  To all eight charges?

```
 1   A.  Yes, sir.

 2   Q.  All right.  Have you received a copy of the superseding

 3   indictment, that is, the written charges made against you in

 4   this case?

 5   A.  Yes, sir.

 6   Q.  Have you discussed these charges and the case in general

 7   with your attorneys?

 8   A.  Yes, sir.

 9   Q.  Now, I'm required by Rule 11 of the criminal rules, Mr.

10   Fulks, to go through these charges with you.  I have got to

11   tell you what the charge is, I have got to tell you the

12   elements that the government must prove under each charge, and

13   I have got to tell you about the penalty that you are exposed

14   to.

15          Count 1 charges you with participating in a

16   car-jacking resulting in death.  Specifically in count 1, the

17   grand jury has charged that on or about November the 14th,

18   2002, in the District of South Carolina, you, along with

19   Branden Leon Basham, with intent to cause death and serious

20   bodily harm, by force, violence, and intimidation, did take

21   from the person and presence of another, to wit, Alice Donovan,

22   a motor vehicle that had been transported in interstate and

23   foreign commerce, that is a 1994 BMW 318i, and Alice Donovan's

24   death resulted, in violation of Title 18 of the United States

25   Code, Section 2119 and Section 2.  Do you understand that
```

1  charge?

2  A.  Yes, sir.

3  Q.  Now, if this case were to go to trial, Mr. Fulks, as to

4  count 1, there are six elements that the government would have

5  to prove before the jury could find you guilty.  The government

6  would have to prove all six of these elements beyond a

7  reasonable doubt.  And I would instruct the jury that if the

8  government failed to prove any one of these elements beyond a

9  reasonable doubt, the jury would be required to find you not

10  guilty.

11        These six elements are, number one, that you took a

12  motor vehicle.  Number two, that the motor vehicle had been

13  transported, shipped, or received in interstate or foreign

14  commerce.  That means that the motor vehicle had traveled from

15  one state to another or from one country to another.

16        The third element is that you took the motor vehicle

17  from the person or presence of another individual.  In other

18  words, the individual was nearby when you took the motor

19  vehicle.

20        The fourth element is that the taking is done or

21  attempted by force and violence or by intimidation.  The fifth

22  element is that in doing so, the defendant intends to cause

23  death or serious bodily harm.  And the sixth element is that

24  death results.

25        Do you understand those six elements that the

33

1  government would be required to prove at trial?

2  A.  Yes, sir.

3  Q.  Now, the penalty.  I'm required to tell you about the

4  maximum penalty.  The maximum penalty that could be imposed for

5  this charge is death, the death penalty.  The fine could be up

6  to $250,000.

7          If you didn't receive the death penalty and received

8  a term of years, you would have to get supervised release of

9  five years following release from prison.  And the special

10 assessment, which is mandatory, is $100.  Do you understand

11 that?

12 A.  Yes, sir.

13 Q.  Now, the second count of the superseding indictment charges

14 you with kidnapping resulting in a death.  Specifically the

15 grand jury has charged that on or about November the 14th,

16 2002, in the District of South Carolina and elsewhere, you,

17 along with Branden Leon Basham, willfully and unlawfully did

18 kidnap, abduct, and carry away Alice Donovan, and did willfully

19 transport Alice Donovan in interstate commerce from Conway,

20 South Carolina to North Carolina, and did hold her for ranson,

21 reward, and otherwise, and Alice Donovan's death resulted, in

22 violation of Title 18 of the United States Code, Section

23 1201(a)(1) and Section 2.

24          Do you understand that charge contained in count 2?

25 A.  Yes, sir.

1  Q.  If this case were to go to trial before a jury, at the

2  guilt phase the government would be required to prove four

3  essential elements before a jury could find you guilty.

4        The government would have to prove all four of these

5  elements by competent evidence and beyond a reasonable doubt.

6  I would instruct the jury that if the government failed to

7  prove any one of these four elements, the jury would be

8  required to find you not guilty.

9        These four elements are, number one, you unlawfully

10 seized, confined, inveigled, decoyed, kidnapped, abducted, or

11 carried away the victim; number two, you held the victim for

12 ransom, reward, or otherwise; number three, you willfully

13 transported the victim in interstate commerce; and number four,

14 death results.  Do you understand those four elements?

15 A.  Yes, sir.

16 Q.  The maximum penalty provided by law for count 2 is the

17 death penalty.  As I said earlier, if you do not receive the

18 death penalty from the jury, the law requires that you be put

19 in prison for the rest of your life without parole.  Do you

20 understand that?

21 A.  Yes, sir.

22 Q.  The fine is up to $250,000, and the special assessment is

23 $100.  Do you understand that?

24 A.  Yes, sir.

25 Q.  Now, let me stop and say, when I say life in prison without

35

1   parole, that means exactly what those words convey.  You would

2   be sentenced to prison for the rest of your natural life with

3   no possibility whatsoever for parole or reduction of the

4   sentence in any manner.  Do you understand that?

5   A.  Yes, sir.

6   Q.  All right, Mr. Fulks, do you want to take a little break?

7   A.  No, sir.

8   Q.  I don't -- I'm not in any hurry here, if you want to take a

9   recess we will --

10  A.  (Shakes head in the negative).

11  Q.  All right.  Moving on to count 3.  Count 3 charges

12  interstate transportation of a stolen motor vehicle.  In count

13  3 the grand jury has charged as follows:

14          On or about November 14, 2002, in the District of

15  South Carolina and elsewhere, you, along with Branden Leon

16  Basham, knowingly and willfully -- excuse me -- knowingly and

17  unlawfully did transport in interstate commerce a stolen motor

18  vehicle, that is a 1994 BMW 318i, from Conway, South Carolina

19  to North Carolina, knowing the same to have been stolen, in

20  violation of Title 18 of the United States Code, Section 2312

21  and Section 2.  Do you understand that?

22  A.  Yes, sir.

23  Q.  If this case were to go to trial on count 3, there are

24  three essential elements the government would be required to

25  prove at trial.  I would instruct the jury that if the

1  government failed to prove any one of these elements beyond a

2  reasonable doubt, the jury would be required to find you not

3  guilty.

4          These three elements are, number one, the defendant

5  transported or caused to be transported a stolen vehicle;

6  number two, the defendant knew or had reason to know that the

7  vehicle was stolen; and number three, the defendant transported

8  the vehicle in interstate commerce, that is to say, from one

9  state to another state, or across state lines.  Do you

10  understand that charge?

11  A.  Yes, sir.

12  Q.  Now, if you were convicted on this count, the maximum term

13  of imprisonment you could receive is 10 years, there is a fine

14  of up to $250,000, a period of supervised release following

15  imprisonment of three years, and a special assessment, which is

16  mandatory, of $100.  Do you understand that?

17  A.  Yes, sir.

18  Q.  All right.  Moving on to count 4.  Count 4 charges you with

19  being a member of a conspiracy, along with Mr. Basham.

20          For your information, a criminal conspiracy is an

21  agreement or mutual understanding knowingly made or knowingly

22  entered into by at least two people to violate the law by some

23  joint or common plan or course of action.  A conspiracy is in a

24  very true sense a partnership in crime.

25          A conspiracy or agreement to violate the law, like

37

1   any other kind of agreement or understanding, need not be

2   formal, written, or even expressed directly in every detail.

3           To prove the existence of a conspiracy or an illegal

4   agreement, the government is not required to produce a written

5   contract between the parties or even produce evidence of an

6   express oral agreement spelling out all of the details of the

7   understanding.

8           Now, in count 3, the grand jury has charged as

9   follows --

10          MR. NETTLES:  Count 4, Judge.

11  BY THE COURT:

12  Q.  I'm sorry, count 4.  The charge is from on or about

13  November the 4th, 2002, to on or about November 20th, 2002, in

14  the District of South Carolina and elsewhere, you, along with

15  Mr. Basham, unlawfully, knowingly, and willfully did combine,

16  conspire, confederate, and agree with each other to commit the

17  following crimes:

18          First, car-jacking resulting in death; second,

19  kidnapping resulting in death; third, interstate transportation

20  of a stolen motor vehicle; fourth, possession of firearms by a

21  convicted felon; and fifth, possession of stolen firearms.

22          In other words, count 4 charges that you and Mr.

23  Basham had this agreement, express or implied agreement, to

24  violate five different substantive laws that I have just gone

25  over with you, and for the most part these substantive laws

1  follow the other counts of the indictment.

2      Now, because this is a conspiracy charge, the grand

3  jury has set out certain overt acts that were allegedly

4  permitted -- performed, rather, in furtherance of the

5  conspiracy.  And there are quite a number of overt acts that

6  are set out on pages 5 through 9 of the indictment.

7      It is not necessary that the government prove that

8  all of these overt acts occurred, it is only necessary that the

9  government prove at least one of them occurred.

10     And just to be completely safe, I'm going to go

11 through each of these overt acts with you, but understand, the

12 government does not have to prove that all of these things

13 happened, and you do not necessarily have to admit that all of

14 these things happened, but you need to understand this is what

15 the government would attempt to prove at trial.  The overt acts

16 are as follows:

17     On or about November the 4th, 2002, you and Mr.

18 Basham escaped from the Hopkins County Kentucky Detention

19 Center, number 1.

20     On or about November the 5th, you and Mr. Basham

21 kidnapped and car-jacked James T. Hawkins at knife point.  You

22 then transported Mr. Hawkins to Indiana and tied him to a tree

23 using duct tape and electrical wire.

24     Number 3, on or about November the 5th and 6th, 2002,

25 you and Mr. Basham drove Hawkins' truck to Portage, Indiana and

39

1  arrived at the residence of a woman referred to in the

2  indictment as T.S., known to you.  After you arrived at T.S.'s

3  residence you, Mr. Basham, T.S., and her roommate, referred to

4  as A.R., traveled in T.S.'s van to The Pines, Indiana and

5  checked into the Sands Motel.

6         4th, on or about November 7th, 2002, you asked if

7  T.S. could help you obtain firearms.  T.S. and you devised a

8  plan whereby T.S. and A.R. would lure T.S.'s friend, Robert

9  Talsman, T-a-l-s-m-a, out of his residence so that Fulks and

10 Basham could steal Talsma's firearms while Talsma was --

11 Talsma, I guess it is, was out of his house.

12        5th, on or about November the 8th, 2002, T.S. and

13 A.R. went to Talsma's residence early in the morning.  T.S.

14 took Talsma into his bedroom and A.R. unlocked the doors and

15 windows of the residence.  T.S. and A.R. then took Talsma to

16 breakfast.

17        While Talsma was at breakfast, Fulks and Basham stole

18 the following firearms from Talsma's residence: an H&R .22

19 caliber nine shot model 949 revolver, two Ruger Vaquero,

20 V-a-q-u-e-r-o, .45 caliber single action revolvers, and a Llama

21 Mini Max .45 caliber pistol.

22        Number 6, on or about November 8th, 2002, you, along

23 with Mr. Basham, T.S., and A.R. drove to Sturgis, Michigan and

24 checked into a motel.

25        7th, on or about November the 9th, 2002, you, Mr.

40

Basham, T.S., and A.R. drove to Ohio and checked into another motel.  While in Ohio, you and Mr. Basham left the motel and returned in the early morning hours with a duffel bag full of camouflage clothing, including masks, hoods, and boots.

Number 8, on or about November 10th, 2002, you, Mr. Basham, T.S., and A.R. left Ohio and drove toward West Virginia.

9th, on or about November the 11th, 2002, you, Mr. Basham, T.S., and A.R. checked into the Hollywood Hotel in Huntington, West Virginia.  You and Mr. Basham left the motel with the duffel bag and returned sometime between 2 a.m. and 4 a.m. on November the 12th, 2002.

10th, on or about November the 12th, you, Mr. Basham, T.S., and A.R. left West Virginia and drove to Little River, South Carolina, where you checked into the Lakeshore Motel.

11, on or about November the 13th, 2002, you and Mr. Basham stole two purses, and you and Mr. Basham, T.S., and A.R. went shopping using checks that were in the stolen purses. You bought clothing and alcohol and returned to the hotel on the evening of November 13, 2002.

Overt act number 12 alleges that on or about November 14th, 2002, you, along with Basham, T.S., and A.R. checked out of the Lakeshore Motel and drove to Myrtle Beach, South Carolina, and checked into the Beachwalk Motel.  Shortly after noon, you and Mr. Basham left driving T.S.'s green mini-van.

1          The two of you eventually arrived at the residence of

2   Sam Jordan in Conway.  You and Mr. Basham entered Mr. Jordan's

3   residence and stole the following firearms: a Remmington 870 12

4   gauge shotgun, a Marlin model 882SS .22 caliber rifle, a

5   Remington model 1100 12 gauge shotgun, a Marlin model 60 .22

6   caliber rifle, and a RPI Connecticut Valley Arms Magbolt 150

7   rifle.

8          Overt act number 13, alleges on or about November 14,

9   2002, upon leaving Sam Jordan's residence, you and Mr. Basham

10  encountered Carl Jordan, who was driving by in his truck.

11  After Mr. Jordan confronted you and Mr. Basham, you and Mr.

12  Basham fired shots at Mr. Jordan.

13         After Jordan attempted to flee, you and Mr. Basham

14  followed Mr. Jordan in T.S.'s green mini-van, and continued to

15  shoot at Mr. Jordan.  After the encounter with Mr. Jordan, you

16  and Mr. Basham abandoned the green mini-van in Conway.

17         Overt act 14 alleges that on or about November the

18  14th, 2002, you and Mr. Basham stole a white Ford F-150 pick-up

19  truck from a residence in Conway, South Carolina.

20         Overt act 15 alleges that on or about November 14th,

21  2002, at approximately 2:47 p.m., you and Mr. Basham drove the

22  stolen white Ford pick-up into the parking lot of a WalMart

23  store in Conway, South Carolina, following a blue BMW sedan.

24         When the sedan pulled into a parking place, Mr.

25  Basham got out of the truck and entered the passenger's side of

1  the blue BMW.  By displaying a .22 caliber revolver, Mr. Basham

2  then forced the driver, Alice Donovan, to drive out of the

3  parking space and toward the back of the parking lot where you

4  were waiting with a .45 caliber pistol.

5          It is further alleged that you and Mr. Basham then

6  abandoned the stolen truck and left the WalMart parking lot in

7  Alice Donovan's vehicle, taking her and the vehicle against her

8  will.

9          Overt act 16 alleges that on or about November the

10  14th, 2002, after car-jacking and kidnapping Alice Donovan, you

11  and Mr. Basham used Ms. Donovan's debit card to purchase gas

12  and obtain cash.

13          It is alleged that you then drove Ms. Donovan's BMW

14  to North Carolina with Ms. Donovan in the car.  It is further

15  alleged that in North Carolina at approximately 4:28 p.m., you

16  and Mr. Basham forced Ms. Donovan to place a cellular telephone

17  call to her daughter to advise her daughter that she had gone

18  shopping and would be home late.

19          Overt act 17 alleges that on or about November 14th,

20  2002, you and Mr. Basham killed Alice Donovan and abandoned her

21  body.  It is alleged that you then drove Ms. Donovan's blue BMW

22  to the Beachwalk Motel in Myrtle Beach, South Carolina and

23  retrieved personal belongings.  It is alleged that you then

24  left T.S. and A.R. at the Beachwalk Motel and drove Alice

25  Donovan's blue BMW to Huntington, West Virginia.

43

1              Overt act 18 alleges that on or about November 17th,
2    2002, you and Mr. Basham left West Virginia and drove to
3    Ashland, Kentucky in Ms. Donovan's BMW.  It is alleged that
4    after you arrived in Ashland, Kentucky, you drove Basham into a
5    WalMart parking lot where Mr. Basham attempted to car-jack
6    Andrea and Deanna Francis while in possession of an H&R .22
7    caliber nine shot model 949 revolver.

8              It is alleged that after Mr. Basham was approached by
9    an Ashland police officer dispatched to investigate the
10   attempted car-jacking, he ran from the police officer and fired
11   the revolver at the pursuing officer.  It is alleged that Mr.
12   Basham later identified himself to the Ashland police as Joshua
13   Rittman.

14             Overt act number 19 alleges that on or about November
15   19th, 2002, you drove Alice Donovan's BMW to Goshen, Indiana,
16   and arrived at your brother's house.

17             And finally, the last overt act is alleged to be that
18   on or about November 20th, 2002, you drove Alice Donovan's BMW
19   to Bristol, Indiana, where you abandoned the car in a shed.

20             After abandoning the BMW, you rode with your brother
21   back towards Goshen, Indiana.  Upon observing an Indiana state
22   trooper following your brother's vehicle, you allegedly told
23   your brother to stop the car.  You then got out of the car and
24   attempted to flee the pursuing law enforcement officers on
25   foot.

1          Now, that is a very lengthy recitation of the overt

2     acts that the government alleges were performed in furtherance

3     of this conspiracy.  As I said earlier, the government does not

4     have to prove all of those acts occurred, the government has to

5     prove that at least one of them occurred.

6          Now, do you understand the charge of conspiracy in

7     count 4 and the overt acts that I have just read to you?

8     A.  Yes, sir.

9     Q.  If this case were to go to trial as to count 4, the

10    government would be required to prove the following:

11         There are four essential elements that the government

12    would be required to prove, I will instruct the jury that if

13    the government failed to prove any one of these beyond a

14    reasonable doubt, the jury would be required to find you not

15    guilty.

16         These four elements are, number one, there was an

17    agreement between two or more persons to violate federal

18    criminal law, or the conspiracy, as I have defined that term;

19    number two, you knew of the conspiracy; number three, you

20    knowingly and voluntarily became a part of the conspiracy; and

21    number four, at least one overt act was taken in furtherance of

22    the conspiracy.

23         Do you understand those four elements that the

24    government would be required to prove on count 4?

25    A.  Yes, sir.

45

1  Q.  Now, as to count 4, the maximum penalty provided by law is

2  as follows:

3          The term of imprisonment is a maximum of five years,

4  the fine is up to $250,000, supervised release following

5  imprisonment is three years, and the special assessment, which

6  is mandatory, is $100.  Do you understand that?

7  A.  Yes, sir.

8  Q.  All right.  Count 5 charges you with being a member of a

9  conspiracy to use and carry firearms during and in relation to

10 a crime of violence.  I have already told you generally what a

11 conspiracy consists of.  In count 5, the grand jury has charged

12 as follows:

13         From on or about November the 4th, 2002, to on or

14 about November 20th, 2002, in the District of South Carolina,

15 you, along with Branden Leon Basham, did knowingly and

16 intentionally and unlawfully combine, conspire, confederate,

17 and agree together and have a tacit understanding with each

18 other, and others known to the grand jury, to knowingly use and

19 carry firearms during and in relation to, and to possess

20 firearms in furtherance of, crimes of violence which are

21 prosecutable in a court of the United States as charged in

22 counts 1 and 2 of this superseding indictment, all in violation

23 of Title 18 of the United States Code, Section 924(o).

24         Mr. Prosecutor, we don't have any overt acts alleged

25 as to that conspiracy?

1          MR. SCHOOLS:  Your Honor, that statute doesn't

2    require the proof of --

3          THE COURT:  All right, that's -- all right.

4    BY THE COURT:

5    Q.  Now count 5, unlike count 4, is a charge that does not

6    require the proof of any overt acts so there are no overt acts

7    alleged.

8          As to count 5, if the case were to go to trial, I

9    would instruct the jury that the government would have to prove

10   three essential elements beyond a reasonable doubt before the

11   jury could return a verdict of guilty.  I would tell the jury

12   that if the government failed to prove any one of these beyond

13   a reasonable doubt, the jury would be required to find you not

14   guilty.

15         These elements are, number one, there was an

16   agreement between two or more persons to use and carry firearms

17   during and in relation to a crime of violence; number two, you

18   knew of the conspiracy; and number three, you knowingly and

19   voluntarily became a part of the conspiracy.  Do you understand

20   those elements, Mr. Fulks?

21   A.  Yes, sir.

22   Q.  Now, as to the maximum penalty, the law provides the

23   maximum term of imprisonment for count 5 is a term of 20 years

24   in prison, the fine could be up to $250,000, supervised release

25   following imprisonment is three years, and a special assessment

47

1   is $100.  Do you understand that?

2   A.  Yes, sir.

3   Q.  Count 6 charges you with using a firearm during and in

4   relation to a crime of violence.  In count 6, the grand jury

5   has charged that on or about November the 14th, 2002, in the

6   District of South Carolina, you, along with Branden Leon

7   Basham, knowingly used and carried a firearm during and in

8   relation to, and possessed a firearm in furtherance of, crimes

9   of violence for which you could be prosecuted in a court of the

10  United States, as charged in counts 1 and 2 of the superseding

11  indictment.  All in violation of Title 18 of the United States

12  Code, Section 924(c)(1)(A) and Section 2.  Do you understand

13  that charge?

14  A.  Yes, sir.

15  Q.  If this case were to go to trial the government would be

16  required to prove three essential elements of count 7 beyond a

17  reasonable doubt.  I would instruct the jury that if the

18  government failed to prove any one of these beyond a reasonable

19  doubt, the jury would be required to find you not guilty.

20          These elements are, number one, you had previously

21  been convicted of a crime punishable by a term of imprisonment

22  exceeding one year -- I'm sorry, we are on count 6, aren't we?

23          There are three elements to count 6, again, the

24  government would have to prove all three beyond a reasonable

25  doubt.  The three elements are, number one, that you used,

1  carried, or possessed a firearm; number two, that you used or

2  carried the firearm during and in relation to, or possessed the

3  firearm in furtherance of, a crime of violence; and number

4  three, the crime of violence was one that could be prosecuted

5  in a court of the United States, such as count 1 or count 2 of

6  the indictment here.  Do you understand those three elements?

7  A.  Yes, sir.

8  Q.  The maximum penalty that can be imposed for a violation of

9  count 6 is life imprisonment, and the law requires that this

10  term of imprisonment be consecutive to any other term of

11  imprisonment the court would impose.

12        There's a mandatory minimum sentence of at least five

13  years, you would have to receive at least a five year sentence

14  if convicted.  The fine could be anything up to $250,000,

15  supervised release following imprisonment would be five years,

16  and the special assessment, which is mandatory, would be $100.

17  Do you understand the maximum penalty as to count 6?

18  A.  Yes, sir.

19  Q.  Moving on to count 7, charging you with possession of

20  firearms in the status of a convicted felon.  In count 7 the

21  grand jury has charged that on or about November the 14th,

22  2002, in the District of South Carolina, you, along with

23  Branden Leon Basham, each having been convicted of a crime

24  punishable by imprisonment for a term exceeding one year,

25  knowingly did possess in and affecting commerce firearms, that

1   is, an H&R .22 caliber nine shot, model 949 revolver, a Llama

2   Mini Max .45 caliber pistol, a Remington 870 12 gauge shotgun,

3   a Marlin model 882SS .22 caliber rifle, a Remington model 1100

4   12 gauge shotgun, a Marlin model 60 .22 caliber rifle, and an

5   RPI Connecticut Valley Arms Magbolt 150 rifle, each of which

6   had been shipped and transported in interstate commerce, all in

7   violation of Title 18 of the United States Code, Sections

8   922(g)(1) and 924(a)(2) and Section 2.  Do you understand that

9   charge, Mr. Fulks?

10  A.  Yes, sir.

11  Q.  As to count 7, there are three essential elements that the

12  government would be required to prove.  I would instruct the

13  jury that if the government failed to prove any one of these

14  three elements beyond a reasonable doubt, the jury would be

15  required to find you not guilty.

16        These elements are, number one, you had previously

17  been convicted of a crime punishable by a term of imprisonment

18  exceeding one year; number two, you knowingly possessed,

19  transported, shipped, or received the firearm; number three,

20  the possession was in or affecting commerce because the firearm

21  had traveled in interstate or foreign commerce at some point

22  during its existence.  Do you understand those three elements?

23  A.  Yes, sir.

24  Q.  The maximum punishment for a violation of count 7 is a term

25  of imprisonment of 10 years, the fine could be anything up to

1  $250,000, supervised release following imprisonment would be

2  three years, and the special assessment is $100.  Do you

3  understand the maximum penalty, Mr. Fulks?

4  A.  Yes, sir.

5  Q.  And finally, the last count, count 8, charges you with

6  possessing stolen firearms.  In count 8 the grand jury has

7  alleged that on or about November the 14th, 2002, in the

8  District of South Carolina, you, along with Branden Leon

9  Basham, knowingly did possess stolen firearms, that is an H&R

10  .22 caliber nine shot model 949 revolver, a Llama Mini Max .45

11  caliber pistol, a Remington 870 12 gauge shotgun, a Marlin

12  model 882SS .22 caliber rifle, a Remington model 1100 12 gauge

13  shotgun, a Marlin model 60 .22 caliber rifle, and an RPI

14  Connecticut Valley Arms Magbolt 150 rifle, each of which had

15  been shipped and transported in interstate commerce, knowing

16  and having reasonable cause to believe the firearms were

17  stolen, all in violation of Title 18 of the United States Code,

18  Sections 922(j) and 924(a)(2) and Section 2.  Do you understand

19  that charge, Mr. Fulks?

20  A.  Yes, sir.

21  Q.  If this case were to go to trial as to count 8, there are

22  four essential elements that the government would be required

23  to prove.  I would instruct the jury that if the government

24  failed to prove any one of these four elements beyond a

25  reasonable doubt, the jury would be required to find you not

1  guilty.

2           These elements are, number one, you knowingly

3  received, possessed, concealed, stored, bartered, or sold a

4  firearm; number two, the firearm was stolen; number three, you

5  knew or had reasonable cause to know the firearm was stolen;

6  and number four, the firearm had traveled in interstate or

7  foreign commerce.  Do you understand those elements?

8  A.  Yes, sir.

9  Q.  As to the maximum punishment provided by law, the maximum

10 term of imprisonment that could be imposed is 10 years, the

11 fine could be up to $250,000, supervised release following

12 imprisonment would be three years, and the special assessment,

13 which is mandatory, is $100.  Do you understand the maximum

14 penalty that could be imposed?

15 A.  Yes, sir.

16 Q.  Now, one thing I would like to go back and emphasize.  In

17 almost every count you have been alleged -- it is alleged that

18 you violated a federal law, either directly or as an aider or

19 abettor.

20          In Section 2 of Title 18 of the federal code, it

21 provides that someone who aids and abets someone else who

22 commits an offense can be guilty of the crime as an aider and

23 abettor.

24          And just to be safe, I would like to explain that

25 concept to you in case it should come into play in this case.

1    We are going to have to take a recess unless somebody

2  can give me an aiding and abetting charge real quickly.

3    I used to keep them on the bench, and in this new

4  courthouse I have them in my library.

5    MR. BLUME:  I believe Mr. Nettles has one.

6    THE COURT:  All right.

7    MR. NETTLES:  I believe I have an old one, Judge.

8    THE COURT:  All right.  Let me say, I have been doing

9  a lot of reading, and if I skip a word or misstate something or

10  inavertently skip over something, I ask the lawyers, please

11  don't hesitate to stand up and correct me, because this is all

12  very important.  You are not going to hurt my feelings at all.

13  I want to get this right.

14  BY THE COURT:

15  Q.  Now, Mr. Fulks, as I have said, every single count, all

16  eight counts, charge that you either committed the crime

17  directly or that you aided and abetted Mr. Basham in committing

18  the crime.  Do you understand that?

19  A.  Yes, Your Honor.

20  Q.  Now, the concept of aiding and abetting is one that you

21  might not understand.  The law is that in order to aid and abet

22  another to commit a crime, it is necessary that you willfully

23  associate yourself in some way with the criminal venture and

24  willfully participate in it, as you would in something you

25  wished to bring about.  That is to say, that you willfully seek

1    by some act or omission of your own to make the criminal

2    venture succeed.

3            An act or omission is done willfully if it is done

4    voluntarily and intentionally, with the specific intent to do

5    something the law forbids or with the specific intent to fail

6    to do something the law requires to be done.

7            In order to aid and abet another to commit a crime,

8    it is necessary that the defendant in some sort associate

9    himself with the venture, that he participate in it as

10   something he wishes to bring about, and that he seek by his

11   action to make it succeed.

12           Do you understand the concept of aiding and abetting?

13   A.  Yes, sir.

14           THE COURT:  Is the government satisfied I correctly

15   explained the concept of aiding and abetting?

16           MR. GASSER:  Yes, sir.

17           THE COURT:  Mr. Blume, are you satisfied?

18           MR. BLUME:  Yes, sir.

19           THE COURT:  Mr. Nettles?

20           MR. NETTLES:  Yes, sir.

21   BY THE COURT:

22   Q.  All right.  Now, the last part of the indictment of the

23   superseding indictment is a notice of special findings made by

24   the grand jury.  And these relate to count 1 and count 2, which

25   are the two counts that could potentially result in the death

1  penalty being imposed.

2        These special findings are as follows:  As to count 1

3  charging car-jacking resulting in the death of Alice Donovan,

4  and count 2, charging kidnapping resulting in the death of

5  Alice Donovan --

6        MR. NETTLES:  Judge, before you go into that, I want

7  you to understand that we are not pleading to the special

8  findings.  And I don't know if Your Honor is just reading over

9  those for notice purposes or not, but the guilty plea would be

10 to counts 1 through 8.  The special findings are for notice as

11 to the penalty phase.

12        THE COURT:  Is there any need for me to go through

13 them with him?

14        MR. NETTLES:  I don't think so.

15        THE COURT:  What about that, Mr. Schools, Mr.

16 Gasser?  These are the so-called aggravating factors, right?

17        MR. GASSER:  Your Honor, we would just like the

18 record to reflect and the court would have colloquy with the

19 defendant that he has full understanding that by pleading

20 guilty to the eight counts, eight substantive counts in the

21 superseding indictment, that the sentencing jury would be

22 instructed that they have to accept those eight counts as fact,

23 that he is in fact guilty, and we would go right into the

24 special findings and the sentencing phase aspect of the trial.

25        THE COURT:  And these special findings relate to the

55

1   sentencing phase?

2           MR. GASSER:  Yes, sir.

3           THE COURT:  Well, do you see a need for me to read

4   those to him on the record here today?

5           MR. GASSER:  No, sir, I'm sure they have been

6   thoroughly gone over by defense counsel.

7   BY THE COURT:

8   Q.  Well, Mr. Fulks, up until now, I have read to you from

9   pages 1 through 13 of the indictment, these are the pages that

10  set out the actual charges of counts 1 through 8.

11          If you plead guilty to counts 1 through 8, you will

12  then have admitted that you are in fact guilty of the crimes

13  charged in counts 1 through 8, each individual count, eight of

14  them.  There will be no need for the government to prove that

15  those violations of law occurred.

16          Now, pages 14 through 16 of the superseding

17  indictment set out some special findings made by the grand

18  jury.  These special findings are things that would come into

19  play at the penalty phase on counts 1 and 2.

20          In other words, these are things the government would

21  attempt to prove against you at the penalty phase on count 1

22  and count 2 in an effort to have the jury return a verdict of

23  the death penalty.  Do you understand that?

24  A.  Yes, sir.

25  Q.  So, by pleading guilty, you essentially are admitting the

GARY N. SMITH, CM
COLUMBIA, SC

JA0218

56

1  allegations in pages 1 through 13, counts 1 through 8, but you

2  are not admitting these special findings.  It will be up to the

3  jury to determine whether the government has proved these

4  special findings or not.  Do you understand that?

5  A.  Yes, sir.

6  Q.  Now, these special findings are nevertheless very important

7  because they are going to be issues that are in dispute in

8  front of the jury, and so it's important that you have read

9  over them and understand what they are.  Have you read over

10 these findings and discussed them with your attorneys?

11 A.  Yes, sir.

12 Q.  Let me just -- I'm just going to summarize or paraphrase

13 each one very briefly, just for the record.  Mr. Fulks, you are

14 not admitting any of these, I just want to be sure you

15 understand the government is going to try to prove these things

16 at the penalty phase, if we have a penalty phase on counts 1 or

17 2.

18        A, that you and Mr. Basham were 18 years of age and

19 older at the time of the offense.

20        B, that you and Mr. Basham intentionally killed Alice

21 Donovan.

22        C, that you and Mr. Basham intentionally inflicted

23 serious bodily injury that resulted in the death of Ms.

24 Donovan.

25        D, that you and Mr. Basham intentionally participated

1  in an act, contemplating that the life of a person would be

2  taken, and intending that lethal force would be used in

3  connection with a person, other than one of the participants in

4  the offense, and that Alice Donovan died.

5          E, that you and Mr. Basham intentionally and

6  specifically engaged in an act of violence, knowing that the

7  act created a grave risk of death to a person.  That such

8  participation in the act constituted a reckless disregard for

9  human life, and Alice Donovan died.

10         F, the death of Ms. Donovan and the injury resulting

11 in the death of Ms. Donovan occurred during your commission and

12 Mr. Basham's commission and attempted commission of and during

13 your flight from the commission of an offense under Title 18 of

14 the federal code, Section 1201.

15         G, that you and Mr. Basham committed the offense as

16 consideration for the receipt and in the expectation of the

17 receipt of something of pecuniary value.

18         H, that you and Mr. Basham intentionally killed and

19 attempted to kill more than one person in a single criminal

20 episode.

21         Those are factors that will be put before the jury in

22 a penalty phase proceeding if you plead guilty to counts 1 and

23 2.  Do you understand that?

24 A.  Yes, sir.

25 Q.  All right, Mr. Basham, I have gone over each of the eight

58

1  counts with you, and as to each count I have told you the

2  specific charge against you.  I have gone through the essential

3  elements that the government would be required to prove before

4  the jury could find you guilty of each count.

5       I told you about the maximum penalty that can be

6  imposed, and where applicable, I have told you about the

7  mandatory minimum penalty that must be imposed.

8       I have told you the concept of aiding and abetting,

9  and I have told you about the special findings the grand jury

10  made, which will be disputed issues at a penalty phase on

11  counts 1 and 2.  Do you understand all the legal matters that

12  we have just been discussing?

13  A.  Yes, sir.

14  Q.  Is there anything you want me to go back and explain to you

15  or explain in more detail?

16  A.  No, sir.

17       THE COURT:  Is the government satisfied that I have

18  adequately explained the charges and the elements to the

19  defendant?

20       MR. GASSER:  Yes, sir.  We would also just like the

21  record to reflect with regard to the voluntariness of his

22  guilty plea and his understanding of the criminal proceedings

23  that -- and would ask acknowledgement from Mr. Fulks, that Mr.

24  Fulks has been through these same proceedings on prior

25  occasions in federal court in Tennessee and state court in

1   Tennessee, in state court in Kentucky, state court in Indiana,

2   and in state court in West Virginia.

3           He has been charged with criminal offenses, he has

4   had the protection of the right to counsel during those

5   offenses, and he has pled guilty before in various federal and

6   state jurisdictions.

7           So, I want the record to reflect that he has been

8   through this process and this colloquy with other state court

9   and federal court judges, with the advise of counsel.

10          THE COURT:  Well, the state court proceedings might

11  be a little different, they might be a little more abbreviated

12  than what we have here.

13          MR. GASSER:  But they are the same when it comes to

14  the right to a jury trial, the right to face his accusers, the

15  right to confront witnesses.  The fact that the government, be

16  it state or federal court, would have to prove charges beyond a

17  reasonable doubt.  I just wanted the record to reflect this

18  isn't the first time that a judge has ever had conversation or

19  had advised Mr. Fulks of his constitutional rights.

20          MR. NETTLES:  Your Honor, regardless of what has

21  happened in the past, the only thing that is relevant here is

22  that the plea is voluntary.  So, I think that's the only thing,

23  whether or not he voluntarily --

24          THE COURT:  Well, I think the point Mr. Gasser is

25  trying to make is that he has stood before a judge before, and

1   any claim that he might be unduly intimidated or coerced or

2   something would be somewhat lessened because of his past

3   experience.  I think that's the only point he's trying to make.

4          MR. GASSER:  Yes, sir, that's --

5          THE COURT:  Which, I mean, if he's pled guilty

6   before, the record will stand on that.  And if that ever

7   becomes an issue, that can be argued in the court of appeals.

8   All right.

9          All right, let me ask defense counsel, Mr. Blume,

10  are you satisfied, and Mr. Nettles, are you satisfied, are both

11  of you satisfied that the defendant understands the nature of

12  the charges against him in each count, 1 through 8, the

13  essential elements that the government will be required to

14  prove, and the maximum penalty that he faces on all eight

15  counts?  Mr. Blume?

16         MR. BLUME:  Yes, Your Honor.

17         THE COURT:  Mr. Nettles?

18         MR. NETTLES:  Yes, sir.

19         THE COURT:  Have you both thoroughly discussed these

20  charges and all the evidence associated with these charges and

21  all the things the government would be required to prove?  Have

22  you discussed that with the defendant prior to today's hearing?

23  Mr. Blume?

24         MR. BLUME:  Yes, sir.

25         THE COURT:  Mr. Nettles?

1           MR. NETTLES:  Yes, sir.

2           THE COURT:  All right.  Then after conducting an

3  extensive colloquy with Mr. Fulks, I find that the defendant

4  fully comprehends and understands the nature of the charges

5  against him generally, and he also understands the essential

6  elements of each of the eight counts that the government would

7  have to prove if a trial was held.

8           I find that he also understands the maximum possible

9  penalty for each count.  And where applicable, he understands

10 the mandatory minimum penalty for each count -- for the one

11 that does have a mandatory minimum.

12 BY THE COURT:

13 Q.  All right, Mr. Fulks, as to counts 3 through 8, the counts

14 that do not involve the potential for a death penalty, the

15 sentencing will be imposed by me, not by the jury.  The

16 sentencing will be imposed under the Sentencing Reform Act of

17 1984.

18          Under that law, the sentencing commission has issued

19 guidelines for judges to follow in determining the sentence in

20 a criminal case.  So, I'm going to briefly go through what the

21 sentencing guidelines are.

22          But it is very, very important that you understand

23 that what I'm about to go over with you only applies to counts

24 3 through 8, the counts that do not involve a potential death

25 penalty, for which I will impose a sentence.  What I'm about to

62

```
 1   say has no application whatsoever to count 1 or count 2.

 2            So, as to counts 3 through 8, the sentencing

 3   commission guidelines will apply in determining the sentence.

 4   Have you discussed the sentencing guidelines generally with

 5   your attorneys?

 6   A.  Yes, sir.

 7   Q.  You understand then, Mr. Fulks, that as to 3 through 8, I

 8   will not be able to determine the guideline sentence for your

 9   case until after a presentence report has been completed and

10   after you and the government have had an opportunity to

11   challenge the reported facts and application of the guidelines

12   recommended by the probation officer.  Do you understand that?

13   A.  Yes, sir.

14   Q.  Again, as to counts 3 through 8, the sentence that is

15   imposed may be different from any estimate that your attorney

16   may have given you.  Do you understand that?

17   A.  Yes, sir.

18   Q.  Again, as to counts 3 through 8, after your guideline range

19   has been determined, the judge has the authority in some

20   circumstances to depart from the guidelines and impose a

21   sentence that is more severe or less severe than the sentence

22   called for by the guidelines.  Do you understand that?

23   A.  Yes, sir.

24   Q.  Again, as to counts 3 through 8 only, under some

25   circumstances you or the government may have the right to
```

63

1  appeal any sentence that I impose.  Do you understand that?

2  A.  Yes, sir.

3  Q.  Do you understand that parole has been abolished, and that

4  if you are sentenced to prison you will not be released on

5  parole?

6  A.  Yes, sir.

7  Q.  Again, as to counts 3 through 8, if the sentence that you

8  received from this court is more severe than you expected, you

9  will still be bound by your plea and will have no right to

10  withdraw your plea.  Do you understand that?

11  A.  Yes, sir.

12  Q.  If you, as to counts 3 through 8, if you are sentenced to

13  prison, the law requires that upon release from prison you be

14  subjected to supervised release.  This probably will not apply,

15  because if you are convicted on count 2, you must get life

16  imprisonment without parole.  So I don't want to confuse

17  anything here, but I'm just going through the motions of

18  telling you that as to counts 3 through 8 only, upon release

19  from prison you would have to be subjected to supervised

20  release.

21           If you are under supervised release, you are under a

22  court order that prescribes rules for your behavior while on

23  supervised release.  If you violated any term or condition of

24  supervised release, I could put you back in jail.  Do you

25  understand that?

64

1  A.  Yes, sir.

2  Q.  Now, let me hasten to add, I don't want to cause any

3  misunderstanding here, what I have just gone over with you

4  about supervised release relates only to counts 3 through 8.

5  I'm telling you about those out of and abundance of caution

6  because the law says I'm supposed to.  But in a case where you

7  have death penalty counts alongside non-death penalty counts,

8  there is a potential for some confusion.

9          So, let me once again emphasize as to counts 1 and 2,

10 the sentence or the penalty will be determined not by me but by

11 the jury.  The jury can give you the death penalty or the jury

12 can give you life in prison without parole.  And so if you are

13 sentenced on one of those two, the thing about supervised

14 release following a release from prison is not going to apply.

15 Do you understand that?

16 A.  Yes, sir.

17 Q.  All right.  Mr. Fulks, has anyone threatened you, or anyone

18 else, or forced you in any way to plead guilty?

19 A.  No, sir.

20 Q.  Are you pleading guilty of your own free will because you

21 are guilty?

22 A.  Yes, sir.

23 Q.  Has any negotiated plea agreement been entered between you

24 and the government in this case?  Have you worked out any deal

25 or bargain, struck a deal with the government on anything?

65

1   A.  No, sir.

2   Q.  So, you are just pleading straight up, so to speak, to the

3   eight charges?

4   A.  Yes, sir.

5   Q.  The government has promised you nothing in return?

6   A.  No, sir.

7   Q.  All right, now, Mr. Basham, Rule 11 of the rules of federal

8   procedure -- I'm sorry Mr. Fulks, I'm sorry, I apologize.

9          Rule 11 of the Federal Rules of Criminal Procedure

10  requires that I determine if you understand the charges, if you

11  are pleading guilty freely and voluntarily, if you are

12  competent to plead and so forth.  Then I must also determine if

13  you are in fact guilty of what you want to plead guilty to.

14          So, at this point in the proceedings I must go

15  through each of the eight counts of the indictment and ask you

16  what you did to make yourself factually guilty of the charge.

17  And you are under oath, do you understand that?

18  A.  Yes, sir.

19  Q.  If you want to stop and consult with your attorneys at any

20  time, you may do so.  All right, let's go to count 1 of the

21  superseding indictment.

22          MR. NETTLES:  Just a minute, Judge.

23          (Off record discussion)

24          THE COURT:  Y'all want to take a recess?

25          MR. NETTLES:  I think that might be appropriate,

66

```
 1   Judge.
 2           THE COURT:  Let's take a 10 minute recess.
 3           (Short recess)
 4           THE COURT:  All right, before the break we had
 5   reached the Rule 11 colloquy where I asked the defendant, Mr.
 6   Fulks, to tell me what he did to be factually guilty of the
 7   crimes charged.  And that was pursuant to Rule 11(a)(3), which
 8   provides before entering judgment on a guilty plea, the court
 9   must determine that there is a factual basis for the plea.
10           In other words, I have to establish on the record not
11   only that the defendant knows what the charges are, knows what
12   his rights are, wants to plead guilty, no one has forced him to
13   plead guilty, et cetera, et cetera, but I also have to
14   determine that he is in fact guilty of what he is charged with
15   doing.
16           Counsel asked for a recess, and during the recess I
17   was informed by counsel that rather than giving me a narrative
18   of what happened, the defendant, Mr. Fulks, wished to simply
19   concede that the 302 form, the FBI form 302, which is a report
20   of an interview the FBI did with Mr. Fulks, is accurate.
21           In other words, Mr. Fulks wanted to just reaffirm
22   what he told the FBI as memorialized in the 302 form.  So, I
23   spent some time going through what was said in the 302 form,
24   and suffice it to say that, summarizing in great -- to a great
25   extent, the 302 form by Mr. Fulks admits that he was involved
```

67

1  in helping abduct Ms. Donovan and take her car, so he has

2  admitted his complicity in car-jacking and kidnapping.

3        But when we come to the part about the death of Ms.

4  Donovan, again, summarizing in great part, Mr. Fulks admits

5  that Mr. Basham raped Ms. Donovan and that then he, Mr. Fulks,

6  raped Ms. Donovan.

7        But then when we come to the actual murder, Mr. Fulks

8  says that while they were out in the woods, Mr. Basham took Ms.

9  Donovan off into the woods with some tape and a gun, and that

10 then he came back and told Mr. Fulks that he had taped Ms.

11 Donovan to a tree and taken her clothes off so that if she

12 escaped and tried to run, she would have difficulty in running

13 or would be less -- hesitant to run and less likely to have

14 them captured.  And it was not until later during their venture

15 that Mr. Basham actually informed Mr. Fulks that Ms. Donovan

16 had been killed.

17        So, the reason for the long recess was, I have been

18 agonizing over whether this 302 form says enough factually for

19 me to determine that Mr. Fulks has admitted his guilt as

20 required by Rule 11.  And if I determine that he has not

21 admitted his guilt, my only remedy is to reject the plea and

22 require the case to go to a trial.

23        And I want to emphasize that, because I have had

24 people ask me before, when you reject a guilty plea, does that

25 mean the defendant gets to go free because you wouldn't take

68

1   his plea?

2           No, it does not mean that at all.  It means we have

3   to have a jury trial to see if the jury thinks he is guilty.

4   So, on the state of the record here, we have to look at either

5   aiding and abetting liability or Pinkerton liability.  Aiding

6   and abetting requires some type of specific intent to help

7   bring about the crime.

8           I don't think it fits the facts set out in his 302

9   form, because, as I said, Mr. Fulks does not admit that he knew

10  that she was going to be killed, and he does not admit that he

11  wanted to help bring it about.

12          Then we are left with so-called Pinkerton liability,

13  which was established by the Supreme Court in the case of

14  Pinkerton versus United States back in 1946.  In that case the

15  Supreme Court held that a conspirator may be convicted of

16  substantive offenses committed by co-conspirators in the course

17  of and in furtherance of the conspiracy.

18          But what I have been agonizing over is, counts 1 and

19  2, two counts that carry the death penalty, do not charge a

20  conspiracy.  And count -- is it 3 or 4 that does charge a

21  conspiracy?  4.  Count 4 that charges the laundry list of the

22  conspiracy, if you wanted to apply Pinkerton to that, you

23  could.  But the problem is that the maximum penalty for count 4

24  is five years.

25          So, I'm not sure that we need to -- I think the thing

69

```
 1   to do is to just stop right here and resume tomorrow and let me

 2   hit the books and y'all hit the books tonight to see if the law

 3   is that Pinkerton can apply to a murder case where a conspiracy

 4   is not charged.

 5          Now, I know that is not something that anybody in

 6   this room wants to hear, and I'm probably the most unpopular

 7   person in the courthouse right now, but I think that's the

 8   thing to do.

 9          Because I do not want to take a plea and try this

10   case to a jury on the penalty phase, and then have the Fourth

11   Circuit tell me that Mr. Fulks did not admit enough facts to

12   make him guilty.

13          So, I know y'all probably have other things you

14   planned to do tomorrow, but I would like to resume at maybe --

15   Mary, what do we -- we have got several criminal matters

16   tomorrow morning.  We can just push them back.

17          THE CLERK:  Have a motions hearing starting at 10.

18          THE COURT:  Well, they will just have to wait, this

19   has to take priority.

20          THE CLERK:  Just two things in the morning.

21          THE COURT:  Mr. Nettles, do you want to say

22   something?

23          MR. NETTLES:  Well, I think the court recognizes we

24   all have things  -- had just made a -- I was leaving now --

25          THE COURT:  Let me say, I have run this by another
```

70

1  judge in this building who has grave concerns about it too.  Go

2  ahead.

3          MR. NETTLES:  I was going to suggest, Judge, that we

4  are going to be back in court again on Friday, and we kind of

5  built our week around this and Friday, and I was -- I was going

6  on about a three or four hour drive tonight so that I can meet

7  with an expert first thing in the morning --

8          THE COURT:  I'm amenable to resuming Friday.

9          MR. NETTLES:  And I would propose we do this Friday.

10  We are going to be here anyway, Judge.

11          THE COURT:  Mr. Gasser and Mr. Schools, what about

12  that?

13          MR. GASSER:  Your Honor, we have no -- we would agree

14  that this is -- that this issue is extremely important, and

15  that due deliberation by the court as well as all the lawyers

16  involved is probably the best avenue to take.

17          And we also can -- we can understand the scheduling

18  problems for Mr. Nettles and Mr. Blume with witnesses as the

19  trial date comes closer and closer, and so we have no objection

20  to continuing the matter until Friday morning.

21          THE COURT:  All right.  We have other matters to take

22  up Friday as well.  We have got the continuance motion, there

23  have been another handful of jurors who have offered up

24  hardship excuses I wanted y'all to take a look at.

25          I have to redo the -- if the guilty plea goes

GARY N. SMITH, CM
COLUMBIA, SC

71

1   forward, I have got to redo the video that we are going to do

2   for the jury, taking out part one.  There are two or three

3   other matters we are going to take up as well.

4          MR. GASSER:  One of the matters that was brought up

5   that Mr. Blume and Mr. Nettles and Mr. Thurmond and Mr. Schools

6   and I discussed right before the court resumed the bench was

7   the issue of the general qualification of the jurors.

8          I guess it's kind of -- we are all kind of not sure

9   as to how that would transpire, whether you would do that

10  orally to each individual juror when they are brought in and

11  they are sworn under oath, or whether you do it as a group.  Of

12  course --

13         THE COURT:  I'm probably going to nail that down

14  Friday.  You mean just questions such as, "Have you heard

15  anything about this case," just general questions that we could

16  ask one time to a group and save time, in other words?

17         MR. GASSER:  Yes, sir, the general qualification

18  questions that are asked of all the jurors.

19         THE COURT:  I think it might make more sense to bring

20  them all in.  You know, we are bringing in 24 per day.  The

21  literature we have read says we can expect to lose 30 percent

22  based on the follow-up questionnaire we are going to give them,

23  whether they have such strongly held beliefs for or against the

24  death penalty that they cannot be fair.

25         If we lose 30 percent from 24, that will leave us

GARY N. SMITH, CM
COLUMBIA, SC

72

1  with about 16.  Bring in the 16 as a group, qualify them on the

2  general questions, and send them back.  And bring them in one

3  at a time and put them on the witness stand so they will be in

4  front of a microphone.  And then I do voir dire and y'all do

5  voir dire.  I think that's the way we could proceed.

6          MR. GASSER:  Yes, sir.

7          THE COURT:  And then we have got the motion on the

8  jury selection method too.  Y'all still oppose the so-called

9  struck method, right?

10          MR. BLUME:  I don't know that we necessarily have a

11  legal basis to oppose it, it's still our position that the

12  strike as you go is the most efficient.

13          THE COURT:  Well, I thought it would save time, but

14  the more I thought about it, the government suggests that by

15  the time we get to the end of the questioning and then I say,

16  "What say you for the government?" they are going to have to

17  collaborate and scratch their head and whisper back and forth,

18  and then go to your side.  There is going to be an awful lot of

19  dead time for each juror if we do that.

20          MR. BLUME:  Well, I think -- I'm sorry, Your Honor.

21          THE COURT:  So, I'm just kind of up in the air.  We

22  can talk about that Friday.  We can talk about that Friday.

23  Because we will have to do that whether the plea goes forward

24  or not.

25          Well, I guess -- y'all understand my concern.  My

73

```
 1   concern is, I did not know when I walked out here that all I
 2   was going to have for a factual statement was his 302 that
 3   really admits kidnapping and admits car-jacking, but does not
 4   admit any complicity in the death.
 5           And so the two options we have I think are looking at
 6   aiding and abetting, which I don't think it fits.  Because
 7   aiding and abetting requires some manifestation of an intent to
 8   help bring about the crime that occurred.  I don't think this
 9   302 says that.
10           Then we have Pinkerton liability, the co-conspirator
11   theory of imputing liability.  But I'm just not sure of my
12   authority to apply that doctrine to counts 1 and 2 which do not
13   charge a conspiracy, and that's my precise question that I
14   would like for y'all to take a look at.  All right.
15           Now, when we come back Friday, do we need to go
16   through competency again or --
17           MR. NETTLES:  No, sir.
18           THE COURT:  All right.  All right, thank you.  What
19   time Friday?
20           THE CLERK:  They have got a notice for 10 o'clock.
21           THE COURT:  10 o'clock Friday.  We will be in
22   recess.
23           (Thereupon, the proceedings on May 4, 2004, were
24   recessed.)
25   * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

74

1          (Change of plea proceedings on May 7, 2004)

2          THE COURT:  This is a resumption of the proceeding

3    that we began on Wednesday of this week in the case of United

4    States of America versus Chadrick Evan Fulks.

5          The court was informed that Mr. Fulks wished to

6    tender a plea of guilty to all eight counts of the indictment.

7    We then began a Rule 11 colloquy and decided to recess the

8    proceedings so that I could research a very troublesome legal

9    issue that had arisen in the case.

10          Because of the seriousness of the charges in this

11    case, I requested that Dr. Berg appear again today so that we

12    could briefly explore competency before proceeding this

13    morning.  And I appreciate very much her being available on

14    short notice.

15          Mr. Nettles.

16          MR. NETTLES:  Thank you, Your Honor.  Dr. Berg has

17    had an opportunity to discuss those matters with Mr. Fulks this

18    morning, she met with him for about 30 minutes, and she informs

19    me that Mr. Fulks is competent to proceed here today.

20          THE COURT:  All right.  Is that correct, Dr. Berg?

21          DR. BERG:  Yes, Your Honor.

22          THE COURT:  How long did you meet with him?

23          DR. BERG:  30 minutes.

24          THE COURT:  All right.  Have you seen his medication

25    chart?

75

```
1              DR. BERG:  Yes, I have.
2              THE COURT:  The new one that was -- since last
3    Wednesday?
4              DR. BERG:  The only changes, last time, is that they
5    removed his Tylox medication --
6              THE COURT:  They removed his --
7              DR. BERG:  Tylox medication.
8              THE COURT:  Tylox, T-y-l-o-x?
9              DR. BERG:  That's correct.
10             THE COURT:  Except for that, his medical regimen is
11   the same as it was on Wednesday?
12             DR. BERG:  That's correct.
13             THE COURT:  And you remain of the opinion that the
14   medicine he's taking individually or collectively would not
15   impair his cognitive ability?
16             DR. BERG:  That's correct.
17             THE COURT:  All right.  Anything from the
18   government?
19             MR. SCHOOLS:  No, sir.
20             THE COURT:  Mr. Nettles?
21             MR. NETTLES:  May she be excused, Judge?
22             THE COURT:  Certainly.  Thank you so much, Doctor.
23             DR. BERG:  Thank you.
24             THE COURT:  Mr. Fulks, let me just question you real
25   quickly.
```

76

### EXAMINATION OF THE DEFENDANT

BY THE COURT:

Q.  You understand why we are here again?

A.  Yes, Your Honor.

Q.  This is a serious matter and I want to be sure you are entirely comfortable with going forward today.  You are taking a lot of medicine, but the doctor that looked at you this morning said that medicine was not affecting your ability to communicate with me or think or make important judgments; is that correct?

A.  Yes, sir.

Q.  All right.  And you continue to be satisfied with your lawyer's representation in this case?

A.  Yes, sir.

Q.  All right.  Tell me just a little bit about yourself.  Where were you born?

A.  Lincoln County, West Virginia.

Q.  What part of West Virginia is that located in?

A.  About a half hour from Huntington.

Q.  Okay.  Is that where they do a lot of snow skiing, or is that in a different part of West Virginia?

A.  No, that's about 100 miles.

Q.  100 miles away?

A.  From where they do the snow skiing.

Q.  Okay, look at the clock on the back wall back there and

GARY N. SMITH, CM
COLUMBIA, SC

JA0239

77

1  tell me what time it is.

2  A.  10:32.

3  Q.  10:32.  Very good.

4          THE COURT:  All right, any questions or concerns by

5  defense counsel?

6          MR. BLUME:  No, Your Honor.

7          THE COURT:  All right, thank you.  Well, I'm

8  entirely satisfied -- you may be seated.

9          I'm entirely satisfied that the defendant was

10  competent on Wednesday, and remains competent today after

11  hearing from Dr. Berg and conducting a brief colloquy with him

12  this morning.

13          Let me say just one housekeeping matter, on Wednesday

14  we sent you a stack of hardship requests from jurors and we

15  asked that you come today prepared to discuss those.  Well,

16  since Wednesday, we got in 12 more.  So, we put on your desk

17  this morning a stack which included what you had been given

18  Wednesday plus 12 more at the back.

19          Now, on the bottom of each one I have written yes or

20  no as to what I would think we should do with them, but I want

21  your input.  There were only a very few that I rejected.  All

22  of them pretty much seem like legitimate requests.

23          But my point is, I don't want to go into that now,

24  but the jury clerk needs that information as soon as possible

25  because they need to get the word out to these jurors today not

78

1    to come if we are going to excuse them.

2           Because we are under a severe shortage of money in

3    paying jurors and we don't need to pay someone to come here,

4    $100 to come here, for nothing.  So, once we finish the Rule 11

5    part of this case, we might want to take that up first thing so

6    we can get word to the jury clerk.

7           All right.

8           MR. BLUME:  Your Honor, just one quick thing on that.

9    I think the court said that there were 12 new ones --

10          THE COURT:  Right.

11          MR. BLUME:  -- and we only have eight, we were given

12   eight new ones.  It's a small matter, but I just didn't know if

13   there were four of those missing.  The government only has

14   eight as well.

15          THE COURT:  All right, it is eight.  I think the

16   total, from when the jury clerk met with us yesterday, they

17   said there were 12 more.

18          (Off record discussion)

19          THE COURT:  All right, when we broke off the hearing

20   on Wednesday we had come to the part of the Rule 11 colloquy

21   where I asked the defendant what he did to be guilty of the two

22   capital offenses in this case.

23          At that point counsel asked for a recess, and then I

24   was told in chambers that rather than provide the defendant

25   with the opportunity to give a narrative of what happened, it

79

1   was proposed that he simply confirm that the FBI 302 report of

2   interview form accurately reflects what he told the FBI and

3   would suffice to support a guilty plea to the two capital

4   offenses in this case.

5         I was concerned, because as I said Wednesday, there

6   was no acknowledgement in the 302 by Mr. Fulks that he had the

7   requisite intent that I thought might be required to support a

8   guilty plea to either car-jacking resulting in death or

9   kidnapping resulting in death.

10        Since that time, I have received memoranda from both

11   the government and the defendant, both memoranda suggest that

12   the Pinkerton doctrine, the so-called Pinkerton doctrine, named

13   after the Pinkerton case decided by the Supreme Court, could

14   support a theory of vicarious liability imputing guilt to Mr.

15   Fulks on count 1, the car-jacking count, and both memorandums

16   suggested that Pinkerton is not required to support a finding

17   of guilt as to count 2.

18        I agree with that statement as to count 2.  And let

19   me just say on the record, count 2 is a kidnapping count, and

20   as I said on Wednesday, the elements under the statute to

21   support a finding of guilt as to kidnapping resulting in death

22   are the following four factors:

23        The defendant unlawfully seized, confined, inveigled,

24   decoyed, kidnapped, abducted, or carried away the victim;

25   number two, the defendant held the victim for ransom, reward,

80

1  or otherwise; number three, the defendant willfully transported

2  the victim in interstate commerce; and, number four, death

3  results.  There is no intent factor or mental state factor

4  incorporated in those elements.

5          Now, of course, if the case proceeds to a penalty

6  phase, there are intent elements that the government must prove

7  at the penalty phase before the defendant can receive the death

8  penalty.  If the government fails to prove those intent

9  factors, one of those intent factors, the defendant may not

10  receive the death penalty.

11          So, I agree with both sides that Pinkerton is not

12  required for me to make a finding that there is a factual basis

13  for guilt based on the 302 report as to count 2.

14          I will also note, and my law clerk pointed this out

15  to me yesterday, just for the record, that the kidnapping

16  statute has its own internal conspiracy section, subparagraph C

17  of Section 1201.  The kidnapping statute, says:

18          "If two or more persons conspire to violate this

19  section and one or more of such persons do any overt act to

20  effect the object of the conspiracy, each shall be punished by

21  imprisonment for any term of years or life."

22          And it seems to me that the kidnapping statute, as I

23  said, carved out its own conspiracy component.  And I think a

24  strong argument could be made that because of that Pinkerton

25  could not apply to the kidnapping count.  I just say that for

81

```
1   what it's worth.  Y'all might not agree.  But I think we will
2   be in a very difficult situation if we were trying to apply
3   Pinkerton to the kidnapping count.
4           Now, the other count, count 1, car-jacking resulting
5   in death, does have a mental state requirement.  The fifth
6   element that I related to Mr. Fulks on Wednesday was that in
7   taking a motor vehicle in interstate commerce, et cetera, et
8   cetera, the taking or attempted taking -- excuse me, the taking
9   is done or is attempted by force, violence, and intimidation,
10  and then fifth, in doing so the defendant intends to cause
11  death or serious bodily harm.
12          And that's where we had a problem with the 302
13  statement not relating any facts that would support a finding
14  of intent to cause death or intent to cause serious bodily
15  harm.
16          The parties have briefed the question of whether
17  Pinkerton may be applied to that situation and both sides have
18  suggested that it may.  Is that correct Mr. --
19          MR. THURMOND:  Yes, Your Honor.
20          THE COURT:  -- Mr. Thurmond?
21          MR. THURMOND:  Yes, Your Honor.
22          THE COURT:  Mr. Blume, do you agree with that?
23          MR. BLUME:  Yes, Your Honor.
24          THE COURT:  I know you were on the road traveling
25  since the Wednesday hearing.  The brief that came in was signed
```

GARY N. SMITH, CM
COLUMBIA, SC

82

1    by your law partner, Mr. Weyble, who was not really an attorney

2    of record in this case, and that's why I wanted to be sure that

3    you had had a chance to look at that law and were comfortable

4    with the application of Pinkerton in this case.

5              MR. BLUME:  No, Your Honor, I did read the case, and

6    I actually assisted electronically from the location in

7    drafting the memorandum.

8              THE COURT:  All right.  And you are satisfied that

9    there is no constitutional infirmity or legal infirmity in

10   applying Pinkerton to the car-jacking resulting in death

11   statute charged here?

12             MR. BLUME:  No, Your Honor.  Yes, I am satisfied that

13   there is no legal impediment.

14             THE COURT:  All right.  Well, then we need to go back

15   and then hear again from Mr. Fulks about the statement he gave

16   to the FBI.

17             Our research revealed that it's really not enough to

18   just put the statement in the record, I need to get the

19   defendant to confirm the words of this statement.  And so I

20   think it would be better if you just remain seated, and let me

21   just go through this statement.  And I think I will pause at

22   each paragraph break and ask the defendant if this is a correct

23   statement of what he said.

24             MR. NETTLES:  Your Honor, let me just make sure he

25   understands.

83

1         (Off record discussion)

2         MR. NETTLES:  Okay, Judge, thank you.

3   BY THE COURT.

4   Q.  All right, now, Mr. Fulks, do you remember when you were

5   interviewed by the Federal Bureau of Investigation back in

6   April of 2003, April of last year?

7   A.  Yes, sir.

8   Q.  Just about a year ago?

9   A.  Yes, sir.

10  Q.  And according to the paper that was given to me by your

11  lawyers, the FBI agent interviewed you with both Mr. Blume and

12  Mr. Nettles sitting there with you, and you gave some

13  information to the FBI regarding Ms. Alice Donovan and what

14  happened to her; do you remember that?

15  A.  Yes, sir.

16  Q.  And the FBI agent who interviewed you then sat down and

17  wrote up a report of what you said, and that's the paper I'm

18  now holding.  I want to go through this report of what he wrote

19  down to see if he correctly wrote down what you said.

20        And that way I don't have to ask you to tell me what

21  happened here in court, I can just tell you what has been

22  recorded that you said and see if you agree with it.  Do you

23  understand that?

24  A.  Yes, sir.

25  Q.  And do you understand you took an oath promising to tell

GARY N. SMITH, CM
COLUMBIA, SC

JA0246

84

1  the truth when we began this hearing on Wednesday?  You are

2  still under oath even though we are in a different day, you are

3  still under oath at this time; do you understand that?

4  A.  Yes, sir.

5  Q.  Very good.  All right, this FBI 302 form report of

6  interview says as follows:

7           "Chadrick Evan Fulks, date of birth, May 16, 1997,

8  social security number --" I'm going to omit the social

9  security number for privacy reasons.  "Currently incarcerated

10  at the Lexington County Detention Center, Lexington, South

11  Carolina, was transported to the office of the FBI in Columbia,

12  South Carolina, by FBI agents.

13           "After arriving at the office, Fulks was made aware

14  of the identity of the interviewing agents.  Also present in

15  the interview room were Fulks' appointed counsel, John Blume

16  and Bill Nettles, as well as defense investigator Pete

17  Skidmore.  Lieutenant Rodney Sessions, Conway, South Carolina

18  Police Department, was also present and participated in the

19  interview of Fulks.

20           "Prior to the start of the interview, Fulks was

21  presented with a copy of an advice of rights form, the contents

22  of which were read aloud to him.  Fulks acknowledged that he

23  fully understood his rights and he signed the waiver portion of

24  the form.  Fulks indicated that he wanted to tell the truth and

25  help us locate the body of Alice Donovan.  Fulks provided the

GARY N. SMITH, CM
COLUMBIA, SC

85

1  following information."

2      Mr. Fulks, that is just an introductory paragraph

3  that says you were brought from Lexington to Columbia, you were

4  put in a room with your lawyers, you were asked some questions,

5  you understood your rights, and that you didn't have to give

6  this statement; is that correct so far?

7  A.  Yes, sir.

8  Q.  All right.  Then the information you provided is as

9  follows:

10      "On November 14, 2003, Fulks and Branden Basham were

11  traveling in a white pick-up truck.  Fulks was driving the

12  truck.  Both Fulks and Basham knew that they needed to steal

13  another vehicle, and Fulks drove into the WalMart parking lot.

14  Fulks used the first entrance he came to in order to enter the

15  WalMart parking lot.  Basham was supposed to locate the car to

16  steal.

17      "As Fulks drove the pick-up truck into the parking

18  lot, they noticed a BMW pulling down one of the aisles looking

19  for a space.  Fulks drove the pick-up truck behind the BMW and

20  as the BMW pulled into a space, Basham jumped out of the still

21  moving pick-up.  Fulks continued driving the pick-up down the

22  aisle and lost sight of Basham.  Fulks assumed that Basham was

23  going to steal an unoccupied vehicle.

24      "As Fulks turned and began traveling down the

25  adjacent aisle, heading back toward the store, he noticed that

86

1  Basham was waving his hand signaling Fulks to drive over to his

2  location.  Basham was leaning into the driver's side of the BMW

3  sitting on the female driver.  Fulks pulled the pick-up in

4  front of the BMW and watched Basham fall over to the front

5  passenger's seat.

6          "Donovan drove the BMW from the parking space to a

7  location near the rear area of the parking lot.  Fulks followed

8  in the --" excuse me -- "Fulks followed the BMW, parked the

9  pick-up, and entered the BMW in the rear seat.  Donovan was

10  told to drive the car, and the BMW traveled out of the parking

11  lot.  The BMW continued south on Highway 501 towards Myrtle

12  Beach.

13          "At the intersection of Highway 501 and Highway 378

14  the BMW turned left onto Highway 378.  Fulks recalls seeing a

15  used car dealership on the corner.  The BMW continued on 378

16  and made a right turn onto Highway 701.  The BMW made a turn

17  onto Church Street Extension.

18          "Donovan was ordered to stop the vehicle in an area

19  believed to be the Conway City maintenance facility.  Fulks

20  described the area as having a gravel parking lot and a white

21  fence around it.  Donovan moved to the back seat by climbing

22  between the seats.  Fulks began driving the BMW."

23          That's the first paragraph, Mr. Fulks.  Is that a

24  correct statement so far of what happened?

25  A.  Yes, sir.

87

1  Q.  All right, continuing.  "Basham sat on the passenger's side

2  of the back seat with Donovan sitting behind Fulks.  Basham was

3  armed with a .22 revolver.  Fulks did not have a gun with him

4  in the BMW.

5         "Fulks drove through Conway and recalls seeing a

6  lumber yard and crossing over railroad tracks.  Fulks became

7  lost and eventually headed up on Highway 90.  Fulks continued

8  on Highway 90 toward Little River.

9         "While Fulks was driving, Basham began going through

10 Donovan's purse looking for credit cards.  Basham was able to

11 find an ATM card.  Fulks stopped at a Pantry convenience store

12 and went into the store.  Fulks attempted to use Donovan's ATM

13 card, but was unable to obtain money because of a wrong PIN

14 number.  Basham had obtained the PIN number from Donovan and

15 had written it down on a piece of paper.

16        "Fulks traveled to a bank not far away from the

17 Pantry.  Fulks parked the BMW just up the street from the bank

18 and walked to the outside ATM machine.  Donovan and Basham

19 remained inside the car.  Fulks was able to get approximately

20 $200 from the ATM after making several transactions."

21        Again, is that correct so far, Mr. Fulks?

22 A.  Yes, it is.

23 Q.  "Fulks returned to the BMW and pulled onto Highway 17

24 North.  Fulks headed towards North Carolina.  Fulks did not

25 know that he was in the State of North Carolina until he later

GARY N. SMITH, CM
COLUMBIA, SC

JA0250

88

1  noticed a state trooper with a vehicle pulled over on Highway

2  17.

3         "After traveling for a while, Donovan requested they

4  stop to get drinks and she requested cigarettes.  Fulks located

5  a gas station and stopped.  Fulks entered the convenience store

6  while Donovan and Basham remained in the back seat of the BMW.

7         "Fulks purchased three bottles of Mountain Dew and

8  chewing gum.  Basham told Fulks to buy some tape.  Fulks

9  purchased an unknown type of black tape and a roll of radiator

10 repair tape.  Fulks did not buy cigarettes since he didn't have

11 an I.D. with him.

12        "Donovan told Fulks that the gas gauge on the BMW did

13 not work properly and may be in need of gas.  Fulks pulled the

14 BMW over to the gas pumps and used Donovan's credit card to pay

15 for the gas at the pump."

16        Is that a correct statement so far, Mr. Fulks?

17 A.  Yes, sir.

18 Q.  Continuing.  "After leaving the gas station, Fulks pulled

19 back onto Highway 17 and continued north.  Fulks noticed a

20 state trooper with a car stopped on Highway 17, and before

21 reaching the trooper, Fulks made a left turn onto a two lane

22 paved road.  Fulks made a left turn onto a dirt road and

23 traveled down the road until coming to a dead end at a hunting

24 cabin.

25        "While Fulks was driving up the dirt road, Basham

89

1 began trying to take Donovan's shirt off.  Several men were

2 standing outside the cabin, and as Fulks drove by the men

3 waved.  Fulks waved back, made a U-turn, and continued back

4 down the dirt road.

5          "Fulks pulled into a small dirt U-shaped driveway

6 where a fenced in cemetery was located.  Fulks pulled the BMW

7 straight up to the fence.  Basham began forcibly taking

8 Donovan's clothes off.  Basham placed her clothing across the

9 back seat and then ordered Donovan to lay across the seat.

10 Donovan was completely naked.  Basham performed oral sex on

11 Donovan and then had intercourse with her.  Basham had his

12 pants down around his ankles.

13          "While Basham was having sex with Donovan, Fulks was

14 sitting on the hood of the BMW facing the cemetery.  After

15 Basham was finished, he told Fulks to have sex with Donovan.

16 Fulks didn't want to, but felt pressure from Basham to have sex

17 with Donovan.  Fulks had intercourse with Donovan and

18 ejaculated inside her while Basham stood near the cemetery

19 fence.

20          "Fulks got out of the BMW and noticed a truck had

21 pulled into the U-shaped driveway.  Fulks ducked down in front

22 of the BMW, and after a minute the truck pulled out.  Fulks and

23 Basham got back into the BMW and immediately left the area.

24          "Fulks drove around the area for a while and became

25 lost.  Fulks noticed several signs pointing to several area

90

1   beaches.  Fulks continued on the road until seeing a sign

2   pointing to Myrtle Beach.  Fulks got back onto the main

3   highway, which he recognized as being the same highway they had

4   traveled up on."

5           That's the end of that paragraph.  Mr. Fulks, is that

6   a correct rendition of what you told the agents in that

7   paragraph?

8   A.  Yes, sir.

9   Q.  Next paragraph.  "Donovan remained naked on the back seat

10  and was told by Basham that she could not put any of her

11  clothes back on.  At some point, Donovan put her panties and

12  tennis shoes on.

13          "Fulks stopped at a Scotchman convenience store and

14  used Donovan's credit card to get gas.  Fulks got back onto

15  Highway 90 after turning around at the Cherry Grove exit.

16  Fulks recalls seeing a --" excuse me -- "Fulks recalls driving

17  over a bridge swing and turned left onto Highway 90.

18          "Basham wanted Fulks to begin looking for dirt roads

19  off of Highway 90.  Fulks turned down the first dirt road he

20  came to, but quickly turned around after seeing several houses

21  and barking dogs.  Fulks turned down several other dirt roads,

22  but found they all had houses on them.

23          "Fulks continued driving down Highway 90 when he

24  recalls seeing a wildlife sign on the side of the road.  Fulks

25  passed the dirt road which the wildlife sign pointed to and

91

1   turned around at a small grocery store, possibly an IGA.  Fulks

2   drove back and turned right onto a dirt road.

3         "It was dark at this time, and Fulks noticed that

4   Donovan's wrists were taped together.  Basham must have taped

5   her wrists together sometime between leaving the cemetery and

6   turning onto Highway 90."

7         That's the end of that paragraph.  Mr. Fulks, is that

8   a correct rendition of what you told the FBI agents in that

9   paragraph?

10  A.  Yes, sir.

11  Q.  "Fulks continued driving down the dirt road and recalls

12  seeing a long wooden dock with a green security fence.  Fulks

13  turned the BMW around just after passing the dock, and pulled

14  up to the right side of the road.  The telephone poles were on

15  the left side of the road.

16        "There was a pole located near where the BMW was

17  parked which had silver number markings on it.  Basham told

18  Donovan that he did not intend to hurt her, but only tie her up

19  and leave her in the woods.

20        "Basham got out of the car.  While Basham was out of

21  the car, Donovan asked Fulks to convince Basham to leave the

22  gun in the car since he was only going to tape her up.  Basham

23  would not leave the gun in the car.  Basham signaled Fulks to

24  back up the BMW and shut the headlights off.

25        "Basham took Donovan out of the car and walked to the

92

1  front of the BMW.  Basham was holding Donovan by the elbow and

2  had a gun in her side.  Basham began walking to the right, but

3  for some reason quickly walked back to the left.

4       "Fulks did not see Basham holding any tape when he

5  got out of the car.  Fulks did not know if Basham had tape in

6  his pants pocket.  Fulks last saw Basham and Donovan walking

7  into the woods, possibly to the left side.

8       "Basham returned approximately 20 minutes later and

9  appeared by the front of the BMW.  Basham was holding Donovan's

10  panties and tennis shoes.  The shoes had clumps of dirt slash

11  mud on them.  Basham put the clothing in the rear seat of the

12  BMW and told Fulks to get out of there.

13       "Basham smelled badly, and had dirt slash mud on his

14  shoes and lower part of his pants.  Basham told Fulks that he

15  had taken Donovan's clothing from her so that if she got free

16  she may want to run so quickly to get help."

17       I believe the word "not" was left out of that

18  sentence probably.  "Her clothes were taken so that if she got

19  free she may not want to run so quickly to get help."  Is

20  that -- do we need to clarify that or not?

21       MR. THURMOND:  Your Honor, Agent Long who drafted the

22  302 advises that is correct, the word "not" should be in that

23  sentence.

24       THE COURT:  All right.

25  BY THE COURT:

1  Q.  Now, Mr. Basham, that is a very important paragraph.  All

2  the paragraphs are important, but that's a very important

3  paragraph.  Is what I just read to you from that paragraph a

4  correct statement of what you told the FBI agent and what

5  happened?

6  A.  Yes, sir.

7  Q.  The last sentence the agent says he made a mistake and left

8  out the word "not."  And the idea is that Mr. Basham told you

9  he had taken Ms. Donovan's clothes so that if she got free she

10  would be scared to run around without any clothes on.  So the

11  word "not" was left out of that sentence; do you agree with

12  that?

13  A.  Yes, sir.

14  Q.  And you also agree that with that change this paragraph I

15  just read accurately reflects what happened on November the

16  14th?

17  A.  Yes, sir.

18  Q.  All right, moving to the next paragraph.  "Fulks drove back

19  onto Highway 90 and turned right.  Fulks drove onto an on-ramp,

20  possibly Highway 22, but the road was closed ahead.  While

21  traveling on the on-ramp, Basham threw several papers and

22  possibly Donovan's cell phone into the woods.  After making the

23  turn, Fulks traveled back onto Highway 90 towards Conway.

24         "Fulks and Basham arrived in the area of the Beach

25  Walk Motel in Myrtle Beach.  Fulks parked the BMW in a parking

94

1  lot two motels down from the Beach Walk Motel.  They waited for

2  several minutes to make sure that there were no police around

3  the motel.

4        "Fulks and Basham walked to the Beach Walk Motel

5  where Fulks found Tina Severance washing clothes in the

6  downstairs laundry room.  Fulks told Severance to bring the

7  clothes upstairs.

8        "Fulks told Severance --" excuse me -- "Fulks took

9  Severance into the bathroom of the motel room and told her that

10  Basham had shot at police and may have killed someone.  Fulks

11  told Severance that they had to get out of the area and gave

12  Severance some money to turn the phone on.  Fulks told

13  Severance that he would call her later that night.  Fulks also

14  told Severance about her van and that the police had it."

15        Now, is that a correct summary of what you told the

16  police -- the FBI and what happened?

17  A.  Yes, sir.

18  Q.  All right, continuing.  "Fulks and Basham took all their

19  clothes and returned to the BMW.  Fulks began putting the bags

20  in the trunk.  Basham suggested that they take Donovan's

21  clothing and belongings and put them in the trunk so they could

22  put their clothes in the back seat.

23        "Basham told Fulks that if the police started chasing

24  them, they would be able to get their bags and run.  Donovan's

25  panties, shoes, and other items were put in the trunk.

95

1       "Fulks drove north on Ocean Boulevard and turned onto

2  Business 17, Kings Highway.  Fulks was wearing tan pants and a

3  tan long-sleeve T-shirt with stripes.  Basham was wearing black

4  jeans, black shirt, and a long black trench coat.  Neither Fulks

5  nor Basham showered or changed their clothes when they returned

6  to the Beach Walk Motel."

7       Is that a correct summary of what you told the FBI

8  and of what happened?

9  A.  Yes, sir.

10  Q.  Continuing.  "Fulks drove north into North Carolina.  At

11  some point in either North Carolina or Virginia, Basham asked

12  Fulks if he had ever killed anyone, which Fulks answered 'no.'

13  Basham told Fulks that he had killed Donovan by choking slash

14  strangling her and taping her to a tree.

15       "Basham killed Donovan for both of them because she

16  would have been able to identify both of them if she went to

17  the police.  Basham explained to Fulks that he had killed a

18  female two years ago in Madison, Kentucky.  Basham placed her

19  in a shallow grave and covered her up with tree bark.  The girl

20  had not been found."

21       Is that a correct statement of what you told the FBI?

22  A.  Yes, sir.

23  Q.  "Fulks stopped somewhere in North Carolina and used

24  Donovan's ATM card.  Fulks made several transactions and

25  received approximately $500.  Fulks continued driving through

96

1  West Virginia --" excuse me -- "Fulks continued driving through

2  Virginia and West Virginia, making stops at rest areas and gas

3  stations for food.  Somewhere in West Virginia near a rest

4  stop, Fulks stole a license plate from a vehicle and put the

5  tag on the BMW.  Fulks disposed of Donovan's license plate near

6  a campground in West Virginia.

7          "Basham disposed of Donovan's panties, pants, and

8  other items in a trash dumpster at a carwash located between

9  Huntington, West Virginia and Ohio.  The remaining clothing,

10  shoes, and rolled up tape containing hair were thrown in a

11  trash can at the carwash.  The carwash was run by an older male

12  subject.

13          "Donovan's purse was thrown in a large ditch

14  somewhere behind a state police barracks on Rotary Road, or a

15  rotary type road.  The remaining ATM and credit cards were

16  disposed of on Route 2 in Altzier, A-l-t-i-z-e-r, West

17  Virginia."

18          Is that a correct summary of what happened, Mr.

19  Basham?

20  A.  Yes, sir.

21  Q.  All right, we are almost to the end.  "Fulks stopped at

22  Beth McGuffin's residence in Huntington, West Virginia.  After

23  staying there, Basham wanted Fulks to drive to Kentucky.

24  Basham wanted to meet with Basham's mother.  Basham had called

25  his mother and wanted to get a small bag which was at her

97

1  residence.  The bag contained a 9 millimeter pistol.

2      "Fulks did not want to drive to Kentucky, Fulks

3  believed that the police would still be looking for them and it

4  would be unsafe to return to.

5      "While Fulks was driving, Basham took a .22 caliber

6  revolver and aimed it at Fulks' head, demanding that Fulks

7  drive to Kentucky.  Fulks and Basham fought over control of the

8  gun.  Basham put the gun away and made a joke out of it."

9      Is that a correct summary of what happened?

10 A.  Yes, sir.

11 Q.  "Fulks drove into Kentucky and arrived at a mall parking

12 lot where Basham had arranged to meet his mother.  Fulks

13 noticed a police officer in the area.  Fulks dropped Basham off

14 at a pay phone in front of a movie theater.  Fulks drove away

15 from the area.

16     "The police officer began chasing Basham across the

17 parking lot.  Basham had a gun in his hand and was running

18 across the parking lot.  The last thing Fulks recalls seeing

19 was Basham standing near one of the intersections in the

20 parking lot, still wearing the black trench coat.

21     "Basham was watching Fulks as Fulks quickly drove out

22 of the mall and headed in the direction of Ohio.  Fulks stopped

23 in Ohio and then onto Indiana.

24     "Fulks parked the BMW several blocks away from his

25 brother Ronnie Fulks' residence.  Fulks walked up to his

98

1  brother's house. Ronnie Fulks had seen the local news and knew

2  what was going.

3  "Chad and Ronnie Fulks took the BMW down a deserted

4  road and hid the BMW in a barn building. Fulks took an old

5  tarp and some hay and covered the BMW.

6  "Ronnie Fulks took Chad back to Goshen, Indiana to

7  Ronnie's residence. After a short time, Fulks left Ronnie's

8  residence in another car and was stopped by police. Fulks ran

9  from the vehicle and was arrested by police."

10  Is that a correct summary of what happened?

11  A. Yes, sir.

12  Q. And finally, "Fulks described the clothing Donovan was

13  wearing as blue jeans, white T-shirt, white tennis shoes, white

14  bra, yellow panties with small designs. Donovan was never

15  allowed to get out of the BMW until Basham took her out on the

16  car on the dirt road off Highway 90." I believe that should

17  be, "out of the car on the dirt road off Highway 90.

18  "Fulks described a pocket knife which Basham located

19  in Donovan's purse. The knife was between five and six inches

20  long with a brown wooden-type handle. Basham believed that

21  Donovan may have been trying to get the knife from her purse

22  when Basham grabbed the purse from her while sitting in the

23  back seat of the BMW.

24  "After Basham found the knife, he continued to go

25  through the purse looking for money, credit cards, and other

GARY N. SMITH, CM
COLUMBIA, SC

JA0261

99

1  items.  Fulks never knew what had --" excuse me -- "Fulks never

2  knew what had happened to the knife after Basham found it."

3          Is that a correct summary of what happened?

4  A.  Yes, sir.

5  Q.  All right, Mr. Fulks, I have just read all the words,

6  verbatim, in the FBI agent's memorandum or recording of what

7  you told him.  And it's important that you understand that by

8  confirming here in court today what the agent wrote down, you

9  are admitting to all these facts I have just read.  Is that --

10 do you understand that?

11 A.  Yes, sir.

12 Q.  And you are admitting these facts under oath; do you

13 understand that?

14 A.  Yes, sir.

15 Q.  Has anyone threatened you or forced you to make this

16 admission?

17 A.  No, sir.

18 Q.  Has anyone promised you anything in return for making this

19 admission?

20 A.  No, sir.

21 Q.  You are making these admissions I just read, you are doing

22 so freely and voluntarily?

23 A.  Yes, sir.

24         THE COURT:  Anything further from the government on

25 the factual recitation?  I know we have to get a lot more facts

GARY N. SMITH, CM
COLUMBIA, SC

JA0262

100

1  in the record some way on the remaining counts about the

2  weapons and interstate commerce and all that, but focusing on

3  this statement for now, is there anything else that the

4  government wants me to cover?

5           MR. GASSER:  No, sir.

6           THE COURT:  All right.  I'm prepared to accept the

7  plea -- I'm prepared to state that there's a factual basis for

8  the plea.  We have got a ways to go before I can accept the

9  plea.  I'm prepared to conclude that there's a factual basis

10  for the plea as to counts 1 and 2, all the elements appearing

11  to have been satisfied.

12          As I said earlier, I do not think it is necessary to

13  rely on the Pinkerton doctrine to accept the plea as to count

14  2, the kidnapping.  As to count 1, because it does have an

15  intent requirement in the fifth element, it is necessary to

16  rely on Pinkerton.

17          I have some concerns about the applicability of

18  Pinkerton, and I cancelled all my hearings yesterday all day so

19  I could read and have my law clerk help me look through the law

20  on this.  But with the concession by the government and the

21  defense counsel that Pinkerton applies, I'm prepared to accept

22  the factual basis for count 1 based on Pinkerton.

23          I realize that one could make a due process argument

24  that although Pinkerton has been applied to ordinary

25  conspiracies and ordinary criminal ventures, that due process

GARY N. SMITH, CM
COLUMBIA, SC

JA0263

101

1   would prevent it from applying to a capital case.  But we found

2   no authority in any reported decision or anything anywhere to

3   suggest that due process, or any other constitutional

4   provision, would bar the use of Pinkerton.

5          All right, now, what about the factual basis for the

6   remaining counts?  I understood the government wanted to make a

7   rendition of what it intends to prove, and the defendant may

8   agree with some and disagree with others; is that right?

9          MR. GASSER:  Your Honor, I'm prepared --

10          THE COURT:  Hold on one second.

11          MR. GASSER:  Your Honor, the government is at this

12   time, whenever the court so chooses, we are ready to provide a

13   thorough and factual basis for the plea, if you want me to do

14   that at this juncture.

15          THE COURT:  I'm just trying to think how we should --

16   I understand y'all have agreed to disagree on the intent

17   element on the capital charges, and we need to get a clear

18   record of that.

19          And then we also have got to deal with all these

20   other elements of counts 3 through 8, that I don't have

21   anything in the record about yet.  And I'm just thinking

22   that -- I'm wondering how -- should we break it into two parts,

23   is what I'm saying?

24          MR. GASSER:  What I propose that we -- that I provide

25   the government's position as to the guilty plea.  And at the

102

1  conclusion of my remarks -- and I believe Mr. Schools may have

2  some remarks -- we can then, if we have to, we can revisit the

3  issue of Pinkerton and revisit the issue as to their

4  affirmation to some of the facts, counts 3 through 8.

5  BY THE COURT:

6  Q.  All right.  Now, Mr. Fulks, let me say now, the government

7  lawyers are going to tell me what they think the facts are in

8  this case.  Some of what they tell me is going to relate to

9  counts 3 through 8 about possessing stolen weapons and things

10  like that.

11          The statement that you gave that we just went over

12  didn't talk about stolen weapons or having -- being a felon who

13  possessed a weapon and the elements that support counts 3

14  through 8.  So, they are going to give me some facts to support

15  counts 3 through 8, and I'm going to ask you if you agree with

16  those facts.  Do you understand?

17  A.  Yes, sir.

18  Q.  Now, as to counts 1 and 2, the counts for which you can

19  receive the death penalty, they are going to give me some

20  additional facts as to those counts also.

21          You don't have to agree to those additional facts as

22  to counts 1 and 2, but it's important that you understand the

23  government is reserving its right, if we go into a penalty

24  phase, to try to prove those facts as to counts 1 and 2.

25          In other words, they are going to try to prove that

103

1  you had a part in the killing and you intended to kill Ms.

2  Donovan; do you understand that?

3  A.  Yes, sir.

4  Q.  And the government will have to prove that by competent

5  evidence and beyond a reasonable doubt to the jury's

6  satisfaction before those facts can be said to exist.

7           So, I don't want any confusion.  Some of what the

8  government is going to tell me, I think you will -- I'm told

9  you will agree with, in terms of the stolen weapons and all

10 these other counts.

11          I'm also told that some of what the government is

12 about to tell me you won't agree with.  So, it's important that

13 you listen very carefully to what the government lawyers say

14 and then we will come back to you and see what you agree with

15 and what you do not agree with.

16          MR. NETTLES:  Judge, just before we get started, I

17 think that 302 also establishes all of the facts relevant --

18 all the elements relevant to count 3 also, which is interstate

19 transportation of a stolen motor vehicle.

20          THE COURT:  I think you are right.  You are right.

21 You are right.  All right, Mr. Gasser.

22          MR. GASSER:  May it please the court, Your Honor.

23 Your Honor, I would respectfully request some indulgence during

24 this process.

25          It's the government's position that a thorough

104

1   presentation needs to be provided in the record during this

2   guilty plea for a number of reasons, one of which, if there is

3   any direct challenge after the fact as to this particular

4   guilty plea, as well as any collateral challenge as to Mr.

5   Fulks' decision, or any advice that he was provided, the

6   government feels that it's important to provide a thorough

7   presentation at this time.

8           THE COURT:  I'm not in a hurry, I don't have any

9   court the rest of the day.  I'm not trying to rush anybody.  I

10  still wonder if we shouldn't break it out and talk about counts

11  3 through 8 and -- because there is so much that you disagree

12  about on counts 1 and 2, but I think 3 through 8 you do agree

13  with.  You had rather do it all at once?

14          MR. GASSER:  Yes, sir.

15          THE COURT:  All right.  Okay.  Go ahead.

16          MR. GASSER:  Your Honor, with regard to the counts 1

17  through 8, criminal conduct began on Monday, November the 4th,

18  2002.  Mr. Fulks' criminal conduct in this crime spree of his

19  lasted 17 days, coming to rest on November 20th, 2002.

20          To understand the events that began on November the

21  4th, 2002, and to put Mr. Fulks' state of mind and his relevant

22  intent factors into context, the actual events prior to

23  November the 4th, 2002 need to be discussed.

24          On August the 25th of 2002, it was a Sunday, Mr.

25  Fulks was arrested at a WalMart parking lot in Madisonville,

GARY N. SMITH, CM
COLUMBIA, SC

JA0267

105

1   Kentucky.  His wife at the time, Veronica Evans, drove to the

2   WalMart with him and his -- and her three year old son, Miles

3   Evans.

4           When she got to the WalMart, she went inside and she

5   went to some of the customer service individuals and she asked

6   them to call 911 because she feared for her safety and the

7   safety of her three year old son.  She claimed that her husband

8   was in the parking lot, that he had a gun.

9           Police officers from the Madisonville Police

10  Department arrived, they seized Mr. Fulks.  Inside the car that

11  he and that Veronica Evans were driving was Miles Evans, the

12  three year old boy, and they found a firearm, a gun, inside the

13  car.

14          Mr. Fulks was arrested at that time because an NCIC

15  check revealed he was a convicted felon.  He was arrested on

16  state -- Kentucky state charges, possession of a firearm by a

17  convicted felon, for theft of a motor vehicle license plate,

18  and for giving false information to police.

19          Those were the three charges that he was arrested on

20  and he was placed into custody on August the 25th, 2002 in

21  Madisonville, Kentucky.  He was placed at the Hopkins County

22  Detention Center.

23          During the course of that investigation, Your Honor,

24  and during the on-scene investigation, Veronica Evans was in

25  possession of stolen credit cards.  She was arrested as well.

106

1 Because she was arrested and he was arrested, there was nobody

2 to take care of Miles, the three year old. So social services

3 was called in, he was taken into the equivalent of our

4 emergency protective custody.

5        MR. NETTLES: Your Honor, and Mr. Gasser, I apologize

6 for interrupting. But, Judge, I think that we are getting into

7 an area that goes into aggravation. And I understand what the

8 government is doing here today, the problem is that some of the

9 things that Mr. Gasser might recite to you are going to be very

10 contested as to admissibility at the penalty phase.

11        If this evidence -- if Mr. Gasser goes into that and

12 it is reported in TV or print media or radio, we may run into a

13 situation where potential jurors are contaminated. I just -- I

14 raise that issue because I think it's -- I think we need to be

15 cautious here.

16        THE COURT: Well, I intend to thoroughly voir dire

17 the jury about exposure to news coverage.

18        MR. GASSER: Your Honor, it's absolutely -- it's

19 our -- it's the government's position that we want to provide a

20 thorough basis for, a factual basis, including his intent for

21 this plea.

22        Simply because the defense -- and we understand you

23 can accept the plea based on Pinkerton, but the government

24 feels that we need to put on the record, a thorough record

25 clearly demonstrating all the evidence indicative of his intent

107

1  during this crime spree, and his intent involving the

2  car-jacking and kidnapping of Alice Donovan, and that's why all

3  of these factors are extremely important.

4            THE COURT:  Well, right.  But when you finish, I'm

5  going to have to ask him what he agrees with and what he

6  disagrees with.

7            MR. GASSER:  Yes, sir.

8            THE COURT:  And that might be a long list of things

9  before you finish.

10           MR. GASSER:  I understand.

11           THE COURT:  All right.

12           MR. GASSER:  Thank you.

13           At that time, Your Honor, Miles Evans was taken into

14  protective custody and was sent -- and went to stay with two

15  foster parents, and that would have been during the early

16  morning hours of Monday, August the 26th.  So, he was charged

17  with those three offenses that I've previously stated.

18           Veronica Evans was cooperating with law enforcement

19  and they were able to get a search warrant at the home -- the

20  mobile home that the two of them lived in.  And at the mobile

21  home they found other firearms, an AK 47, a shotgun, and some

22  other pistols.

23           They also found thousands and thousands of dollars

24  worth of stolen items, and therefore he became a suspect in

25  those offenses as well.

108

1          At the time an NCIC check revealed, Your Honor, that

2   Mr. Fulks had violated a supervised release in the Eastern --

3   in federal court in the Eastern District of Tennessee.  So, he

4   was wanted for a supervised release violation in the Eastern

5   District of Tennessee.

6          That also revealed that he was on parole, having been

7   let out of prison, Indiana state prison, the Westville

8   Correctional Institute, on March the 22nd, 2002.  And he had

9   not followed the conditions of his parole, so there was a

10  parole warrant from the state of Indiana out for him.

11         There is also -- he was out on bond pending resisting

12  arrest, the equivalent of failure to stop for a blue light in

13  South Carolina, stemming from a May 20th, 2002 incident

14  involving the Merrillville Police Department in Indiana.

15         He had also at that time on August the 26th become a

16  prime suspect in some armed robberies that had occurred on June

17  the 19th, 2002 on Interstate 65 in Tennessee, where two

18  individuals were robbed at gunpoint on the side of the road,

19  and a third individual was the victim of an attempted robbery.

20         So, at the time on August the 26th when Mr. Fulks is

21  sitting in the Hopkins County Detention Center, he's wanted by

22  federal authorities in the Eastern District of Tennessee, he's

23  wanted by state authorities in the state of Indiana for

24  violation of supervised release or parole, he's got pending a

25  resisting arrest charge in Indiana, and he is a suspect and

109

1     later on -- a suspect in two armed robberies and attempted

2     armed robbery in Kentucky.

3         During -- on Monday afternoon, August the 26th, the

4     foster mother for Miles Evans is giving the child a bath and

5     noticed bruising on the child, and noticed some other injuries

6     on the child, that for purposes of the record I don't need to

7     get into at this point.

8         However, as a result of that, an aggravated child

9     abuse investigation began.  Veronica Evans was interviewed, the

10    foster parents were interviewed, the child was taken to a

11    hospital.  Social services people were interviewed, the

12    government is in -- will be in the position to offer evidence

13    and testimony that points to Mr. Fulks as the abuser of that

14    child.  I understand that that will be significantly challenged

15    by the defense.

16        However, what is important about that, Your Honor, is

17    that the facts of that investigation were presented to a

18    Kentucky grand jury, and Mr. Fulks was indicted for aggravated

19    child abuse.

20        And on November the 3rd, the day before he escaped,

21    Detective Scott Smith with the Kentucky State Police went to

22    the Hopkins County Jail, served an indictment on Mr. Fulks for

23    aggravated child abuse.  He had already been interviewed by the

24    FBI and knew he was a suspect for the armed robbery that

25    occurred on I-65.

110

1        Mr. Fulks, when he was served with that indictment,

2    had made some statement to Detective Smith to the extent,

3    "Y'all want to put me away for the rest of my life, and I'm not

4    going to stick around to be here."  That's what Detective Smith

5    testified during these proceedings.

6        So, the reason why, it's the government's position,

7    that this court is aware, that the record reflects all of the

8    charges and all of the allegations that were pending against

9    Mr. Fulks at the time of his escape, is critical to these

10   intent factors that you have previously discussed with Mr.

11   Fulks, and that the government will discuss during the

12   pendency of this presentation.

13       Monday, November 4th, 2002, Hopkins County Detention

14   Center, 6:30 p.m., Mr. Fulks --

15       THE COURT:  Should we try to do like I did with the

16   302 and do it paragraph by paragraph and see what is agreed to

17   and what's not?  I don't want to interrupt your --

18       MR. NETTLES:  Judge, I can just tell you right now,

19   we are not going to agree to anything he says other than what

20   is in that 302 and the elements necessary to establish -- the

21   facts necessary to establish the factors in counts 3 through

22   8.

23       We understand -- we understood that the government

24   was going to do this on the record, to show that they didn't

25   agree necessarily --

111

1          THE COURT:  All right.

2          MR. NETTLES:  -- with what we were doing.  We did not

3   understand that we were going to have to come in here, and in

4   fact we tried to avoid the situation where we had --

5          THE COURT:  I'm not going to force you to commit one

6   way or the other if you don't think you should at this point,

7   but I don't think I can stop Mr. Gasser from putting this on

8   the record.

9          MR. NETTLES:  I'm not trying to stop him from putting

10  it on the record.  The court heard my concerns about potential

11  taint of the jury panel, I just -- I don't think we need to go

12  through it, each one by one, that was the -- because I just

13  think it's important that we are not going to agree to that,

14  other than the bare facts essential to establish the elements

15  of the offense, Judge.

16  BY THE COURT:

17  Q.  All right.  Mr. Fulks, it's important that you understand

18  that if I accept your guilty plea and we go into a penalty

19  phase trial in front of a jury, the government lawyers are

20  going to be trying to prove all these facts that Mr. Gasser is

21  telling me about now.  Do you understand that?

22  A.  Yes, sir.

23  Q.  Now, you are presumed innocent of all of these facts right

24  now, but some of these -- some of these things may come into

25  evidence.  There may be some that I keep out, I don't know,

112

1   it's not before me today.  But Mr. Gasser is reciting now

2   everything that he thinks he is entitled to prove at trial in a

3   penalty phase to try to convince a jury to give you the death

4   penalty.  All right, do you understand that?

5   A.  Yes, sir.

6           THE COURT:  All right.   Please proceed.

7           MR. GASSER:  Thank you, Judge.

8           6:30 p.m., Monday, November the 4th, Mr. Fulks and

9   Branden Basham had been cellmates together at the Hopkins

10  County Detention Center.

11          Correctional Officer Dian Blair was working that

12  afternoon.  There is a recreation area within the prison that

13  is enclosed with cement walls, and it's a basketball court.

14  The basketball court, it's enclosed, but it's open air.  It's

15  like a catwalk type of fencing that makes up the roofing of

16  that particular area.

17          At 6:30 p.m. Mr. Fulks and Mr. Basham, in baggy

18  prison garb, prison uniforms, asked to go out into the rec

19  area.  And Ms. Blair, the correctional officer, lets them out.

20  Mr. Basham has one blanket, one prison issue blanket draped

21  over his shoulder, but the other -- and Mr. Fulks has a shampoo

22  bottle filled with water and Mr. Basham has a water bottle, and

23  those are the only items visible that they have.

24          Ms. Blair's responsibility later on that evening was

25  to provide medication to all of the other inmates, so she let

113

1   the two, Mr. Basham and Mr. Fulks, out into this rec area.

2          Ms. Blair goes about her business providing the

3   medications, and somewhere around 8 or 8:15, she goes back out

4   to check on them, Mr. Basham and Mr. Fulks. Neither of them

5   are there in the rec area. All that she sees is in the corner

6   of the rec area is a blanket, the blanket that Mr. Basham had

7   draped over his shoulder.

8          She assumed someone else had let them in. She starts

9   making inquiries in that regard, and it is determined that Mr.

10  Basham and Mr. Fulks are not in the facility. Where the

11  blanket is, they sent some people up. It's a slated roof.

12         They sent some people up onto the roof and they see

13  where on the fencing, where the fencing had been pried apart

14  and there was a gaping hole there. And there was bed sheets

15  and bed linens that had been tied together, dropped down the

16  side of the -- the outside exterior wall. And in fact the

17  rope, the rope, the bed sheet rope, had actually broken and

18  some of it was still hanging there, some of it was still on the

19  floor.

20         At that point in time the investigation began. The

21  investigation revealed, Your Honor, that Mr. Basham had spent

22  some time and had lived in a bus that had been converted into a

23  living quarters just a few miles away from the jail.

24         There were clothes in that bus. Their prison garb,

25  their prison uniforms have, to this day have never been found.

114

1    It was not found by government authorities.  But a manhunt

2    began on that evening, Monday evening, November the 4th.

3            On November the 5th, Your Honor, some eight to 10

4    miles from the jail in Hansen, Kentucky, at approximately 9

5    o'clock, Branden Basham knocks on the door of James Hawkins.

6    Mr. Hawkins lives in his house, is a 42 year old man living in

7    Hansen, Kentucky, and he lives there with his mother and with

8    his, at that time, 11 year old son.

9            Mr. Basham indicates that -- asks Mr. Hawkins if he

10   can come in and use his phone because his car had broken down.

11   Mr. Hawkins let's him use the phone.  Mr. Basham allegedly

12   makes a couple of calls, and then Mr. Basham asks Mr. Hawkins

13   if he will give him a ride to the car.

14           Mr. Hawkins agrees.  All he's wearing -- he is

15   getting ready to go to bed and this is November, all he is

16   wearing is a pair of shorts.  He puts on a vest type jacket and

17   some flip-flops, and he begins -- he decides to drive Mr.

18   Basham ostensibly to his broken down car.

19           Mr. Fulks is waiting there in the driveway.  Mr.

20   Basham says that's his brother, and he picks up Mr. Fulks.

21   Eventually, Your Honor, eventually during the search for the

22   car, Mr. Basham pulls out a knife, a steak knife, and a

23   car-jacking commences.

24           Mr. Fulks orders Mr. Hawkins to pull over at a

25   Whirlpool manufacturing plant.  By this time they had gone into

115

```
1   southern Indiana near Evansville.  And Mr. Hawkins does what he
2   is told, he pulls in.  Mr. Fulks then begins driving the truck
3   and the car-jacking and kidnapping is -- continues.
4           Mr. Fulks orders Mr. Basham to duct tape Mr. Hawkins'
5   wrists.  Eventually Mr. Hawkins is driven 42 miles from his
6   residence and into a rural farm area.  He's driven down about
7   200 yards off of a secondary road, he is duct taped to a tree.
8           As Mr. Basham is duct taping him to a tree, Mr.
9   Hawkins will testify that Mr. Fulks indicated that Mr. Basham
10  is not tying him tight enough, and Mr. Fulks continued to duct
11  tape him to a tree.  They also bound and gagged him so that he
12  could not cry out.  They put up a dog house to block any view
13  from anybody on the road.
14          Temperatures dropped into the 30s, it took Mr.
15  Hawkins approximately 15 hours to be able to untie himself from
16  the tree.  That was Tuesday, November the 5th.
17          Mr. Basham and Mr. Fulks drives Mr. Hawkins' truck
18  into northern Indiana, into Portage, Indiana.  The reason they
19  drove, why they drove to Portage, Indiana is because Mr. Fulks
20  had acquaintances there.  And that is where Wednesday, November
21  the 6th, they drive to Tina Severance's mobile home.
22          Eventually Mr. Hawkins' truck is discovered by the
23  FBI at a Days Inn parking lot in Portage, Indiana, and that
24  occurred on Sunday, November the 10th.
25          But on Wednesday, November the 6th, Basham and Fulks
```

116

1   hook up with Tina Severance and another woman by the name of

2   Andrea Roddy.  They check in that day to the Sands Motel in

3   Michigan City.  They spend November the 6th and November the

4   7th at the Sands Motel in Michigan City, drinking and just

5   socializing with these two women.

6          On November the 7th, which is a Thursday, on that

7   evening -- this is part of the overt act that is alleged in the

8   indictment, which is why I'm going into this, Your Honor, for

9   the record.

10         On November the 7th, Ms. Severance, Ms. Roddy, Mr.

11  Fulks, and Mr. Basham conspire and discuss and plan a robbery

12  of the home of Robert Talsma for the next day.  Ms. Severance

13  had worked as an Indiana correctional officer at Westville

14  Correctional Center.

15         Mr. Fulks was an inmate there.  Mr. Fulks started a

16  relationship with Ms. Severance while she was a guard and Mr.

17  Fulks was an inmate.  They continued that relationship when he

18  was paroled on March the 22nd, 2002.

19         Mr. Fulks knew that Ms. Severance was being taught

20  how to fire firearms by Mr. Talsma, he knew that Mr. Talsma

21  owned firearms.  On the morning of Friday, November the 8th,

22  2002, Ms. Severance and Ms. Roddy go to Mr. Talsma's residence

23  in Michigan City.  And while they are in there, Ms. Severance

24  gets Mr. Talsma's attention back in a bedroom and Ms. Roddy

25  unlocked the back door.

GARY N. SMITH, CM
COLUMBIA, SC

117

1      The three of them go to breakfast.  Mr. Fulks and Mr.

2  Basham enter the house, burglarize the house and steal four

3  firearms.  They steal a .22 caliber revolver, they steal a .45

4  caliber revolver.  Actually they steal two .45 caliber

5  revolvers, and they steal a .45 caliber pistol, a

6  semi-automatic.

7      That occurred on Friday, November the 8th.  The four

8  of them hook back up again and they drive to Sturgis, Michigan.

9  Sturgis, Michigan is right over the line -- the border.  It's

10  not too far from Michigan City and Portage, Indiana.

11      They spend Friday night and Saturday night at the

12  Woods Motel in Sturgis, Michigan.  Part of that time Mr. Fulks

13  goes to his brother's residence, they are drinking and using

14  illegal drugs.

15      Sunday, November the 10th, 2002, the four of them, in

16  Tina Severance's van, leave Sturgis, Michigan, and they drive

17  to Piketon, Ohio.  Piketon is approximately 90 to 100 miles

18  north of Huntington, West Virginia.

19      While in Piketon, Ohio, they, as a group, began

20  breaking into cars in WalMarts and stealing purses, wallets,

21  credit cards.  They begin writing bad checks at stores for

22  items.  They purchased camouflage clothing, camouflage pants,

23  camouflage shirts, a turkey mask, binoculars, gloves.  All that

24  is done in a WalMart store in Piketon, Ohio.

25      We know they broke into Amy Ward's car and her purse

118

```
 1   was stolen, because when Mr. Fulks was arrested in Goshen,

 2   Indiana on November the 20th, he had Amy Ward's driver's

 3   license in his pocket.  So, that's the factual basis for that

 4   overt act in the indictment.

 5            On Monday, November the 11th, they leave Piketon,

 6   Ohio and make the short drive down to Huntington, West

 7   Virginia.  Mr. Fulks spent at least 12 years of his life in the

 8   Huntington, West Virginia area.  He has significant relatives

 9   and family ties in that area, and just across the border into

10   Ohio, his mother and his sister, grandmother, aunts and

11   cousins, and other relatives.

12            They check into the Hollywood Motel in the early

13   afternoon hours of Monday, November the 11th.  They leave, Mr.

14   Fulks and Mr. Basham, sometime that afternoon, leave in a van,

15   dressed in camouflage clothing.  They do not return until

16   sometime between 2 and 4 o'clock in the morning on Tuesday,

17   November the 12th.

18            The government has not alleged any allegations or any

19   criminal conduct with regards to Samantha Burns in this

20   indictment.  However, we will, should the court allow us, we

21   will be presenting evidence of the abduction and the murder of

22   Samantha Burns by Mr. Fulks and Mr. Basham during the penalty

23   phase.

24            Tuesday, November the 12th, they check out of the

25   Hollywood Motel and they drive to Little River, South Carolina.
```

119

```
 1   They check into the Lakeshore Motel on Tuesday, November the
 2   12th, 2002.  The Lakeshore Motel, Your Honor, is right on
 3   Highway 17.  It's actually right before you get into Little
 4   River, it's right across the Coquina Harbor and Myrtle Beach
 5   Yacht Club.
 6             The four of them check into the motel, and then they
 7   spend the next couple of days doing the same thing that they
 8   did in Piketon, Ohio.  At certain malls in and around the
 9   Myrtle Beach area, they are breaking into cars, they are
10   stealing women's purses, they are stealing credit cards and
11   checks, they are using those checks to purchase items,
12   including alcohol.
13             They are taking items back and then getting cash for
14   those items.  They are buying drugs from people.  And that was
15   a -- the government will produce evidence and testimony that
16   those were ongoing events throughout this episode.
17             On Wednesday, November the 13th, they are observed by
18   a resident of the Savannah Bluff area of Conway.  They are
19   observed in a green van.  That area has mobile homes and large
20   lots and a couple of ponds back there.  That area is right off
21   of 501.
22             Your Honor is familiar with, when you are driving --
23   you are driving to the beach on 501 and you cross over the
24   bridge, where -- with a power plant on your left, you cross
25   over the Waccamaw River.  Once you hit land, right there on the
```

120

1  right there's a motel, and that's called the Savannah Bluff

2  area of Conway.

3       They are observed there on that Wednesday, November

4  the 13th.  That woman, Ms. Helen Cook, actually tells her

5  neighbors there are some suspicious people in a green van, and

6  describes the individuals.  And like a lot of neighbors do,

7  asked her to be on the lookout.

8       The next day around noon, that neighbor observes the

9  van, just observes the driver, having blond short military type

10  hair, which Mr. Fulks had at the time, and the passenger having

11  dark, short military hair, which Mr. Basham had at the time,

12  right near her house.  Gets the license tag, Indiana license

13  tag, writes it down, and the tag comes back to Tina Severance.

14  That is around 12 or 12:20.

15       Around 1:45, several miles away from the Savannah

16  Bluff area, Mr. Carl Jordan is driving on his property to check

17  on the property.  Carl Jordan, he is the owner of a hauling

18  company and his sons work for him.

19       He spends most of his days kind of driving around and

20  checking on things.  He owns the property and land where his

21  brother has got a mobile home, and two of sons who are married

22  with kids have got mobile homes.

23       He drives up onto that land checking on it, and he

24  notices a green van parked behind one of his son's mobile

25  homes.

121

1          And when he pulls up on it, the sliding doors open

2   and he notices shotguns and rifles.  In fact, he notices a

3   Remington 1100, which is his, as well as jewelry and clothing

4   and other items in the van.  He pulls around and pulls his

5   pickup truck right in front of the van, blocking its exit.  And

6   he gets on the cell phone and he starts to call 911.

7          Before he can even do that, Your Honor, Mr. Fulks

8   comes out of the back door of the mobile home.  Mr. Jordan has

9   identified Mr. Fulks and will identify Mr. Fulks.

10         He runs to the van and he shoots at Mr. Jordan.  The

11  bullet went through the back window within a foot of Mr.

12  Jordan's head, and the bullet is lodged in the roof of the car.

13  Mr. Basham comes around the front of the car and is

14  shooting.

15         Again, the reason why the government believes that is

16  critical and that's important for the record, is because of the

17  intent factor.  This is occurring at 1:45, in broad daylight,

18  when Mr. Jordan did not have that much time to actually see the

19  faces of Branden Basham and Chad Fulks, and they are attempting

20  to kill him, is the government's position.

21         Mr. Jordan speeds away.  Mr. Basham and Mr. Fulks get

22  into the van, chase after him, are firing the firearms as they

23  are driving down the road.

24         Eventually they stop to turn around.  Mr. Jordan gets

25  in behind them and starts chasing them, trying to get a license

122

1    tag.  Mr. Fulks pulls the van -- drives to a Cooper Metal

2    Works, is seen by a couple of workers there.  Gets the van

3    stuck in a field.  Mr. Fulks and Mr. Basham run across the corn

4    field about 100 yards or so, come up onto the property of Ms.

5    Moore.

6            They knock on the door of Ms. Moore, they attempt to,

7    again, to claim that their car is broken down.  Ms. Moore is

8    frightened, she does not allow them in.

9            They cross the street to Ms. Oleita Hyman's

10   residence.  Ms. Oleita Hyman is a widow, she lives on the

11   family farm.  There's an old beat up white pickup truck there

12   that she keeps the keys in for her farm help.  They steal that

13   car, that white pickup truck.  This is all occurring now, Your

14   Honor, sometime between 1:45 and 2:30.

15           They drive that pickup truck to the WalMart in

16   Conway.  At approximately 2:40 -- and this is all caught on

17   videotape -- Alice Donovan is pulling in in her BMW.  Ms.

18   Donovan was off of work.  She had worked -- she worked at

19   Precision Southeast in Marion.

20           She was off work that day, and she had talked to her

21   husband that morning and indicated that she was going to go

22   into town, into Conway, to get an early start on Christmas

23   shopping for her grandchildren.

24           She pulled into the WalMart parking lot, right behind

25   her is the pickup truck.  She pulls into an aisle -- and all

123

1   of this is on videotape -- and before the white pickup truck

2   stops, a person you can see jumping out of the white pickup

3   truck right when Ms. Donovan pulls her BMW into the slot.

4          You can't see what is going on inside the BMW, but

5   you can see the white pickup truck pull around and park in

6   front of the BMW.  Because when Ms. Donovan pulls in, there was

7   not another car in that space.  You see that BMW pull out and

8   go towards the back part of the parking lot where it abuts

9   501, and you see the pickup truck then follow the car.  That

10  pickup truck --

11         THE COURT:  Let me ask, I take it the video does not

12  allow you to see the drivers of the two vehicles?

13         MR. GASSER:  No, sir, it does not.

14         That pickup truck is later found the next day by a

15  highway patrol officer who called the Horry County Police

16  Department, and Ms. Hyman's pickup truck was found in the back

17  of the parking lot depicted on the video.

18         The car-jacking and kidnapping of Ms. Donovan has

19  begun at that point.  It is approximately 2:40 on Thursday,

20  November the 14th.  Mr. Basham was armed with a .22, and the

21  government will produce -- it's the government's position that

22  at least the other .45 that was stolen was in the possession of

23  Mr. Fulks.

24         For the record, one of the .45s -- when they got to

25  Ms. Moore's residence, before they stole Ms. Hyman's pickup

124

1  truck -- later on, a couple of weeks later, a duffel bag and

2  clothes and a pistol, a .45 pistol was found at the wood line

3  behind Ms. Moore's residence; clothing items in the duffel bag

4  that is identified as clothes of one of the two defendants.

5          Also when the van got stuck, inside the van were

6  rifles, shotguns, other items that were belonging to Mr.

7  Jordan's son, Sam Jordan, as was a .45 caliber revolver in the

8  van.  The two guns that were unaccounted for at that time was a

9  .22 revolver and .45 revolver.

10          They take -- eventually Mr. Fulks starts driving the

11  BMW.  They drive to the Pantry, as is indicated in the 302.

12  The Pantry is on Highway 90.  There is some video, but you

13  can't see the face of the person.  At the same time that Ms.

14  Donovan's card is being accessed, there is some video of a

15  person, but the way the layout of the store is and the camera,

16  you can't see the person's face.

17          They attempted -- Mr. Fulks attempted to get money

18  out of an ATM machine.  No money is obtained.  He drives a

19  little bit further down Highway 90, actually almost right

20  across the street from the Lakeshore Motel, to the NBSC -- or

21  to the Carolina First Bank there, and he withdraws $400 from

22  Ms. Donovan's account there on Highway 17 across from the

23  Lakeshore Motel.

24          They then drive on up in the BMW, up Highway 17, Your

25  Honor.  At approximately 4 o'clock, Ms. Donovan's car is

GARY N. SMITH, CM
COLUMBIA, SC

JA0287

125

1  pulling into a BP Amaco convenience store in Shallotte, North

2  Carolina, 14 miles from the Carolina First Bank in South

3  Carolina.  And the ATM receipts show around 3:45 the money

4  being gotten out of the ATM machine, and it's 14 miles to the

5  Shallotte BP gas station.

6         The video, it is as clear a video as you can possibly

7  have in a situation like this.  The video is very clear that

8  Mr. Fulks pulls the car up, gets out of the car, standing

9  there, he's pumping gas.  You can see some movement between the

10 bucket seats that could be a hand, or some other item.  But

11 according to all the statements of everybody involved, Mr.

12 Basham is in the back seat of the car with Ms. Donovan, armed

13 at that time.

14        Mr. Fulks is pumping gas, he goes into the store,

15 again very clear --

16        THE COURT:  This video does identify Mr. Fulks?

17        MR. GASSER:  Yes, sir, very clearly.

18        THE COURT:  And the BMW as well?

19        MR. GASSER:  Yes, sir, very clearly.

20        The inside video has Mr. Fulks, a frontal shot at the

21 counter purchasing three Mountain Dews, as well as some

22 electrical tape and some other tape.  The Brunswick County

23 Sheriff's Department also got a receipt matching up to that

24 time.  They got the receipt for the three Mountain Dews and the

25 tape on it as well.

126

```
 1          They then leave at approximately 4 o'clock, they

 2   leave that gas station.  At approximately 4:30 that afternoon,

 3   Ms. Donovan called one of her daughters back in Gallivants

 4   Ferry, the Conway area, and indicates to her that -- the phone

 5   call was very brief.  She just indicates to her daughter to let

 6   Barry, her husband, know that she's going to be late.  She's

 7   getting some shopping done, she doesn't know when she's going

 8   to be home.

 9          That is the last time anybody ever heard from Alice

10   Donovan again.  That phone call was made on Alice Donovan's

11   cell phone, and we were able to determine what cell tower that

12   that phone call was pinging off of.  And it was the cell tower

13   off of Lewis Swamp Road in Shallotte, North Carolina.

14          So, the cell tower records prove that Ms. Donovan was

15   alive and that she was physically in North Carolina, simply

16   because in the video you can't see her at the BP Shallotte gas

17   station.

18          The next sighting, Your Honor, is approximately --

19          THE COURT:  That would demonstrate the interstate

20   nexus.

21          MR. GASSER:  Yes, sir, the kidnapping charge.

22          THE COURT:  All right.

23          MR. GASSER:  The next sighting, Your Honor, is at the

24   Bee Tree Farm, sometime between 5 and 5:30.  Mr. Fulks and Mr.

25   Basham, as is indicated in the 302, pull off of Highway 17 onto
```

GARY N. SMITH, CM
COLUMBIA, SC

JA0289

127

1   a paved road, and they pull off of a paved road onto a dirt

2   road.  That area is known as the Bee Tree Farms area of

3   Brunswick County.

4        They are driving down the dirt road and all of a

5   sudden the dirt road ends and they are in a meadow, a field,

6   not realizing there is a hunt club there.  There are several

7   individuals that were doing some cleaning at the hunt club, and

8   they were barbecuing that evening, sitting outside on the side

9   porch getting ready to barbecue.

10        They obviously notice a BMW, somewhat out of place on

11  a dirt road in a hunt club.  They noticed the BMW.  All of the

12  individuals, all four of the individuals there describe the

13  driver as having blond hair, a short military type.  They

14  describe the male in the back seat as having brown hair, short

15  military type, and they describe a female in the back seat.

16        Of course, at that point in time, Your Honor, they

17  have no idea what has transpired 45 miles or 50 miles away in

18  Conway, South Carolina.  They have all identified the BMW, and

19  the woman is alive in the back seat.

20        The next person is about nine-tenths of a mile.  When

21  the BMW turns around in the field and starts going back on the

22  dirt road, about nine-tenths of a mile from the hunt club on

23  the left-hand side, there is a small family cemetery.  There is

24  a horseshoe parking area, a dirt parking area.

25        As is indicated in Mr. Fulks' 302, they pulled into

128

1   that cemetery.  Ronald Purdue, a witness who lives near there,

2   is driving down the road and he needs to make a cell phone call

3   to his father because he's worried that some of his hunting

4   dogs had gotten out.

5          So, he pulls -- just happens to pull off into that

6   little driveway area, and he notices and he identified the BMW.

7   And he knows somebody is in there because the engine is running

8   and the brake lights keep going on.

9          He can't see into it, but the brake -- the engine is

10  running and the brake lights keep going on and off.  There is

11  nobody on the hood of any car and there is nobody on the

12  outside of the car.  He doesn't think much about it and he ends

13  up driving away.

14         The next, Your Honor, is of course the statement from

15  Mr. Fulks that in that cemetery both he and Brandon Basham

16  raped Alice Donovan.  According to the 302, according to Mr.

17  Fulks, they then took Alice Donovan alive back to South

18  Carolina.

19         And I think it's important that the record reflect at

20  this time, Your Honor, the government's position is, the

21  government does not concede that those facts are genuine, that

22  those facts are true and those facts are accurate.

23         This court knows from other proceedings that Branden

24  Basham has denied killing Alice Donovan as well.  That Branden

25  Basham, although he acknowledges that she was raped, indicates

GARY N. SMITH, CM
COLUMBIA, SC

JA0291

129

1  that Mr. Fulks is the killer.

2          And so the government wants the record to reflect at

3  this point that even though we are offering -- we would also

4  offer the 302 and intend on offering that testimony, I want the

5  record to reflect that the government is not necessarily

6  implying or indicating or agreeing with defense counsel that

7  this is merely a Pinkerton theory on guilt.  Because the

8  evidence -- the court is aware that there is -- that the

9  co-defendant in this case denies being the actual killer.

10          Your Honor, they end up -- whether they killed Ms.

11 Donovan in North Carolina and disposed of her body in North

12 Carolina or whether they drive her back to South Carolina and

13 dispose of her body in South Carolina, they end up going back

14 into the Myrtle Beach area.

15          They do attempt to use her ATM card at approximately

16 9 o'clock at an NBSC there on the main thoroughfare.  They also

17 go to a Scotchman and get gas, which is right across the street

18 from the NBSC.

19          THE COURT:  Are you saying you do not know which

20 state the murder occurred in?

21          MR. GASSER:  The government -- there is no credible

22 and reliable evidence to indicate who killed Ms. Donovan,

23 whether or not both of them -- it's the government's position

24 that they were both -- there is inferences and logical

25 inferences, when you tie in a multiplicity of factors, there's

130

1   a logical inference that they were both actively involved in

2   killing her and disposing of her body.

3           THE COURT:  I understand that.  But I just remember

4   in the back of my mind a Fourth Circuit decision about four or

5   five years ago, and it was a technical issue on appeal, of

6   whether the murder had occurred in one state and the deceased's

7   body was taken across state lines, which may not have been

8   sufficient to support the charge.

9           MR. GASSER:  That may have been a state court

10  prosecution on habeas in the federal court, which would make

11  sense, because that's why we are here today and this is a

12  federal case.

13          Because the North Carolina local prosecutor, if he

14  were to try this case, in order to get jurisdiction he would

15  have to cut a deal with Mr. Fulks and use his testimony.  And

16  in South Carolina, Mr. Hembree would have to cut a deal with

17  Mr. Basham to use his testimony if they would want the

18  jurisdiction.  Because there is absolutely no way of knowing

19  where she was killed because her body has not been discovered.

20          THE COURT:  All right.

21          MR. GASSER:  They end up coming back to --

22          THE COURT:  In any event, you say you have proof that

23  while she was alive she was transported into North Carolina?

24          MR. GASSER:  There is no question we have proof.  We

25  have her talking -- her voice on a phone around 4:45, her cell

131

1   phone, pinging off the cell tower in Shallotte, North Carolina.

2   And we have the individuals at the hunt club identifying the

3   car and the physical descriptions of the three individuals

4   involved.

5           THE COURT:  All right.

6           MR. GASSER:  And of course we have the statement from

7   Mr. Fulks that she was alive in North Carolina.

8           THE COURT:  And you say that interstate

9   transportation, coupled with the fact that she is now deceased,

10  would support the capital charges?

11          MR. GASSER:  Absolutely.

12          THE COURT:  Regardless of whether she was taken to

13  North Carolina and killed or taken to North Carolina and

14  brought back to South Carolina and killed here, that's my

15  point?

16          MR. GASSER:  For purposes of federal jurisdiction, it

17  is irrelevant where she was killed and it is irrelevant where

18  her body is.

19          THE COURT:  Right.  As long as she crossed state

20  lines at some point while she was alive?

21          MR. GASSER:  Yes, sir.

22          THE COURT:  All right.

23          MR. GASSER:  They then eventually drove back -- I

24  would note, Your Honor, that on November -- during the early

25  morning hours of November 14th they had checked out of the

132

1   Lakeshore Motel in Little River and they had driven to the

2   southern part of Myrtle Beach City and had checked into the

3   Beachwalk Motel during the morning of November the 14th.

4         And that Ms. Severance and Ms. Roddy stayed behind at

5   the Beachwalk Motel prior to Mr. Fulks and Mr. Basham leaving

6   before noon to go about their business that day that I

7   previously described.

8         They come back to the Beachwalk Motel sometime that

9   evening.  They park their car away from the Beachwalk Motel

10  because Mr. Severance testified that the two were coming from

11  the back parking lot area, walked off into the courtyard at the

12  motel.

13        They were both excited and in an excited state, very

14  hurried.  Mr. Fulks tells Ms. Severance that they had a

15  shootout with the police and that the police have her van, and

16  that they need to leave town and that he will contact her.

17        Nonetheless, they end up gathering up all of their

18  clothes and they take their clothes and their personal items,

19  they get back in Ms. Donovan's BMW and they head out of the

20  State of South Carolina.

21        On Friday morning, November the 15th, at

22  approximately 12:20, they use Alice Donovan's ATM card at an

23  ATM machine in Raleigh, North Carolina.  The records indicate

24  that they were successful in taking out $600.

25        The reason why they were able to get that much,

GARY N. SMITH, CM
COLUMBIA, SC

JA0295

133

1   because normally there's a limit how much you can get, and even

2   though they had gotten $400 before, it had crossed into the

3   next day.  So, they get $600 from her account in Raleigh, North

4   Carolina.

5          Later on that day on the 15th, they arrive in

6   Huntington, West Virginia.  That is a Friday.  They hook up

7   with Beth McGuffin on that Friday.  Ms. McGuffin is a childhood

8   friend of Mr. Fulks.

9          THE COURT:  Could you slow down just a little bit,

10  you are going kind fast for the court reporter.  Calm down just

11  a little bit if you could -- all right.

12         MR. GASSER:  They hook up with Ms. McGuffin, she is a

13  childhood friend of Mr. Fulks.  That Friday afternoon or that

14  Friday evening, Mr. Fulks attempts to either trade or sell one

15  of the firearms to the brother of Ms. McGuffin.  He either

16  attempts to trade or sell the BMW to a friend of Ms. McGuffin's

17  brother.

18         We will have at least three witnesses that will

19  testify that Mr. Fulks was the one trying to get rid of the

20  firearm and Ms. Donovan's BMW that Friday evening.

21         That Friday evening Mr. Basham and Mr. Fulks start

22  using drugs and alcohol with Ms. McGuffin and another

23  individual.  They are smoking marijuana, they are smoking

24  crack, they are drinking beer.  And this is approximately a

25  little more than 24 hours after Ms. Donovan has been raped and

134

1  killed.

2          That Saturday they stay at Ms. McGuffin's house.

3  They continue to drink alcohol and use illegal drugs.  Other

4  individuals participate with them in that conduct.

5          On that Sunday, November the 17th, Mr. Basham and Mr.

6  Fulks that evening leave Huntington and drive to Ashland,

7  Kentucky in Ms. Donovan's BMW.  It is approximately

8  7:30.  Ashland, Kentucky is just right across the border, Your

9  Honor, from Huntington, West Virginia, it's not too far.

10          Andrea Francis is a 15 year old girl at the time,

11  her and her mom had gone to a movie at a mall in Ashland,

12  Kentucky.  And after the movie, they went to purchase some

13  items at the local WalMart.

14          As they are walking back to their car, Andrea Francis

15  was on her cell phone talking to a friend of hers.  Mr. Basham

16  approaches her armed with a gun, attempts to carjack this 15

17  year old girl.  The mother comes up on the scene, they say

18  something to Mr. Basham that spooked him.

19          Mr. Fulks is driving around the parking lot area.  He

20  says that in his 302, but we can also prove that physically

21  because a woman by the name of Heather Jo Jacobi had her car

22  broken into at that mall and her purse stolen.  And they found

23  Heather Jo Jacobi's personal items.  Ms. McGuffin gave them to

24  law enforcement.

25          Also, when Ms. Donovan's car was found on November

135

1  20th, some of Heather Jo Jacobi's items were in the car.  The

2  only way that Ms. McGuffin could have gotten those items and

3  the only way they could have gotten in the car would have been

4  Mr. Fulks handing it to them.  Because in the time Mr. Basham

5  attempted to carjack this 15 year old little girl, he was never

6  again in the car.  He took off running.

7        They called 911.  There just happened to be a police

8  car there, and Mr. Basham then attempts to shoot and kill the

9  police officer.  He is later apprehended during a full scale

10 search.  He is later apprehended.

11        The .22 firearm which is included in the indictment,

12 which is one of the reasons why I'm getting into this for the

13 record, the .22 firearm is recovered.

14        The next day, on Monday the 18th, when Ashland police

15 officers go back, they travel the route that Mr. Basham had

16 taken, he had run across another parking lot, run across some

17 railroad tracks, tried to jump in the Ohio River and was

18 arrested.

19        So, they walked that route and they looked in all of

20 the railroad box cars, and sure enough they found Robert

21 Talsma's .22 in one of those box cars, physically in Kentucky,

22 for purposes of the record and the indictment.

23        Mr. Fulks drives back that Sunday evening November

24 the 17th to Huntington, drove back to Ms. McGuffin's residence.

25 She will testify that they were actually watching the 11

136

1  o'clock news when the story came on about the arrest of Branden

2  Basham.  She recognized Mr. Basham as being in her home the

3  previous two days.

4          Mr. Fulks spends the night there on November the 17th

5  with Ms. McGuffin.  He eventually on Monday, November the 18th,

6  leaves during the evening hours of Monday, November the 18th.

7  A state trooper in Marion County, Ohio, checking rest areas off

8  of a highway, he notices a BMW without a front license plate

9  backed in.  His training indicates at rest areas when cars are

10 backed in, that that is suspicious.  In Ohio you are supposed

11 to have a license plate on -- as well.

12         He gets out of the car, he walks around and looks at

13 the license tag.  But this time, and as indicated by Mr. Fulks'

14 302, Mr. Fulks had stolen a West Virginia license tag and put

15 it on Ms. Donovan's South Carolina -- had gotten rid of Ms.

16 Donovan's South Carolina license tag.

17         Trooper Brent Hunter runs the tag and it comes back

18 stolen.  We have on video, Your Honor, he gets back in his car,

19 he turns on his video.  He attempts to effect the -- he

20 actually backs up and he tries to make an arrest at that point.

21 And clearly on the video we have Mr. Fulks in Ms. Donovan's

22 BMW.  He had been sleeping or trying to sleep.

23         He's reaching down.  As a result of that, the trooper

24 doesn't know what he's reaching down for, it's dark, at night,

25 the trooper pulls his firearm -- this is all on video -- and

137

1    Mr. Fulks speeds away.

2         Included on the video, Your Honor, is a high speed

3    chase in which they reach 130 miles an hour.  Another trooper

4    with Ohio State Police, Nick Malo, tries to lay out some spike

5    sticks.  Mr. Fulks --

6         THE COURT:  Tried to do what?

7         MR. GASSER:  Lays out -- they are called spike

8    sticks, so if the wheels go over the spike sticks the tires

9    pop.

10        While he is doing that, Mr. Fulks is driving 130

11   miles an hour on this highway, does not have his lights on.

12   Misses the trooper by less than a foot driving 130 miles an

13   hour, literally misses him by less than a foot.

14        Continues on.  The trooper that -- Hunter is chasing

15   him is concerned because he sees a flashlight fly in the air,

16   thought his colleague, who happens to be a personal friend as

17   well, is struck, and he stops to render aid.  Fortunately

18   Trooper Malo was not struck.  But the car chase ended at that

19   point.  They tried to pick it back up again, but he was gone.

20   That was Monday evening, the 18th.

21        Tuesday, November the 19th, Mr. Fulks arrived at his

22   brother, Ronnie Fulks' residence.  He had lived with his girl

23   friend Andrea Adams and her son James Lambdin.  Arrived at

24   their home in Goshen.

25        What's critical about that, Your Honor, is the

GARY N. SMITH, CM
COLUMBIA, SC

JA0300

## <u>CERTIFICATE OF SERVICE</u>

I, Peter Williams, hereby certify that on this date I served the foregoing document by ECF filing on the following party:

Kathleen Stoughton, Esq.
Office of the United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201

*/s/ Peter Williams*
PETER WILLIAMS

Dated: July 21, 2023