IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| United States of America,<br>　　　Appellee,<br><br>　v.<br><br>Chadrick E. Fulks & Brandon Basham,<br>　　　Appellants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 23-2(L) |

GOVERNMENT'S MOTION FOR AN EXTENSION
OF TIME TO FILE ITS RESPONSE BRIEF

The government moves the Court for a 30-day extension of time, to and including September 20, 2023, within which to file its response brief. The government's response brief is currently due on August 21, 2023.

In the United States District Court for the District of South Carolina, the defendants were convicted of, among others, carjacking (18 U.S.C. § 2119(2)), kidnapping (18 U.S.C. § 1201(a)), and conspiracy to carry or use a firearm during and in relation to a crime of violence (18 U.S.C. § 924(o)) Each defendant was sentenced to death.

This Court affirmed the convictions on direct appeal and on collateral attack. The current appeal stems from the district court's denial of the

defendants' second motion for relief under 28 U.S.C. § 2255.

The defendants filed their brief on July 21, 2023. The United States Attorney transferred this case to the Appellate Section of the Department of Justice for briefing and argument. At that time, I was working on other cases with earlier deadlines, including a supplemental response brief in this Court in *United States* v. *Navarro*, No. 22-4696, which I filed on August 9, 2023. I have now begun work on this case. I will need additional time to write the brief, to edit it, and to submit it for supervisory review.

Peter Williams, counsel for Fulks, and Leticia Marquez, counsel for Basham, both consent to this extension request.

Wherefore, the government requests that the Court extend the government's time to file its response brief, to and including September 20, 2023.

/s/_____
THOMAS E. BOOTH
Attorney
Appellate Section
Criminal Division
Department of Justice
950 Pennsylvania Ave.; Room 1511
Washington D.C.   20530
202.514-5201
Thomas.Booth@usdoj.gov