IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| United States of America, | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 23-2(L) |
| | ) | |
| Chadrick E. Fulks & Brandon Basham, | ) | |
| Appellants. | ) | |
| | ) | |

GOVERNMENT'S MOTION FOR A SECOND EXTENSION
OF TIME TO FILE ITS RESPONSE BRIEF

The government moves the Court for a second 30-day extension of time, to and including October 20, 2023, within which to file its response brief. The government's response brief is currently due, on first extension, on September 20, 2023.

In the United States District Court for the District of South Carolina, the defendants were convicted of, among others, carjacking (18 U.S.C. § 2119(2)), kidnapping (18 U.S.C. § 1201(a)), and conspiracy to carry or use a firearm during and in relation to a crime of violence (18 U.S.C. § 924(o)) Each defendant was sentenced to death.

This Court affirmed the convictions on direct appeal and on collateral

attack.    The current appeal stems from the district court's denial of the defendants' second motion for relief under 28 U.S.C. § 2255.

Appellants filed their brief on July 21, 2023.   The United States Attorney transferred this case to the Appellate Section of the Department of Justice for briefing and argument.   I have begun work on this case, but I have had to interrupt that work to prepare for an oral argument in *United States* v. *Daniel Kemp*, No. 21-4185, in this Court in Richmond, Virginia, on September 19, 2023.   I will return to this brief after the oral argument in *Kemp*.

Peter Williams, counsel for Fulks, and Leticia Marquez, counsel for Basham, both consent to this second extension request.

Wherefore, the government requests that the Court extend the government's time to file its response brief, to and including October 20, 2023.


/s/_____
THOMAS E. BOOTH
Attorney
Appellate Section
Criminal Division
Department of Justice
950 Pennsylvania Ave.; Room 1511
Washington D.C.   20530
202.514-5201
Thomas.Booth@usdoj.gov