**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 22, 2023

_____

COPY FOLLOW-UP NOTICE

_____

No.  23-2 (L),        US v. Chadrick Fulks
                      4:02-cr-00992-JFA-1, 4:16-cv-02058-JFA

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 11/27/2023**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Response Brief | 3 | Appellee |
| Supplemental Appendix | 3 | Appellee |

/s/ NWAMAKA ANOWI, CLERK