**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 19, 2023

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.  23-2 (L),     US v. Chadrick Fulks
                   4:02-cr-00992-JFA-1, 4:16-cv-02058-JFA


TO:    United States of America
       Chadrick Evan Fulks
       Brandon Leon Basham

RESPONSE DUE: 12/27/2023

Response is required to the notice requesting information regarding similar cases on or before 12/27/2023. Please use the following form to submit response: **Disclosure - Similar Issues**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Emily Borneisen, Deputy Clerk
804-916-2704