**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 27, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.  23-2 (L),    <u>US v. Chadrick Fulks</u>
        4:02-cr-00992-JFA-1, 4:16-cv-02058-JFA

TO:    Chadrick Evan Fulks

FILING CORRECTION DUE:  December 27, 2023

Please make the correction identified below and file a corrected document by the date indicated.

---

[X] Incorrect event used. Please refile document using the event: RESPONSE/ANSWER (to Similar Case notice).

Emily Borneisen, Deputy Clerk
804-916-2704