

**U.S. Department of Justice**

Criminal Division

---

*Appellate Section*　　　　　　　　　　　　　　　　*Washington, D.C. 20530*

The Honorable Nwamaka Anowi　　　　　January 18, 2024
Clerk of Court
United States Court of Appeals
　for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re: *United States* v. *Chadwick Fulks*, No. 23-3 (L)

Dear Ms. Anowi:

Pursuant to Fed. R. Crim. P. 28(j), the following supplemental citation of authority is furnished to the Court:

In *United States* v. *Jackson*, No. 22-3958, 2023 WL 8847859, (6th Cir. Dec. 21, 2023) (unpub.), the Sixth Circuit held, as an alternative holding, that the carjacking statute, 18 U.S.C. 2119, is a crime of violence under 18 U.S.C. 924(c)(3)(A). It further held that the Supreme Court's decision in *United States* v. *Borden*, 593 U.S. 420 (2021), which held that a crime of violence does not include a crime that can be committed recklessly, does not invalidate Section 2119 because Section 2119 has a specific intent requirement. See Gov't. Brief at 24-27.

　　　　　　　　　　　　　　　　　Yours very truly,

　　　　　　　　　　　　　　　　　Thomas E. Booth
　　　　　　　　　　　　　　　　　Attorney
　　　　　　　　　　　　　　　　　Department of Justice
　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue;
　　　　　　　　　　　　　　　　　Room 1511
　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　(202) 514-5201
　　　　　　　　　　　　　　　　　Thomas.Booth@usdoj.gov