**FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT**

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 23-2                              Date of Oral Argument: 03/21/24

Caption: United States v. Fulks

Attorney Arguing: Thomas Booth

Arguing on Behalf of (party name):

United States

Select party type:
☐Appellant  ☑Appellee  ☐Appellant/Cross-Appellee  ☐Appellee/Cross-Appellant  ☐Amicus  ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:**  Please indicate how much argument time you wish to use.  You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry.  Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Thomas Booth
Phone Number (day of argument): 703/945-0277

Principal Argument Time: 20                    Rebuttal Argument Time (if any):
(for appellants and appellees)                  (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:                        Rebuttal Argument Time (if any):
(for appellants and appellees)                  (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:              Select one of the following: ☐ Order allowing argument time
                                                          ☐ Court-Appointed Amicus

Signature:  Thomas Booth                        Date: 01/22/24

03/08/2022 SCC