# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 14, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No.  23-2 (L),      US v. Chadrick Fulks
                    4:02-cr-00992-JFA-1, 4:16-cv-02058-JFA


TO:    United States of America
       Chadrick Evan Fulks
       Brandon Leon Basham

RESPONSE DUE: 06/17/2024

Response is required to the notice requesting information regarding similar cases on or before 06/17/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Emily Borneisen, Deputy Clerk
804-916-2704