## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 23-2(L) and 23-3                Date of Oral Argument: 09/26/24

Caption: United States of America v. Chadrick Fulks; United States of America v. Brandon Basham

Attorney Arguing: Peter Williams

Arguing on Behalf of (party name):

Chadrick Fulks and Brandon Basham

Select party type:
☑Appellant  ☐Appellee  ☐Appellant/Cross-Appellee  ☐Appellee/Cross-Appellant  ☐Amicus  ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:
Leticia Marquez

**Argument Time:**  Please indicate how much argument time you wish to use.  You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry.  Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Peter Williams
Phone Number (day of argument): 215-928-0520

Principal Argument Time: 15                    Rebuttal Argument Time (if any): 5
(for appellants and appellees)                 (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:                        Rebuttal Argument Time (if any):
(for appellants and appellees)                 (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:                    Select one of the following: ☐ Order allowing argument time
                                                                ☐ Court-Appointed Amicus

Signature: /s/ Peter Williams                    Date: 07/22/24

03/08/2022 SCC